# Exhibit B

Notice of Auction and Sale

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, | ) | Case No. 10-12453 (___) |
| INC., et al.,[1] | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |
| | ) | |

## NOTICE OF AUCTION AND SALE

**PLEASE TAKE NOTICE** that on [____], 2010, Universal Building Products, Inc. and its affiliated debtors and debtors in possession (the "Debtors") filed their *Motion For Order (A) Approving Bid Procedures Relating to Sale of Debtors' Assets; (B) Scheduling Hearing to Consider Sale and Approving Form and Matter of Notices; (C) Approving Expense Reimbursement Provision and Break-Up Fee; and (D) Granting Related Relief* (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor has received a Qualified Bid[2] from UBP Acquisition Corp. ("Purchaser"), as a stalking horse purchaser. All parties that may be interested in submitting a bid for the Acquired Assets or any portion thereof or taking part in the Auction (as defined below) must read carefully the Bid Procedures Order (as defined below).

**PLEASE TAKE NOTICE** that at a hearing held on [____], 2010, the Bankruptcy Court entered an order approving the Bid Procedures Motion (the "Bid Procedures Order") and scheduled a hearing to consider the *Debtors' Motion for an Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief* (the "Sale Motion"), for [____] 2010, at [_:_ _.m.] (prevailing Eastern Time).

Only those parties that submit Qualified Bids may participate in the Auction (as defined below). If you are interested in determining how to submit a Qualified Bid, you must comply with the terms of the Bid Procedures Order. Any party in interest wishing to receive a complete set of the Agreement, the Bid Procedures Motion and the Bidding Procedures Order may do so free of charge upon request to the undersigned.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed them in the Bid Procedures Motion and/or the Bid Procedures.

Any party that wishes to take part in this process and submit a bid for the Acquired Assets or any portion thereof must submit their competing bid not later than [August 30, 2010 at 12:00 p.m. (Eastern Time)] (the "Bid Deadline") to (a) Universal Building Products, 15172 Goldenwest Circle, Westminster, California 92683, Attn: Jeffrey Church; (b) counsel for the Debtors, K&L Gates LLP, 70 W. Madison St., Suite 3100, Chicago, Illinois 60602-4207, Attn: Sven T. Nylen; (c) UBP Acquisition Corp., 333 S. Grand Avenue, 28th Floor, Los Angeles, California 90071, Attn: Jordon L. Kruse and David Quick, with a copy to Kirkland and Ellis LLP, 300 N. LaSalle Street, Chicago, Illinois 60654, Attn: Christopher J. Greeno, P.C. and David A. Agay; and (d) counsel for any official committee of unsecured creditors appointed in this case.

If a Qualified Bid (other than Purchaser's Qualified Bid) is received by the Bid Deadline, an auction (the "Auction") with respect to a contemplated transaction shall take place on [September 2, 2010], at 9:00 a.m. (prevailing Central Time) at the offices of K&L Gates LLP, 70 W. Madison St., Suite 3100, Chicago, Illinois 60602. If, however, no such Qualified Bid is received by the Bid Deadline, then the Auction will not be held, Purchaser will be deemed the Successful Bidder, the Agreement will be the Successful Bid, and, at the Sale Hearing scheduled for [_____], the Debtors will seek approval of and authority to consummate the transaction contemplated by the Agreement.

Only a Qualified Bidder who has submitted a Qualified Bid will be eligible to participate in the Auction. Only the authorized representatives of each of the Qualified Bidders, the statutory committee of unsecured creditors, and the Debtors shall be permitted to attend the Auction. At the Auction, Qualified Bidders will be permitted to increase their bids. The bidding at the Auction shall start at the Baseline Bid as disclosed to all Qualified Bidders prior to commencement of the Auction, and continue in increments of $250,000.00 (the "Minimum Overbid Increment"). The highest and otherwise best Qualified Bid shall be determined by the Debtors in their discretion.

At the Sale Hearing, the Debtors will present the Successful Bid to the Bankruptcy Court for approval. The Debtors will sell the Acquired Assets or the appropriate portion thereof to the Successful Bidder, or to Purchaser, in accordance with the Agreement if a higher and otherwise better Qualified Bid is not received and accepted as the Successful Bid. If the Successful Bidder fails to consummate an approved Sale because of a breach or failure to perform of the part of the Successful Bidder, the next highest and otherwise best Qualified Bid, as approved at the Sale Hearing, shall be deemed to be the Successful Bid and the Debtor shall be authorized to effect such a Sale without further order of the Bankruptcy Court.

If you seek to object to the sale of the Acquired Assets or any portion thereof, you must comply with the terms for making such objections as set forth in the Bid Procedures Motion and the Bid Procedures Order. Such Objections must be filed with the Bankruptcy Court and served on the parties set forth in the Bidding Procedures Order. If any party fails to timely file and serve an objection in accordance with the Bidding Procedures Order, the Bankruptcy Court may disregard such objection. Any party seeking copies of the Bid Procedures Motion and Bid Procedures Order may receive copies by contacting Sven T. Nylen, counsel for the Debtors, (a) by telephone at (312) 781-7235, (b) by electronic mail at sven.nylen@klgates.com, or (c) by mail to K&L Gates LLP, at 70 W. Madison St., Suite 3100, Chicago, Illinois 60602-4207, Attn: Sven T. Nylen.

Dated: August __, 2010

K&L GATES LLP
Harley J. Goldstein
Sven T. Nylen
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

-and-

SAUL EWING LLP

Mark Minuti (DE Bar No. 2659)
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

-and

MaryJo Bellew (DE Bar No. 4519)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7144
Facsimile: (215) 972-2292

*Proposed Co-Counsel for Debtors and Debtors in Possession*