# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) ) ) | Case No. 10-12453 (MFW) |
| | ) | Joint Administration Requested |
| Debtors. | ) ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED AND NOTICE OF FIRST-DAY HEARING ON AUGUST 5, 2010 AT 4:00 P.M. BEFORE THE HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY JUDGE

**This Agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Petitions

    a. Universal Building Products, Inc. (Case No. 10-12453)

    b. Accubrace, Inc. (Case No. 10-12454)

    c. Don De Cristo Concrete Accessories, Inc. (Case No. 10-12455)

    d. Form-Co, Inc. (Case No. 10-12456)

    e. Universal Form Clamp, Inc. (Case No. 10-12457)

    **Status:** Listed for information purposes only.

2. Declaration of Gregory D. Waller, Chief Financial Officer of Universal Building Products, Inc., in Support of First Day Motions [Filed: 08/04/10; Docket No. 19]

    **Status:** The Declaration will be relied upon as evidentiary support for the motions listed below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

596368.1 8/4/10

## Administrative Matters

3. Debtors' Motion for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1 [Filed: 08/04/10; Docket No. 2]

   **Status:** This matter will be going forward.

4. Motion of Debtors for an Order Authorizing Debtors to (I) File a Consolidated List of Creditors; (II) File a Consolidated List of Debtors' Thirty Creditors Holding Largest Unsecured Claims; and (III) Mail Initial Notices [Filed: 08/04/10; Docket No. 3]

   **Status:** This matter will be going forward.

5. Application for Entry of an Order Authorizing the Employment and Retention of The Garden City Group, Inc. as Notice, Claims, and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Rule 2002(f) of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1(f) as of the Petition Date [Filed: 08/04/10; Docket No. 4]

   **Status:** This matter will be going forward.

## First Day Motions Pertaining to Business Operations

6. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members [Filed: 08/04/10; Docket No. 5]

   **Status:** This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

7. Debtors' Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Filed: 08/04/10; Docket No. 6]

   **Status:** This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

8. Debtors' Motion for Entry of Order Authorizing the Debtors to Continue to Use Existing Cash Management System [Filed: 08/04/10; Docket No. 7]

   **Status:** This matter will be going forward.

596368.1 8/4/10

9.  Motion for Entry of an Order (A) Authorizing the Debtors to Pay Prepetition (I) Sales, Use, Highway Use, Fuel, and Franchise Taxes, and (II) Tolls, Fees, Licenses, and Other Similar Charges and Assessments, and (B) Authorizing Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Presented for Payment Related Thereto [Filed: 08/04/10; Docket No. 8]

    **Status:** This matter will be going forward.

10. Motion for Entry of an Order Pursuant to Sections 105(a), 363 and 364 of the Bankruptcy Code Authorizing the Debtors to (A) Maintain Insurance Coverage Currently in Effect and Renew Such Coverage, and (B) Pay Any Prepetition Premiums Related to Their Policies [Filed: 08/04/10; Docket No. 9]

    **Status:** This matter will be going forward.

### Professional Retention Related Motions and Applications

11. Application for Entry of an Order Authorizing the Employment and Retention of K&L Gates LLP as Counsel for the Debtors Pursuant to 11 U.S.C. § 327(a) *Nunc Pro Tunc* to the Petition Date [Filed: 08/04/10; Docket No. 10]

    **Status:** This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

12. Application of Debtors for an Order Authorizing the Retention and Employment of Saul Ewing LLP as Co-Counsel to the Debtors Pursuant to 11 U.S.C. § 327(a) *Nunc Pro Tunc* to the Petition Date [Filed: 08/04/10; Docket No. 11]

    **Status:** This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

13. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for (A) Authority to Retain Scouler & Company to Provide Chief Restructuring Officer and Additional Personnel and (B) Appointing Dan Scouler as Debtors' Chief Restructuring Officer [Filed: 08/04/10; Docket No. 12]

    **Status:** This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

### Additional First Day Motions Pertaining to Business Operations

14. Motion of Debtors for Entry of an Interim and Final Order Pursuant to Sections 105 and 366 of the Bankruptcy Code (I) Determining Utility Providers Are Adequately Assured of Future Performance, (II) Enjoining Utility Providers from Altering, Refusing, Discontinuing, or Interfering with Utility Service, and (III) Establishing Procedures for

Determining Requests for Additional Adequate Protection [Filed: 08/04/10; Docket No. 13]

**Status:** This matter will be going forward. The Debtors will seek entry of an Interim Order.

15. Motion for Order (A) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (B) Scheduling Hearing to Consider Sale and Approving the Form and Matter of Notices; (C) Approving Expense Reimbursement Provision and Break-Up Fee; and (D) Granting Related Relief [Filed: 08/04/10; Docket No. 14]

    **Status:** This matter will be served out on notice to be heard at a date and time to be determined. The Debtors will be requested expedited consideration of this Motion. This matter will not be going forward.

16. Motion for Order Under Sections 105(a), 363, and 1146(c) of the Bankruptcy Code (A) Authorizing the Sale(s) of Certain or All of the Debtors' Assets, Free and Clear of Liens, Claims, Encumbrances and Interests, (B) Approving Asset Purchase Agreement, and (C) Granting Related Relief [Filed: 08/04/10; Docket No. 15]

    **Status:** This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

17. Debtors' Motion for Entry of an Order Authorizing Rejection of Unexpired Leases *Nunc Pro Tunc* to August 4, 2010 [Filed: 08/04/10; Docket No. 16]

    **Status:** This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

18. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c)(2), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) And 364(e) (I) Authorizing and Approving Debtors' Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing [Filed: 08/04/10; Docket No. 17]

    **Status:** This matter will be going forward. The Debtors will seek entry of an Interim Order.

19. Motion for Entry of an Order (A) Authorizing But Not Directing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Employee-Related Obligations; (B) Authorizing But Not Directing the Debtors to Continue Certain Postpetition Wage and Benefit Programs; (C) Authorizing But Not Directing the Debtors to Continue to Make Deductions from Employees' Paychecks; and (D) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Relating to the Foregoing [Filed: 08/04/10; Docket No. 18]

    **Status:** This matter will be going forward.

Dated: August 4, 2010

K&L GATES LLP
Harley J. Goldstein
Sven T. Nylen
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

-and-

SAUL EWING LLP

_/s/_____
Mark Minuti (DE Bar No. 2659)
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

-and

MaryJo Bellew (DE Bar No. 4519)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7144
Facsimile: (215) 972-2292

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

596368.1 8/4/10