IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| UNIVERSAL BUILDING PRODUCTS, ) | Case No. 10-12453 (MFW) |
| INC., et al.,[1] ) | |
| ) | Joint Administration Requested |
| Debtors. ) | **Related to Docket Nos. 14 and 30** |
| ) | |

### ORDER GRANTING EXPEDITED CONSIDERATION OF DEBTORS' MOTION FOR ORDER (A) APPROVING BID PROCEDURES RELATING TO SALE OF THE DEBTORS' ASSETS; (B) SCHEDULING HEARING TO CONSIDER SALE AND APPROVING THE FORM AND MANNER OF NOTICES; (C) APPROVING EXPENSE REIMBURSEMENT PROVISION AND BREAK-UP FEE; AND (D) GRANTING RELATED RELIEF

Upon the Motion for expedited consideration (the "Motion to Expedite") of the Debtors' Motion for Order (A) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (B) Scheduling Hearing To Consider Sale and Approving the Form and Manner of Notices; (C) Approving Expense Reimbursement Provision and Break-Up Fee; and (C) Granting Related Relief (the "Bid Procedures Motion") seeking entry of an order (A) approving auction procedures and related bid protections; and (B) scheduling a hearing to consider the sale of substantially all of the Debtors' assets (collectively the "Bid Procedures"); and no previous motion for such relief having been made; and upon consideration of the Motion to Expedite; it is hereby

ORDERED that the Motion to Expedite is GRANTED; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

ORDERED that that portion of the Debtors' Bid Procedures Motion seeking the approval of the Bid Procedures Motion shall be heard on August 23, 2010 at 12:00 p.m., and that objections, if any, to the Bid Procedures shall be filed with the Court and served on K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Harley Goldstein, and Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19899, Attn: Mark Minuti, Esq., for receipt no later than 4:00 p.m. on August 18, 2010 and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

Dated: Aug 5, 2010