# EXHIBIT A

## APPROVED BUDGET

[see attached]

UBP Inc
9 Week Cash Flow

| For the Period | BK Filing Date | Forecast Mon-Tuesday 08/02 - 08/03 | Weeks 1 Forecast Wed-Fri 08/04 - 08/06 | 2 Forecast Mon-Fri 08/09 - 08/13 | 3 Forecast Mon-Fri 08/16 - 08/20 | 4 Forecast Mon-Fri 08/23 - 08/27 | 5 Forecast Mon-Fri 08/30 - 09/03 | 6 Forecast Mon-Fri 09/06 - 09/10 | 7 Forecast Mon-Fri 09/13 - 09/17 | 8 Forecast Mon-Fri 09/20 - 09/24 | 9 Forecast Mon-Fri 09/27 - 10/01 | Total Forecast Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Inflows:** | | | | | | | | | | | | |
| Customer Receipts (AR): | | | | | | | | | | | | |
| Accordance Inflows | | 17,000 | 13,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 253,000 |
| FormCo Inflows | 4-Aug | 33,000 | 25,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 489,000 |
| Total Customer Receipts (AR) | | | 38,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 742,000 |
| Total Cash Inflows | | | 38,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 742,000 |
| **Cash Outflows:** | | | | | | | | | | | | |
| Payroll and Related Taxes | | | | | | | | | | | | |
| UFC | | | | 81,000 | | 72,000 | | 54,000 | | 54,000 | 54,000 | 315,000 |
| DDC | | | | 18,000 | | 18,000 | | 8,000 | | 8,000 | 8,000 | 60,000 |
| ADMIN, all companies | | | | 72,000 | | 72,000 | | 72,000 | | 67,000 | 67,000 | 350,000 |
| Medical | | | | | 121,900 | | | 75,900 | | | | 197,800 |
| Stay on plan | | | | | | | 151,000 | | | 113,000 | | 264,000 |
| Taxes | | | | | | 38,000 | | | | 30,000 | 30,000 | 169,000 |
| Office/Facility Rent | | | | 40,000 | | | 228,000 | 31,000 | | 30,000 | | 500,000 |
| Exit cleanup costs at avg $12.5K/unit plus lump sums | | | | 260,000 | 128,000 | | 68,000 | 240,000 | | 279,000 | | 615,000 |
| Property Taxes | | | | 61,000 | 12,000 | | | | | 8,000 | | 129,000 |
| Collected Taxes (Sales Taxes) | | | | | | | | | | | | 20,000 |
| Insurance (auto, liability, workers comp, medical) | | | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 50,000 | 40,000 | 370,000 |
| Outside Services- Data Warehouse Management | | | | 4,000 | | | 18,000 | 4,000 | | 4,000 | 4,000 | 48,000 |
| Accordance Outflows (all costs including payroll) | | | | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 253,000 |
| FormCo Outflows (all costs including payroll) | | | | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 489,000 |
| Other Operating Expenses | | | | | | | | | | | | |
| Utilities | | | | 100,000 | | 49,000 | | | | 49,000 | | 198,000 |
| Other | | | | 17,000 | 17,000 | 17,000 | 17,000 | 7,000 | 7,000 | 7,000 | 7,000 | 108,000 |
| Security Services | | | | 16,000 | 16,000 | 16,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 79,000 |
| Director Fees | | | | | | 10,000 | | | | 10,000 | | 30,000 |
| Freight costs for inventory move | | | | 45,000 | | 45,000 | | | | | | 90,000 |
| Operating Cash Outflows | | | 124,000 | 842,000 | 422,900 | 465,000 | 613,000 | 622,900 | 138,000 | 653,000 | 424,000 | 4,304,800 |
| Net Operating Cash Flow | | | (86,000) | (754,000) | (334,900) | (377,000) | (525,000) | (534,900) | (50,000) | (565,000) | (336,000) | (3,562,800) |
| **Restructuring Legal & Professional Fees** | | | | | | | | | | | | |
| BK Professional Fees | | | | | | | | | | | | |
| Court & Trustee Fees | | | 5,000 | 162,500 | | | 562,500 | | | | 700,000 | 1,425,000 |
| Other Administrative | | | | | | | | | | | 20,000 | 25,000 |
| Administrative Claims | | | | | | | | | | | 272,173 | 272,173 |
| WARN net claims | | | | | | | | | | | | |
| Accrued Real Estate Taxes | | | | | | | | | | | 719,409 | 719,409 |
| Sale Notice publication and other claims agent mailings | | | | | | | | | | | 125,592 | 125,592 |
| Liquidating Trust Seed money | | | | | 50,000 | | | | | | | 50,000 |
| Federal/State tax prep | | | | | | | | | | | 200,000 | 200,000 |
| Total Restructuring Legal & Professional Fees | | | 5,000 | 162,500 | 50,000 | | 562,500 | | | | 2,037,174 | 2,867,174 |
| **Financing Related: Inflows (Outflows)** | | | | | | | | | | | | |
| Net Cash Flow Before Subsidiary A B C D and E Cash Transfers | | | (91,000) | (916,500) | (384,900) | (377,000) | (1,087,500) | (534,900) | (50,000) | (565,000) | (2,423,174) | (6,429,974) |
| Cash Transfers From Subsidiary A B C D and E | | | | | | | | | | | | |
| Net Cash Flow | | | (91,000) | (916,500) | (384,900) | (377,000) | (1,087,500) | (534,900) | (50,000) | (565,000) | (2,423,174) | (6,429,974) |
| Bank Balance | | 437,201 | 427,201 | 336,301 | (580,199) | (965,099) | (1,342,099) | (2,429,599) | (2,964,499) | (3,014,499) | (3,579,499) | 427,201 |
| Ending Bank Balance[1] | | 437,201 | 336,301 | (580,199) | (965,099) | (1,342,099) | (2,429,599) | (2,964,499) | (3,014,499) | (3,579,499) | (6,002,673) | (6,002,673) |

1. UBP received a cash deposit of $121,699.87 that it has not verified. If it is determined to be an asset of UBP the starting cash balance will be adjusted up for that amount and the Interim DIP and Total DIP amounts will be reduced by such amount, and the ending bank balance for each week will be reduced accordingly.