# EXHIBIT C

## Chapter 11 Plan of Liquidation Term Sheet
(Defined terms used in this Exhibit C shall have the meanings assigned to them in the Restructuring Agreement)

**Classification and Treatment of Claims:**

| | |
|---|---|
| Administrative Claims | Paid in full pursuant to usual and customary chapter 11 plan terms, consistent with the budget delivered in connection with the DIP Note. |
| Priority Tax Claims | Paid in full pursuant to usual and customary chapter 11 plan terms or otherwise consistently with 11 U.S.C. § 1129(a)(9), consistent with the budget delivered in connection with the DIP Note. |
| DIP Claims | May be impaired and receive the proceeds of the collateral (in which it maintains a super-priority priority interest) remaining in the bankruptcy estates after the consummation of the sale process contemplated in the Bankruptcy Transaction Documents, subject to the costs of such liquidation as set forth in a liquidating trust agreement. |
| Senior Secured Claims | May be impaired and receive any proceeds of the collateral (in which it maintains a first priority interest) remaining in the bankruptcy estates after repayment and satisfaction in full of DIP Claims, subject to the costs of such liquidation as set forth in a liquidating trust agreement. |
| Other Secured Claims | Shall receive the property securing such claim or such other agreed upon treatment. |
| Priority Claims | Shall receive such treatment as required by the Bankruptcy Code for purposes of confirming the Plan, consistent with the budget delivered in connection with the DIP Note. |
| Non-Priority Unsecured Claims | Shall not receive any distribution. |
| Intercompany Claims | Shall not receive any distribution |
| Equity Interests | Shall not receive any distribution |

| | |
|---|---|
| **Means for Implementation:** | The Plan shall be implemented by customary means, including establishment of a Liquidating Trust vested with any remaining property of the bankruptcy estates, including all causes of action. The Trust shall be funded in accordance with the Final DIP Order and administered by a Liquidating Trustee proposed by the Company and approved as part of the Plan. Subject to the terms of the Plan and governing trust agreement, the Trust shall be authorized to liquidate any remaining assets, prosecute causes of action, address tax matters, and make distributions under the Plan. |
| **Exculpation/Releases:** | The Plan shall provide for the exculpation of the Company, the bankruptcy estates, the Liquidating Trust, the Liquidating Trustee, the DIP Lenders, the Senior Secured Lenders and Agent, and their respective present or former officers, directors, shareholders, employees, advisors, attorneys or agents acting in such capacity or their respective affiliates with respect those matters related to the contemplated transactions and relief in a form usual and customary in chapter 11 plans. |
| | The Company and the bankruptcy estates shall provide a broad release to (a) the current and former directors, officers and employees (in their capacities as such) of any of the debtors; (b) the debtors' agents and professionals; (c) the DIP Lender; (d) the Senior Secured Lenders and Agent; and (e) the Liquidating Trustee under the Liquidating Trust. |
| | The Plan shall also provide for mutual releases among (a) the current and former directors, officers and employees (in their capacities as such) of any of the debtors; (b) the debtors' agents; (c) the DIP Lender; (d) the Senior Secured Lenders and Agent; (e) the Liquidating Trustee under the Liquidating Trust; and (f) those creditors entitled to vote to accept the Plan that do vote to accept the Plan and not otherwise able to opt out of such mutual release provisions. |
| **Executory Contracts:** | Any executory contracts or unexpired leases not previously assumed and assigned shall be rejected upon the consummation of the Plan. |
| **Other Plan Provisions:** | The Plan shall contain (i) such other provisions as are usual and customary in chapter 11 plans; and (ii) such other terms as to which the Company and the Senior |

Secured Lenders may agree.