# EXHIBIT 2

## Budget

596521.1 8/9/10

**UBP Inc**
Consolidated-- ASSUMES A CASE LIFE OF 9 WEEK. IF SHORTER/LONGER, ONGOING COSTS WOULD BE ELIMINATED/EXTENDED
**9 Week Cash Flow**

| For the Period: | Forecast | BK Filing Date | Weeks 1 Forecast | 2 Forecast | 3 Forecast | 4 Forecast | 5 Forecast | 6 Forecast | 7 Forecast | 8 Forecast | 9 Forecast | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mon - Tuesday 08/02 - 08/03 | 4-Aug | Wed - Fri 08/04 - 08/06 | Mon - Fri 08/09 - 08/13 | Mon - Fri 08/16 - 08/20 | Mon - Fri 08/23 - 08/27 | Mon - Fri 08/30 - 09/03 | Mon - Fri 09/06 - 09/10 | Mon - Fri 09/13 - 09/17 | Mon - Fri 09/20 - 09/24 | Mon - Fri 09/27 - 10/01 | | Forecast Period |
| **Cash Inflows:** | | | | | | | | | | | | | |
| Customer Receipts (AR): | | | | | | | | | | | | | |
| Accubrace Inflows | 17,000 | | $ 13,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ | 253,000 |
| FormCo Inflows | 33,000 | | 25,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | $ | 489,000 |
| Total Customer Receipts (AR) | | | 38,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | 88,000 | $ | 742,000 |
| **Total Cash Inflows** | | | $ 38,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ 88,000 | $ | 742,000 |
| **Cash Outflows:** | | | | | | | | | | | | | |
| Payroll, and Related Taxes | | | | | | | | | | | | | |
| UFC | | | | 81,000 | - | 72,000 | - | 54,000 | - | 54,000 | 54,000 | $ | 315,000 |
| DDC | | | | 18,000 | - | 18,000 | - | 8,000 | - | 8,000 | 8,000 | $ | 60,000 |
| ADMIN, all companies | | | | 72,000 | - | 72,000 | - | 72,000 | - | 67,000 | 67,000 | $ | 350,000 |
| Medical | | | | | 121,900 | | | 75,900 | | | | $ | 197,800 |
| Stay on plan | | | | | | | 151,000 | | | | 113,000 | $ | 264,000 |
| Taxes | | | | 40,000 | - | 38,000 | - | 31,000 | - | 30,000 | 30,000 | $ | 169,000 |
| Office/Facility Rent | | | | 260,000 | | | | 240,000 | | | | $ | 500,000 |
| Exit clean-up costs at avg $25.5K/unit plus lump sums | | | | | | 128,000 | 228,000 | | | 279,000 | | $ | 635,000 |
| Property Taxes | | | | 61,000 | | - | 68,000 | - | - | | - | $ | 129,000 |
| Collected Taxes (Sales Taxes ) | | | | - | 12,000 | - | - | - | - | 8,000 | - | $ | 20,000 |
| Insurance (auto, liability, workers comp.,medical) | | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 50,000 | 40,000 | $ | 370,000 |
| Outside Services- Data Warehouse Management | | | 18,000 | 4,000 | - | - | 18,000 | 4,000 | - | - | 4,000 | $ | 48,000 |
| Accubrace Outflows (all costs including payroll) | | | 13,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | $ | 253,000 |
| FormCo Outflows (all costs including payroll) | | | 25,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | 58,000 | $ | 489,000 |
| Other Operating Expenses | | | | | | | | | | | | $ | - |
| Utilities | | | | 100,000 | | 49,000 | | | | 49,000 | | $ | 198,000 |
| Other | | | 12,000 | 17,000 | 17,000 | 17,000 | 17,000 | 7,000 | 7,000 | 7,000 | 7,000 | $ | 108,000 |
| Security Services | | | 16,000 | 16,000 | 16,000 | 16,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | $ | 79,000 |
| Director Fees | | | | | | 10,000 | | | | 10,000 | 10,000 | $ | 30,000 |
| Freight costs for inventory move | | | - | 45,000 | - | 45,000 | - | - | - | - | - | $ | 90,000 |
| **Operating Cash Outflows** | | | 124,000 | 842,000 | 294,900 | 593,000 | 613,000 | 622,900 | 138,000 | 653,000 | 424,000 | $ | 4,304,800 |
| **Net Operating Cash Flow** | | | (86,000) | (754,000) | (206,900) | (505,000) | (525,000) | (534,900) | (50,000) | (565,000) | (336,000) | $ | (3,562,800) |
| **Restructuring Legal & Professional Fees:** | | | | | | | | | | | | | |
| BK Professional Fees | | | | | | | | | | | | | |
| Court & Trustee Fees | | | 5,000 | 162,500 | | | 562,500 | | | | 700,000 | $ | 1,425,000 |
| Other Administrative | | | | | | | | | | | 20,000 | $ | 25,000 |
| Administrative Claims | | | | | | | | | | | 272,173 | $ | 272,173 |
| WARN act claims | | | | | | | | | | | | $ | - |
| Accrued Real Estate Taxes | | | | | | | | | | | 719,409 | $ | 719,409 |
| Sale Notice publication and other claims agent mailings | | | | | 50,000 | | | | | | 125,592 | $ | 125,592 |
| Liquidating Trust Seed money | | | | | | | | | | | - | $ | 50,000 |
| Federal/State tax prep | | | | | | | | | | | 200,000 | $ | 200,000 |
| | | | | | | | | | | | 50,000 | $ | 50,000 |
| **Total Restructuring Legal & Professional Fees** | | | 5,000 | 162,500 | 50,000 | - | 562,500 | - | - | - | 2,087,174 | $ | 2,867,174 |
| **Financing Related: Inflows (Outflows)** | | | | | | | | | | | | | |
| Net Cash Flow Before Subsidiary A B C D and E Cash Transfers | | | (91,000) | (916,500) | (256,900) | (505,000) | (1,087,500) | (534,900) | (50,000) | (565,000) | (2,423,174) | $ | (6,429,974) |
| Cash Transfers From Subsidiary A B C D and E | | | - | - | - | - | - | - | - | - | - | $ | - |
| **Net Cash Flow** | | | (91,000) | (916,500) | (256,900) | (505,000) | (1,087,500) | (534,900) | (50,000) | (565,000) | (2,423,174) | $ | (6,429,974) |
| Bank Balance | | | 427,301 | 336,301 | (580,199) | (837,099) | (1,342,099) | (2,429,599) | (2,964,499) | (3,014,499) | (3,579,499) | $ | 427,301 |
| Ending Bank Balance | $ 427,301 | | $ 336,301 | $ (580,199) | $ (837,099) | $ (1,342,099) | $ (2,429,599) | $ (2,964,499) | $ (3,014,499) | $ (3,579,499) | $ (6,002,673) | $ | (6,002,673) |

Interim Profession Fee Carve-Out Breakdown from Petition Date Until Final Hearing (less retainers held)

| K&L Gates | $188,425.00 |
|---|---|
| Saul Ewing | $34,260 |
| Garden City | $50,000 |
| U.S. Trustee Fees (based on budgeted disbursements) | $7,800 |
| Total: | $280,485.00 |

E-484598 v2