**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Universal Building Products, Inc., *et al.* | : | Case No. 10-12453 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Raytrans Distributin Services, Inc.**, Attn: James M. Ray, 53 W. Jackson Blvd., Ste. 1056, Chicago, IL 60604, Phone: 312-488-1114, Fax: 877-814-7740

2. **King Steel Corporation**, Attn: Don Johnson, 5225 East Cook Rd., Grand Blanc, MI 48439, Phone: 810-953-7637 x 229, Fax: 810-953-6266

3. **Eastern Accessories Corp.**, Attn: Dong Shuyuan, 25 Canton Rd., TST, HK, c/o Room 1608, 100 Hong Kong M Rd., Qingado, PR China, Phone: 86-0532-85878082, Fax: 86-0532-85872910

4. **Millennium Metals, LLC**, Attn: H. Eugene Laster, 3124 State St., Steger, IL 60475, Phone: 708-757-7002, Fax: 708-757-4255

5. **Jade-Sterling Steel Co., Inc.**, Attn: William H. Lieberman, 2300 East Aurora Rd., Twinsburg, OH 44087, Phone: 330-425-3141, Fax: 330-425-3056

                            ROBERTA A. DEANGELIS
                            United States Trustee, Region 3


                             /s/ Richard L. Schepacarter  for
                            WILLIAM K. HARRINGTON
                            ASSISTANT UNITED STATES TRUSTEE

DATED: August 13, 2010

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Minuti, Phone: (302) 421-6840, Fax: (302) 421-5873