# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) Case No. 10-12453 (MFW) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## AFFIDAVIT OF JORDON KRUSE IN SUPPORT OF THE MOTION OF UBP ACQUISITION CORPORATION FOR ENTRY OF ORDER GRANTING RELIEF FROM AUTOMATIC STAY TO FORECLOSE ON DEBTORS' ASSETS

I, Jordon Kruse, under penalty of perjury, declare as follows:

1. I am a Managing Director of Oaktree Capital Management, L.P. and the President and Treasurer of UBP Acquisition Corporation (the "Lender").[2]

2. On August 20, 2010, the Lender filed a motion (the "Motion") seeking entry of an order granting relief from the automatic stay to foreclose of the Debtors' assets pursuant to § 362(b) of title 11 of the United States Code (the "Bankruptcy Code").

3. Attached hereto to pursuant to 4001-1(c)(i)(A)(1) of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") is supporting documentation upon which the Lender will rely at the hearing with respect to the Motion, including true copies of all notes, bonds, mortgages, security agreements, financing statements, and assignments.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings accorded to them in the Motion.

K&E 17545869.5

4. Pursuant to Rules 4001-1(c)(i)(A)(2), (3) and (4) of the Local Rules, I provide the following statement of amounts due on account of the Lender's secured claims:

| Local Rule | Description | Amount |
|---|---|---|
| 4001-1(c)(i)(A)(2)(a) | Unpaid Principal | $41,988,195.81 |
| 4001-1(c)(i)(A)(2)(b) & (d) | Accrued interest and fees through August 3, 2010 | $32,874.37 |
| 4001-1(c)(i)(A)(2)(c) | Late charges | $0 |
| 4001-1(c)(i)(A)(2)(e) | Advances for taxes, insurance, etc. | $0 |
| 4001-1(c)(i)(A)(2)(f) | Unearned interest | $0 |
| 4001-1(c)(i)(A)(2)(g) | Any other charges | $0 |
| 4001-1(c)(i)(A)(3) | A per diem interest factor | $0 |
| 4001-1(c)(i)(A)(2) | Lender's good faith estimate of the value of the collateral as of the petition date of the respective debtor | $21,070,770.39 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 20, 2010                    UBP Acquisition Corp.[1]


                                          */s/ Jordon Kruse*
                                          Jordon Kruse

---

[1] The Lender will present a signed notarized affidavit prior to the hearing.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL BUILDING PRODUCTS, INC., et al., | Case No. 10-12453 (MFW) |
| Debtors. | Jointly Administered |

## KRUSE AFFIDAVIT EXHIBIT LIST

| EXHIBIT | DOCUMENT |
|---|---|
| **Credit Agreement Documents** | |
| A. | Credit Agreement |
| B. | First Amendment to Credit Agreement |
| C. | Second Amendment to Credit Agreement and Waiver |
| D. | Third Amendment to Credit Agreement and Waiver |
| E. | Third Forbearance Agreement |
| F. | Security Agreement |
| G. | Pledge Agreement |
| H. | Trademarks - US - Don De Cristo Concrete Accessories, Inc. |
| I. | Trademarks - Canada - Don De Cristo Concrete Accessories, Inc. |
| J. | Patents - US - Don De Cristo Concrete Accessories, Inc. |
| K. | Patents - US - Universal Fonn Clamp of Chicago, Inc. / Universal Fonn Clamp, Inc. |
| L. | Patents - Canada - Don De Cristo Concrete Accessories, Inc. |

K&E 17547823.1

| | |
|---|---|
| M. | Industrial Design - Canada - Don De Cristo Concrete Accessories, Inc. |
| N. | Deposit Account Control Agreements |
| O. | Landlord Lien Waivers |
| P. | Mortgage, Security Agreement, Assignment of Leases, Rents and Profits and Fixture Filing |
| Q. | UCC Financing Statements (UCC-1 and UCC-3) - Universal Building Products, Inc. |
| R. | UCC Financing Statements (UCC-1 and UCC-3) - Accubrace, Inc. |
| S. | UCC Financing Statements (UCC-1 and UCC-3) - Universal Form Clamp, Inc. |
| T. | UCC Financing Statements (UCC-1 and UCC-3) - FORM-CO, Inc. |
| U. | UCC Financing Statements (UCC-1 and UCC-3) - Don De Cristo Concrete Accessories, Inc. |
| V. | Lien Search Summary |
| W. | Raw Lien Search Results |
| X. | IP Search Summary |
| Y. | Raw IP Search Results |
| Z. | Schedule for Patents |
| **Senior Secured Debt Transfer Documents** | |
| AA. | Purchase and Sale Agreement (Debt to Oaktree Entities - First Street Holdings) |
| BB. | Assignment Agreement (Debt to First Street Holdings 1) |
| CC. | Assignment Agreement (Debt to First Street Holdings 2) |
| DD. | Omnibus Assignment Agreement with other Lenders - Assignment Agreement (Debt to Oaktree Entities) |
| EE. | Agency resignation and transfer, and consent by borrower - Agent Resignation Letter |
| FF. | Transfer Documents from the Oaktree entities to UBP Acquisition Corp. - Assignment Agreement |

| GG. | Transfer Documents from the Oaktree entities to UBP Acquisition Corp. - Subscription Agreement for UBP Acquisition Corp. |
|---|---|
| HH. | Deposit Account Control Agreements |
| II. | UCC-1 Financial Statements |