# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Universal Building Products, Inc. |
| **Case Number:** | 10-12453-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 23, 2010 12:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Second day motions
**R / M #:**   119 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
  Items 1 through 3 - Continued
  Item 4 - Order entered under Certification of Counsel
  Items 5 through 8 - Orders entered under CNOs
  Items 9 through 12 - Continued