**CASE NAME:** Universal Building Products  
**CASE NUMBER:** 10-12453 (MFW)

# SIGN-IN SHEET

**COURTROOM NUMBER:** 4  
**DATE:** 8/24/10 at 12:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Juliet Sarkessian | US Trustee's Office | US Trustee |
| Mark Minuti | Saul Ewing LLP | Debtor |
| Harry Goldstein | K&L Gates LLP | " |
| Sven Uylen | " " " | " |
| Jeffry Mila | " " " | " |
| Margo Cook | " " " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | UBP Acquisition |
| David Agay | Kirkland & Ellis LLP | UBP Acquisition |
| David Eaton | Kirkland & Ellis LLP | UBP Acquisition |
| James Sullivan | Arent Fox LLP | Committee |
| Caroline English | Arent Fox LLP | " |
| Jeff Rothleder | " | " |
| Rafael Zahralddin | Elliott Greenleaf | " |
| Stephen Blauner | Solus LP | " |
| Samantha Good | Kirkland & Ellis | UBP Acquisition |
| Daniel Hodgman | " " (telephonic) | " |
| Dan Levine | Oaktree Capital Management | " |