## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) | Case No. 10-12453 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 26, 2010 AT 11:30 A.M. (PREVAILING EASTERN TIME)
## BEFORE THE HONORABLE MARY F. WALRATH
## U.S. BANKRUPTCY COURT JUDGE[2,3]

## MATTERS GOING FORWARD:

1.     Motion for Order (A) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (B) Scheduling Hearing to Consider Sale and Approving the Form and Matter of Notices; (C) Approving Expense Reimbursement Provision and Break-Up Fee; and (D) Granting Related Relief [Filed: 08/04/10; Docket No. 14]

    Related Documents:

    A.     Motion to Expedite [Filed: 08/04/10; Docket No. 30]

    B.     Order Granting Motion to Expedite [Signed: 08/05/10; Docket No. 44]

    C.     Notice of Hearing [Filed: 08/06/10; Docket No. 55]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

[2]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

[3]     Parties who are unable to attend a hearing may request telephonic participation by contacting Courtcall toll free by phone (866-582-6878) or by facsimile (866-533-2946) no later than NOON one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

D.      Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors Leave to File Debtors' Response to the Committee's Objection to the Debtors' Bid Procedures Motion [Filed: 08/20/10; Docket No. 106]

E.      Order Granting Motion for Leave to File Response [Signed: 08/23/10; Docket No. 130]

Response Deadline: August 18, 2010. The response deadline was extended to August 19, 2010 at 4:00 p.m. for the Creditors' Committee.

Responses Received:

F.      Objection of the United States Trustee [Filed: 08/18/10; Docket No. 83]

G.      Initial Objection of the Creditors' Committee [Filed: 08/19/10; Docket No. 94]

H.      Exhibit to Limited Objection [Filed 08/22/10; Docket No. 117]

Reply:

I.      Debtors' Omnibus Response to Objections to the Proposed Bidding Procedures [Filed: 08/23/10; Docket No. 133]

Status: This matter is going forward.

2.      Motion for Order Under Sections 105(a), 363, and 1146(c) of the Bankruptcy Code (A) Authorizing the Sale(s) of Certain or All of the Debtors' Assets, Free and Clear of Liens, Claims, Encumbrances and Interests, (B) Approving Asset Purchase Agreement, and (C) Granting Related Relief [Filed: 08/04/10; Docket No. 15]

Related Documents:

A.      Proposed Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Debtors' Assets, (II) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests, (III) Granting Related Relief [Filed: 08/10/10; Docket No. 67]

B.      Notice of Emergency Transitional Sale Subject to Bid Procedures (the "Notice") [Filed: 08/23/10; Docket No. 135]

Status: Consistent with the Notice, and subject to approval of the Court, this matter is going forward.

3.  Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c)(2), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) And 364(e) (I) Authorizing and Approving Debtors' Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; (IV) Modifying Automatic Stay; and (V) Scheduling Final Hearing [Filed: 08/04/10; Docket No. 17]

Related Documents:

A.  Interim Order [Signed: 08/10/10; Docket No. 66]

B.  Notice of Entry of Interim Order and Notice of Final Hearing [Filed: 08/11/10; Docket No. 69]

Response Deadline: August 18, 2010. The response deadline was extended to August 19, 2010 at 4:00 p.m. for the Creditors' Committee.

Responses Received:

C.  Initial Objection of the Creditors' Committee [Filed: 08/19/10; Docket No. 95]

Reply:

D.  Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors Leave to File Debtors' Response to the Committee's Objection to the Debtors' DIP Motion [Filed: 08/22/10; Docket No. 114]

Status: This matter is going forward.

4.  Emergency Motion of Official Committee of Unsecured Creditors Pursuant to Section 363(k) of the Bankruptcy Code or an Order Prohibiting Setoff Rights With Respect to the Lender's Ability to Credit Bid [Filed: 08/19/10; Docket No. 96]

Related Documents:

A.  Motion for Order Scheduling Expedited Consideration [Filed: 08/20/10; Docket No. 97]

B.  Order Shortening Time [Signed: 08/20/10; Docket No. 99]

Response Deadline: August 23, 2010 at 12:00 p.m.

Responses Received:

C.  Debtors' Objection [Filed: 08/22/10; Docket No. 115]

Status: Absent a consensual resolution, this matter is going forward.

596947.1 8/24/10

5. Motion of UBP Acquisition Corporation for Entry of Order Granting Relief from (A) Automatic Stay to Foreclose on Debtors' Assets and (B) Any Stay Pursuant to Rule 4001(A)(3) [Filed: 08/20/10; Docket No. 100]

   Related Documents:

   A. Motion for Order Scheduling Expedited Hearing [Filed: 08/20/10; Docket No. 101]

   B. Affidavit of Jordan Kruse [Filed: 08/20/10; Docket No. 102]

   C. Exhibits to Affidavit of Jordan Kruse [Filed: 08/20/10; Docket No. 103]

   D. Exhibits to Affidavit of Jordan Kruse [Filed: 08/20/10; Docket No. 104]

   E. Exhibits to Affidavit of Jordan Kruse [Filed: 08/20/10; Docket No. 105]

   F. Affidavit of Jordan Kruse [Filed: 08/23/10; Docket No. 122]

   G. Order Scheduling Expedited Hearing [Signed: 08/23/10; Docket No. 131]

   Response Deadline:  August 26, 2010 at 9:00 a.m.

   Responses Received:  None to date

   Status:  Absent a consensual resolution, UBP Acquisition Corporation shall request that this matter go forward.

6. Debtors' Motion to Implement a Retention Program for Non-Insider Employees [Filed: 08/20/10; Docket No. 107]

   Related Documents:

   A. Motion for Expedited Consideration [Filed: 08/20/10; Docket No. 108]

   B. Note of Hearing [Filed: 08/23/10; Docket No. 132]

   Response Deadline:  August 23, 2010 at 12:00 p.m.

   Responses Received:

   Status:  This matter is going forward.

596947.1 8/24/10

Dated: August 24, 2010

K&L GATES LLP
Harley J. Goldstein
Sven T. Nylen
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

-and-

SAUL EWING LLP

Mark Minuti (DE Bar No. 2659)
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Co-Counsel for the Debtors and Debtors in Possession*

5