**CASE NAME:** Universal Building Products, Inc.

**CASE NUMBER:** 10-12453 (MFW)

# SIGN-IN SHEET

**COURTROOM NUMBER:** 4

**DATE:** 8/26/10 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Teresa Currier | Saul Ewing LLP | Universal Building Products |
| Harley Goldstein | K&L Gates | " |
| Sven Nylen | " | " |
| Stephen W. Spence | Phillips Goldman & Spence PA | Safway |
| Jeffrey Rhodes | Alston Fox LLP | " |
| James Sullivan | " | " |
| Rafael Zahralddin | " | Committee |
| Jennifer Hoover | Benesch Friedlander | Walco |
| Barbara Parlin | Holland & Knight | Fahey O'Donnell Creditors |
| Jami Nimeroff | Brown Stone Nimeroff LLC | Fahey O'Donnell Creditors |
| Richard L. Schepacarter | USDOJ-UST | UST |
| Juliet Sarkessian | " | " |
| Scott Hefter | | |
| B. Dawn Johnson | K&L Gates | Debtors |
| David Eaton | Kirkland Ellis LLP | " |
| John Hartmann | Kirkland Ellis LLP | VBP Agenda |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | |

Court Conference
Calendar Date: 08/26/2010
Calendar Time: 11:30 AM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

2nd Revision 08/26/2010 06:50 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706607 | Francis A. Blair | (212) 284-4334 | Solus Alternative Asset Management | Interested Party, UBP Aquisition / LISTEN ONLY |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706623 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, UBP Aquisition / LISTEN ONLY |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3709210 | Edward T. Gavin | 302-655-8997 | NachmanHaysBrownstein, Inc. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706600 | Samantha Good | (213) 680-8204 | Kirkland & Ellis | Interested Party, UBP Aquisition / LISTEN ONLY |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706593 | Christopher J. Greeno | (312) 862-2000 | Kirkland & Ellis, LLP | Debtor, Universal Building Products Inc. / LIVE |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706597 | Daniel Hodgman | (312) 862-3424 | Kirkland & Ellis, LLP | Interested Party, UBP Acquisition Corp. / LIVE |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706683 | Jordon Kruse | (213) 830-6422 | Oaktree Capital Management | Interested Party, UBP Acquisition / LISTEN ONLY |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706602 | Dan Levine | (213) 830-6422 | Oaktree Capital Management | Interested Party, UBP Acquisition / LISTEN ONLY |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706604 | Karim Moolani | (213) 830-6422 | Oaktree Capital Management | Interested Party, UBP Acquisition / LISTEN ONLY |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3706645 | David Quick | (312) 862-2000 | UBP Acquisition Corporation | Interested Party, UBP Acquisition / LISTEN ONLY |
| | | Universal Building Products, Inc. | 10-12453 | Hearing | 3709300 | Matthew Samsa | (216) 363-4500 | Benesch, Friedlander, Coplan & | Creditor, Waco International Corporation / LIVE |