# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Universal Building Products, Inc. |
| **Case Number:** | 10-12453-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 27, 2010 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matter:*

Cont'd hearing
**R / M #:**   159 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Item 1 - Order entered
    Item 2 - Interim Order entered
    Item 3 - Order entered
    Item 4 - Withdrawn
    Item 5 - Withdrawn
    Item 6 - Order entered