# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) Case No. 10-12453 (MFW) |
| Debtors. | ) Jointly Administered |

## DECLARATION OF ANDREW I. SILFEN IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO AUGUST 13, 2010

I, Andrew I. Silfen, hereby declare under penalty of perjury:

1. I am a partner and chair of the Bankruptcy and Financial Restructuring Group at Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 360 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019 as well as offices in Washington, DC and Los Angeles, CA.

2. I am fully familiar with the facts hereinafter stated, and am authorized to and hereby make this declaration (the "Declaration") in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Universal Building Products, Inc. and its affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the employment and retention of Arent Fox as counsel to the Committee *nunc pro tunc* to August 13, 2010, and to provide certain disclosures under Sections 504 and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

NYC/501425.1

1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

3. The information contained in this Declaration is of my own personal knowledge, discussions with my partners, or is derived from my review of the file in these cases.

4. All attorneys who will work on this engagement have read and are fully familiar with the Bankruptcy Code and the Bankruptcy Rules, and the Local Bankruptcy Rules of this Court, and are sufficiently competent to handle whatever might foreseeably be expected of the Committee's counsel in this matter.

5. Insofar as I have been able to ascertain, except as described herein, the other partners, counsel, and associates of Arent Fox and I are disinterested parties within the meaning of Section 101(14) of the Bankruptcy Code, and have no interest adverse to and no connections with the Committee, the Debtors' estates, their creditors or any other party-in-interest herein or their respective attorneys and accountants with respect to matters for which Arent Fox is to be engaged (other than the representation of the Committee).[2] Although Arent Fox from time to time has represented and in the future may represent various entities that are

---

[2] Arent Fox appears in many cases involving a substantial number of creditors, parties-in-interest and professionals. Arent Fox is reviewing the parties-in-interest in these proceedings and will make every effort to disclose all connections to these parties as they become known to Arent Fox. Although it is not possible to guarantee that each and every connection is disclosed at this early juncture, Arent Fox will file additional and supplemental disclosure statements in the event Arent Fox becomes aware of any additional connections. In addition, it is possible that some creditors or parties-in-interest herein are creditors, professionals or parties-in-interest with *de minimus* interest in other cases in which Arent Fox plays a role.

creditors of the Debtors or otherwise had or have an interest in these proceedings in matters wholly unrelated to this proceeding, Arent Fox will not represent those creditors other parties in connection with these Chapter 11 cases.

**Arent Fox's Conflict Check System**

6.  In connection with preparing this Declaration, Arent Fox submitted the names of parties-in-interest in these cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Arent Fox. The list of the Parties-in-Interest was obtained by Arent Fox from the initial papers filed in these cases by the Debtors. Arent Fox maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by Arent Fox is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter. It is the policy of Arent Fox that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Arent Fox.

7.  The Parties-in-Interest which Arent Fox submitted to its conflict database include:

>   (a) The Debtors (including former names and aliases) and related entities/parties;
>
>   (b) The Debtors' professionals;

(c) The Debtors' secured creditors;

(d) The Debtors' secured lenders; and

(e) The thirty largest unsecured creditors of the Debtors on a consolidated basis.

8. A list of the Parties-in-Interest submitted to the conflict check system is attached hereto as <u>Exhibit 1</u>.

**Arent Fox's Relationship With Parties-In-Interest In Unrelated Matters**

9. Arent Fox appears in cases, proceedings, and transactions involving a substantial number of different attorneys, accountants, financial consultants, and investment bankers, some of whom now, or may in the future, represent creditors or Parties-In-Interest in these cases. The Office of United States Trustee appears in each bankruptcy matter that Arent Fox appears. Aside from this, there is no known connection with the Office of United States Trustee or any of its attorneys.

10. George V. Utlik, Esq., formerly served as Law Clerk to the Honorable Mary F. Walrath before this matter was pending before her. Mr. Utlik joined Arent Fox as an associate in the Financial Restructuring and Bankruptcy Department in September, 2009. To my knowledge, Mr. Utlik had no involvement with this case while serving as Law Clerk. Also, from time to time, Arent Fox attorneys appear before the Honorable Mary F. Walrath but other than that of Mr. Utlik, there is no known connection to Judge Walrath or her Chambers staff.

