# **EXHIBIT E**

## **Disclosure Statement Hearing Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., et al.,[1] | ) ) ) | Case No. 10-12453 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

## NOTICE OF HEARING ON THE DISCLOSURE STATEMENT FOR THE JOINT LIQUIDATING PLAN OF UNIVERSAL BUILDING PRODUCTS AND CERTAIN OF ITS SUBSIDIARIES PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

**TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** on August 31, 2010, Universal Building Products, Inc. and certain of its subsidiaries, as debtors and debtors-in-possession (the "*Debtors*") filed: (a) the *Disclosure Statement for the Joint Liquidating Plan of Universal Building Products, Inc. and Certain of Its Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code* (the "*Disclosure Statement*"); (b) the *Joint Liquidating Plan of Universal Building Products, Inc. and Certain of Its Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code* (the "*Plan*"); and (c) the *Debtors' Motion for Entry of an Order: (a) Approving the Disclosure Statement; (b) Approving Certain Dates Related to Confirmation of the Plan; and (c) Approving the Form of Certain Documents to be Distributed in Connection with Solicitation of the Plan* (the "*Motion*").[2]

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the entry of an order finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning contained in section 1125 of the Bankruptcy Code and approving the Disclosure Statement will commence on September 27, 2010 at 2:00 p.m. prevailing Eastern Time before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "*Disclosure Statement Hearing*"). Please be advised that the Disclosure Statement Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on (a) all entities that have filed a request for service of filings in the chapter 11 cases pursuant to Bankruptcy Rule 2002 and (b) other parties entitled to notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i)Universal Building Products, Inc. (7884); (ii)Accubrace, Inc. (3418); (iii)Don De Cristo Concrete Accessories, Inc. (7547); (iv)Form-Co, Inc. (0079); and (v)Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion, the Plan or the Disclosure Statement, as applicable.

PLEASE TAKE FURTHER NOTICE THAT copies of the Disclosure Statement and Plan may be obtained: (a) from the Notice, Claims and Solicitation Agent (i) at its website at www.gcginc.com/cases/bbp/info.php, or (ii) by writing to the Garden City Group, Inc., Attn: Universal Building Products, Inc., 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017, or (b) for a fee via PACER at https://ecf.deb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement, or any of the other relief sought by the Debtors in connection with the approval of the Disclosure Statement, must be made in accordance with the Bankruptcy Rules. Responses or objections, if any, must also be filed with the Bankruptcy Court and served by first-class mail upon each of the following parties so as to be received no later than **4:00 p.m. prevailing Eastern Time on September 22, 2010 (the "*Objection Deadline*")**:

| Co-Counsel to the Debtors and Debtors in Possession | Co-Counsel to the Debtors and Debtors in Possession |
|---|---|
| K&L Gates LLP<br>70 West Madison Street, Suite 3100<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>Facsimile: (312) 827-8000<br>**Attn:** Sven T. Nylen | Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6840<br>Facsimile: (302) 421-5873<br>**Attn:** Mark Minuti |
| **United States Trustee**<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>**Attn:** Richard Schepacarter, Esq. | **Debtors' Claims, Noticing, and Solicitation Agent**<br>The Garden City Group, Inc.<br>Attn: Universal Building Products, Inc.<br>P.O. Box 9656<br>Dublin, OH 43017-4956<br>**Attn:** Paul Kinealy |
| **Counsel for the Agent to the Prepetition Lenders and Debtor in Possession Lenders**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2342<br>Facsimile: (312) 862-2200<br>**Attn:** David A. Agay, Esq. | **Co-Counsel to the Official Committee of Unsecured Creditors**<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>**Attn:** James Sullivan<br>-and-<br>Elliott Greenleaf<br>1105 North Market Street<br>Wilmington, DE 19801<br>**Attn:** Rafael X. Zahralddin |

Dated: August 31, 2010               SAUL EWING LLP

                                        Mark Minuti (DE Bar No. 2659)
                                        Teresa K.D. Currier (DE Bar No. 3080)
                                        222 Delaware Avenue, Suite 1200
                                        P.O. Box 1266
                                        Wilmington, Delaware 19899
                                        Telephone: (302) 421-6840
                                        Facsimile: (302) 421-5873