# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) Case No. 10-12453 (MFW) |
| | ) Joint Administration Requested |
| Debtors. | ) |
| | ) **Related to Docket Nos. 15 and 168** |

## CERTIFICATION OF COUNSEL REGARDING FINAL ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING SALE OF DEBTORS' ASSETS, (II) AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS AND (III) GRANTING RELATED RELIEF

I, Teresa K.D. Currier, counsel to the above captioned debtors (the "Debtors"), hereby certify, as follows:

1. On August 4, 2010, the Debtors filed the Motion for Order Under Sections 105(a), 363, and 1146(c) of the Bankruptcy Code (A) Authorizing the Sale(s) of Certain or All of the Debtors' Assets, Free and Clear of Liens, Claims, Encumbrances and Interests, (B) Approving Asset Purchase Agreement, and (C) Granting Related Relief [Docket No. 15] (the "Sale Motion").

2. On August 27, 2010, the Court enter the Interim Order (A) Approving Asset Purchase Agreement and Authorizing Sale of Debtors' Assets, (II) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests and (III) Granting Related Relief [Docket No. 168] (the "Interim Sale Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

597370.1 9/2/10

3.   Pursuant to the Interim Sale Order, objections, if any, to the Sale Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on September 1, 2010 (the "Objection Deadline").

4.   On September, 1, 2010, Dallas County filed an objection to the Sale Motion [Docket No. 187].

5.   The Debtors have resolved the objection of Dallas County.

6.   Attached hereto as **Exhibit "A"** is a proposed Final Order (1) approving Asset Purchase Agreement and Authorizing Sale of Debtors' Assets, (II) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests and (III) Granting Related Relief (the "Proposed Order"). Attached hereto as **Exhibit "B"** is a redline version of the Proposed Order. The Proposed Order has been approved by the Official Committee of Unsecured Creditors and by Dallas County.

7.   We would respectfully request that the Court sign the proposed order attached hereto and direct that it be docketed.

6.   Of course, we are available at the Court's convenience to discuss this matter.

Dated: September 2, 2010                Respectfully submitted,

SAUL EWING LLP

*/s/ Teresa K.D. Currier*
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

*Co-Counsel for the Debtors and Debtors in Possession*

597370.1 9/2/10