# United States Bankruptcy Court
## District of Delaware

In re    **Universal Building Products, Inc.**             Case No.   **10-12453 (MFW)**

                               Debtor

Chapter                 **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 570,991.28 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 40,331,692.45 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 39,620.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 324,022.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 570,991.28 | | |
| Total Liabilities | | | | 40,695,335.47 | |

In re   **Universal Building Products, Inc.**                                  Case No.   **10-12453 (MFW)**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

_0_    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re     **Universal Building Products, Inc.**                                          Case No.   **10-12453 (MFW)**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash in bank - Comerica Bank 15172 Goldenwest Circle Westminster, CA 92683** | - | 568,528.07 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 568,528.07 |
|---|---|---|
|  | (Total of this page) | |

___**3**___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

In re    **Universal Building Products, Inc.**                                    Case No.    **10-12453 (MFW)**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 percent owner of Accubrace, Inc.** | - | **Unknown** |
| | | **100 percent owner of Don De Cristo Concrete Accessories, Inc.** | - | **Unknown** |
| | | **100 percent owner of Form-Co, Inc.** | - | **Unknown** |
| | | **100 percent owner of Universal Form Clamp, Inc.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

In re    **Universal Building Products, Inc.**            Case No.   __10-12453 (MFW)__

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture and equipment 15172 Goldenwest Circle Westminster, CA 92683** | - | 2,463.21 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

|  | Sub-Total > | 2,463.21 |
|---|---|---|
|  | (Total of this page) | |

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

In re   **Universal Building Products, Inc.**                              Case No.   **10-12453 (MFW)**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 570,991.28 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Universal Building Products, Inc.**                                                 Case No.    10-12453 (MFW)
                                    _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Senior Blanket Floating Lien | | | | | |
| **UBP Acquisition Corporation** **333 South Grand Avenue** **28th Floor** **Los Angeles, CA 90071** | | · | | | **Listed Claim Amount Does Not Include Accrued and Unpaid Interest** | | | | | |
| | | | | | Value $                          0.00 | | | | 40,331,692.45 | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal (Total of this page) | 40,331,692.45 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 40,331,692.45 | 0.00 |

B6E (Official Form 6E) (4/10)

In re __Universal Building Products, Inc.__    Case No. __10-12453 (MFW)__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**    continuation sheets attached

In re  **Universal Building Products, Inc.**
              Debtor

Case No.  <u>10-12453 (MFW)</u>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Accrued Vacation | | | | | |
| **Raymond Bartholomae 28223 GRAY BARN LANE Barrington, IL 60010** | | | | | | | | | | 0.00 |
| | | | | | | | | | 3,097.10 | 3,097.10 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet <u>1</u> of <u>2</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 3,097.10 | 3,097.10 |

In re __Universal Building Products, Inc.__        Case No. __10-12453 (MFW)__
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **State of Delaware - Division of Revenue** **Carvel State Office Building** **820 North French Street** **Wilmington, DE 19801** | - | | | | | | 36,523.00 | 0.00 / 36,523.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 36,523.00 | 0.00 / 36,523.00 |
| Total (Report on Summary of Schedules) | 39,620.10 | 0.00 / 39,620.10 |

In re    **Universal Building Products, Inc.**         Case No.   **10-12453 (MFW)**

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 7/26/2010 trade debt | | | | |
| **Blake Cassels & Graydon** **595 Burrard Street, Suite 2600** **Three Bentall Centre** **Vancouver, BC V7X 1L3** | - | | | | | | | | 532.20 |
| Account No. | | | | | 7/31/2010 trade debt | | | | |
| **Fleet Services** **PO Box 6293** **Carol Stream, IL 60197-6293** | - | | | | | | | | 742.97 |
| Account No. | | | | | 7/15/2010 management services | | | | |
| **JHW Greentree Mgmt Co., LLC** **c/o J.H. Whitney & Co.** **130 Main Street** **New Canaan, CT 06840** | - | | | | | | | | 16,690.11 |
| Account No. | | | | | 7/22/2010 trade debt | | | | |
| **Lang Michener LLP** **1500-1055 West Georgia Street** **Vancouver, BC V6E 4N7** | - | | | | | | | | 671.57 |

