# EXHIBIT A

# Hranicky, Julie

| | |
|---|---|
| From: | Goldstein, Harley J. [harley.goldstein@klgates.com] |
| Sent: | Friday, August 20, 2010 2:39 PM |
| To: | Sullivan, James M. |
| Cc: | Nylen, Sven T. |
| Subject: | UBP |

Distressed funds are calling me and telling me that the committee's financial advisor is calling them asking them if they're interesting in purchasing UBP. The funny part is that they're calling me asking why their time is being wasted by the committee, since they already thoroughly considered whether to purchase the company prior to the bankruptcy. Tell your guys good work generating new leads. Do you really think we didn't market this thing to the hilt and canvas everyone?

---

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at harley.goldstein@klgates.com. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed within.

---