# EXHIBIT B

# Hranicky, Julie

**From:** Goldstein, Harley J. [harley.goldstein@klgates.com]
**Sent:** Monday, August 30, 2010 5:43 PM
**To:** Sullivan, James M.; Nylen, Sven T.
**Cc:** Rothleder, Jeffrey; tgavin@nhbteam.com; hserrano@nhbteam.com; David Agay; David Eaton
**Subject:** RE: UBP - chapter 11 plan

The Debtors will not agree to selection of the liquidating trustee by the committee, given that you have made clear you are treating this case as a way to generate your own firm's professional fees, and it is not an appropriate exercise of the Debtors' fiduciary duties to permit you to turn this case into an annuity for your firm at the expense of the Debtors' estates' constituents. I don't know what you mean by "represented to us from the start." That was a point which we discussed as part of a potential settlement which the committee rejected, which is why we wound up back in court last weekend. That was not a term of the settlement eventually reached, and it was therefore neither reflected in the record of the hearing, nor contained in the written settlement. Failing to support a plan now which the committee has already agreed to would be a breach of the terms of settlement (but would not surprise me in light of your constant attempts to re-negotiate the deal). If the committee now takes this position, we reserve our rights to seek sanctions.

The pre-petition releases were intended to be limited to those agreed to and that were documented on Thursday. If they are broader in the plan, it was because we haven't conformed it to the settlement yet, and the plan will be revised accordingly.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at harley.goldstein@klgates.com. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed within.

-----Original Message-----

**From:** Sullivan, James M. [mailto:Sullivan.James@ARENTFOX.COM]
**Sent:** Monday, August 30, 2010 4:25 PM
**To:** Nylen, Sven T.
**Cc:** Goldstein, Harley J.; Rothleder, Jeffrey; tgavin@nhbteam.com; hserrano@nhbteam.com; David Agay; David Eaton
**Subject:** UBP - chapter 11 plan

Sven,

We are still reviewing the plan but my initial thoughts are as follows:

1. The committee would want the power to select the liquidating trustee. This is what has been represented to us from the start and we would oppose any plan that provides otherwise.
2. We would oppose the granting of any releases beyond those previously agreed to as part of the deal that was reached on Thursday absent additional and adequate consideration.

We will provide you with additional comments as soon as we can. We are still waiting for a copy of the disclosure statement.

James

James M. Sullivan

1

Partner

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3945 DIRECT | 212.484.3990 FAX
201.741.4235 CELL
sullivan.james@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# Hranicky, Julie

**From:** Goldstein, Harley J. [harley.goldstein@klgates.com]
**Sent:** Wednesday, August 25, 2010 12:32 PM
**To:** Sullivan, James M.
**Subject:** UBP

James -- I read the commitee's e-mail with Oaktree and it appears a significant issue for the committee is putting in place a process that will generate fees for the committee's professionals (shifting confirming a plan to the committee despite the plan already having been prepared by the Debtors, budget issues, etc.). This was also prevalent in our prior discussions (including the committee's demand that they serve as the liquidating trust, prior fee discussions, etc.). I've now been informed that a number of the Debtors' creditors were "cold called" directly by counsel soliciting retention prior to the committee's formation. I do not know yet if this was your firm or your competitors (and if I did, I would have a duty to report it to the disciplinary commission); nor I I yet seen the disclosures in the committee's professionals' retention papers. But all of this points to the possibility that the Committee's professionals' desire to make a buck may be motivating this case. If my suspicion is correct, this is a very serious issue.

---

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at harley.goldstein@klgates.com. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed within.

---