# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :  Case No. 10-12453 (MFW)
                                                        :
UNIVERSAL BUILDING PRODUCTS, INC.,                      :  Chapter 11
et al.,[1]                                              :
                                                        :  (Jointly Administered)
                          Debtors.                      :
                                                        :  Re:_____
                                                        :
------------------------------------------------------- x

## ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) APPOINTING A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 105(a) AND 1104(a) AND BANKRUPTCY RULES 2007.1 AND 9014; OR IN THE ALTERNATIVE, (II) TERMINATING THE DEBTORS' EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. §§ 105(a) AND 1121(d)

Upon consideration of the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 105(a) and 1104(a) and Bankruptcy Rules 2007.1 AND 9014; or in the alternative, (II) Termination the Debtors' Exclusivity Periods Pursuant to 11 U.S.C. §§ 105(a) and 1121(b) (the "Motion"); and the matters presented to the Court at the hearing on the Motion; and upon consideration of any response or supplements to the Motion; and the Court finding that adequate notice of the Motion and any hearing having been given and that good cause has been shown for the relief requested, it is hereby ORDERED, ADJUDGED AND DECREED,

1. Pursuant to 11 U.S.C. §§ 105(a) and 1104(a), a trustee will be appointed for Universal Building Products, Inc. et al., in these jointly administered proceedings. The selection

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003).

-1-

of the Trustee shall take place as provided in 11 U.S.C. § 1104(b) or (d) and by further Order of this Court.

2. The United States Trustee is hereby directed to appoint a chapter 11 trustee forthwith.

3. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the effectiveness of this Order shall not be stayed, and this Order shall be effective immediately upon its entry.

Dated: September ___, 2010
Wilmington, Delaware

                                                        Mary F. Walrath
                                                        United States Bankruptcy Judge