# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                                     :  Case No. 10-12453 (MFW)
                                                           :
                                                           :  Chapter 11
UNIVERSAL BUILDING PRODUCTS, INC.,                         :
et al.[1],                                                 :  (Jointly Administered)
                                                           :
                  Debtors.                                 :  Re:_____
                                                           :
---------------------------------------------------------- x

## ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) APPOINTING A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 105(a) AND 1104(a) AND BANKRUPTCY RULES 2007.1 AND 9014; OR IN THE ALTERNATIVE, (II) TERMINATING THE DEBTORS' EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. §§ 105(a) AND 1121(d)

Upon consideration of the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 105(a) and 1104(a) and Bankruptcy Rules 2007.1 AND 9014; or in the alternative, (II) Termination the Debtors' Exclusivity Periods Pursuant to 11 U.S.C. §§ 105(a) and 1121(b) (the "Motion"); and the matters presented to the Court at the hearing on the Motion; and upon consideration of any response or supplements to the Motion; and the Court finding that adequate notice of the Motion and any hearing having been given and that good cause has been shown for the relief requested, it is hereby ORDERED, ADJUDGED AND DECREED,

1. The Exclusivity Periods (as defined in the Motion) for Universal Building Products, Inc. et al., to file and solicit acceptances of a Chapter 11 plan are hereby terminated.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003).

2. The Committee is permitted to file a plan and disclosure statement in these jointly administered cases, and solicit acceptances of the same.

Dated: September ___, 2010
      Wilmington, Delaware

                                              Mary F. Walrath
                                              United States Bankruptcy Judge