# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Universal Building Products, Inc. |
| **Case Number:** | 10-12453-MFW **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 07, 2010 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Sale

**R / M #:**   216 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Order entered
- Item 2 - Filed prematurely