3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No (✓) Does your claim arise from this relationship? Yes ( ) No (✓)

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No (✓) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: _____

_____

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No (✓)

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes (✓) No ( )

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No (✓)
State the name of the entity and the nature and amount of the claims: _____

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes (✓) No ( )

    A.   Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes (✓) No ( )

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| Trade debt | 35,187.06 |
| Tooling cost | 49,145.00 |
| | |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes (✓) No ( ) I do not know ( )

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: _Aug 10, 2010_

Signature: _Ailin Wang_

Print Name: _General Manger / 王春林_

Title: _General Manager_

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.    Yes ( ) No ( )

A.    Unsecured Creditor's Name and Contact Information:

Name:    *Shanghai Huabin Hardware Co., Ltd*                          Phone: *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-8727*
Address:    *113 Panglan West Road, Minhang District*               Fax: *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-8727*
                    *221101  Shanghai China*                                          E-mail: *shanghaihuabin@yahoo.cn*

B.    Counsel (If Any) for Creditor and Contact Information:

Name:    *US-China Assets Management USA LLC*                    Phone: *718-429-3888*
Address:    *33-65th Street, Woodside NY 11377, USA*            Fax: *718-205-1888*
                                                                                                E-mail: *uschinaasset@aol.com*

C.    Amount of Unsecured Claim (U.S. $) *222,188.15*

D.    If your claim is against more than one debtor, list all debtors: *1° Don De Cristo Concrete Acc. Inc.*
        *2° Universal Form Clamp Inc.*

E.    Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made;
        litigation; etc., including whether any portion is secured.  If any portion of the claim(s) arise from litigation,
        please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.

F.    Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:

G.    Representations:

1.    Are you or the company you represent in any way: "affiliated" with any of the debtors within the
        meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)?
        Yes ( ) No (✓) If a shareholder, state the number of shares: _____

2.    Do you, or the company you represent, engage in a business which directly or indirectly competes with
        any of the businesses of the debtor(s)?  Yes ( ) No (✓)

Office Of The United States Trustee
District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Tel. No. (302) 573-6491
Fax No. (302) 573-6497

IN RE:                                    Chapter 11

Universal Building Products, Inc., *et al.*          Case No. 10-12453 (MFW)
Debtor(s).

## Notice Of Formation Meeting For Official Committee of Unsecured Creditors

The above-named debtor(s) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint a committee of unsecured creditors, and the debtor's petition or other sources of information indicate that you may be eligible for appointment to the Official Committee of Unsecured Creditors in this case.

This is to notify you that the United States Trustee will hold a meeting to form an unsecured creditors committee on **Friday, August 13, 2010 @ 10:00 a.m.** at the following location:

**J. Caleb Boggs Federal Building**
**844 King Street, Room 2112**
**Wilmington, DE 19801**

A representative of the debtor will attend the meeting to provide information regarding the status of the case. If you wish to be considered for membership on any official committee that is appointed, please complete the enclosed Questionnaire Form and return it to the Office of the United States Trustee **no later than August 12, 2010 @ 5:00 p.m.** If you do not wish to serve on an official committee, your presence at the meeting is not required.

If you wish to be considered for membership on the committee but are unable to attend, you should immediately notify the Office of the United States Trustee. If you do not attend the meeting and do not affirmatively indicate your willingness to serve, you will not be considered. If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf. The Official Committee of Unsecured Creditors performs a vital role in the chapter 11 proceeding, and for that reason your interest and consideration is solicited.

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE

*/s/ Richard L. Schepacarter for*
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

Dated: August 4, 2010

cc: Debtors' Counsel: Mark Minuti, Esq., Phone: 302-421-6840, Fax: 302-421-5873

HL 0156

Subj:     **invoice**
Date:     8/10/2010 11:43:22 A.M. Eastern Daylight Time
From:     rooney_gao@yahoo.com
To:       Uschinaasset@aol.com

刘博士：

附件是发票，在水上的2只柜子汇总表和授权书。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Î Ô±»áÎê¾ÍPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板
给你临时买一台扫描机。

**Dr. Haishan Liu（刘海善博士 ）**
**US-China Assets Management USA , LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0157

