Subj: **Fwd: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardw...**
Date: 8/9/2010 1:03:36 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: shanghaihualin@yahoo.cn

-----Original Message-----
From: Uschinaasset@aol.com
Date: Sun, 8 Aug 2010 22:42:23 EDT
Subject: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardware
To: rooneygao@yahoo.com

尊敬的债权人Rooney Gao（高小姐）：请审阅附录的文件，并请回复邮件表示收到，以保持今后双方联系畅通。谢谢。下一封邮件中，你可以查阅**Universal Building Products, Inc**的6家相关联的公司中有没有属于贵公司的其他欠款。若你查不到， 我可以根据贵公司的出口证据材料帮助你找到，不收取任何费用。 ----美国 刘海善博士

美国债务人公司名称：**Universal Building Products, Inc**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯

**2010年8月9日**

中国债权人公司名称：**Shanghai Hualin Hardware Co., Ltd** 欠款金额 **$223,188.15**

**Shanghai Hualin Hardware Co., Ltd**
**Address** 113-125# Donglan West Road Jiuxing Shanghai China 201101
**Phone** 86-021-54861742；64613035
**Fax** 86-021-54869398；54862163，

**Contact** Ms. Ailing、Rooney Gao 小姐；Fan
**Cell** Rooney Gao（高小姐）：15821034550

**Email** rooneygao@yahoo.com

**Web Site** http://www.hualinspacer.com/

**Rooney Gao（高小姐）：此文件属于重要急件，请转交贵公司董事长闫向阳、总经理和财务总监，谢谢。**

根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国**Universal Building Products, Inc.**公司申请破产案前30位债权人名单中第二页第4位（参见附件破产案件申请号Case **10-12453**，债务人提交给美国法院贵公司无保障债权金额达**$223,188.15**。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基础）。

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有

债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。 但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人服务，提供相关法律咨询，核实债权人的申报资料，更审查债务人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由其引发产生的。

**简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防债活动（打入"中美追债"或"刘海善"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如 eToys Inc （玩具商）, Rehrig International （商店购货车） 和 Steve & Barry's（服装业）等大案，以及目前美国最大的汽车零配件商Proliance公司破产案件，我本人担任过这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及 Bachrach（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的）共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。**

本案已经定于美国东部时间8月13日上午10点在美国德拉瓦尔州破产法院（ District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们, 决不收费。

（2）如果你们亲自来美国参加，我们可以让美国律师免费陪同你们参加，并将当天会议情况通 知你们, 决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论贵公司是否被选入该委员会，双方互相委托的权利与义务也在那天会议结束而终止。若贵公司被选中，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

**欢迎来电或发邮件， 我们可以为你们安排一次免费的专业破产法律师咨询。**

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA, LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

---

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

***Debtor***
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

**Bankruptcy Petition #: 10-12453**

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

**Universal Building Products, Inc.**

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

**Background**

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

**Debt Structure**

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

**Events Leading to Chapter 11**

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

**First Day Motions**

**I. Introduction/Routine Motions**

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent. Only the claims agent retention motion is up for hearing on the first day.

**II. Key First Day Motions**

***Financing*** - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million. There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

***Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale*** - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp. The Purchase Price is set for $25 million. They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction. Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time. The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

***Motion to Pay Prepetition Taxes*** - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments. The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

***Motion to Pay Employee Wages and Obligations*** - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs. The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000. The Prepetition wage and benefit obligations total to approximately $199,000.

***Motion to hire Professionals for the Ordinary Course of Business*** - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business. The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional. The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues. A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

***Motion to Reject Lease or Executory Contracts*** - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases: (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC. The Debtor request that the rejection of the leases be effective as of August 4, 2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

Subj: **Fwd: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardw...**
Date: 8/9/2010 12:27:58 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: rooney_gao@yahoo.com
CC: rooneygao@163.com

-----Original Message-----
From: Uschinaasset@aol.com
Date: Sun, 8 Aug 2010 23:32:35 EDT
Subject: Fwd: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardw...
To: rooneygao@163.com
CC: rooneygao@126.com

-----Original Message-----
From: Uschinaasset@aol.com
Date: Sun, 8 Aug 2010 22:47:26 EDT
Subject: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardware
To: rooneygao@yahoo.com
CC: uschinaassets@yahoo.com

尊敬的债权人Rooney Gao（高小姐）：请审阅附录的文件,并请回复邮件表示收到，以保持今后双方联系畅通。谢谢。在本邮件中，你可以查阅**Universal Building Products, Inc**的6家相关联的公司中有没有属于贵公司的其他欠款。若你查不到， 我可以根据贵公司的出口证据材料帮助你找到，不收取任何费用。 ----美国 刘海善博士

美国债务人公司名称：**Universal Building Products, Inc**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯

**2010年8月9日**

中国债权人公司名称：**Shanghai Hualin Hardware Co., Ltd** 欠款金额 **$223,188.15**

**Shanghai Hualin Hardware Co., Ltd**
**Address** 113-125# Donglan West Road Jiuxing Shanghai China 201101
**Phone** 86-021-54861742；64613035
**Fax** 86-021-54869398；54862163，

**Contact** Ms. Ailing、Rooney Gao 小姐；Fan
**Cell** Rooney Gao（高小姐）：15821034550

**Email** rooneygao@yahoo.com

**Web Site** http://www.hualinspacer.com/

**Rooney Gao （高小姐）：此文件属于重要急件，请转交贵公司董事长闫向阳、总经理和财务总监，谢谢。**

**根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国Universal Building Products, Inc.公司申请破产案前30位债权人名单中第二页第4位（参见附件破产案件申请号Case 10-12453，债务人提交给美国法院贵公司无保障债权金额达$223,188.15。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基础）。**

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人服务，提供相关法律咨询，核实债权人的申报资料，更审查债务人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由其引发产生的。

**简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防债活动（打入"中美追债"或"刘海善"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如eToys Inc（玩具商），Rehrig International（商店购货车）和 Steve & Barry's（服装业）等大案，以及目前美国最大的汽车零配件商Proliance公司破产案件，我本人担任过这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及Bachrach（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的）共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。**

本案已经定于美国东部时间8月13日上午10点在美国德拉瓦尔州破产法院（ District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们，决不收费。

（2）如果你们亲自来美国参加，我们可以让美国律师免费陪同你们参加，并将当天会议情况通 知你们，决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论贵公司是否被选入该委员会，双方互相委托的权利与义务也在那天会议结束而终止。若贵公司被选中，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

**欢迎来电或发邮件， 我们可以为你们安排一次免费的专业破产法律师咨询。**

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA, LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

---

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

***Debtor***
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

**Universal Building Products, Inc.**

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

<u>**Background**</u>

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the

fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

**Debt Structure**

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

**Events Leading to Chapter 11**

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

**First Day Motions**

**I. Introduction/Routine Motions**

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent. Only the claims agent retention motion is up for hearing on the first day.

**II. Key First Day Motions**

***Financing*** - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million. There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

***Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale*** - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp. The Purchase Price is set for $25 million. They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction. Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time. The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

***Motion to Pay Prepetition Taxes*** - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments. The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

***Motion to Pay Employee Wages and Obligations*** - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs. The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000. The Prepetition wage and benefit obligations total to approximately $199,000.

***Motion to hire Professionals for the Ordinary Course of Business*** - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business. The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional. The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues. A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

***Motion to Reject Lease or Executory Contracts*** - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases: (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC. The Debtor request that the rejection of the leases be effective as of August 4, 2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

Subj: **Re: email address**
Date: 8/9/2010 12:26:44 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: rooney_gao@yahoo.com
CC: rooneygao@163.com

刘先生：
请发资料到这个邮箱。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

尊敬的债权人**Rooney Gao**（高小姐）：请审阅附录的文件，并请回复邮件表示收到，以保持今后双方联系畅通。谢谢。下一封邮件中，你可以查阅**Universal Building Products, Inc**的6家相关联的公司中有没有属于贵公司的其他欠款。若你查不到， 我可以根据贵公司的出口证据材料帮助你找到，不收取任何费用。 ——美国 刘海普博士

美国债务人公司名称：**Universal Building Products, Inc**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯

**2010年8月9日**

中国债权人公司名称：**Shanghai Hualin Hardware Co., Ltd** 欠款金额 **$223,188.15**

**Shanghai Hualin Hardware Co., Ltd**
**Address** 113-125# Donglan West Road Jiuxing Shanghai China 201101
**Phone** 86-021-54861742；64613035
**Fax** 86-021-54869398；54862163，

**Contact** Ms. Ailing、Rooney Gao 小姐；Fan
**Cell** **Rooney Gao（高小姐）：15821034550**

**Email** rooneygao@yahoo.com

**Web Site** http://www.hualinspacer.com/

**Rooney Gao（高小姐）：此文件属于重要急件，请转交贵公司董事长闫向阳、总经理和财务总监，谢谢。**

**根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国Universal Building Products, Inc.公司申请破产案前30位债权人名单中第二页第4位（参见附件**

**破产案件申请号Case 10-12453，债务人提交给美国法院贵公司无保障债权金额达 $223,188.15。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基础）。**

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人服务，提供相关法律咨询，核实债权人的申报资料，更审查债务人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由其引发产生的。

**简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防债活动（打入"中美追债"或"刘海善"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如 eToys Inc（玩具商），Rehrig International（商店购货车） 和 Steve & Barry's（服装业）等大案，以及目前美国最大的汽车零配件商Proliance公司破产案件，我本人担任过这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及 Bachrach（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的）共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。**

本案已经定于美国东部时间8月13日上午10点在美国德拉瓦尔州破产法院（ District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们, 决不收费。

（2）如果你们亲自来美国参加，我们可以让美国律师免费陪同你们参加，并将当天会议情况通 知你们, 决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论贵公司是否被选入该委员会，双方互相委托的权利与义务也在那天会议结束而终止。若贵公司被选中，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

**欢迎来电或发邮件， 我们可以为你们安排一次免费的专业破产法律师咨询。**

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA, LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

---

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

***Debtor***
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

**Universal Building Products, Inc.**

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

**Background**

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

**Debt Structure**

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and

Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

**Events Leading to Chapter 11**

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

**First Day Motions**

**I. Introduction/Routine Motions**

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent. Only the claims agent retention motion is up for hearing on the first day.

**II. Key First Day Motions**

***Financing*** - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million. There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

***Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale*** - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp. The Purchase Price is set for $25 million. They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction. Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time. The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

***Motion to Pay Prepetition Taxes*** - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments. The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

***Motion to Pay Employee Wages and Obligations*** - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs. The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000. The Prepetition wage and benefit obligations total to approximately $199,000.