11. Additionally, as set forth in paragraph 15 of the Application, the Committee intends to utilize the services of a Chinese language translator to ensure effective communications among its members and professionals. Upon the recommendation of Arent Fox, the Committee selected Dr. Haishan Liu of US-China Assets Management USA, LLC,

who is fluent in the Mandarin dialect of the Chinese language, to provide these services. Dr. Liu provides services to companies based in China to assist them with recovery and contract actions and the bankruptcy process in the United States. Dr. Liu is not an attorney. To my knowledge, Dr. Liu does not hold or represent any interest adverse to the Committee. Dr. Liu was involved with this case from the Petition Date and also served as proxy for Eastern Accessories Corp., a member of the Committee, at the U.S. Trustee's Organizational Meeting. Dr. Liu's address is as follows: 33–65 55th Street, Woodside, New York 11377. Arent Fox represents US-China Assets Management USA, LLC in certain non-bankruptcy matters. Arent Fox also represents or represented parties in several cases in which Dr. Haishan Liu and/or US-China Assets Management USA, LLC act in various capacities, including without limitation the following: Arent Fox represented the Official Committee (the "Jazz Products Committee") of Unsecured Creditors of Jazz Products, LLC, an unrelated Chapter 11 case in the District of New Jersey, Chapter 11 Case No. 09-33687 (RTL). Dr. Liu provided translation services to the Jazz Products Committee. Arent Fox represented the Official Committee (the "Norwood Committee") of Unsecured Creditors of NPPI Holdings, Inc., *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 09-11547 (PJW). Dr. Liu provided translation services to the Norwood Committee. Arent Fox represents the Official Committee (the "International Home Committee") of Unsecured Creditors of International Home Fashions, Inc., an unrelated Chapter 11 case in the Western District of North Carolina, Chapter 11 Case No. 08-10434 (GRH). US-China Assets Management USA, LLC serves as the US representative of Sunrise Textile and Interman, both members of the International Home Committee. Arent Fox represents the Official Committee (the "Sababa Committee") of Unsecured Creditors of Sababa Group, Inc., an unrelated

Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 01-10975 (RDD). US-China Assets Management USA, LLC serves as the US representative of Shen Zhen Xinyinhai Electronic Co., Ltd. and Deyi Mould Factory, both members of the Sababa Committee. Arent Fox also represents several unsecured trade creditors in the Chapter 11 cases of Shapes/Arch Holdings L.L.C., an unrelated Chapter 11 case in the District of New Jersey, Chapter 11 case No. 08-14631 (GMB). US-China Assets Management USA, LLC serves as the US representative of these same unsecured trade creditors in the Shapes/Arch Chapter 11 cases. Arent Fox currently represents the Official Committee (the "eTOYS Committee") of Unsecured Creditors of eTOYS DIRECT 1, LLC *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 08-13412 (BLS). US-China Assets Management USA, LLC acts as a U.S. representative of Madd International and Zhejiang Xinyun, both of which are unsecured creditors and members of the eTOYS Committee.

12. Exhibit 2 contains a list of the Parties-in-Interest or their affiliates that Arent Fox has represented, currently represents, or is or was adverse to in matters wholly unrelated to the Debtors and their estates.[3] As disclosed in Exhibit 2, Arent Fox and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtors, or other parties-in-interest in the Debtors' Chapter 11 cases in matters unrelated to these cases. Arent Fox has not, and will not, represent any creditors of the Debtors or other parties-in-interest in connection with the Debtors or these cases or have any relationship with any such entity which would be adverse to the Debtors or their estates.

---

[3] Arent Fox's investigation of its relationships with parties in interest is ongoing and further disclosures will be made to the extent necessary.

**Normal Hourly Rates and Disbursement Policy**

13. Arent Fox has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates of Arent Fox, or (b) any compensation another person or party has received or may receive.

14. Subject to this Court's approval in accordance with Section 330(a) of the Bankruptcy Code, Arent Fox will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable, and necessary out-of-pocket disbursements incurred in connection therewith. The following are Arent Fox's current hourly rates for work of this nature:

| | | |
|---|---|---|
| (a) | Partners: | $465 - $840 |
| (b) | Of Counsel: | $465 - $760 |
| (c) | Associates: | $290 - $540 |
| (d) | Paraprofessionals: | $150 - $270 |

15. The rates set forth above are subject to periodic review and adjustment and are set at a level designed to fairly compensate Arent Fox for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Generally, the rates are subject to an increase at the beginning of each calendar year. It is Arent Fox's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone, telecopier and other charges, mail and express and overnight mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Arent Fox will charge the Debtors' estates for these expenses in a manner and at

- 7 -
NYC/501425.1

rates consistent with charges made generally to Arent Fox's other clients. Arent Fox believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients. Arent Fox will seek reimbursement of its expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and Orders of this Court.

16. Arent Fox did not receive a retainer with respect to its proposed representation of the Committee.

17. Arent Fox will not represent any entity other than the Committee in these Chapter 11 cases.

## CONCLUSION

18. Based upon the information available to me, and except as otherwise described herein, Arent Fox holds no interest adverse to the Committee, the Debtors, their estates, or their creditors as to the matters in which it is to be employed other than the representation of the Committee. I believe that Arent Fox is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. I know of no reason why Arent Fox cannot act as attorneys for the Committee. The foregoing constitutes the statement of Arent Fox pursuant to Section 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014–1.

Executed this 30th day of August 2010, at New York, New York.