__1__   continuation sheets attached

| | Subtotal (Total of this page) | 18,636.85 |
|---|---|---|

In re    **Universal Building Products, Inc.**                                    Case No.    **10-12453 (MFW)**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Michael J. Gentilli**<br>**348 Aldeberan Drive**<br>**Sewell, NJ 08080** | - | | | | 7/21/08<br>**Tort Claim** | | | X | **Unknown** |
| Account No.<br><br>**MLRP 2300 Maywood LLC**<br>**2300 Maywood Drive**<br>**Bellwood, IL 60104** | - | | | | 7/23/2010<br>**Judgment** | | | | **287,208.69** |
| Account No.<br><br>**OpenMIS Gmbh**<br>**Lyon-Strasse 31**<br>**CH-4053 Basel**<br>**Switzerland** | - | | | | 7/31/2010<br>**trade debt** | | | | **12,651.37** |
| Account No.<br><br>**Unlimited Conferencing**<br>**591 Redwood Highway, Ste 5275**<br>**Mill Valley, CA 94941** | - | | | | 8/2/2010<br>**trade debt** | | | | **626.01** |
| Account No.<br><br>**Windes & McClaughry**<br>**Landmark Square**<br>**111 West Ocean Blvd.**<br>**Twenty Second Floord**<br>**Long Beach, CA 90802** | - | | | | 7/1/2010<br>**accounting services** | | | | **4,900.00** |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **305,386.07** |
| Total<br>(Report on Summary of Schedules) | | **324,022.92** |

In re   **Universal Building Products, Inc.**                                    ,      Case No.   **10-12453 (MFW)**

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Southgate Leasing Corp.**<br>**P.O. Box 270557**<br>**Milwaukee, WI 53227-7212** | **2006 BMW 650I Convertible**<br>**223-2-3550-6** |
| **Southgate Leasing Corp.**<br>**P.O. Box 270557**<br>**Milwaukee, WI 53227-7212** | **2006 Lexus LS430 Sedan**<br>**223-2-3549-6** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Universal Building Products, Inc.**                    Case No.   **10-12453 (MFW)**

                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Accubrace, Inc.**<br>**640 Dutch Lake Drive**<br>**Howard Lake, MN 55349** | **UBP Acquisition Corporation**<br>**333 South Grand Avenue**<br>**28th Floor**<br>**Los Angeles, CA 90071** |
| **Don De Cristo Concrete Accessories, Inc.**<br>**15172 Goldenwest Circle**<br>**Westminster, CA 92683** | **UBP Acquisition Corporation**<br>**333 South Grand Avenue**<br>**28th Floor**<br>**Los Angeles, CA 90071** |
| **Form-Co, Inc.**<br>**1328 West Olive Street**<br>**Lakeland, FL 33815** | **UBP Acquisition Corporation**<br>**333 South Grand Avenue**<br>**28th Floor**<br>**Los Angeles, CA 90071** |
| **Universal Form Clamp, Inc.**<br>**840 South 25th Avenue**<br>**Bellwood, IL 60104** | **UBP Acquisition Corporation**<br>**333 South Grand Avenue**<br>**28th Floor**<br>**Los Angeles, CA 90071** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

UNIVERSAL BUILDING PRODUCTS,
INC.,

        Debtor.

)
)
)
)
)
)
)
)
)

Chapter 11

Case No. 10-12453 (MFW)

# SCHEDULES OF ASSETS AND LIABILITIES

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., | ) | Case No. 10-12453 (MFW) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING SCHEDULES AND SOFAS

The above-captioned debtor and debtor in possession (the *"Debtor"*) is filing its Schedules of Assets and Liabilities (the *"Schedules"*) and Statement of Financial Affairs (the *"SOFAs,"* and together with the Schedules, the *"Schedules and SOFAs"*) in the United States Bankruptcy Court for the District of Delaware (the *"Bankruptcy Court"*). The Debtor, with the assistance of its attorneys, prepared the Schedules and SOFAs in accordance with section 521 of title 11 of the United States Code (the *"Bankruptcy Code"*) and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*). The Schedules and SOFAs are unaudited.

The Debtor has made every reasonable effort to allocate liabilities between the various Debtor entities and between prepetition and postpetition periods based on the information gathered and research conducted in connection with the preparation of the Schedules and SOFAs. While the Debtor has made reasonable efforts to file complete and accurate Schedules and SOFAs based upon information available at the time of preparation, the Schedules and SOFAs remain subject to further review and verification by the Debtor. Subsequent information may result in material changes to the financial and other information contained in the Schedules and SOFAs. The Debtor reserves the right to amend the Schedules and SOFAs from time to time as may be appropriate. These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Schedules and SOFAs* (the *"Global Notes"*) are incorporated by reference in, and form an integral part of, the Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

Nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant applicable laws to recover assets or avoid transfers.

1.  **Description of the Cases and "As Of" Information Date**.  On August 4, 2010 (the *"Petition Date"*), the Debtor filed a voluntary bankruptcy petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtor's case, together with the bankruptcy cases of certain of its affiliates as set forth on its bankruptcy petition, have been consolidated for the purpose of joint administration under case number 10-12453 (which is the case number of the

chapter 11 bankruptcy case of Universal Building Products, Inc.). Except as otherwise noted, the asset and liability information included in the Debtor's Schedules and SOFAs is as of the Petition Date.