Subj:  **Re: SHANGHAI HUALIN HARDWARE--?隆楼?隆胖?娄垄?娄潞?娄陋PDF**
Date:  8/10/2010 11:50:25 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:    rooney_gao@yahoo.com

高小姐：老外看不懂中文，因此需要用拼音方式签名**Ailin Wang**。好事多练，再发一次。谢谢。

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55ᵗʰ Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA):  总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Î¯Ô±»áÎÊ¾íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板给你临时买一台扫描机。

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0159

Subj:    **Re: Fwd: SHANGHAI HUALIN HARDWARE--Ï¯Ò±»áÎê¾íPDF**
Date:    8/10/2010 4:17:47 A.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:    Uschinaasset@aol.com

刘博士：
附件是在海上的2个柜子的合同、装箱单和提单。
我今晚会把其他文件扫描给您，有什么问题请打我手机。
多谢！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Ï¯Ò±»áÎê¾íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板
给你临时买一台扫描机。

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA , LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0160

Subj:   **Re: Fwd: SHANGHAI HUALIN HARDWARE--Î¯Ô±»áÎ¾¼íPDF**
Date:   8/9/2010 11:08:49 P.M. Eastern Daylight Time
From:   rooney_gao@yahoo.com
To:   Uschinaasset@aol.com

好的， 我知道了， 谢谢您

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Î¯Ô±»áÎ¾¼íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板
给你临时买一台扫描机。

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

Subj:    **Fwd: SHANGHAI HUALIN HARDWARE--赋炉腥卤禄谩赋腜貔铆PDF**
Date:    8/9/2010 11:03:11 PM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:    rooney_gao@yahoo.com

高小姐：法院為防止他人修改，只提供委員会问卷PDF 格式，没有WORD格式。

你需要把它先打印出來，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板给你临时买一台扫描机。


**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**


——-Original Message——-
Date: Mon, 9 Aug 2010 19:55:42 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: =?utf-8?B?
UmU6IEZ3ZDogU0hBTkdIQUkgSFVBTElOIEhBUkRXQVJFFwqHDgcKhwqTCqMKs?=
=?utf-8?B?Pz8/Pz8/wqjCusKowqxh?=
To: Uschinaasset@aol.com


刘博士：
麻烦您！
附件的调查委员会问卷PDF 格式，有WORD格式吗，否则不好直接填写。
谢谢。
Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Cc:** rooneygao@126.com
**Sent:** Tue, August 10, 2010 10:01:28 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWAREíAí×¨¬??????¨°¨¬a

Note: Forwarded message is attached.

HL 0162

Subj:    **Re: Fwd: SHANGHAI HUALIN HARDWARE¡Á¤¨¬??????ᵛ¨¬a**
Date:    8/9/2010 10:55:49 P.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:    Uschinaasset@aol.com

刘博士：

麻烦您！

附件的调查委员会问卷PDF 格式，有WORD格式吗，否则不好直接填写。

谢谢。

Best regards,

Rooney Gao

Shanghai Hualin Co.,Ltd

Tel:0086-21-6765-8727/0086-21-6811-1091

Fax:0086-21-6765-8727/0086-21-6811-0661

SKYPE:ronney_hualin

msn:gb019814@hotmail.com

http://www.hualinspacer.com

Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Cc:** rooneygao@126.com
**Sent:** Tue, August 10, 2010 10:01:28 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWAREiÁi¤¨¬??????¨º¨¬a

Note: Forwarded message is attached.