***Motion to hire Professionals for the Ordinary Course of Business*** - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business. The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional. The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues. A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

***Motion to Reject Lease or Executory Contracts*** - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases: (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC. The Debtor request that the rejection of the leases be effective as of August 4, 2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

**United States Bankruptcy Court**
**District of Delaware**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Universal Building Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA UBP** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 57-1227884 | Last four digits of Soc. Sec.or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **15172 Goldenwest Circle Westminster, CA** ZIP CODE 92683 | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors (Consolidated with affiliates)

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (Consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (Consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Universal Building Products, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Universal Building Products, Inc. |
|---|---|

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Debtor

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (If not represented by attorney)

______________________
Date

**Signature of Attorney***

X ______________________
Signature of Attorney for Debtor(s)

Mark Minuti (No. 2659)
Printed Name of Attorney for Debtor(s)

Saul Ewing LLP
Firm Name

222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19899
Address

302.421.6800
Telephone Number

August 4, 2010
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual

Gregory D. Waller
Printed Name of Authorized Individual

CFO and Secretary
Title of Authorized Individual

August 4, 2010
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
(Signature of Foreign Representative)

______________________
(Printed Name of Foreign Representative)

______________________
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

______________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________
______________________
Address

X ______________________

______________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re **Universal Building Products, Inc.**, Debtor

Case No. ____________________

## FORM 1. VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed |
|---|---|---|
| **Accubrace, Inc.** **District of Delaware** | **Affiliate** | **August 4, 2010** |
| **Don De Cristo Concrete Associates, Inc.** **District of Delaware** | **Affiliate** | **August 4, 2010** |
| **Form-Co, Inc.** **District of Delaware** | **Affiliate** | **August 4, 2010** |
| **Universal Form Clamp, Inc.** **District of Delaware** | **Affiliate** | **August 4, 2010** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) | Case No. 10-_____ (___) |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") that have simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of July 28, 2010.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| RAYTRANS DISTRIBUTION SERVICES, INC.<br>4747 LINCOLN MALL DRIVE<br>MATTESON, IL 60443<br>ATTN: JAMES RAY<br>PHONE: 708-647-6700<br>FAX: 708-647-6710 | Trade Debt | | $783,949.33 |
| KING STEEL CORP.<br>5225 EAST COOK ROAD<br>GRAND BLANC, MI 48439<br>ATTN: DOUG KING<br>PHONE: 810-953-7637<br>FAX: 810-953-1718 | Trade Debt | | $549,916.45 |
| ATLAS EMPLOYMENT SERVICES, INC.<br>9458 W. IRVING PARK ROAD<br>SCHILLER PARK, IL 60176<br>ATTN: JEFF KEATING<br>PHONE: 847-801-5210<br>FAX: 847-671-2553<br>JEFFK@ALTASEMPLOYMENT.COM | Trade Debt | | $441,765.64 |
| EASTERN ACCESSORIES CORP.<br>SUITE 801, TOWER 1 GATEWAY 25<br>CANTON ROAD, TST, HK<br>HONG KONG<br>FAX: | Trade Debt | | $416,453.55 |
| MILLENNIUM METALS, LLC<br>3124 STATE STREET<br>STEGER, IL 60475<br>ATTN: G. LASTER<br>PHONE: 708-757-7002<br>FAX: 708-757-7255 | Trade Debt | | $357,576.45 |
| MLRP 2300 MAYWOOD LLC<br>C/O BURKE, WARREN, MACKAY &<br>SERRITELLA<br>330 NORTH WABASH AVE., 22ND FL<br>CHICAGO, IL 60611-3607<br>FAX: (312) 840-7900 | Trade Debt | | $337,265.84 |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| HEBEI LONGDA TRADE CO., LTD<br>NO.68 LINGYUAN EAST STREET<br>ANPING COUNTY HEBEI<br>CHINA 053600<br>ATTN: YANG YAN XIANG<br>FAX: 86-3187521692 | Trade Debt | | $247,213.32 |
| JADE-STERLING STEEL CO, INC.<br>2300 EAST AURORA ROAD<br>TWINSBURG, OH 44087<br>ATTN: HOWARD FERTEL<br>PHONE: 330-425-3141<br>FAX: 330-425-3056 | Trade Debt | | $246,956.26 |
| PRECISION INDUSTRIES, INC.<br>4611 S. 96TH STREET<br>OMAHA, NE 68127<br>ATTN: BRYAN BROWN<br>PHONE: 402-593-7050<br>FAX: 402-593-7054<br>FAX: 402-829-6516 | Trade Debt | | $229,025.02 |
| SHANGHAI HUALIN HARDWARE CO., LTD<br>113-125# DONGLAN WEST ROAD<br>JIUXING, SHANGHAI<br>CHINA 201101<br>ATTN: MS. AILIN<br>FAX: 86-021-54869398 | Trade Debt | | $223,188.15 |
| MITEK INDUSTRIES, INC.<br>14515 NORTH OUTER FORTY, SUITE 300<br>CHESTERFIELD, MO 63017<br>ATTN: GENE TOOMBS<br>PHONE: 314-434-1200<br>FAX: 314-434-5343 | Trade Debt | | $217,190.22 |
| SUGAR STEEL<br>2521 STATE STREET<br>CHICAGO HEIGHTS, IL 60411<br>ATTN: BOB SUGAR<br>PHONE: 708-757-9500<br>FAX: 708-757-9900 | Trade Debt | | $208,199.19 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| ANNAS SALES GROUP LLC<br>129 E. COLORADO BLVD., # 569<br>MONROVIA, CA 91016<br>ATTN: ROD HOSTELLER<br>PHONE: 626-303-0973<br>FAX: 626-303-0973 | Trade Debt | | $204,297.04 |
| TOYOTA FINANCIAL SERVICES<br>19001 S. WESTERN AVENUE<br>TORRANCE, CA 90501<br>ATTN: GERI ANN BREWSTER<br>FAX: 310-468-7814<br>FAX: 310-468-7808 | Trade Debt | | $165,047.22 |
| AMERICAN EXPRESS COMPANY<br>WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK, NY 10285<br>ATTN: LEGAL DEPARTMENT<br>FAX: 212-619-9230 | Trade Debt | | $95,648.28 |
| DIVERSIFIED SOURCING SOLUTIONS<br>PO BOX 5489<br>8990 HWY 5<br>DOUGLASVILLE, GA 30154<br>ATTN: PRESIDENT / GENERAL COUNSEL<br>PHONE: 678-838-2424<br>FAX: 678-838-8969 | Trade Debt | | $95,374.07 |
| MID STATE INDUSTRIES, LLC<br>908 BOB KING DR<br>ARCOLA, IL 61910<br>ATTN: KEVIN CORLEY<br>PHONE: 888-705-3900<br>FAX: 217-268-3906 | Trade Debt | | $94,907.59 |
| SUPER ROCO STEEL & TUBE<br>323 SAINT PAUL BLVD.<br>CAROL STREAM, IL 60188-1851<br>ATTN: PAUL TANNA<br>PHONE: 630-653-6202<br>FAX: 630-653-6250 | Trade Debt | | $93,742.98 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| QINGDAO WELKIN CO.<br>ROOM 0201, UNIT 2, BLOCK2<br>#62 JIA FUZHOU SOUTH ROAD<br>QINGDAO, SHANDONG<br>CHINA | Trade Debt | | $89,820.18 |
| ABC LOGISTICS<br>2701 W. ROOSEVELT ROAD<br>LITTLE ROCK, AR 72204-5668<br>ATTN: LEE HASTINGS<br>PHONE: 501-375-0244<br>FAX: 501-375-2351<br>FAX: 501-375-6028 | Trade Debt | | $89,533.50 |
| QUAD-COUNTY READY MIX<br>300 W. 12TH STREET<br>OKAWVILLE, IL 62271-0158<br>ATTN: HERB HUSTEDDE<br>PHONE: 618-243-6430<br>FAX: 618-243-6300 | Trade Debt | | $87,067.07 |
| SOUDAN METALS<br>319 W. 40TH PLACE<br>CHICAGO, IL 60609<br>ATTN: TOM SOUDAN, JR.<br>PHONE: 773-548-7600<br>FAX: 773-548-4803 | Trade Debt | | $86,840.64 |
| CAPITAL STEEL & WIRE, INC.<br>3121 WEST CIRCLE DRIVE<br>SUITE 300<br>LANSING, MI 48906<br>ATTN: DUSTIN PRESTON<br>PHONE: 866-773-7800<br>FAX: 517-327-6662<br>DPRESTON@CAPITALSTEEL.NET | Trade Debt | | $73,577.28 |
| TOPLINE STAFFING<br>1086 N. STATE COLLEGE BLVD.<br>ANAHEIM, CA 92806<br>ATTN: RON BLAIN<br>PHONE: 714-520-7900<br>FAX: 714-520-0700 | Trade Debt | | $52,803.69 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| CLARK CUBED<br>CENTRAL REGION CENTER<br>5700 W. PLANO PARKWAY, SUITE 2700<br>PLANO, TX 75093<br>ATTN: MARK KUMMER<br>PHONE: 877-522-5275<br>FAX: 866-875-3718 | Trade Debt | | $46,350.00 |
| QINGDAO CONST FORGING INC.<br>YUGE ZHUANG, LISHA ROAD<br>LAO SHAN DISTRICT QINGDAO<br>CHINA 266012<br>ATTN: PETER WANG<br>FAX: 86-532-8880-9809<br>PETERWANG@CONSTFORGING.COM | Trade Debt | | $36,228.81 |
| CREST STEEL CORP.<br>1250 EAST 223RD STREET, SUITE 108<br>CARSON, CA 90745<br>ATTN: RANDY PUTNAM<br>PHONE: 800-421-1111<br>FAX: 310-835-2279 | Trade Debt | | $35,971.55 |
| ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230<br>ATTN: ROB ESTES<br>PHONE: 804-353-1900 X2500<br>FAX: 804-353-8001<br>FAX: 804-359-9102 | Trade Debt | | $34,691.00 |
| SELECT STAFFING<br>3820 STATE STREET<br>SANTA BARBARA, CA 93105<br>ATTN: JEFF R. MITCHELL<br>PHONE: 805-882-2200<br>FAX: 805-898-7111 | Trade Debt | | $32,561.01 |
| LANDSTAR RANGER, INC.<br>13410 SUTTON PARK DRIVE, SOUTH<br>JACKSONVILLE, FL 32224<br>ATTN: JIM B. GATTONI<br>PHONE: 904-398-9400<br>FAX: 800-972-9474<br>FAX: 904-306-2668 | Trade Debt | | $31,355.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

Pursuant to 28 U.S.C. § 1746, I, Gregory D. Waller, the duly qualified and elected Chief Financial Officer and Secretary of Universal Building Products, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: August 4, 2010

/s/
Gregory D. Waller
Chief Financial Officer and Secretary

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| UNIVERSAL BUILDING PRODUCTS, INC. | ) | Case No. 10-_____ (___) |
| Debtor. | ) | Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS; CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3) and 7007.1, the following is a list of (i) the debtor's equity security holders, and (ii) corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Name | Address | Common Stock Held | Series A Preferred Stock Held | Series B Preferred Stock Held |
|---|---|---|---|---|
| Whitney Universal Acquisition, LLC | 130 Main Street<br>New Canaan, Connecticut 06901 | 100<br><br>*(less than 1% of total)* | 33,500,000<br>(January 25, 2006)<br><br>24,018,935<br>(April 28, 2006)<br><br>8,500,000<br>(Sept. 27, 2007)<br><br>6,500,000<br>(February 29, 2008)<br><br>*(approximately 88.9% of total)* | 13,405,242<br>(April 14, 2009)<br><br>8,793,728<br>(May 4, 2009)<br><br>*(approximately 93.6% of total)* |
| Jeffrey D. Church | 15172 Goldenwest Circle<br>Westminster, CA 92683 | 3,000,000<br>(Restricted)<br><br>*(over 99% of total)* | | |
| Don De Cristo | 1036 Crest Road<br>Del Mar, California 92014 | | 1,835,000<br>(January 25, 2006)<br><br>*(approximately 2.2% of total)* | |

| | | | | |
|---|---|---|---|---|
| Vasken Kassardjian and Norma Kassardjian, Trustees of The Novak Trust U/D/O 4-16-96 | 19 Toulon Newport Beach, California 92660 | | 735,000 (January 25, 2006) *(approximately 0.9% of total)* | |
| Thomas L. Fahey | 840 25th Avenue Bellwood, IL 60104-2201 | | 3,000,000 (August 15, 2007) *(approximately 3.7% of total)* | 500,000 (April 14, 2009) 200,000 (May 4, 2009) *(approximately 2.9% of total)* |
| Terrance J. O'Donnell | 840 25th Avenue Bellwood, IL 60104-2201 | | 3,000,000 (August 15, 2007) *(approximately 3.7% of total)* | 500,000 (April 14, 2009) 200,000 (May 4, 2009) *(approximately 2.9% of total)* |
| Allen G. Shaffer, Trustee of the Allen G. Shaffer 2001 Trust dated 12/5/01, as Amended | FORM-CO, Inc. P.O. Box 24507 Lakeland, Florida 33802 | | 500,000 (October 31, 2007) *(approximately 0.6% of total)* | 94,758 (April 14, 2009) 56,272 (May 4, 2009) *(approximately 0.6% of total)* |

**DECLARATION UNDER PENALTY OF PERJURY**

I, Gregory D. Waller, the undersigned authorized officer of Universal Building Products, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: August 4, 2010

/s/
Gregory D. Waller
Chief Financial Officer and Secretary

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. ____________ |
| UNIVERSAL BUILDING PRODUCTS, INC. | ) | Chapter 11<br>Joint Administration Pending |
| Debtor. | ) | |

**LIST OF CREDITORS**

The Debtor and its debtor affiliates set forth as an attachment to the petition (collectively, the "*Debtors*") each filed a petition in this Court on August 4, 2010 for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their respective petitions, each of the Debtors filed a separate list of creditors. Due to the voluminous nature of the Debtor's creditor list, it is being submitted to the Court electronically.