/s/ Andrew I. Silfen
Andrew I. Silfen

# EXHIBIT 1

## Debtors and Related Entities/Parties

Universal Building Products, Inc.
Gregory D. Waller
UBP
Accubrace, Inc.
Don De Cristo Concrete Associates, Inc.
Form-Co, Inc.
Universal Form Clamp, Inc.

## Debtors' Professionals

Saul Ewing LLP
K&L Gates LLP
Scouler & Co.

## Equity Investors

Whitney Universal Acquisition, LLC
Jeffrey D. Church
Don De Cristo
Vasken Kassardjian/Norma Kassardjian, Trustees of Novak Trust
Thomas L. Fahey
Terrance J. O'Donnell
Allen G. Shaffer, Trustee of Allen G. Shaffer 2001 Trust

## Secured Lenders

UBP Acquisition Corp.
OCM Fie L.P.
Oaktree Capital Management, L.P.
First Street Holdings 3, L.P.
First Street Holdings 4, L.P.
First Street Holdings 5, L.P.
First Street Holdings 6, L.P.
First Street Holdings 7, L.P.
Figueroa Street POF Holdings III Ltd.

## Top 30 Unsecured Creditors

Raytrans Distribution Services, Inc.
King Steel Corp.
Atlas Employment Services, Inc.
Eastern Accessories Corp.
Millennium Metals, LLC
MLRP 2300 Maywood LLC

NYC/501425.1

Hebei Longda Trade Co. Ltd.
Jade-Sterling Steel Co. Inc.
Precision Industries, Inc.
Shanghai Hualin Hardware Col. Ltd.
Mitek Industries, Inc.
Sugar Steel
Annas Sales Group LLC
Toyota Financial Services
American Express Company
Diversified Sourcing Solutions
Mid State Industries, LLC
Super Roco Steel & Tube
Qingdao Welkin Col.
ABC Logistics
Quad-County Ready Mix
Soudan Metals
Capital Steel & Wire, Inc.
Topline Staffing
Clark Cubed
Qingdao Const Forging Inc.
Crest Steel Corp.
Estes Express Lines
Select Staffing
Landstar Ranger, Inc.

# EXHIBIT 2[4]

| Debtors' Party | Arent Fox Relationship |
|---|---|
| American Express Company | AMERICAN EXPRESS in name—Current & Former Client; Current & Former Adverse; Current & Former Adverse; Current & Former Client-Friendly; Current & Former Other; Current & Former Other |
| Estes Express Lines | Former client |
| K&L Gates LLP | Attorney to Current Adverse |
| Mitek Industries, Inc. | Current Client-Friendly; Former Adverse |
| MLRP 2300 Maywood LLC | "Maywood Capital" and "Maywood Management"—Current Adverse |
| Oaktree Capital Management LP | Current & Former Adverse; Former Client-Friendly; Former Other |
| Saul Ewing LLP | Attorney to Current Adverse; Attorney to Current & Former Other |
| Scouler & Co | Current Adverse |

---

[4] Party relationships are classified as: (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Other Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse); (v) Client Friendly (a party who refers a client to Arent Fox; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the Arent Fox client).

NYC/501425.1

| **Debtors' Party** | **Arent Fox Relationship** |
|---|---|
| Toyota Financial Services | Current Adverse; Former Other; "Southeast Toyota Distributors"—Current Client; "Toyota Motor Engineering & Manufacturing North America"—Current Client; "Toyota Motor Sales USA"—Former Client; "Toyota Motor Credit"—Former Client; Toyota Motor Corporation—Current Client; Other Toyota-named entities—Current & Former Clients; Current & Former Adverse; Former Co-Party; Current & Former Client-Friendly; Current & Former Other |

NYC/501425.1

# EXHIBIT B

1. Millennium Metals, LLC
   Attn: H. Eugene Laster
   3124 State St.
   Steger, IL 60475
   Phone: 708-757-7002
   Fax: 708-757-4255

2. Eastern Accessories Corp.
   Attn: David Dong
   25 Canton Rd.
   TST, HK, c/o Room 1608
   100 Hong Kong M Rd.
   Qingado, PR China
   Phone: 86-0532-85878082
   Fax: 86-0532-85872910

3. King Steel Corporation
   Attn: Don Johnson
   5225 East Cook Rd.
   Grand Blanc, MI 48439
   Phone: 810-953-7637 x 229
   Fax: 810-953-6266

4. Raytrans Management, LLC
   Attn: James M. Ray, Sr.
   53 W. Jackson Blvd. Suite 1056
   Chicago, IL 60605
   Phone: 312-488-1114
   Fax: 877-814-7740

5. Jade-Sterling Steel Co., Inc.
   Attn: William H. Lieberman
   2300 East Aurora Rd.
   Twinsburg, OH 44087
   Phone: 330-425-3141
   Fax: 330-425-3056