2. **Basis of Presentation**. The Schedules and SOFAs, except where otherwise indicated, reflect the assets and liabilities of the Debtor on a non-consolidated basis. These Schedules and SOFAs do not purport to represent financial statements prepared in accordance with generally accepted accounting principles ("*GAAP*"), and the Schedules and SOFAs neither purport to represent nor reconcile financial statements otherwise prepared and/or distributed by the Debtor in accordance with GAAP or otherwise. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain assets and liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

3. **Summary of Significant Accounting Policies**. The following is a summary of certain significant accounting policies:

      a.    **Domestic Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

      b.    **Value**. Unless otherwise indicated, the Schedules and SOFAs reflect the estimated value of assets and liabilities as set forth in the Debtor's books and records, and do not necessarily reflect book values, replacement values, or other valuation standards. Additionally, the amount of certain liabilities may be "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and SOFAs.

      c.    **Cash**. In light of the centralized cash management system used by the Debtor and its affiliates, all cash is swept up on a daily basis to a concentration account held by Universal Building Products, Inc. Therefore, the Schedules reflect all cash (except for petty cash) being held by Universal Building Products, Inc. as of the Petition Date, although certain amounts belong to the respective affiliates.

      d.    **Paid Claims**. Pursuant to certain orders issued by the Bankruptcy Court, the Debtor has been authorized to pay certain prepetition employee wage and benefit and tax claims. As such, the Debtor may not have included information related to such claims that have been paid or will be paid in the Schedules and SOFAs. The Debtor will amend the Schedules and SOFAs to the extent the Debtor determines that such claims will not be paid.

e.    **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments.

f.    **Workers Compensation Claims.** The Debtor and its affiliates maintained "guaranteed cost" workers compensation insurance coverage such that all workers compensation liabilities of the Debtor and its affiliates are covered by insurance from "dollar one." Therefore, in the ordinary course of business, the Debtor does not maintain records as to estimated amounts of asserted workers compensation claims and these Schedules reflect any open workers compensation claims as "Unknown" in terms of the amount of such claims.

4.    **Intercompany Claims**. The Debtor has used reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, but reserve all rights to amend the Intercompany Claims in the Schedules and SOFAs.

5.    **Recharacterization**. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFAs at a later time as is necessary or appropriate.

6.    **Undetermined Amounts**. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

7.    **Estimates**. To timely close the books and records of the Debtor as of the Petition Date and to prepare such information on a legal entity basis, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and reported revenue and expenses as of the Petition Date. The Debtor reserves all rights to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

8.    **Totals**. All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

9.    **Disputed, Contingent, and/or Unliquidated Claims**. Schedules D, E, and F permit the Debtor to designate claims as disputed, contingent, and/or unliquidated. A failure to designate claims listed on any of the Schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability, or status.

10.    **Causes of Action**. The failure to include any causes of action, known or unknown, that may be assets of the Debtor's bankruptcy estates in these Global Notes or the Schedules and SOFAs shall not be deemed a waiver of any such causes of action.

11.     **Schedule D**.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured creditors, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument.  Schedule D does not include equipment which is subject to leases where the lessor may have also filed a financing statement against the particular equipment.

12.     **Schedule E – Creditors Holding Unsecured Priority Claims**.  The Debtor reserves its right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.  The Debtor further asserts that to the extent certain taxes were paid postpetition, Schedule E reflects the estimated amount currently due.  Additionally, the Debtor may not currently be aware of certain tax liabilities, but will amend the Schedules as appropriate.

13.     **Schedule F**.  Certain creditors owe amounts to the Debtor and, as such, may have valid setoff and recoupment rights with respect to such amounts.  Although the Debtor may have taken setoffs into account when scheduling the amounts owed to creditors, the Debtor has not independently accounted for or reviewed the validity of any such setoff rights and hereby reserves all rights to challenge such setoff and recoupment rights.  Nevertheless, in scheduling the claims of such creditors, the Debtor may have factored in the amounts owed by such creditors to the Debtor and have reduced the scheduled claims to reflect any such right of setoff or recoupment.  The scheduling of any claim or amount owed at a net value is not a waiver of any right to challenge the creditor's right of setoff, recoup, or net amounts owed against amounts that may be owed to the Debtor.

14.     **Schedule G**.  While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtor reserve all of its rights, claims, and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

15.     **Statements of Financial Affairs Question 20**.  In response to this question on the Debtor's SOFAs, these figures represent the valuation of the Debtor's "inventory" as that term is used in the Debtor's business (*i.e.*, items used in the production of goods, work-in-

progress, and finalized goods).  These amounts do not represent an inventory valuation of "all" of the Debtor's property.

# United States Bankruptcy Court
## District of Delaware

In re    Universal Building Products, Inc.                      Case No.    10-12453 (MFW)
                                Debtor(s)            Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO and President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___0___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    September 3, 2010               Signature                                                       
                                                       Jeffrey D. Church
                                                       CEO and President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.