HL 0163

Subj:    **Universal Building Products, Inc. files Chapter 11--EASTERN ACCESSORIES CORP**
Date:    8/9/2010 10:20:03 PM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      eacservicew@gmail.com

尊敬的债权人EASTERN ACCESSORIES CORP 王小姐：希望刚才与你的电话沟通对贵公司追债有所帮助。请审阅附录文件，并请回复邮件表示收到，以保持今后双方联系畅通。谢谢。----美国 刘海善博士

美国债务人公司名称：**Universal Building Products, Inc.**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯
### 2010年8月9日

中国债权人公司名称：**EASTERN ACCESSORIES CORPORATION** 欠款金额 **$416,453.55**

## EASTERN ACCESSORIES CORPORATION

**Address**   SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

**Phone**    86-532-85920817 / 85878082
**Fax**      86-532-85872910
**Contact**  王小姐

王小姐： 此文件属于重要急件，请转交贵公司董事长闫向阳、总经理和财务总监，谢谢。

根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国**Universal Building Products, Inc.**公司申请破产案前30位债权人名单中第1页第4位（参见附件破产案件申请号Case **10-12453**，债务人提交给美国法院贵公司无保障债权金额达**$416,453.55**。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基础）。

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人提供相关法律咨询，核实债权人的申报资料，更审查债务人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由其引发产生的。

简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防债活动（打入"中美追债"或"刘海善"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如eToys Inc （玩具商），**Rehrig International** （商店购

货车） 和 Steve & Barry's（服装业）等大案，以及目前美国最大的汽车零配件商Proliance公司破产案件，我本人担任过这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及Bachrach（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的）共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。

本案已经定于美国东部时间8月13日上午10点在美国德拉瓦尔州破产法院（ District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们，决不收费。

（2）如果你们亲自来美国参加，我们可以让美国律师免费陪同你们参加，并将当天会议情况通 知你们，决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论贵公司是否被选入该委员会，双方互相委托的权利和义务也在那天会议结束而终止。若贵公司被选中，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

欢迎来电或发邮件， 我们可以为你们安排一次免费的专业破产法律师咨询。

**Dr. Haishan Liu**（刘海善博士 ）
**US-China Assets Management USA, LLC.**（美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

--------------------------------------------------------------------------

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

***Debtor***
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

**Universal Building Products, Inc.**

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

**Background**

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

**Debt Structure**

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

**Events Leading to Chapter 11**

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP

Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

### First Day Motions

**I.     Introduction/Routine Motions**

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent.   Only the claims agent retention motion is up for hearing on the first day.

**II.    Key First Day Motions**

*Financing* - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million.  There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional.  The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

*Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale* - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp.   The Purchase Price is set for $25 million.  They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction. Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time. The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

*Motion to Pay Prepetition Taxes* - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments.  The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

*Motion to Pay Employee Wages and Obligations* - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs. The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000.  The Prepetition wage and benefit obligations total to approximately $199,000.

*Motion to hire Professionals for the Ordinary Course of Business* - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business.  The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional.  The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues.  A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

*Motion to Reject Lease or Executory Contracts* - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases:  (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC.  The Debtor request that the rejection of the leases be effective as of August 4,

2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

HL 0168

Corporation Summary Balance Sheet

| Numbers | Container Number and Ship Date | B/L # | PO # | Invoice # | Inv. Date | Total US $ |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

Paid US $  Date Paid  Balance  Reason for Unpaid  US Contact Person

| Phone # | Email | Memo: Credit or Discount with Reasons |
| --- | --- | --- |

**Other Notes**

HL 0172

Subj: **Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin**
Date: 8/9/2010 9:24:15 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: rooney_gao@yahoo.com

高小姐：这是债务人公司8月6日申请破产之前已经由债务人收到的未付款的货物的证明资料综合统计表。

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0173

**Universal Building Products, Inc.   Bankruptcy Claim Profile  Case # 10-12453**
Creditor Company Name:
Address:
Tel:                          Fax:                              Cell:
Email Address:

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 1 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 2 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 3 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |

HL 0174

| Shipment Container Serial \ Shipping Date | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|
| 4 — Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| 4 — Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 5 — Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| 5 — Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 6 — Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| 6 — Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |

**Total Claims   20-Day \$          + 45-Day \$          + 46up \$          = \$**

**Please attach all POs, Invoices, Packing Lists, B/Ls, Arrival Notices or Delivery Proofs. Thanks.**

Subj: **Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin**
Date: 8/9/2010 9:23:18 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: rooney_gao@yahoo.com

高小姐：这是债务人公司8月6日申请破产之前已经由债务人收到的未付款的货物的按等级统计表。


Dr. Haishan Liu (刘海善博士 )
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0176

Subj: **Re: Fwd: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin**
Date: 8/9/2010 10:18:01 P.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: Uschinaasset@aol.com

2

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Mobile:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Cc:** rooneygao@126.com
**Sent:** Tue, August 10, 2010 10:00:56 AM
**Subject:** Fwd: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin

Note: Forwarded message is attached.