[information provided in electronic format]

**DECLARATION UNDER PENALTY OF PERJURY**

I, Gregory D. Waller, the undersigned authorized officer of Universal Building Products, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the creditor list submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 4, 2010

/s/ ______________________
Gregory D. Waller
Chief Financial Officer and Secretary

HL 0227

**RESOLUTIONS**
**OF**
**THE BOARD OF DIRECTORS**
**OF**
**UNIVERSAL BUILDING PRODUCTS, INC.**
**(a Delaware corporation)**

**Effective as of August 4, 2010**

The undersigned, being all of the members of the board of directors (the "*Board*") of Universal Building Products, Inc., a Delaware corporation (the "*Corporation*"), hereby consent in writing to the following resolutions pursuant to Section 141(f) of the Delaware General Corporation Law, with the intention that such actions will have the same force and effect as if taken by a vote of the Board at a meeting duly called and held.

WHEREAS, the members of the Board have considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that a petition (the "*Petition*") be filed by the Corporation seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officers (as defined herein) upon the advice of counsel (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Jeffrey Church, Gregory Waller, and Dan Scouler (collectively, the "*Authorized Officers*") are hereby authorized and directed, on behalf of the Corporation, to execute the Petition or authorize the execution of a filing of the Petition by the Corporation and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officers consider it appropriate. Any and all officers of the corporation previously appointed or named, other than the Authorized Officers, are hereby removed and from this date forward the Authorized Officers shall be the only persons permitted to act on behalf of the Corporation;

RESOLVED FURTHER, the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the

Corporation to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officers may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the law firm of K&L Gates LLP shall be, and hereby is, employed as general bankruptcy counsel for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Corporation, and upon advice of counsel, to employ local bankruptcy counsel for the Corporation in the Corporation's chapter 11 case, if necessary;

RESOLVED FURTHER, that the firm of Scouler & Company shall be, and hereby is, employed as restructuring advisor for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the firm of The Garden City Group, Inc. shall be, and hereby is, employed as the notice, claims, and balloting agent for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation to retain and to employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Corporation's chapter 11 case on such terms as are deemed necessary, proper, or desirable by such Authorized Officers;

RESOLVED FURTHER, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by such Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Corporation's chapter 11 case, to effectuate the restructuring of the Corporation's debt, other obligations, organizational form and structure, and ownership of the Corporation and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

**General Authorization**

RESOLVED FURTHER, that the Authorized Officers of the Corporation be, and each of them acting alone hereby is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officers of the Corporation, or any one or more of them, approve as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by an Authorized Officer of the Corporation;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Officers of the Corporation are, and each of them acting alone hereby is, authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by any Authorized Officer or director of the Corporation in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

**[Signature Page Follows]**

IN WITNESS WHEREOF, the undersigned, constituting all of the directors of the Corporation, have executed this Action by Unanimous Written Consent as of the date first written above.

Kerry Shiba

Jeffrey D. Church

**IN WITNESS WHEREOF**, the undersigned, constituting all of the directors of the Corporation, have executed this Action by Unanimous Written Consent as of the date first written above.

Kerry Shiba

Jeffrey D. Church

Subj: **Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardware**
Date: 8/8/2010 10:42:24 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: rooneygao@yahoo.com

尊敬的债权人Rooney Gao（高小姐）：请审阅附录的文件，并请回复邮件表示收到，以保持今后双方联系畅通。谢谢。下一封邮件中，你可以查阅**Universal Building Products, Inc**的6家相关联的公司中有没有属于贵公司的其他欠款。若你查不到， 我可以根据贵公司的出口证据材料帮助你找到，不收取任何费用。 ——美国 刘海善博士

美国债务人公司名称：**Universal Building Products, Inc**

## 关于中国债权人在美国债务人破产案中可以得到的法律服务资讯

**2010年8月9日**

中国债权人公司名称：**Shanghai Hualin Hardware Co., Ltd** 欠款金额 **$223,188.15**

**Shanghai Hualin Hardware Co., Ltd**
**Address** 113-125# Donglan West Road Jiuxing Shanghai China 201101
**Phone** 86-021-54861742；64613035
**Fax** 86-021-54869398；54862163，

**Contact** Ms. Ailing、Rooney Gao 小姐；Fan
**Cell** Rooney Gao（高小姐）：15821034550

**Email** rooneygao@yahoo.com

**Web Site** http://www.hualinspacer.com/

**Rooney Gao（高小姐）：此文件属于重要急件，请转交贵公司董事长闫向阳、总经理和财务总监，谢谢。**

根据美国破产法院2010年8月4日公布的企业申请破产案，贵公司被列在美国**Universal Building Products, Inc.**公司申请破产案前30位债权人名单中第二页第4位（参见附件破产案件申请号Case **10-12453**，债务人提交给美国法院贵公司无保障债权金额达**$223,188.15**。日后贵公司有资格进行债权申报登记，并且以你们申报的资料为审核基础）。

美国破产法规定申请破产的公司通常以资不抵债或经营不善等理由合法地申请破产，如果没有债权人提出异议或诉讼，一般情况下，美国法院会批准全部或部分免除其债务。在此等待批准期间，债务人受到美国破产法保护，债权人不可对其进行商业干扰或人身威胁。但同时破产法也规定，只要有3-7家债权人企业联合要求成立一个"官方无保障债权人委员会"（Official Unsecured Creditors Committee），美国法院就会保障由该委员会挑选和指定的一家合格的美国律师楼出来担任法律顾问，为全体债权人服务，提供相关法律咨询，核实债权人的申报资料，更审查债务人的商业纪录，已防止资产不明或不法流失；追回来的资产和资金将全部分配给债权人，美国律师则不可参与分成。而且，美国律师的费用经法院核实后，全部由债务人支付，因为破产案之事由其引发产生的。

简言之，债权人只要联合起来，就不需要另外出费得到美国法律服务。你们可以寻找自己熟悉的美国律师楼。由于"美中资产管理公司"倡导为华人企业在美进行"不成功，不收费"的追债业务及其低收费的防债活动（打入"中美追债"或"刘海善"，可在网上浏览相关信息），我们可推荐目前参与中美追债活动的美国律师楼供你们评估选择。例如，承接处理超过三亿美元的美国三大破产大案，目前案件已获得破产法院批准破产重组，各债权人企业赔偿已经落实。再如 **eToys Inc**（玩具商），**Rehrig International**（商店购货车） 和 **Steve & Barry's**（服装业）等大案，以及目前美国最大的汽车零配件商**Proliance**公司破产案件，我本人担任过这些破产大案的中英文翻译和沟通。我也曾担任过另一个破产案中"官方无保障债权人委员会"的主席以及 **Bachrach**（美国品牌西装连锁商店破产案中"官方无保障债权人委员会"的）共同主席，故熟悉整个作业流程。我可以帮助或协助贵公司处理与本破产案相关的各种事宜。

本案已经定于美国东部时间8月13日上午10点在美国德拉瓦尔州破产法院（ District of Delaware）举行第一次债权人会议讨论组成 "官方无保障债权人委员会"事宜。下面有几种方法进行合作：

（1）如果你们不想亲自参加，我们可以免费代表你们参加，尽量帮助贵公司进入委员会，并将当天会议情况通知你们, 决不收费。

（2）如果你们亲自来美国参加，我们可以让美国律师免费陪同你们参加，并将当天会议情况通 知你们, 决不收费。这样美国律师就可以在该次会议上代表无保障债权人发表处理本案的建议。

这也是唯一一次债权人可能通过委员会的方式获得免费律师服务的机会，请不要轻易放弃。申请参加债权人委员会组成会议非常简单：填写一份委员会问卷和一封委托开会人信件（随时提供）。不论贵公司是否被选入该委员会，双方互相委托的权利与义务也在那天会议结束而终止。若贵公司被选中，贵公司日后可自行决定将以那种方式参加该委员会的活动，掌握该案的第一手资料。或者也可以采用"不成功，不收费"的追债方式委托我们帮助贵公司申报债权、参加债权人会议、联系债务人和破产法院等。

**欢迎来电或发邮件， 我们可以为你们安排一次免费的专业破产法律师咨询。**

**Dr. Haishan Liu**（刘海善博士 ）
**US-China Assets Management USA, LLC.**（美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

---

注：下面是我们中美律师追债团队中的一位律师对本案做出的初步分析，是用英文写成的，你们先参考看一下，若有不清楚之处，可以询问我们。

***Debtor***
**Universal Building Products, Inc.**
15172 Goldenwest Circle

Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

**Universal Building Products, Inc.**

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

**Background**

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

**Debt Structure**

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

**Events Leading to Chapter 11**

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both

excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

**First Day Motions**

**I. Introduction/Routine Motions**

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent. Only the claims agent retention motion is up for hearing on the first day.

**II. Key First Day Motions**

***Financing*** - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million. There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

***Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale*** - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp. The Purchase Price is set for $25 million. They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction. Moreover, in a separate motion, the Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time. The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

***Motion to Pay Prepetition Taxes*** - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments. The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

***Motion to Pay Employee Wages and Obligations*** - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs. The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000. The Prepetition wage and benefit obligations total to approximately $199,000.

***Motion to hire Professionals for the Ordinary Course of Business*** - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business. The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional. The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues. A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

***Motion to Reject Lease or Executory Contracts*** - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases: (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC. The Debtor request that the rejection of the leases be effective as of August 4, 2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

If we can be of service to you, please contact me.

Subj: **Fwd: (no subject)--Universal Building Products, Inc. & American Wire Tie , Inc**
Date: 8/8/2010 9:56:05 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: annie2004319@hotmail.com

马小姐：请看附件。 —刘博士

-----Original Message-----
From: Uschinaasset@aol.com
Date: Fri, 6 Aug 2010 11:13:25 EDT
Subject: Fwd: (no subject)--Universal Building Products, Inc. & American Wire Tie , Inc
To: tinaykm@hotmail.com

Recent

-----Original Message-----
From: Uschinaasset@aol.com
Date: Thu, 5 Aug 2010 17:44:59 EDT
Subject: Fwd: (no subject)--Universal Building Products, Inc. & American Wire Tie , Inc
To: tinaykm@hotmail.com

尊敬的高玉秀女士：谢谢你的来函说明。有关你昨天提出的两个问题，现答复如下（参见蓝色）：

1..
我想调查一下以下美国客户的资料,请帮我们再落实一下是否已经破产?