Subj:    **Re: Fwd: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin**
Date:    8/9/2010 10:16:22 P.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:      Uschinaasset@aol.com
3

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Cc:** rooneygao@126.com
**Sent:** Tue, August 10, 2010 10:00:37 AM
**Subject:** Fwd: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin

Note: Forwarded message is attached.

HL 0178

Subj:    **Re: Fwd: SHANGHAI HUALIN HARDWARE¡Á¡¤¨¬??????¨˅¨¬a**
Date:    8/9/2010 10:16:01 P.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:    Uschinaasset@aol.com

刘博士：

收到1。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Cc:** rooneygao@126.com
**Sent:** Tue, August 10, 2010 10:01:28 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWAREiÁix¨¬??????¨˚¨¬a

Note: Forwarded message is attached.

Saturday, September 11, 2010 America Online: Uschinaasset

Subj:   **Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin**
Date:   8/9/2010 9:37:48 P.M. Eastern Daylight Time
From:   rooney_gao@yahoo.com
To:   Uschinaasset@aol.com

刘博士：
您好！是不是我们现在需要填写这些表格？然后回发给您？
另外关于在海上柜子的事情，请帮忙提供意见，多谢！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 9:24:14 AM
**Subject:** Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin

高小姐：这是债务人公司8月6日申请破产之前已经由债务人收到的未付款的货物的证明资料综合统计表。

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0180

Subj:    Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin
Date:    8/9/2010 8:01:05 P.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:    Uschinaasset@aol.com

刘博士;

您好！我刚刚接到我们老板电话，说您愿意帮我们找到买家， 我们这2个柜的货值是USD49451.9。他说关于处理这个问题， 我们愿意采取以下2个方式：

1。给您支付一定佣金。

2。您找人买下， 我们给货值一定折扣。请问， 如果是这样的情况，货值折扣多少合理？

多谢！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooneygao@163.com
**Cc:** rooney_gao@yahoo.com
**Sent:** Mon, August 9, 2010 12:32:28 PM
**Subject:** Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin

刘先生：
请发资料到这个邮箱。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

尊敬的债权人Rooney Gao （高小姐）：请审阅附录的文件，并请回复邮件表示收到，以保持今后双方联系畅通。谢谢。下一封邮件中，你可以查阅**Universal Building Products, Inc**的6家相关联的公司中有没有属于贵公司的其他欠款。若你查不到， 我可以根据贵公司的出口证据材料帮助你找到，不收取任何费用。 -----美国 刘海善博士

美国债务人公司名称：**Universal Building Products, Inc**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯
### 2010年8月9日

中国债权人公司名称：**Shanghai Hualin Hardware Co., Ltd** 欠款金额 **$223,188.15**

**Shanghai Hualin Hardware Co., Ltd**
| | |
|---|---|
| **Address** | 113-125# Donglan West Road Jiuxing Shanghai China  201101 |
| **Phone** | 86-021-54861742；64613035 |
| **Fax** | 86-021-54869398；54862163， |

**Contact**　Ms. Ailing、Rooney Gao 小姐；Fan

**Cell**　　　**Rooney Gao （高小姐）：15821034550**

**Email**　　　rooneygao@yahoo.com

**Web Site**　　http://www.hualinspacer.com

**Rooney Gao**（高小姐）：此文件属于重要急件，请转交贵公司董事长闫向阳、总经理和财务总监，谢谢。

根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国**Universal Building Products, Inc.**公司申请破产案前30位债权人名单中第二页第4位（参见附件破产案件申请号**Case 10-12453**，债务人提交给美国法院贵公司无保障债权金额达**$223,188.15**。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基础）。

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人服务，提供相关法律咨询，核实债权人的申报资料，更审查债务人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由此引发产生的。