Universal Building Products Inc
840 S 25th Ave Bellwood, IL 60104
Tel: 708-544 4255 Fax: 708-544-5965

答：Universal Building Products Inc公司以及6家相关联的公司已经于2010年8月7日在美国破产法院集体申请破产。我已经将相关破产申请文件和我们对本案件的初步分析及服务信息在昨天发邮件给你们了。你们必须理解一旦破产案件发生后，由于债务人缺乏营运资金，债权人，特别是有保障的债权人一般将尽快出售债务人的资产或寻找愿意重新组建该公司的买家，以便获得最大的回收款项，所以时间很有限。现在，第一步是筹建"无保障债权人委员会"，第二步，寻找新买家或新东家；第三，追索贵公司的欠款。对此，我们中美律师追债团队属于身经百战，经验十分丰富，愿意协助你们渡难关。

2.
还有请帮忙再帮我们调查另一个公司,看一下这个公司的运营情况是否正常?
American Wire Tie , Inc
2073 Fraklins Street North Collins , NY 14111
Tel: 516-367-3652
Fax: 516-367-8240

答：我今天先尝试拨打你所提供的电话号码，发现已经停号了。我经过检索，找到了该公司网站地址（http://www.americanwiretie.com/index.htm），详情附录在下。上面列出了新的电话号码：(716) 337-2412 和 (800) 448-1222。我拨通了(716) 337-2412 并与Mr. Ron Lehnortt 的销售人员交谈，他说生意还在进行，该公司现在的地址仍然是在 2073 Fraklins Street North Collins , NY 14111；他说离开纽约市约8个小时的驾车距离，但离开尼加拉瓜瀑布（近加拿大边境）只有半小时路程。我问他如何可以看到该公司的实样，他介绍距离纽约最近的长岛的批发商**Island Building Supply Inc**，该公司网站地址为（http://www.constructionscope.com/new-york/holtsville/644889-island-building-supply-inc.html），具体联系人是Mr. Mike.

从以上的基本信息可见，American Wire Tie , Inc仍然在营业中，有一些相关联的批发商。如果贵公司还想进一步了解更多的财务以及债务现状，我建议贵公司可以争取获得三份报告材料：（1）该公司在纽约州政府的公司注册资料；（2）该公司的财务信用报告；（3）该公司的法院债务诉讼报告，万一有的话。但上述三份报告的每一份报告在美国都可以出钱购买。如果贵公司自己无法找到，我公司可以通过美国的专业机构迅速获得（约一周时间），全部费用为1500美元。

欢迎来电来函咨询。

**Dr. Haishan Liu (刘海善博士)**
**US-China Assets Management USA, LLC. (美中资产管理公司)**

33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): 总机4006768159, 分机8991056167#
Email: uschinaasset@aol.com

# Home

Home
Products
Bar Tie Table
Distributors

Thank you for visiting our site! American Wire Tie, Inc. is recognized world-wide as a one-stop shopping source for everything you need in rebar tie wire, double loop wire ties, special purpose wires, tying tools and accessories.

## Company History

American Wire Tie (AWT) began production in 1934 with the opening of an administrative office and manufacturing plant in Gowanda, New York. Over a 40 year span, AWT built a reputation for consistent quality production and customer satisfaction which, when coupled with industry growth, created a demand for expanded facilities. In 1974 AWT moved to its present location, 20 miles South of Buffalo, in North Collins, NY. Additional manufacturing facilities and warehouses were added in Meridian, Mississippi (1983) and in Waxahachie, Texas (1998) to meet the growing needs of our customers around the world.

It is a tribute to the company that for over 65 years customers have come to recognize American Wire Tie as a leader and pioneer in the production of wire ties for construction, industry and agriculture. That reputation was made possible because all products are produced on efficient, high-speed machinery designed, engineered and built by AWT to insure uniform quality production. AWT's pioneer spirit and innovation was also evident with the introduction to the American market of the first PVC-coated rebar tie wire and ties over 25 years ago.

Today, American Wire Tie's management team, headed by President James W. Smith, continues the tradition of personal concern and involvement established when his family began the company. Direct supervision by management continues to work in the customers' best interest to maintain the highest standards of quality control and service. American Wire Tie believes in maintaining peak efficiency, solving customers' problems today and anticipating their needs for tomorrow. Providing top quality products and dependable service is the basis of our lifelong excellent reputation.

## Contact Information

We welcome your comments. If you have any questions, need more information, or wish to speak to a Customer Service representative, please contact us.

**Telephone**

| | |
|---|---|
| Toll Free: | (800) 448-1222 |
| In New York State: | (716) 337-2412 |

**FAX**
(716) 337-3728
**Postal address**
P.O. Box 696, North Collins, NY 14111-0696
**E-mail**
General Information: info@americanwiretie.com
Sales: sales@americanwiretie.com

Copyright ?2009 American Wire Tie, Inc.
Last modified: May 20, 2009

-----Original Message-----
From: GaoTina <tinaykm@hotmail.com>
To: <uschinaasset@aol.com>
Subject: RE: (no subject)--Universal Building Products, Inc.
Date: Thu, 5 Aug 2010 15:26:01 +0800

刘先生

您好

感谢您的快速的答复.

HEBEI LONGDA TRADE CO.,LTD 和英凯模 是一个公司, 我们是生产厂家, 但是为了扩大我们出口的产品范围,所以我们申请了LONGDA 公司

希望我的解释,您能够明白

另一封邮件,我已经收到. 我已经提交给我们公司的相关人员,有什么问题,会和您即使联系的

谢谢

高玉秀

---

From: Uschinaasset@aol.com
Date: Thu, 5 Aug 2010 00:28:56 -0400
Subject: Re: (no subject)--Universal Building Products, Inc.
To: tinaykm@hotmail.com

尊敬的高玉秀女士：你的来函已经收悉。我注意到一个细节上的差别，即你函件中的公司名称"河北英凯模金属网有限公司"看来和美国法院破产案件中列出的**HEBEI LONGDA TRADE CO.,LTD** 有所不同。虽传真号码一样，但电话号码与网上列出的也不一样。为维护相关债权人的利益，我想请你先解释说明一下。然后，我们再协商帮助其它事项。

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA, LLC. (美中资产管理公司)**
**33-63 55th Street, Woodside, NY 11377, USA**

**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

| | | | |
|---|---|---|---|
| HEBEI LONGDA TRADE CO., LTD<br>NO.68 LINGYUAN EAST STREET<br>ANPING COUNTY HEBEI<br>CHINA 053600<br>ATTN: YANG YAN XIANG<br>FAX: 86-3187521692 | Trade Debt | | $247,213.32 |

Office Of The United States Trustee
District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Tel. No. (302) 573-6491
Fax No. (302) 573-6497

IN RE: Chapter 11

Universal Building Products, Inc., *et al.*
Debtor(s).

Case No. 10-12453 (MFW)

---

**Notice Of Formation Meeting For Official Committee of Unsecured Creditors**

---

The above-named debtor(s) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint a committee of unsecured creditors, and the debtor's petition or other sources of information indicate that you may be eligible for appointment to the Official Committee of Unsecured Creditors in this case.

This is to notify you that the United States Trustee will hold a meeting to form an unsecured creditors committee on **Friday, August 13, 2010 @ 10:00 a.m.** at the following location:

**J. Caleb Boggs Federal Building**
**844 King Street, Room 2112**
**Wilmington, DE 19801**

A representative of the debtor will attend the meeting to provide information regarding the status of the case. If you wish to be considered for membership on any official committee that is appointed, please complete the enclosed Questionnaire Form and return it to the Office of the United States Trustee **no later than August 12, 2010 @ 5:00 p.m.** If you do not wish to serve on an official committee, your presence at the meeting is not required.

If you wish to be considered for membership on the committee but are unable to attend, you should immediately notify the Office of the United States Trustee. If you do not attend the meeting and do not affirmatively indicate your willingness to serve, you will not be considered. If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf. The Official Committee of Unsecured Creditors performs a vital role in the chapter 11 proceeding, and for that reason your interest and consideration is solicited.

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE

*/s/ Richard L. Schepacarter for*
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

Dated: August 4, 2010

cc: Debtors' Counsel: Mark Minuti, Esq., Phone: 302-421-6840, Fax: 302-421-5873

**Official Committee of Unsecured Creditors' Committee**
**Information Sheet**

**Purpose of Unsecured Creditors' Committees.** To increase participation in the chapter 11 proceeding, section 1102 of the Bankruptcy Code requires that the United States Trustee appoint a committee of unsecured creditors (the "Committee") as soon as practicable after the order for relief has been entered. The Committee ordinarily consists of the persons, willing to serve, who hold the seven (7) largest unsecured claims of the kinds represented on such committee. The debtor has filed a list indicating that your claim may be among the largest unsecured claims against the debtor, and for that reason, you may be eligible to serve on the Committee. There must be at least three (3) unsecured creditors willing to serve in order to form a Committee.

**Powers and Duties of Unsecured Creditors' Committees.** Members of the Committee are fiduciaries who represent all unsecured creditors as a group without regard to the types of claims which individual unsecured creditors hold against the debtor. Section 1103 of the Bankruptcy Code provides that the Committee may consult with the debtor, investigate the debtor and its business operations and participate in the formulation of a plan of reorganization. The Committee may also perform such other services as are in the interests of the unsecured creditors whom it represents.

**Employment of Professionals.** Section 1103 of the Bankruptcy Code provides that the Committee may, subject to the bankruptcy court's approval, employ one or more attorneys, accountants or other professionals to represent or perform services for the Committee. The decision to employ particular professionals should occur at a scheduled meeting of the Committee where a majority of the Committee is present. All professionals retained by the Committee may be compensated from assets of the debtor's estate pursuant to section 330 of the Bankruptcy Code. Applications for the payment of professional fees may be monitored by the Office of the United States Trustee and are subject to the Court's approval. However, the Committee should carefully review all applications and not rely on the Court or the United States Trustee to discover and object to excessive professional fees or costs.

**Other Matters.** The Committee should elect a chairperson and may adopt bylaws. As a party in interest, the Committee may be heard on any issue in the bankruptcy proceeding. Federal Bankruptcy Rule 2002(i) requires that the Committee (or its authorized agent) receive all notices concerning motions and hearings in the bankruptcy proceeding.

**In the event you are appointed to an official committee of creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on any official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the Debtor while they are committee members absent an order of the Court. By submitting the enclosed Questionnaire and accepting membership on an official committee of creditors, you agree to this prohibition. The United States Trustee reserves the right to take appropriate action, including removing a creditor from any committee, if the information provided in the Questionnaire is inaccurate, if the foregoing prohibition is violated, or for any other reason the United States Trustee believes is proper in the exercise of her discretion. You are hereby notified that the United States Trustee may share this information with the Securities and Exchange Commission if deemed appropriate.**

Should you have any additional questions concerning the Committee or your membership on the Committee, please contact the Office of the United States Trustee.

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors. Yes ( ) No ( )

A. Unsecured Creditor's Name and Contact Information:

Name: ______________________ Phone: ____________
Address: ______________________ Fax: ____________
______________________ E-mail: ____________
______________________

B. Counsel (If Any) for Creditor and Contact Information:

Name: ______________________ Phone: ____________
Address: ______________________ Fax: ____________
______________________ E-mail: ____________
______________________

C. Amount of Unsecured Claim (U.S. $) ____________

D. If your claim is against more than one debtor, list all debtors: ______________________
______________________
______________________

E. Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made; litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.