简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防债活动（打入"中美追债"或"刘海善"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如**eToys Inc**（玩具商），**Rehrig International**（商店购货车）和 **Steve & Barry's**（服装业）等大案，以及目前美国最大的汽车零配件商**Proliance**公司破产案件，我本人担任过这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及**Bachrach**（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的）共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。

HL 0182

本案已经定于美国东部时间8月13日上午10点在美国德拉尔州破产法院（District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们，决不收费。

（2）如果你们亲自来美国参加，我们可以让美国律师免费陪同你们参加，并将当天会议情况通知你们，决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论贵公司是否被选入该委员会，双方互相委托的权利与义务也在那天会议结束而终止。若贵公司被选中，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

欢迎来电或发邮件， 我们可以为你们安排一次免费的专业破产法律师咨询。

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA , LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

---------------------------------------------------------------------------------

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

*Debtor*
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

**Universal Building Products, Inc.**

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

## Background

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

## Debt Structure

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

## Events Leading to Chapter 11

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

## First Day Motions

### I. Introduction/Routine Motions

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

HL 0184

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent.   Only the claims agent retention motion is up for hearing on the first day.

## II.    Key First Day Motions

*Financing* - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million. There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

*Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale* - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp.   The Purchase Price is set for $25 million.   They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction.  Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time.  The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

*Motion to Pay Prepetition Taxes* - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments.  The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

*Motion to Pay Employee Wages and Obligations* - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs.  The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000.  The Prepetition wage and benefit obligations total to approximately $199,000.

*Motion to hire Professionals for the Ordinary Course of Business* - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business.  The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional.  The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues.  A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

*Motion to Reject Lease or Executory Contracts* - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases:  (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC.  The Debtor request that the rejection of the leases be effective as of August 4, 2010.  The Debtors are no longer in possession of these premises and are not using them in their operation.  They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

Subj:   **Re: SHANGHAI HUALIN HARDWARE**脑路脈胆�archive庐贼帽贼胸脈芒

Date:   8/9/2010 7:52:18 PM Eastern Daylight Time

From:  Uschinaasset@aol.com

To:     demoyi@yahoo.cn, rooneygao@163.com

张老板、高小姐：今天美国时间上午已与张老板通过电话，达成受理贵公司参加本周五在美国德拉瓦尔州法院的"无保障债权人委员会组成会议"，同时马上帮助贵公司处理那些也许已经抵达或将要抵达美国码头的货柜的接收事项和付款事项的合作意见。

受理贵公司参加本周五在美国德拉瓦尔法院的"无保障债权人委员会组成会议"是完全免费的，贵公司只要填写下列两份文件，并在签字盖章后发回给我们就可以了。其中一份是参加该次会议的授权委托书（Proxy），另一份是贵公司自愿参加该委员会的问卷。若填写中 有任何问题，请来电来函咨询。

帮助贵公司处理那些也许已经抵达或将要抵达美国码头的货柜的接收事项和付款事项可以按照贵公司的选择办理，或按照"不成功，不事先收费"的原则在成功收款后抽比例进行，也可以一次性事先支付服务费。你们先把上述货柜的资料发给我们审阅，每一个货柜发一封邮件，包括订单、合同或销售确认单（没有请告知）、发票、装箱单和提货单。

**Dr. Haishan Liu（刘海善博士 ）**
**US-China Assets Management USA, LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA)：总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0186

Subj:    **Re:Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin**
Date:    8/9/2010 2:23:05 A.M. Eastern Daylight Time
From:    rooneygao@163.com
To:      Uschinaasset@aol.com

刘先生：
麻烦您和我们公司的负责人联系人，张老板电话: 13701673132

—

Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

在 2010-08-09 12:32:28，Uschinaasset@aol.com 写道：
刘先生：
请发资料到这个邮箱。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

尊敬的债权人Rooney Gao （高小姐）：请审阅附录的文件，并请回复邮件表示收到，以保持今后双方联系畅通。谢谢。下一封邮件中，你可以查阅**Universal Building Products, Inc**的6家相关联的公司中有没有属于贵公司的其他欠款。若你查不到，我可以根据贵公司的出口证据材料帮助你找到，不收取任何费用。 ------美国 刘海善博士