______________________
______________________
______________________

F. Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
______________________

G. Representations:

1. Are you or the company you represent in any way: "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)? Yes ( ) No ( ) If a shareholder, state the number of shares: ________

2. Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)? Yes ( ) No ( )

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No ( )

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No ( ) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: ________

________________________________________________________________

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No ( )

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No ( )

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No ( )
State the name of the entity and the nature and amount of the claims: ____________________

________________________________________________________________

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No ( )

   A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No ( )

| **Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement** | **Amount** |
|---|---|
| | |
| | |
| | |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know ( )

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

**Date:** ________________

________________________________
**Signature**

________________________________
**Print Name**

________________________________
**Title**

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

Subj: **Re: (no subject)--Universal Building Products, Inc--COMMITTEE QUESTIONNAIRE**
Date: 8/8/2010 8:23:33 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: tinaykm@hotmail.com

高玉秀女士：我已经在上周8月5日和6日重发的的邮件中说明了你所想要的了解的两家公司的初步背景情况。

Universal Building Products, Inc破产案件中的第一次“无保障债权人委员会组成会议”已经定于本周五8月13日美国东部时间上午10点在德拉瓦尔州法院举行，该次会议的正式通知附录在下面的附件中，请参阅。

如果贵公司至今未决定亲自赴美参加该次重要的会议，我愿意自费代表贵公司去德拉瓦尔州法院参加会议并将当天会议结果书面告知贵公司。若行，我可以帮助你们填写自愿参加“无保障债权人委员会”的问卷。请告知贵公司的决定。

**Dr. Haishan Liu (刘海善博士 )**

**US-China Assets Management USA, LLC.（美中资产管理公司）**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**

**Email: uschinaasset@aol.com**

Subj: **Fwd: (no subject)--Universal Building Products, Inc. & American Wire Tie , Inc**
Date: 8/5/2010 5:44:59 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: tinaykm@hotmail.com

尊敬的高玉秀女士：谢谢你的来函说明。有关你昨天提出的两个问题，现答复如下（参见蓝色）：

1..
我想调查一下以下美国客户的资料,请帮我们再落实一下是否已经破产?

Universal Building Products Inc
840 S 25th Ave Bellwood, IL 60104
Tel: 708-544 4255 Fax: 708-544-5965

答：Universal Building Products Inc公司以及6家相关联的公司已经于2010年8月7日在美国破产法院集体申请破产。我已经将相关破产申请文件和我们对本案件的初步分析及服务信息在昨天发邮件给你们了。你们必须理解一旦破产案件发生后，由于债务人缺乏营运资金，债权人，特别是有保障的债权人一般将尽快出售债务人的资产或寻找愿意重新组建该公司的买家，以便获得最大的回收款项，所以时间很有限。现在，第一步是筹建"无保障债权人委员会"，第二步，寻找新买家或新东家；第三，追索贵公司的欠款。对此，我们中美律师追债团队属于身经百战，经验十分丰富，愿意协助你们渡难关。

2.
还有请帮忙再帮我们调查另一个公司,看一下这个公司的运营情况是否正常?
American Wire Tie , Inc
2073 Fraklins Street North Collins , NY 14111
Tel: 516-367-3652
Fax: 516-367-8240

答：我今天先尝试拨打你所提供的电话号码，发现已经停号了。我经过检索，找到了该公司网站地址（http://www.americanwiretie.com/index.htm），详情附录在下。上面列出了新的电话号码：(716) 337-2412 和 (800) 448-1222。我拨通了(716) 337-2412 并与Mr. Ron Lehnortt 的销售人员交谈，他说生意还在进行，该公司现在的地址仍然是在 2073 Fraklins Street North Collins , NY 14111；他说离开纽约市约8个小时的驾车距离，但离开尼加拉瓜瀑布（近加拿大边境）只有半小时路程。我问他如何可以看到该公司的实样，他介绍距离纽约最近的长岛的批发商**Island Building Supply Inc**，该公司网站地址为（http://www.constructionscope.com/new-york/holtsville/644889-island-building-supply-inc.html），具体联系人是Mr. Mike.

从以上的基本信息可见，American Wire Tie , Inc仍然在营业中，有一些相关联的批发商。如果贵公司还想进一步了解更多的财务以及债务现状，我建议贵公司可以争取获得三份报告材料：（1）该公司在纽约州政府的公司注册资料；（2）该公司的财务信用报告；（3）该公司的法院债务诉讼报告，万一有的话。但上述三份报告的每一份报告在美国都可以出钱购买。如果贵公司自己无法找到，我公司可以通过美国的专业机构迅速获得（约一周时间），全部费用为1500美元。

欢迎来电来函咨询。

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA, LLC. (美中资产管理公司)**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

Home



Thank you for visiting our site! American Wire Tie, Inc. is recognized world-wide as a one-stop shopping source for everything you need in rebar tie wire, double loop wire ties, special purpose wires, tying tools and accessories.

## Company History

American Wire Tie (AWT) began production in 1934 with the opening of an administrative office and manufacturing plant in Gowanda, New York. Over a 40 year span, AWT built a reputation for consistent quality production and customer satisfaction which, when coupled with industry growth, created a demand for expanded facilities. In 1974 AWT moved to its present location, 20 miles South of Buffalo, in North Collins, NY. Additional manufacturing facilities and warehouses were added in Meridian, Mississippi (1983) and in Waxahachie, Texas (1998) to meet the growing needs of our customers around the world.
It is a tribute to the company that for over 65 years customers have come to recognize American Wire Tie as a leader and pioneer in the production of wire ties for construction, industry and agriculture. That reputation was made possible because all products are produced on efficient, high-speed machinery designed, engineered and built by AWT to insure uniform quality production. AWT's pioneer spirit and innovation was also evident with the introduction to the American market of the first PVC-coated rebar tie wire and ties over 25 years ago.
Today, American Wire Tie's management team, headed by President James W. Smith, continues the tradition of personal concern and involvement established when his family began the company. Direct supervision by management continues to work in the customers' best interest to maintain the highest standards of quality control and service. American Wire Tie believes in maintaining peak efficiency, solving customers' problems today and anticipating their needs for tomorrow. Providing top quality products and dependable service is the basis of our lifelong excellent reputation.

## Contact Information

We welcome your comments. If you have any questions, need more information, or wish to speak to a Customer Service representative, please contact us.

**Telephone**
Toll Free: (800) 448-1222
In New York State: (716) 337-2412
**FAX**
(716) 337-3728
**Postal address**
P.O. Box 696, North Collins, NY 14111-0696
**E-mail**
General Information: info@americanwiretie.com
Sales: sales@americanwiretie.com

BLUE BOOK of Building and Construction




Copyright ?2009 American Wire Tie, Inc.
Last modified: May 20, 2009

-----Original Message-----
From: GaoTina <tinaykm@hotmail.com>
To: <uschinaasset@aol.com>
Subject: RE: (no subject)--Universal Building Products, Inc.
Date: Thu, 5 Aug 2010 15:26:01 +0800

刘先生

您好

感谢您的快速的答复.

HEBEI LONGDA TRADE CO.,LTD 和英凯模 是一个公司, 我们是生产厂家, 但是为了扩大我们出口的产品范围,所以我们申请了 LONGDA 公司

希望我的解释,您能够明白

另一封邮件,我已经收到. 我已经提交给我们公司的相关人员,有什么问题,会和您即使联系的

谢谢

高玉秀

---

From: Uschinaasset@aol.com
Date: Thu, 5 Aug 2010 00:28:56 -0400
Subject: Re: (no subject)--Universal Building Products, Inc.
To: tinaykm@hotmail.com

尊敬的高玉秀女士：你的来函已经收悉。我注意到一个细节上的差别，即你函件中的公司名称"河北英凯模金属网有限公司"看来和美国法院破产案件中列出的**HEBEI LONGDA TRADE CO.,LTD** 有所不同。虽传真号码一样，但电话号码与网上列出的也不一样。为维护相关债权人的利益，我想请你先解释说明一下。然后，我们再协商帮助其它事项。

**Dr. Haishan Liu** (刘海善博士 )
**US-China Assets Management USA, LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

Page 4 of 4

| | | | |
|---|---|---|---|
| HEBEI LONGDA TRADE CO., LTD<br>NO.68 LINGYUAN EAST STREET<br>ANPING COUNTY HEBEI<br>CHINA 053600<br>ATTN: YANG YAN XIANG<br>FAX: 86-3187521692 | Trade Debt | | $247,213.32 |

Monday, September 13, 2010 America Online: [illegible]

HL 0250

Subj: **Re: (no subject)--Universal Building Products, Inc.**
Date: 8/5/2010 12:28:58 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: tinaykm@hotmail.com

尊敬的高玉秀女士：你的来函已经收悉。我注意到一个细节上的差别，即你函件中的公司名称“河北英凯模金属网有限公司”看来和美国法院破产案件中列出的**HEBEI LONGDA TRADE CO.,LTD** 有所不同。虽传真号码一样，但电话号码与网上列出的也不一样。为维护相关债权人的利益，我想请你先解释说明一下。然后，我们再协商帮助其它事项。

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA, LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

| | | | |
|---|---|---|---|
| HEBEI LONGDA TRADE CO., LTD<br>NO.68 LINGYUAN EAST STREET<br>ANPING COUNTY HEBEI<br>CHINA 053600<br>ATTN: YANG YAN XIANG<br>FAX: 86-3187521692 | Trade Debt | | $247,213.32 |

Subj: **RE: (no subject)--Universal Building Products, Inc.**
Date: 8/5/2010 3:26:02 A.M. Eastern Daylight Time
From: tinaykm@hotmail.com
To: uschinaasset@aol.com

刘先生

您好

感谢您的快速的答复.

HEBEI LONGDA TRADE CO.,LTD 和英凯模 是一个公司, 我们是生产厂家, 但是为了扩大我们出口的产品范围,所以我们申请了LONGDA 公司

希望我的解释,您能够明白

另一封邮件,我已经收到. 我已经提交给我们公司的相关人员,有什么问题,会和您即使联系的

谢谢

高玉秀

---

From: Uschinaasset@aol.com
Date: Thu, 5 Aug 2010 00:28:56 -0400
Subject: Re: (no subject)--Universal Building Products, Inc.
To: tinaykm@hotmail.com

尊敬的高玉秀女士：你的来函已经收悉。我注意到一个细节上的差别，即你函件中的公司名称"河北英凯模金属网有限公司"看来和美国法院破产案件中列出的**HEBEI LONGDA TRADE CO.,LTD 有所不同。虽传真号码一样，但电话号码与网上列出的也不一样。为维护相关债权人的利益，我想请你先解释说明一下。然后，我们再协商帮助其它事项。**

**Dr. Haishan Liu** (刘海善博士 )
**US-China Assets Management USA, LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

| | | | |
|---|---|---|---|
| HEBEI LONGDA TRADE CO., LTD<br>NO.68 LINGYUAN EAST STREET<br>ANPING COUNTY HEBEI<br>CHINA 053600<br>ATTN: YANG YAN XIANG<br>FAX: 86-3187521692 | Trade Debt | | $247,213.32 |

Subj: **(no subject)**
Date: 8/4/2010 11:50:18 P.M. Eastern Daylight Time
From: tinaykm@hotmail.com
To: uschinaasset@aol.com

刘先生,

您好

我是河北英凯模金属网有限公司的. 很感谢刚才您给我们公司的电话

我想调查一下以下美国客户的资料,请帮我们再落实一下是否已经破产?