**美国债务人公司名称：Universal Building Products, Inc**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯
### 2010年8月9日

中国债权人公司名称：**Shanghai Hualin Hardware Co., Ltd** 欠款金额 **$223,188.15**

    **Shanghai Hualin Hardware Co., Ltd**
    **Address**    113-125# Donglan West Road Jiuxing Shanghai China  201101
    **Phone**      86-021-54861742；64613035
    **Fax**         86-021-54869398；54862163,

    **Contact**    Ms. Ailing、Rooney Gao 小姐；Fan
**Cell**        Rooney Gao （高小姐）：15821034550

      **Email**      rooneygao@yahoo.com

      **Web Site**    http://www.hualinspacer.com

**Rooney Gao （高小姐）：此文件属于重要急件，请转交贵公司董事长闫向阳、总经理和财务总监，谢谢。**

根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国Universal Building Products, Inc.公司申请破产案前30位债权人名单中第二页第4位（参见附件破产案件申请号Case 10-12453，债务人提交给美国法院贵公司无保障债权金额达$223,188.15。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基础）。

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人服务，提供相关法律咨询，核实债权人的申报资料，更审查债权人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由其引发产生的。

简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防伪活动（打入"中美追债"或"刘海普"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如eToys Inc（玩具商），Rehrig International（商店购货车）和 Steve & Barry's（服装业）等大案，以及目前美国最大的汽车零配件商Proliance公司破产案件，我本人担任过这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及Bachrach（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。

本案已经定于美国东部时间8月13日上午10点在美国德拉瓦尔州破产法院（ District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们，决不收费。

（2）如果你们亲自来美国参加，我们会让美国律师免费陪同你们参加，并将当天会议情况通 知你们，决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论贵公司是否被选入该委员会，双方互相委托的权利与义务也在那天会议结束而终止。若贵公司被选中，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

**欢迎来电或发邮件，我们可以为你们安排一次免费的专业破产法律师咨询。**

**Dr. Haishan Liu ( 刘海普博士 )**
**US-China Assets Management USA, LLC. （美中资产管理公司）**

33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): 总机4006768159, 分机8991056167#
Email: uschinaasset@aol.com

------------------------------------------------------------------------

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

***Debtor***
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

### Universal Building Products, Inc.

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

### Background

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

### Debt Structure

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

## Events Leading to Chapter 11

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

## First Day Motions

### I. Introduction/Routine Motions

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent. Only the claims agent retention motion is up for hearing on the first day.

### II. Key First Day Motions

*Financing* - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million. There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

*Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale* - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp. The Purchase Price is set for $25 million. They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction. Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time. The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

*Motion to Pay Prepetition Taxes* - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments. The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

*Motion to Pay Employee Wages and Obligations* - The Debtors are seeking authority, in their sole

discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs. The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000. The Prepetition wage and benefit obligations total to approximately $199,000.

    *Motion to hire Professionals for the Ordinary Course of Business* - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business. The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional. The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues. A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

    *Motion to Reject Lease or Executory Contracts* - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases: (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC. The Debtor request that the rejection of the leases be effective as of August 4, 2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

---

您想拥有和网易免费邮箱一样强大的软件吗？

Subj:   **rooney 自动回复: Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin**
Date:   8/9/2010 1:13:35 A.M. Eastern Daylight Time
From:   rooneygao@163.com
To:     uschinaasset@aol.com

Thanks , i got your email , i will check and reply.

--------------------------------------------------
请使用中文邮箱第一品牌——163免费邮 mail.163.com

☺ 世界之最
世界最大的海：珊瑚海(479万多平方公里)。

以上提示来自：网易163免费邮——中文邮箱第一品牌 http://mail.163.com    163 网易免费邮

HL 0192

Subj: **Re:Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardware**
Date: 8/9/2010 12:45:16 A.M. Eastern Daylight Time
From: rooneygao@163.com
To: Uschinaasset@aol.com