Universal Building Products Inc
840 S 25th Ave Bellwood, IL 60104
Tel: 708-544 4255 Fax: 708-544-5965

还有请帮忙再帮我们调查另一个公司,看一下这个公司的运营情况是否正常?
American Wire Tie , Inc
2073 Fraklins Street North Collins , NY 14111
Tel: 516-367-3652
Fax: 516-367-8240

期待您的答复

高玉秀
河北英凯模金属网有限公司
河北安平陵园东街68号
电话: 0318-7526482 传真: 0318-7521692

Subj: **Fwd: proxy--Questionnaire**
Date: 8/12/2010 10:49:40 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: RXZA@elliottgreenleaf.com
CC: KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com, GUrbanchuk@asterion-consulting.com

Questionnaire Page 1 here.

-----Original Message-----
Date: Thu, 12 Aug 2010 07:36:50 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: proxy
To: uschinaasset@aol.com

刘博士：
修改授权书。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

# OFFICE OF THE UNITED STATES TRUSTEE
## DISTRICT OF DELAWARE
### 844 King Street, Suite 2207
### Wilmington, DE 19801
### Tel. No. (302) 573-6491
### Fax No. (302) 573-6497

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.    Yes (✓) No ( )

A.    Unsecured Creditor's Name and Contact Information:

Name:   *Shanghai Huelin hardware CO., Ltd*        Phone: _0086-21-6765-3727_
Address: *113 Dongan West Road, Minhang District*   Fax: _0086-21-6765-3727_
          *20101 Shanghai China*                    E-mail: *shanghaihuatin@yahoo.cn*

B.    Counsel (If Any) for Creditor and Contact Information:

Name:   _____        Phone: _____
Address: _____        Fax: _____
         _____        E-mail: _____

C.    Amount of Unsecured Claim (U.S. $) *$35,107.06 ( received-USD 30,155.16 + at Sea-USD 4945.9 )*

D.    If your claim is against more than one debtor, list all debtors: *1. Don De Cristo Concrete Acc. Inc.*
*2. Universal Form Clamp Inc.*

E.    Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made; litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
*Export goods*

F.    Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
*USD 8955 (7.17-8.6) + (post 8.6) USD 4945.9*

G.    Representations:

1.    Are you or the company you represent in any way: "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)? Yes ( ) No (✓) If a shareholder, state the number of shares: _____

2.    Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)? Yes ( ) No (✓)

HL 0255

Subj: **Fwd: questionnaire 1--proxy**
Date: 8/12/2010 10:48:19 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: RXZA@elliottgreenleaf.com
CC: KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com, GUrbanchuk@asterion-consulting.com

Proxy Here.

-----Original Message-----
Date: Thu, 12 Aug 2010 07:37:55 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: questionair 1
To: uschinaasset@aol.com

刘博士：

修改的问卷。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) | Case No. 10-12453 (MFW) |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

**Proxy**

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of approximately $351,107.06 against the above-captioned debtors (the "Debtors"), due to the fact of being not able to come to the USA to participate in person, does hereby appoint and authorize its US Rep Advisor Greg Urbanchuk, to act on the Creditor's behalf ***with full power of substitution*** at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August 10, 2010

Signed by *Authorized Representative*

General Manager Print Name Ailin Wang
Title
王爱林 / Ailin Wang

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

Subj: **Fwd: Universal Building Products--Eastern Accessories Corp--Total Claims**
Date: 8/12/2010 9:14:10 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com
CC: Angelich.George@arentfox.com, Sullivan.James@ARENTFOX.COM

-----Original Message-----
Date: Thu, 12 Aug 2010 20:58:09 +0800
From: EacServiceG <eacserviceg@gmail.com>
To: "Uschinaasset" <Uschinaasset@aol.com>
Cc: "dennybarge" <dennybarge@gmail.com>,
"eacservicew" <eacservicew@gmail.com>,
"eastasale" <eastasale@gmail.com>
Subject: Re: Universal Building Products--Eastern Accessories Corp--Total Claims

Dear Dr. Liu,

Attached pls find the required support documents for shipped goods.

Any further assistance pls feel free to let me know.

Thanks,
Jessica

Cell:+86 0 186 6395 3618

2010-08-12

EacServiceG

发件人： Uschinaasset
发送时间： 2010-08-12 14:24:45
收件人： eastasale
抄送： dennybarge; eacserviceg; eacservicew
主题： Universal Building Products--Eastern Accessories Corp--Total Claims
Dear All: I spotted the total claims as follows. Am I right about them?

$563,410.02 (Shipped before the petition date) + $1,551,240.00 (unshipped in China) = $2,114,650.00

**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA, LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

**Universal Building Products, Inc. Bankruptcy Claim Profile Case # 10-12453**

Creditor Company Name:
Address:
Tel: Fax: Cell:
Email Address:

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 1 | Invoice # 9GU0620905 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date SEP.6,2009<br>Departure Port QINGDAO | Total $16761.00<br>Paid $16297.7<br>Unpaid $463.3 |
| | Invoice Date SEP.3,2009 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date SEP.20,2009<br>Arrival Port VANCOUVER | |
| 2 | Invoice # 9GU0640912 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date SEP.13,2009<br>Departure Port QINGDAO | Total $22311.0<br>Paid $ 21420.0<br>Unpaid $891 |
| | Invoice Date SEP.11,2009 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date SEP.27,2009<br>Arrival Port VANCOUVER | |
| 3 | Invoice # 9GU0841026 (Sample by fedex) | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date<br>Departure Port | 4500.00 (TOOING INV) |
| | Invoice Date OCT.26,2009 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | |

| Shipment Container Serial \ Shipping Date | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21–45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 4 | Invoice # 10GU0140215 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date FEB.15,2010<br>Departure Port QINGDAO | $42099.72 |
| | Invoice Date FEB.13,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date MAR.30,2010<br>Arrival Port LOS ANGELES | |
| 5 | Invoice # 10GU0160305 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date MAR.6,2010<br>Departure Port QINGDAO | $2430 |
| | Invoice Date MAR.3,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date MAR.12,2010<br>Arrival Port CHICAGO | |
| 6 | Invoice # 10GU0270421 (Sample by fedex) | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date<br>Departure Port | $1000(TOOLING INV) |
| | Invoice Date APR.21,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to **8/6/10** Bankruptcy Petition Date **(7/17/10-8/6/10)** | 21--45 Days Prior to **7/17/10** Bankruptcy Petition Date **(6/19-7/17/10)** | **46 Days Up** Prior to **6/19/10** Bankruptcy Petition Date **(6/19/10 or earlier)** | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 7 | Invoice # 10GU0280428 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date APR.29,2010<br>Departure Port QINGDAO | $1243.28 |
| | Invoice Date APR.28,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date MAY.3,2010<br>Arrival Port CHICAGO | |
| 8 | Invoice # 10GU0290505 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date MAY.7,2010<br>Departure Port QINGDAO | Total$29592.00<br>Paid$28688.1<br>Unpaid$903.9 |
| | Invoice Date MAY.3,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date JUN.6, 2010<br>Arrival Port VANCOUVER | |
| 9 | Invoice # 10GU0330522 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date MAY.22,2010<br>Departure Port QINGDAO | Total$54694.89<br>Paid$12679.1<br>Unpaid$42015.79 |
| | Invoice Date MAY.20,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date JUN.5,2010<br>Arrival Port VANCOUVER | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 10 | Invoice # 10GU0380527 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date MAY.27,2010<br>Departure Port QINGDAO | $36769.5 |
| | Invoice Date MAY.25,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date JUN.13,2010<br>Arrival Port SEATTLE, | |
| 11 | Invoice # 10GU0410530 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date MAY.30,2010<br>Departure Port QINGDAO | $16754.00 |
| | Invoice Date MAY.28,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date JUN.14,2010<br>Arrival Port SEATTLE | |
| 12 | Invoice # 10GU0420610 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date JUN.10,2010<br>Departure Port QINGDAO | $30051.6 |
| | Invoice Date JUN.8,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date JUN.8,2010<br>Arrival Port VANCOUVER | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21—45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 13 | Invoice # 10GU0430605 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br>JUN.5,2010<br>Departure Port<br>QINGDAO | $17243.26 |
| | Invoice Date<br>JUN.3,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br>JUL.3,2010<br>Arrival Port<br>CHICAGO | Arrival Date<br><br>Arrival Port | |
| 14 | Invoice # 10GU0440607 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br>JUN.7,2010<br>Departure Port<br>QINGDAO | $129095.82 |
| | Invoice Date<br>JUN.5,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br>JUN.21,2010<br>Arrival Port<br>LONG BEACH | |
| 15 | Invoice # 10GU0460604 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br>JUN.7,2010<br>Departure Port<br>BEIJING | $9750 |
| | Invoice Date<br>JUN.4,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br>JUN.12,2010<br>Arrival Port<br>SEATTLE | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 16 | Invoice # 10GU0470607 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date<br>JUN.7,2010<br>Departure Port<br>QINGDAO | $9495.75 |
| | Invoice Date<br>JUN.7,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date<br>JUN.9,2010<br>Arrival Port<br>CHICAGO | |
| 17 | Invoice # 10GU0480617 | Departure Date<br>Departure Port | Departure Date<br>JUN.23,2010<br>Departure Port<br>QINGDAO | Departure Date<br>Departure Port | $ 32587.2 |
| | Invoice Date<br>JUN.15,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>JUL.12,2010<br>Arrival Port<br>VANCOUVER | Arrival Date<br>Arrival Port | |
| 18 | Invoice # 10GU0490616 | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date<br>JUN.20,2010<br>Departure Port<br>QINGDAO | $11742.2 |
| | Invoice Date<br>JUN.14,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>JUL.8,2010<br>Arrival Port<br>LONG BEACH | Arrival Date<br>Arrival Port | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 19 | Invoice # 10GU0500614 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.14,2010<br><br>Departure Port QINGDAO | $29804.32 |
| | Invoice Date JUN.12,2010 | Arrival Date<br><br>Arrival Port | Arrival Date JUN.28,2010<br><br>Arrival Port LONG BEACH | Arrival Date<br><br>Arrival Port | |
| 20 | Invoice # 10GU0510617 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.18,2010<br><br>Departure Port QINGDAO | $29665.08 |
| | Invoice Date JUN.15,2010 | Arrival Date<br><br>Arrival Port | Arrival Date JUL.3,2010<br><br>Arrival Port VANCOUVER | Arrival Date<br><br>Arrival Port | |
| 21 | Invoice # 10GU0520613 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>JUN.13,2010<br>Departure Port BEIJING | $4551.75 |
| | Invoice Date JUN.11,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>JUN.18,2010<br>Arrival Port<br><br>CHICAGO | |

| Shipping Date / Shipment Container Serial | | **20 Days** Prior to **8/6/10** Bankruptcy Petition Date **(7/17/10-8/6/10)** | **21–45 Days** Prior to **7/17/10** Bankruptcy Petition Date **(6/19-7/17/10)** | **46 Days Up** Prior to **6/19/10** Bankruptcy Petition Date **(6/19/10 or earlier)** | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 22 | Invoice # 10GU0530618 (Sample air shipped with 10GU0520613) | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date JUN.13,2010<br>Departure Port BEIJING | $1500(TOOING INV) |
| | Invoice Date JUN.18,2010 | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date JUN.18,2010<br>Arrival Port CHICAGO | |
| 23 | Invoice # 10GU0540628 | Departure Date<br>Departure Port | Departure Date JUN.27,2010<br>Departure Port QINGDAO | Departure Date<br>Departure Port | $70618.84 |
| | Invoice Date JUN.26,2010 | Arrival Date JUL.18,2010<br>Arrival Port LONG BEACH | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | |
| 24 | Invoice # 10GU0550630 | Departure Date<br>Departure Port | Departure Date JUL.2,2010<br>Departure Port QINGDAO | Departure Date<br>Departure Port | $29627.46 |
| | Invoice Date JUN.28,2010 | Arrival Date JUL.18,2010<br>Arrival Port VANCOUVER | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 25 | Invoice # 10GU0570712 | Departure Date<br>Departure Port | Departure Date JUL.12,2010<br>Departure Port BEIJING | Departure Date<br>Departure Port | $8606.25 |
| | Invoice Date JUL.11,2010 | Arrival Date<br>Arrival Port | Arrival Date JUL.12,2010<br>Arrival Port CHICAGO | Arrival Date<br>Arrival Port | |
| 26 | Invoice # | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date<br>Departure Port | |
| | Invoice Date | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | |
| 27 | Invoice # | Departure Date<br>Departure Port | Departure Date<br>Departure Port | Departure Date<br>Departure Port | |
| | Invoice Date | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | Arrival Date<br>Arrival Port | |

**Total Claims 20-Day $ + 45-Day $ + 46up $ = $**

**Please attach all POs, Invoices, Packing Lists, B/Ls, Arrival Notices or Delivery Proofs. Thanks.**

Subj: **Universal Building Products--Eastern Accessories Corp-Total Claims of 2.1M**
Date: 8/12/2010 3:28:53 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com
CC: Sullivan.James@ARENTFOX.COM, Angelich.George@arentfox.com

Dear Counsels: No.4 Creditors, Eastern Accessories Corporation, provided the following total claims, and you may see this Creditor will be actually the largest one among the Unsecured Creditors should its unshipped goods would be taken into account.