刘先生：
邮件收到，谢谢！
--
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

在 2010-08-09 10:42:23, Uschinaasset@aol.com 写道：
尊敬的债权人Rooney Gao （高小姐）：请审阅附近的文件，并请回复邮件表示收到，以保持今后双方联
系畅通。谢谢。下一封邮件中，你可以查阅**Universal Building Products, Inc**的6家相关联的公
司中有没有属于贵公司的其他欠款。若你查不到， 我可以根据贵公司的出口证据材料帮助你找到，不收
取任何费用。 -----美国 刘海善博士

美国债务人公司名称：**Universal Building Products, Inc**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯
### 2010年8月9日

中国债权人公司名称：**Shanghai Hualin Hardware Co., Ltd** 欠款金额 **$223,188.15**

**Shanghai Hualin Hardware Co., Ltd**
**Address**    113-125# Donglan West Road Jiuxing Shanghai China  201101
**Phone**      86-021-54861742；64613035
**Fax**        86-021-54869398；54862163，

**Contact**  Ms. Ailing、Rooney Gao 小姐；Fan
**Cell**       Rooney Gao （高小姐）：15821034550

**Email**     rooneygao@yahoo.com

**Web Site**   http://www.hualinspacer.com

**Rooney Gao** （高小姐）：此文件属于重要急件，请转交贵公司董事长闫向
阳、总经理和财务总监，谢谢。

根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国Universal
Building Products, Inc.公司申请破产案前30位债权人名单中第二页第4位（参见附件
破产案件申请号Case **10-12453**，债务人提交给美国法院贵公司无保障债权金额达
**$223,188.15**。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基
础）。

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有

HL 0193

债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人服务，提供相关法律咨询，核实债权人的申报资料，更审查债务人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由其引发产生的。

简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防债活动（打入"中美追债"或刘海善"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如eToys Inc（玩具商），Rehrig International（商店购货车）和 Steve & Barry's（服装业）等大案，以及目前美国最大的汽车零配件商Proliance公司破产案件，我本人担任这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及Bachrach（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的）共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。

本案已经定于美国东部时间8月13日上午10点在美国德拉瓦尔州破产法院（District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们, 决不收费。

（2）如果你们亲自来美国参加，我们可以让美国律师免费陪同你们参加，并将当天会议情况通 知你们，决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论你贵公司是否被选入该委员会，双方互相委托的权利与义务也在那天会议结束时终止。若贵公司被选入，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

**欢迎来电或发邮件，  我们可以为你们安排一次免费的专业破产法律师咨询。**

**Dr. Haishan Liu（刘海善博士 ）**
**US-China Assets Management USA, LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

------------------------------------------------------------------

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

**Debtor**
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

### Universal Building Products, Inc.

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

#### Background

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

#### Debt Structure

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $105 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

#### Events Leading to Chapter 11

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market.

HL 0195

The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oaktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

## First Day Motions

### I.     Introduction/Routine Motions

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent.   Only the claims agent retention motion is up for hearing on the first day.

### II.    Key First Day Motions

*Financing* - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million.  There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

*Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale* - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp.  The Purchase Price is set for $25 million. They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction.  Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time.  The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

*Motion to Pay Prepetition Taxes* - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments. The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

*Motion to Pay Employee Wages and Obligations* - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs.  The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000.  The Prepetition wage and benefit obligations total to approximately $199,000.

*Motion to hire Professionals for the Ordinary Course of Business* - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business.  The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional.  The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues.  A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

*Motion to Reject Lease or Executory Contracts* - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases:  (i) an unexpired lease of nonresidential real property located at

6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC. The Debtor request that the rejection of the leases be effective as of August 4, 2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

您想拥有和网易免费邮箱一样强大的软件吗？

HL 0197

Subj:      **(no subject)**
Date:      8/9/2010 12:45:15 A.M. Eastern Daylight Time
From:      shanghaihualin@yahoo.cn
To:        uschinaasset@aol.com

刘先生:
请回到这个邮箱。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/21-6811-1091
Fax:0086-21-6765-8727/21-6811-0661
**SKYPE:ronney_hualin**
**msn:gb019814@hotmail.com**
http://www.hualinspacer.com
Moble:158 210 345 50

HL 0198