**Total Claims**
$563,410.02 (Shipped before the petition date) + $1,551,240.00 (unshipped in China) =
**$2,114,650.02**

I'll hold the proxy to cheer everyone up. I strongly suggest Counsel Schuyler may co-pitch with his colleagues.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

Subj: **Universal Building Products--Eastern Accessories Corp-Proxy & Questionnaire**
Date: 8/12/2010 3:22:01 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com
CC: Sullivan.James@ARENTFOX.COM, Angelich.George@arentfox.com

Dear Counsels: I have been working through the evening and night with No.4 Creditors, Eastern Accessories Corporation, hence I have been rewarded with its signed proxy and questionnaire (attached below).

From the following equation, you may see this Creditor will be actually the largest one among the Unsecured Creditors should its unshipped goods would be taken into account.

**Total Claims**
$563,410.02 (Shipped before the petition date) + $1,551,240.00 (unshipped in China) =
**$2,114,650.02**

I'll hold the proxy to cheer everyone up. I strongly suggest Counsel Schuyler may co-pitch with his colleagues.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

**Proxy Form** **August 12, 2010**

**Office of the United States Trustee**
District of Delaware
U.S. Bankruptcy Court

Re: **Universal Building Products, Inc.** Chapter 11 Case No. **10-12453**

**Dear US Trustee Richard Schepacarter and Roberta Deangelis:**

Please be advised that **EASTERN ACCESSORIES CORPORATION** , a creditor of the above referenced debtor is very interested in and committed to serving on the Creditors Committee to be appointed in the above referenced case. Unfortunately, we cannot attend the creditor's committee organizational meeting in person because our offices are located in China. Thus, the cost and time associated with travel to the creditors committee meeting makes it impossible for one of our employees to attend the meeting in person. Please be fully assured, however, that we intend to fully participate on the creditors committee and diligently act to protect the rights of all unsecured creditors.

Based upon the foregoing, we hereby authorize, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Dr. Haishan Liu or some advisor or attorney designated by Dr. Haishan Liu, to act on our behalf at the organizational meeting in all respects, among other things, to request that **EASTERN ACCESSORIES CORPORATION** be appointed to the Committee, to vote for professionals to represent the Committee and to vote on any other Committee matters raised at the meeting. For these purposes Dr. Haishan Liu or some advisor or attorney designated by is authorized in all respects to act as our proxy.

Thank you for your cooperation and assistance.
Very truly yours,

**EASTERN ACCESSORIES CORPORATION**

Signature: Dong Shuyuan Print Name: DONG SHUYUAN

Title: President of Eastern Accessories Corp

Address: 25, Canton Road, TST, HK

Tel: EASTERN ACCESSORIES CORP

Company Seal: 25 Canton Road, TST, HK

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors. Yes (✓) No ( )

A. Unsecured Creditor's Name and Contact Information:

Name: Eastern Accessories Corp.
Address: 25 Canton Road TST,HK
C/O: Room 1608, 100 Hong Kong M Rd.
Qingdao - P.R. China

Phone: +86 0532 85878082
+86 018663206868
Fax: +86 0532 85872910
E-mail: eastasale@gmail.com

B. Counsel (If Any) for Creditor and Contact Information:

Name: ______
Address: ______

Phone: ______
Fax: ______
E-mail: ______

C. Amount of Unsecured Claim (U.S. $) Shipped $563410.02+ Unshipped $1,551240.0=$2,114,650.02

D. If your claim is against more than one debtor, list all debtors: ① Universal Form Clamp, Inc.
② Universal Building Products, Inc.
③ Don De Cristo Concrete Acc., Inc.

E. Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made; litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
Export goods

F. Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
$100,246.3

G. Representations:

1. Are you or the company you represent in any way: "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)? Yes ( ) No (✓) If a shareholder, state the number of shares: ______

2. Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)? Yes ( ) No (✓)

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No (✓) Does your claim arise from this relationship? Yes ( ) No (✓)

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No (✓) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: ________

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No (✓)

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No (✓)

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No (✓) State the name of the entity and the nature and amount of the claims: ________

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No (✓)

   A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No (✓)

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| | |
| | |
| | |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know (✓)

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: Aug 12, 2010

EASTERN ACCESSORIES CORP

25 Canton Road, TST, HK

Dong Shu Yuan
Signature

DONG SHUYUAN
Print Name

President
Title

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

Subj: **Universal Building Products--Shanghai Hualin Hardware--Proxy & Questionnaire**
Date: 8/12/2010 2:56:50 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com
CC: RXZA@elliottgreenleaf.com, KLD@elliottgreenleaf.com, rooney_gao@yahoo.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com, GUrbanchuk@asterion-consulting.com

Dear All: The dollar amount of $351,107.06 as the total claim on the Proxy now matches the same figure on the Questionnaire, and both signed and dated, with its corporate seal.

Hope Greg as the proxy holder will pass them to the UST.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) | Case No. 10-12453 (MFW) |
| | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

**Proxy**

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of approximately $351,107.06 against the above-captioned debtors (the "Debtors"), due to the fact of being not able to come to the USA to participate in person, does hereby appoint and authorize its US Rep Dr. Haishan Liu or Advisor Greg Urbanchuk, to act on the Creditor's behalf ***with full power of substitution*** at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August 10, 2010

Signed by *Authorized Representative*

General Manager Print Name Ailin Wang
Title

王爱林 / Ailin Wang

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

**QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.    Yes (✓) No ( )

A.    Unsecured Creditor's Name and Contact Information:

Name: *Shanghai Hualin Hardware Co. Ltd*          Phone: _0086-6765-8727_
Address: *113 Daglan West Road, Minhang District*    Fax: _0086-6765-8727_
                                                                                    E-mail: *Shanghaihualin@yahoo.cn*
*201101 Shanghai China*

B.    Counsel (If Any) for Creditor and Contact Information:

Name: *US-China Assets Management (USA) LLC*      Phone: _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_
Address: *33-05th Street, Woodside, NY 11377*       Fax: _713-205-1888_
                                                                                    E-mail: *uschinasset@aol.com*
*USA*

C.    Amount of Unsecured Claim (U.S. $)  *35110706 (received-USD30165.16 +at sea -USD49451.9)*

D.    If your claim is against more than one debtor, list all debtors: *1. Don De Cristo Concrete Acc. Inc.*
*2. Universal Form Clamp Inc.*

E.    Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made;
litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation,
please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
*Export goods*

F.    Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
*USD 6875 (9.17-8.6=USD 6875) + post 8.6-USD 49451.9*

G.    Representations:

1.    Are you or the company you represent in any way: "affiliated" with any of the debtors within the
meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)?
Yes ( ) No (✓) If a shareholder, state the number of shares: _____

2.    Do you, or the company you represent, engage in a business which directly or indirectly competes with
any of the businesses of the debtor(s)? Yes ( ) No (✓)

HL 0275

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No (✓)

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No (✓) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: ________

________________________________________________

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No (✓)

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No (✓)

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No (✓)
State the name of the entity and the nature and amount of the claims: ____________________

________________________________________________

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No (✓)

A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No (✓)

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| | |
| | |
| | |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know (✓)

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: Aug. 12. 2010

Ailin Wang
**Signature**

General Manager / 王爱林 ( Ailin Wang )
**Print Name**

General Manager
**Title**

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

Subj: **Re: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date: 8/11/2010 9:17:11 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Sullivan.James@ARENTFOX.COM

Can I call you now?

Subj: **Re: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date: 8/11/2010 9:05:18 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com
CC: Sullivan.James@ARENTFOX.COM, rothleder.jeffrey@arentfox.com

Good to be advised. Maybe massage + messages work to him. Thanks!

**Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

Subj: **Re: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date: 8/11/2010 9:20:12 P.M. Eastern Daylight Time
From: Sullivan.James@ARENTFOX.COM
To: Uschinaasset@aol.com

Yes

James Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
(w) 212-484-3945
(c) 201-741-4235
(f) 212-484-3990
Sullivan.James@arentfox.com<mailto:Sullivan.James@arentfox.com>

On Aug 11, 2010, at 9:18 PM, "Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>" <Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>> wrote:

Can I call you now?

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj: **Re: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date: 8/11/2010 9:17:21 P.M. Eastern Daylight Time
From: Schuyler.Carroll@arentfox.com
To: uschinaasset@aol.com
CC: Sullivan.James@ARENTFOX.COM, rothleder.jeffrey@arentfox.com

I have not found anything yet that does, but maybe you can find a successful combination

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 09:05 PM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.; Rothleder, Jeffrey
**Subject:** Re: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers

Good to be advised. Maybe massage + messages work to him. Thanks!

**Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj: **Re: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date: 8/11/2010 9:03:10 P.M. Eastern Daylight Time
From: Sullivan.James@ARENTFOX.COM
To: Uschinaasset@aol.com

Dr Liu,

I called you back but didn't get you. Feel free to call me back if you wish to discuss the case.

James

James Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
(w) 212-484-3945
(c) 201-741-4235
(f) 212-484-3990
Sullivan.James@arentfox.com<mailto:Sullivan.James@arentfox.com>

On Aug 11, 2010, at 8:16 PM, "Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>" <Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>> wrote:

FYI

-----Original Message-----
From: <mailto:Uschinaasset@aol.com> Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>
Date: Tue, 10 Aug 2010 11:16:57 EDT
Subject: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
To: <mailto:dscouler@scouler.com> dscouler@scouler.com<mailto:dscouler@scouler.com>
CC: <mailto:rwarren@saul.com> rwarren@saul.com<mailto:rwarren@saul.com>

Dear CRO Daniel Scouler: I'm Dr. Haishan Liu and I'm introduced to you by Ms Robyn at Counsel Mark Minute office. Usually I help Chinese exporters in handling US bankruptcy cases and collection matters .

Attached please find certain documents re 2 incoming containers shipped out by SHANGHAI HUALIN HARDWARE, No. 10 creditor on the Largest 30 Creditors List in this Case. I heard the debtors want to return them to China, but the creditor insists the goods were made for the debtors and there would be no use and/or costly for returning them back to China. What could you do to help in this regard?

Dr. Haishan Liu
US-China Assets Management USA, LLC.
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252

<mime-attachment>

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj: **Re: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date: 8/11/2010 8:20:19 P.M. Eastern Daylight Time
From: Schuyler.Carroll@arentfox.com
To: uschinaasset@aol.com
CC: Sullivan.James@ARENTFOX.COM, rothleder.jeffrey@arentfox.com

Dr. Liu- we know the CRO, Dan Scouler, very well.

Don't expect him to respond or be reasonable or helpful. He will be a big obstacle. He will be totally non-responsive, ignore everything we ask for do whatever the banks want.

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 08:15 PM
**To:** RXZA@elliottgreenleaf.com <RXZA@elliottgreenleaf.com>
**Cc:** KLD@elliottgreenleaf.com <KLD@elliottgreenleaf.com>; Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com <JAA@elliottgreenleaf.com>; Angelich, George; GUrbanchuk@asterion-consulting.com <GUrbanchuk@asterion-consulting.com>
**Subject:** Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers

FYI

-----Original Message-----
From: Uschinaasset@aol.com
Date: Tue, 10 Aug 2010 11:16:57 EDT
Subject: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
To: dscouler@scouler.com
CC: rwarren@saul.com

Dear CRO Daniel Scouler: I'm Dr. Haishan Liu and I'm introduced to you by Ms Robyn at Counsel Mark Minute office. Usually I help Chinese exporters in handling US bankruptcy cases and collection matters .

Attached please find certain documents re 2 incoming containers shipped out by SHANGHAI HUALIN HARDWARE, No. 10 creditor on the Largest 30 Creditors List in this Case. I heard the debtors want to return them to China, but the creditor insists the goods were made for the debtors and there would be no use and/or costly for returning them back to China. What could you do to help in this regard?

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:    **Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date:    8/11/2010 8:15:05 PM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      RXZA@elliottgreenleaf.com
CC:      KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM,
         JAA@elliottgreenleaf.com, Angelich.George@arentfox.com, GUrbanchuk@asterion-consulting.com

FYI


-----Original Message-----
From: Uschinaasset@aol.com
Date: Tue, 10 Aug 2010 11:16:57 EDT
Subject: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
To: dscouler@scouler.com
CC: rwarren@saul.com


Dear CRO Daniel Scouler: I'm Dr. Haishan Liu and I'm introduced to you by Ms Robyn at Counsel Mark
Minute office. Usually I help Chinese exporters in handling US bankruptcy cases and
collection matters .

Attached please find certain documents re 2 incoming containers shipped out by SHANGHAI HUALIN
HARDWARE, No. 10 creditor on the Largest 30 Creditors List in this Case. I heard the debtors want to
return them to China, but the creditor insists the goods were made for the debtors and there would be
no use and/or costly for returning them back to China. What could you do to help in this regard?



**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**



-----Original Message-----
From: <kgillette@scouler.com>
To: <Uschinaasset@aol.com>
Subject: RE: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
Date: Wed, 11 Aug 2010 16:57:08 -0700


Dr Liu
Both PO's appear to be for stock. As you know, UBP has ceased operation and thus the DIP budget
has no funds for inventory purchases or getting goods released at the dock. There is a very small
chance our lender may want the goods, but I cannot answer that today.

Regards,
Kern Gillette

Kern Gillette
SCOULER & COMPANY, LLC
1800 Century Park East, Ste 600
Los Angeles, CA 90067

C) 206.849.3826
O) 310.229.5900

kgillette@scouler.com
www.scouler.com

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 1:10 PM
**To:** kgillette@Scouler.com
**Subject:** Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers

Dear Kern: See attached. —Dr. Liu

---

This email, including attachments, may include confidential and/or proprietary information, and may be used only by the person or company to whom it is addressed. If you are not the intended recipient and have received this email in error, please advise the sender immediately and delete this message and any attachments.

Subj: **Re: Universal Form Clamp**
Date: 8/11/2010 7:32:07 P.M. Eastern Daylight Time
From: Sullivan.James@ARENTFOX.COM
To: Uschinaasset@aol.com
CC: Schuyler.Carroll@arentfox.com, Angelich.George@arentfox.com

I just left you a voicemail. Call my cell if you want to talk.

James Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
(w) 212-484-3945
(c) 201-741-4235
(f) 212-484-3990
Sullivan.James@arentfox.com<mailto:Sullivan.James@arentfox.com>

On Aug 11, 2010, at 6:57 PM, "Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>" <Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>> wrote:

Fine. ---Dr. Liu

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj: **Re: Universal Form Clamp**
Date: 8/11/2010 6:55:24 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, Angelich.George@arentfox.com

Fine. —Dr. Liu

Subj: **RE: Universal Form Clamp**
Date: 8/11/2010 5:13:13 P.M. Eastern Daylight Time
From: Schuyler.Carroll@arentfox.com
To: Uschinaasset@aol.com, Sullivan.James@ARENTFOX.COM, Angelich.George@arentfox.com

We are definitely interested in pursuing this case. My apologies that we have not called you back sooner, but will do so as soon as possible.

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 5:04 PM
**To:** Carroll, Schuyler
**Subject:** Re: Universal Form Clamp

I have finally located the right owner of No. 4 Creditor, Eastern Accessories Corporation. However, this creditor has some legal issues with the debtors, and I need to speak to you before 8:00pm this evening, should you consider worthwhile of pursuing this case. Treat this as an urgent matter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:     **RE: Universal Form Clamp**
Date:     8/11/2010 5:08:21 P.M. Eastern Daylight Time
From:     Schuyler.Carroll@arentfox.com
To:       Uschinaasset@aol.com, Angelich.George@arentfox.com

George will call you back ASAP

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 5:04 PM
**To:** Carroll, Schuyler
**Subject:** Re: Universal Form Clamp

I have finally located the right owner of No. 4 Creditor, Eastern Accessories Corporation. However, this creditor has some legal issues with the debtors, and I need to speak to you before 8:00pm this evening, should you consider worthwhile of pursuing this case.   Treat this as an urgent matter.


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:    **Re: Universal Form Clamp**
Date:    8/11/2010 5:04:29 PM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      Schuyler.Carroll@arentfox.com

I have finally located the right owner of No. 4 Creditor, Eastern Accessories Corporation. However, this creditor has some legal issues with the debtors, and I need to speak to you before 8:00pm this evening, should you consider worthwhile of pursuing this case.   Treat this as an urgent matter.


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**

Subj: **RE: Universal Form Clamp**
Date: 8/11/2010 4:36:25 P.M. Eastern Daylight Time
From: Angelich.George@arentfox.com
To: RXZA@elliottgreenleaf.com, KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com, Uschinaasset@aol.com
CC: Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, GUrbanchuk@asterion-consulting.com

It probably makes sense to schedule the call for tomorrow morning.

**George P. Angelich**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.457.5423 DIRECT | 212.484.3990 FAX
angelich.george@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Rafael X. Zahralddin-Aravena [mailto:RXZA@elliottgreenleaf.com]
**Sent:** Wednesday, August 11, 2010 3:40 PM
**To:** Kenneth L. Dorsney; Carroll, Schuyler; 'Uschinaasset@aol.com'
**Cc:** Sullivan, James M.; Jessi A. Adkins; Angelich, George; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Let me know exactly when and I will open up the call.

We can use our conference call line:

For international calls: 1-302-709-8446

For domestic calls: 877-366-0711

Thanks.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Kenneth L. Dorsney
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** 'Carroll, Schuyler'; 'Uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena

**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Greg Urbanchuk is available tomorrow morning for the call.

---

**From:** Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** Uschinaasset@aol.com; Kenneth L. Dorsney; Rafael X. Zahralddin-Aravena
**Cc:** Sullivan, James M.; Jessi A. Adkins; Angelich, George
**Subject:** RE: Universal Form Clamp

Please copy George on these emails as well
Thanks

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30–9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.

**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj: **RE: Universal Form Clamp**
Date: 8/11/2010 4:26:50 P.M. Eastern Daylight Time
From: Schuyler.Carroll@arentfox.com
To: Uschinaasset@aol.com, KLD@elliottgreenleaf.com, RXZA@elliottgreenleaf.com
CC: Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com

Please copy George on these emails as well
Thanks

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30–9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.

**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj: **Re: Universal Form Clamp**
Date: 8/11/2010 12:00:06 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: KLD@elliottgreenleaf.com, RXZA@elliottgreenleaf.com
CC: Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30--9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.

**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No (✓)

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No (✓) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: ________

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No (✓)

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No (✓)

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No (✓) State the name of the entity and the nature and amount of the claims: ________

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No (✓)

   A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No (✓)

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| | |
| | |
| | |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know (✓)

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

**Date:** Aug. 12. 2010

Ailin Wang
**Signature**

General Manager / 王爱林 ( Ailin Wang )
**Print Name**

General Manager
**Title**

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors. Yes ( ) No ( )

A. Unsecured Creditor's Name and Contact Information:

Name: Shanghai Huaton Hardware Co. Ltd
Address: 113 Raglan West Road, Minhang District
201101 Shanghai China

Phone: 0086-6165-8727
Fax: 0086-6165-8727
E-mail: Shanghaihuatone@yahoo.cn

B. Counsel (If Any) for Creditor and Contact Information:

Name: US-China Assets Management USA LLC
Address: 33-65th Street, Woodside, NY 11377
USA

Phone: 718-479-3888
Fax: 718-205-1888
E-mail: uschinaasset@aol.com

C. Amount of Unsecured Claim (U.S. $) 351107.06 (received-USD301655.16 + at sea-USD49451.9)

D. If your claim is against more than one debtor, list all debtors: 1. Don De Cristo Concrete Acc. Inc.
2. Universal Form Clamp Inc.

E. Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made; litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.

Export goods

F. Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
USD 68755 (7.17-8.6-USD 68755) + Post 8.6-USD 49451.9

G. Representations:

1. Are you or the company you represent in any way: "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)? Yes ( ) No (✓) If a shareholder, state the number of shares: ______

2. Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)? Yes ( ) No (✓)

Subj: **Fwd: Universal Building Products-SHANGHAI HUALIN HARDWARE--Questionnaire**
Date: 8/11/2010 11:49:04 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, jaa@elliottgreenleaf.com, KLD@elliottgreenleaf.com, RXZA@elliottgreenleaf.com

Questionnaire signed here. ---Dr. Liu

-----Original Message-----
Date: Wed, 11 Aug 2010 07:10:40 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: question
To: uschinaasset@aol.com
Cc: yi zhang <demoyi@yahoo.cn>

刘博士，
问卷如附件， 多谢！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) | Case No. 10-12453 (MFW) |
| | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

**Proxy**

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of approximately $223,188.15 against the above-captioned debtors (the "Debtors"), due to the fact of being not able to come to the USA to participate in person, does hereby appoint and authorize its US Rep Dr. Haishan Liu or Advisor Greg Urbanchuk, to act on the Creditor's behalf ***with full power of substitution*** at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August 10, 2010

Signed by *Authorized Representative*

General Manager Print Name Ailin Wang
Title

王爱林 Ailin Wang

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

Subj: **Re: Fwd: SHANGHAI HUALIN HARDWARE--Î¯Ô±»áÎÊ¾íPDF**
Date: 8/10/2010 11:45:29 P.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: Uschinaasset@aol.com

刘博士：
附件是修改的授权书。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Î¯Ô±»áÎÊ¾íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板给你临时买一台扫描机。

**Dr. Haishan Liu** ( 刘海善博士 )
**US-China Assets Management USA , LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**