## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| UNIVERSAL BUILDING PRODUCTS, ) | Case No. 10-12453 (MFW) |
| INC., *et al.*,[1] ) | |
| ) | Joint Administration Requested |
| Debtors. ) | |

### Proxy

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware

Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of

approximately $223,188.15 against the above-captioned debtors (the "Debtors"), due to the fact

of being not able to come to the USA to participate in person, does hereby appoint and authorize

its US Rep Dr. Haishan Liu or Advisor Greg Urbanchuk, to act on the Creditor's behalf *with full*

*power of substitution* at the formation meeting of creditors to be held in the above captioned

case, as the same may be continued from time to time, including, but not limited to, the selection

and appointment of Counsel and other professionals to the Official Committee of Unsecured

Creditors.

Date: August 10, 2010                    Signed by *Authorized Representative*



General Manager  Print Name Ailin Wang
Title

王爱林

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang
          District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003).  The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

HL 0300

Subj:    **Fwd: Universal Building Products--SHANGHAI HUALIN HARDWARE--Proxy**
Date:    8/11/2010 11:32:32 AM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:    Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, jaa@elliottgreenleaf.com, KLD@elliottgreenleaf.com, RXZA@elliottgreenleaf.com

Signed now. ---Dr. Liu

-----Original Message-----
Date: Wed, 11 Aug 2010 06:50:44 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: =?utf-8?B?UmU6FNIQU5HSEFJIEhVQUxJTiBIQVJEV0FSRS0tP8KhwqU/wqHDgD/CqMKi?=
=?utf-8?B?P8Kowro/wqjCqIBERg==?=
To: Uschinaasset@aol.com
Cc: yi zhang <demoyi@yahoo.cn>


刘博士：
再发一次给您。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Wed, August 11, 2010 11:50:25 AM
**Subject:** Re: SHANGHAI HUALIN HARDWARE--?¡¥?¡À?¨¢?¨°?¨ªPDF

高小姐：老外看不懂中文，因此需要用拼音方式签名Ailin Wang。好事多练，再发一次。谢谢。


**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA , LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): 总机4006768159, 分机8991056167#
Email: uschinaasset@aol.com

HL 0301

Subj:       **RE: Universal Form Clamp**
Date:       8/10/2010 11:41:10 A.M. Eastern Daylight Time
From:       Schuyler.Carroll@arentfox.com
To:         Uschinaasset@aol.com, KLD@elliottgreenleaf.com, RXZA@elliottgreenleaf.com
CC:         Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com

This creditor will be entitled to a claim for the extra $50,000 and should be able to assert an admin claim for it as well

At the outset though, I would recommend contacting the Debtor to see if they will accept delivery of the goods in transit and if so, make clear to them that they only will be released upon COD payment.


**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955  DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Tuesday, August 10, 2010 11:03 AM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

After Shanghai Hualin Hardware will sign the Proxy, which should come in today.

Interesting enough, in addition to the debt of about $233K by Universal Building, Universal Form Clamp has 2 incoming containers of about $50K that will arrive at the US port this week. Plus some balances of other subsidiary companies. Put together, this creditor claims amount to around $300K, which could place the creditor up to No.6 or No.7. I'll forward you the relevant documents re those 2 incoming containers in the next email. I heard the debtors want to return them to China, but the creditor insists the goods were made for the debtors and there would be no use and/or costly for returning them back to China. What could do to help in this regard?

Now you may understand getting a proxy is a two way traffic.


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Subj:** **Fwd: SHANGHAI HUALIN HARDWARE--2 incoming containers**
**Date:** 8/10/2010 11:03:37 AM Eastern Daylight Time
**From:** Uschinaasset@aol.com
**To:** KLD@elliottgreenleaf.com, RXZA@elliottgreenleaf.com
**CC:** Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, jaa@elliottgreenleaf.com

FYI

After Shanghai Hualin Hardware will sign the Proxy, which should come in today.

Interesting enough, in addition to the debt of about $233K by Universal Building, Universal Form Clamp has 2 incoming containers of about $50K that will arrive at the US port this week. Plus some balances of other subsidiary companies. Put together, this creditor claims amount to around $300K, which could place the creditor up to No.6 or No.7. I'll forward you the relevant documents re those 2 incoming containers in the next email. I heard the debtors want to return them to China, but the creditor insists the goods were made for the debtors and there would be no use and/or costly for returning them back to China. What could do to help in this regard?

Now you may understand getting a proxy is a two way traffic.


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**


-----Original Message-----
Date: Tue, 10 Aug 2010 01:17:36 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: =?utf-8?B?UmU6IEZ3ZDogU0hBTkdIQUkgSFVBTElOIEhBUkRXQVJFLS3DjsKvw5TCscK7?=
=
=?utf-8?B?w6HDjsOKwr7DrVBERg==?=
To: Uschinaasset@aol.com

刘博士：
附件是在海上的2个柜子的合同、装箱单和提单。
我今晚会把其他文件扫描给您，有什么问题请打我手机。
多谢！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

HL 0303

Subj:      **Re: Universal Form Clamp**
Date:      8/10/2010 11:02:30 AM Eastern Daylight Time
From:      Uschinaasset@aol.com
To:        KLD@elliottgreenleaf.com, RXZA@elliottgreenleaf.com
CC:        Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

After Shanghai Hualin Hardware will sign the Proxy, which should come in today.

Interesting enough, in addition to the debt of about $233K by Universal Building, Universal Form Clamp has 2 incoming containers of about $50K that will arrive at the US port this week. Plus some balances of other subsidiary companies. Put together, this creditor claims amount to around $300K, which could place the creditor up to No.6 or No.7. I'll forward you the relevant documents re those 2 incoming containers in the next email. I heard the debtors want to return them to China, but the creditor insists the goods were made for the debtors and there would be no use and/or costly for returning them back to China. What could do to help in this regard?

Now you may understand getting a proxy is a two way traffic.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

Subj: **RE: Universal Form Clamp**
Date: 8/10/2010 10:35:14 A.M. Eastern Daylight Time
From: KLD@elliottgreenleaf.com
To: Uschinaasset@aol.com, RXZA@elliottgreenleaf.com
CC: Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

Dr. Liu,

Please let me know what is convenient for you so that I can coordinate with Greg. Thanks.

Ken

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 6:37 PM
**To:** Rafael X. Zahralddin-Aravena
**Cc:** Kenneth L. Dorsney; Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins
**Subject:** Re: Universal Form Clamp

If that's the requirement, I might arrange a conference call on Wednesday or Thursday. Email communication might be an option. I guess the UST should allow more than one persons on one proxy letter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

Subj:       **Re: Universal Form Clamp**
Date:       8/9/2010 6:53:03 PM Eastern Daylight Time
From:       Uschinaasset@aol.com
To:         Schuyler.Carroll@arentfox.com, rxza@elliottgreenleaf.com
CC:         KLD@elliottgreenleaf.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

I could understand why "The UST does not want proxies and does not want to make it easy for proxies. They would rather not permit them at all" after my watching some farce episodes over there. But it is unrealistic to ask foreign vendors to attend in person. Meanwhile the UST has to look itself into the mirror that the subsystem of selecting committee professionals itself has many pores in the first place.

---Dr. Liu

Subj:     **Re: Universal Form Clamp**
Date:     8/9/2010 6:47:21 P.M. Eastern Daylight Time
From:     Schuyler.Carroll@arentfox.com
To:       rxza@elliottgreenleaf.com, uschinaasset@aol.com
CC:       JAA@elliottgreenleaf.com, KLD@elliottgreenleaf.com, Sullivan.James@ARENTFOX.COM
Greg is good-or any one else that Raf is comfortable with

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos

----- Original Message -----
From: Rafael X. Zahralddin-Aravena [mailto:RXZA@elliottgreenleaf.com]
Sent: Monday, August 09, 2010 06:42 PM
To: 'Uschinaasset@aol.com' <Uschinaasset@aol.com>
Cc: Carroll, Schuyler; Jessi A. Adkins <JAA@elliottgreenleaf.com>; Kenneth L. Dorsney
<KLD@elliottgreenleaf.com>; Sullivan, James M.
Subject: FW: Universal Form Clamp

Dr. Liu,

This is the most recent form acceptable to the UST.

I am sure Schuyler is fine with whoever we suggest as it is not easy, nor will it be with this one, to find
proxy holders as think this will attract a lot of people.

It is also easier to for us to find and call in a favor here without the proxy holder trying to get local.

We just referred business over to Greg and he is not trying to get on as the FA - he knows the rules and
will serve us well.

I know of no issue Arent has with Greg and he is a sophisticated guy who is more than able to handle the
proxy.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington
Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

----Original Message----
From: Jessi A. Adkins

Saturday, September 11, 2010 America Online: Uschinaasset

HL 0307

Sent: Monday, August 09, 2010 5:33 PM
To: Kenneth L. Dorsney
Cc: Rafael X. Zahralddin-Aravena
Subject: RE: Universal Form Clamp

Ken,

Please find attached the proxy.

Jessi


Jessi Adkins
Paralegal
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: 302-384-9400
Direct Line: 302-384-9412
Facsimile: 302-384-9399

-----Original Message-----
From: Rafael X. Zahralddin-Aravena
Sent: Monday, August 09, 2010 5:10 PM
To: Kenneth L. Dorsney
Cc: Uschinaasset@aol.com; Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins
Subject: Re: Universal Form Clamp

Jessi

Please put together a draft of a proxy form with the name of the creditor.

Work with Ken to ensure the proxy is correct.

Once the proxy is drafted - Ken please forward the form to Dr. Liu.

He should already have the questionairre.

To ensure we have no issue with the UST - Dr. Liu should put Greg in contact with the creditor so he can assert he has been in touch with the creditor if asked.

Greg can be in contact by either email or phone with Dr. Liu's assistance in interpreting.

Any supporting docs for the claim should be made available to the Greg to give to the UST if the claim is challenged by the Debtor.

This is the minimum required to make sure the creditor gets on from our most recent experience.


Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:57 PM, "Kenneth L. Dorsney" <KLD@elliottgreenleaf.com > wrote:

> Greg Urbanchuk of Asterion will hold the proxy.  Raf, just send him
> whatever he needs.
>
> Best,
>
> Ken

HL 0308

>
> -----Original Message-----
> From: Rafael X. Zahralddin-Aravena
> Sent: Monday, August 09, 2010 4:45 PM
> To: Uschinaasset@aol.com
> Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM;
> Kenneth L. Dorsney
> Subject: Re: Universal Form Clamp
>
> I have Ken looking into this right now.
>
> Sent from my iPhone
> 302.545.2888
>
> On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
> <Uschinaasset@aol.com> wrote:
>
>> Any reliable person who might hold a proxy for No. 10?

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:       **Re: Universal Form Clamp**
Date:       8/9/2010 6:43:49 P.M. Eastern Daylight Time
From:       Schuyler.Carroll@arentfox.com
To:         uschinaasset@aol.com, rxza@elliottgreenleaf.com
CC:         KLD@elliottgreenleaf.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

The UST does not want proxies and does not want to make it easy for proxies
They would rather not permit them at all

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 06:37 PM
**To:** RXZA@elliottgreenleaf.com <RXZA@elliottgreenleaf.com>
**Cc:** KLD@elliottgreenleaf.com <KLD@elliottgreenleaf.com>; Carroll, Schuyler; Sullivan, James M.;
JAA@elliottgreenleaf.com <JAA@elliottgreenleaf.com>
**Subject:** Re: Universal Form Clamp

If that's the requirement, I might arrange a conference call on Wednesday or Thursday. Email
communication might be an option. I guess the UST should allow more than one persons on one proxy
letter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

HL 0310

Subj:     **FW: Universal Form Clamp**
Date:     8/9/2010 6:42:12 P.M. Eastern Daylight Time
From:     RXZA@elliottgreenleaf.com
To:       Uschinaasset@aol.com
CC:       Schuyler.Carroll@arentfox.com, JAA@elliottgreenleaf.com, KLD@elliottgreenleaf.com,
          Sullivan.James@ARENTFOX.COM

Dr. Liu,

This is the most recent form acceptable to the UST.

I am sure Schuyler is fine with whoever we suggest as it is not easy, nor will it be with this one, to find proxy holders as think this will attract a lot of people.

It is also easier to for us to find and call in a favor here without the proxy holder trying to get local.

We just referred business over to Greg and he is not trying to get on as the FA - he knows the rules and will serve us well.

I know of no issue Arent has with Greg and he is a sophisticated guy who is more than able to handle the proxy.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington
Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

-----Original Message-----
From: Jessi A. Adkins
Sent: Monday, August 09, 2010 5:33 PM
To: Kenneth L. Dorsney
Cc: Rafael X. Zahralddin-Aravena
Subject: RE: Universal Form Clamp

Ken,

Please find attached the proxy.

Jessi

Jessi Adkins
Paralegal
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: 302-384-9400
Direct Line: 302-384-9412
Facsimile: 302-384-9399

-----Original Message-----

HL 0311

From: Rafael X. Zahralddin-Aravena
Sent: Monday, August 09, 2010 5:10 PM
To: Kenneth L. Dorsney
Cc: Uschinaasset@aol.com; Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins
Subject: Re: Universal Form Clamp

Jessi

Please put together a draft of a proxy form with the name of the creditor.

Work with Ken to ensure the proxy is correct.

Once the proxy is drafted - Ken please forward the form to Dr. Liu.

He should already have the questionairre.

To ensure we have no issue with the UST - Dr. Liu should put Greg in contact with the creditor so he can assert he has been in touch with the creditor if asked.

Greg can be in contact by either email or phone with Dr. Liu's assistance in interpreting.

Any supporting docs for the claim should be made available to the Greg to give to the UST if the claim is challenged by the Debtor.

This is the minimum required to make sure the creditor gets on from our most recent experience.


Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:57 PM, "Kenneth L. Dorsney" <KLD@elliottgreenleaf.com > wrote:

> Greg Urbanchuk of Asterion will hold the proxy.  Raf, just send him
> whatever he needs.
>
> Best,
>
> Ken
>
> -----Original Message-----
> From: Rafael X. Zahralddin-Aravena
> Sent: Monday, August 09, 2010 4:45 PM
> To: Uschinaasset@aol.com
> Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM;
> Kenneth L. Dorsney
> Subject: Re: Universal Form Clamp
>
> I have Ken looking into this right now.
>
> Sent from my iPhone
> 302.545.2888
>
> On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
> <Uschinaasset@aol.com> wrote:
>
>> Any reliable person who might hold a proxy for No. 10?

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | Case No. 10-12453 (MFW) |
|  | Joint Administration Requested |
| Debtors. |  |

### Proxy

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), holding a claim of approximately $223,188.15 against the above-captioned debtors (the "Debtors"), does hereby appoint and authorize _____ or an individual or entity designated by him, to act on the Creditor's behalf ***with full power of substitution*** at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August _____, 2010

_____
Name
*Authorized Representative*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are:  (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003).  The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

HL 0313

Subj:      **Re: Universal Form Clamp**
Date:      8/9/2010 6:37:10 PM Eastern Daylight Time
From:      Uschinaasset@aol.com
To:        RXZA@elliottgreenleaf.com
CC:        KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

If that's the requirement, I might arrange a conference call on Wednesday or Thursday. Email communication might be an option. I guess the UST should allow more than one persons on one proxy letter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**

HL 0314

Subj:     **Re: Universal Form Clamp**
Date:     8/9/2010 5:34:16 PM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       RXZA@elliottgreenleaf.com, KLD@elliottgreenleaf.com
CC:       Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

I have a copy of proxy and I don't plan to over work on a conference call with the Chinese creditor who might get afraid of being talking to someone they have no idea. Counsel Schuyler will verify the reliability of reps candidates.


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0315

**Subj:** **Re: Universal Form Clamp**
**Date:** 8/9/2010 4:31:25 PM Eastern Daylight Time
**From:** Uschinaasset@aol.com
**To:** Schuyler.Carroll@arentfox.com
**CC:** Sullivan.James@ARENTFOX.COM, rxza@elliottgreenleaf.com
Any reliable person who might hold a proxy for No. 10?

HL 0316

Subj:     **RE: EASTERN ACCESSORIES CORP**
Date:     8/9/2010 4:13:43 P.M. Eastern Daylight Time
From:     Sullivan.James@ARENTFOX.COM
To:       Uschinaasset@aol.com, Schuyler.Carroll@arentfox.com

Not sure if she is talking about the jurisdiction of the creditor or the debtor. I noticed the following Chinese address for the creditor on the internet though so perhaps that is what she means.

204 National Highway Jimo Qingdao China

**James M. Sullivan**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3945 DIRECT | 212.484.3990 FAX
201.741.4235 CELL
sullivan.james@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 4:02 PM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.
**Subject:** Fwd: EASTERN ACCESSORIES CORP

## MOSSACK 🗙 FONSECA

**Ms. Geran Wong at                            is working at the same address**
**and at the same room number as No. 4 creditor EASTERN ACCESSORIES**
**CORP . Do you know what she is asking me in her email today?      -----Dr. Liu**

# EASTERN ACCESSORIES CORP
# SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:    **Urgent Inquiry re a Hong Kong Company**
Date:    8/4/2010 11:39:32 P.M. Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      wong@mossfon.com.hk
CC:      HongKong@mossfon.com.hk

Dear Ms. Wong: Could you help me find out the telephone number and/or email address of the following exporter in Hong Kong, and this company is involved a new US bankruptcy case filed today, WHICH IS RELATED TO BUILDING MATERIAL INDUSTRY. We try to send the court documents to this company.

# EASTERN ACCESSORIES CORP
# SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

Thanks in advance!

**Dr. Haishan Liu ( 刘海善博士 )**

**US-China Assets Management USA, LLC、 (美中资产管理公司)**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机88910561678**

**Email: uschinaasset@aol.com**

*Note : Your email kept bouncing back,*

*Please check out your email address.*

*Thanks !*

HL 0318

| Subj: | **Re: Universal Form Clamp** |
|---|---|
| Date: | 8/9/2010 11:11:38 A.M. Eastern Daylight Time |
| From: | Schuyler.Carroll@arentfox.com |
| To: | uschinaasset@aol.com |
| CC: | Sullivan.James@ARENTFOX.COM, rxza@elliottgreenleaf.com |

Excellent
That is great
Thanks.


Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com


Sent by blackberry-Please excuse any typos

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 11:10 AM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.; RXZA@elliottgreenleaf.com <RXZA@elliottgreenleaf.com>
**Subject:** Re: Universal Form Clamp

Counsels: After the mobilization work of yesterday and this morning, I have secured the representation of No. 10 creditor, SHANGHAI HUALIN HARDWARE; and the discussion with No. 7 creditor, Hebei Longda Trade Co., will continue.

As to the following No.4 creditor, no response has come from the debtors attorney side, but I got the contact information of the newly hired CRO in this case. Let me know when is convenient for you to have a conference to address the reps matter.

## EASTERN ACCESSORIES CORP

## SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG



**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:   **Fwd: EASTERN ACCESSORIES CORP**
Date:   8/9/2010 4:01:47 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:     Schuyler.Carroll@arentfox.com
CC:    Sullivan.James@ARENTFOX.COM

MOSSACK ⚹ FONSECA

**Ms. Geran Wong at**  **is working at the same address and at the same room number as No. 4 creditor EASTERN ACCESSORIES CORP . Do you know what she is asking me in her email today?** -----Dr. Liu

EASTERN ACCESSORIES CORP
SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

-----Original Message-----
From: "Geran Wong" <wong@mossfon.com.hk>
To: <uschinaasset@aol.com>
Cc: "'Mossack -Tracy Chun'" <chun@mossfon.com.hk>
Subject: EASTERN ACCESSORIES CORP
Date: Mon, 9 Aug 2010 12:43:05 +0800

Dear Dr. Liu,

Please advise which jurisdiction of the reference company you are referring to.

Warm regards,
**Geran Wong**

**MOSSACK** ⚹ **FONSECA**

Suite 801, 8/F, Tower 1, The Gateway
25 Canton Road, T.S.T.
Kowloon, Hong Kong
☎+ 852 2376 1998
📠+ 852 2376 0308
✉ wong@mossfon.com.hk
http://www.mossfon.com.hk/   http://www.mossfon.com/

HL 0320

Subj:     **Re: Universal Form Clamp**
Date:     8/9/2010 11:10:25 AM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       Schuyler.Carroll@arentfox.com
CC:       Sullivan.James@ARENTFOX.COM, RXZA@elliottgreenleaf.com

Counsels: After the mobilization work of yesterday and this morning, I have secured the representation of No. 10 creditor, SHANGHAI HUALIN HARDWARE; and the discussion with No. 7 creditor, Hebei Longda Trade Co., will continue.

As to the following No.4 creditor, no response has come from the debtors attorney side, but I got the contact information of the newly hired CRO in this case. Let me know when is convenient for you to have a conference to address the reps matter.

## EASTERN ACCESSORIES CORP

# SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**

HL 0321

Subj:     **Re: Universal Form Clamp**
Date:     8/6/2010 1:10:36 PM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       RXZA@elliottgreenleaf.com
CC:       Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM
Would you forward me a copy of that meeting notice?     ------Dr. Liu

Subj: **Fwd: Universal Form Clamp**
Date: 8/6/2010 12:43:36 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM
CC: RXZA@elliottgreenleaf.com

Counsels: I called the US Trustees Office and was told that since the information at the US Trustees Office was provided by the debtors attorney, I should talk to the debtors attorney. When I asked what if the debtors attorney declines to my request for more info re Chinese creditors, the answers was well, the debtors attorney shouldn't do that to you because the information is public. I pushed an inch further saying what if he does, then come back to us, meaning back to the US Trustees Office.

I reached to the debtors attorney office, Counsel mark was not available and his secretary Ms. Robyn was pleasant to offer assistance saying she will contact the outside counsels who are familiar with creditors in this case to see whether any more information could be found for me.

Thus, you may monitor when a formation date will be set up for this case and a committee questionnaire is also desirable.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

-----Original Message-----
From: "Carroll, Schuyler" <Schuyler.Carroll@arentfox.com>
To: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
CC: "Sullivan, James M." <Sullivan.James@ARENTFOX.COM>
Date: Thu, 5 Aug 2010 10:55:27 -0400
Subject: RE: Universal Form Clamp

Debtor's counsel is Mark Minuti at Saul Ewing in Delaware -302-421-6800
US Trustee is 302-573-6491.

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 9:17 AM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.
**Subject:** Fwd: Universal Form Clamp

Monday, September 13, 2010 America Online: Uschinaasset

HL 0323

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?

**EASTERN ACCESSORIES CORP**
SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

| | |
|---|---|
| Subj: | **RE: Universal Form Clamp** |
| Date: | 8/5/2010 10:56:59 A.M. Eastern Daylight Time |
| From: | Schuyler.Carroll@arentfox.com |
| To: | Uschinaasset@aol.com |
| CC: | Sullivan.James@ARENTFOX.COM |

Debtor's counsel is Mark Minuti at Saul Ewing in Delaware -302-421-6800
US Trustee is 302-573-6491.

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 9:17 AM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.
**Subject:** Fwd: Universal Form Clamp

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


# EASTERN ACCESSORIES CORP
# SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**


IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:    **RE: Universal Form Clamp**
Date:   8/5/2010 10:56:59 AM Eastern Daylight Time
From:   Schuyler.Carroll@arentfox.com
To:      Uschinaasset@aol.com
CC:     Sullivan.James@ARENTFOX.COM
Debtor's counsel is Mark Minuti at Saul Ewing in Delaware -302-421-6800
US Trustee is 302-573-6491.


**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 9:17 AM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.
**Subject:** Fwd: Universal Form Clamp

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


**EASTERN ACCESSORIES CORP**
**SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG**


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**


IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Saturday, September 11, 2010 America Online: Uschinaasset

Subj:    **Re: Fwd: Universal Form Clamp**
Date:    8/5/2010 9:35:45 AM Eastern Daylight Time
From:    Schuyler.Carroll@arentfox.com
To:      uschinaasset@aol.com
CC:      Sullivan.James@ARENTFOX.COM

I am in a meeting right now

James – can you get Dr. Liu the info?


Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com


Sent by blackberry-Please excuse any typos

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 09:34 AM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.
**Subject:** Fwd: Universal Form Clamp

Give me the contact info of both the debtor and the US Trustee .   ----Dr. Liu

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj: **Re: Fwd: Universal Form Clamp**
Date: 8/5/2010 9:31:55 AM Eastern Daylight Time
From: Schuyler.Carroll@arentfox.com
To: uschinaasset@aol.com
CC: Sullivan.James@ARENTFOX.COM

Neither the debtor or the US Trustee will assist any lawyer in this regard.

It is possible that they may assist you, but they never want to assist lawyers

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 09:16 AM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.
**Subject:** Fwd: Universal Form Clamp

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


# EASTERN ACCESSORIES CORP
# SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

Saturday, September 11, 2010 America Online: Uschinaasset

HL 0328

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

HL 0329

| Subj: | **Fwd: Universal Form Clamp** |
|---|---|
| Date: | 8/5/2010 9:34:37 AM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | Schuyler.Carroll@arentfox.com |
| CC: | Sullivan.James@ARENTFOX.COM |

Give me the contact info of both the debtor and the US Trustee .    ----Dr. Liu


-----Original Message-----
From: "Carroll, Schuyler" <Schuyler.Carroll@arentfox.com>
To: "'uschinaasset@aol.com'" <uschinaasset@aol.com>
CC: "Sullivan, James M." <Sullivan.James@ARENTFOX.COM>
Date: Thu, 5 Aug 2010 09:33:11 -0400
Subject: Re: Fwd: Universal Form Clamp


Neither the debtor or the US Trustee will assist any lawyer in this regard.

It is possible that they may assist you, but they never want to assist lawyers


Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com


Sent by blackberry-Please excuse any typos


**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 09:16 AM
**To:** Carroll, Schuyler
**Cc:** Sullivan, James M.
**Subject:** Fwd: Universal Form Clamp

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?

# EASTERN ACCESSORIES CORP
# SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

HL 0330

**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

HL 0331

| | |
|---|---|
| Subj: | **Fwd: Universal Form Clamp** |
| Date: | 8/5/2010 9:16:59 AM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | Schuyler.Carroll@arentfox.com |
| CC: | Sullivan.James@ARENTFOX.COM |

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but

No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


EASTERN ACCESSORIES CORP
SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG



**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**




-----Original Message-----
From: Uschinaasset@aol.com
Date: Wed, 4 Aug 2010 19:33:26 EDT
Subject: Fwd: Universal Form Clamp
To: Sullivan.James@ARENTFOX.COM
CC: Schuyler.Carroll@arentfox.com


Your tip came in as one of five early birds this morning. Counsel Schuyler's intention of teaming up with Rafeal is well recognized. As usual, at this probing stage, let's find out what those Asian creditors are going to respond and their representation status in the USA prior to the petition.


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**




Monday, September 13, 2010 America Online: Uschinaasset

-----Original Message-----
From: "Sullivan, James M." <Sullivan.James@ARENTFOX.COM>
To: "Dr. Haishan Liu" <uschinaasset@aol.com>
CC: "Carroll, Schuyler" <Schuyler.Carroll@arentfox.com>
Date: Wed, 4 Aug 2010 09:44:35 -0400
Subject: Universal Form Clamp

A bunch of Asian creditors.

James Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
(w) 212-484-3945
(c) 201-741-4235
(f) 212-484-3990
Sullivan.James@arentfox.com

>
>

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:     **Fwd: Universal Form Clamp**
Date:     8/4/2010 7:33:26 PM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       Sullivan.James@ARENTFOX.COM
CC:       Schuyler.Carroll@arentfox.com

Your tip came in as one of five early birds this morning. Counsel Schuyler's intention of teaming up with Rafeal is well recognized. As usual, at this probing stage, let's find out what those Asian creditors are going to respond and their representation status in the USA prior to the petition.


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**




-----Original Message-----
From: "Sullivan, James M." <Sullivan.James@ARENTFOX.COM>
To: "Dr. Haishan Liu" <uschinaasset@aol.com>
CC: "Carroll, Schuyler" <Schuyler.Carroll@arentfox.com>
Date: Wed, 4 Aug 2010 09:44:35 -0400
Subject: Universal Form Clamp


A bunch of Asian creditors.

James Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
(w) 212-484-3945
(c) 201-741-4235
(f) 212-484-3990
Sullivan.James@arentfox.com

>
>

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.




Monday, September 13, 2010 America Online: Uschinaasset

HL 0334

# United States Bankruptcy Court
## District of Delaware

| Name of Debtor (if individual, enter Last, First, Middle):<br>Universal Form Clamp, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>See Attachment | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>71-1003003 | Last four digits of Soc. Sec.or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>840 South 25th Avenue     ZIP CODE<br>Bellwood, IL     60104 | Street Address of Joint Debtor (No. & Street, City, and State):<br>    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.".
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (Consolidated with affiliates)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets (Consolidated with affiliates)

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities (Consolidated with affiliates)

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

596331.3 8/3/10

HL 0335

B 1 (Official Form 1) (4/10)

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Universal Form Clamp, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:             See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor — Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

596331.1 8/3/10

HL 0336

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | Universal Form Clamp, Inc. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X _~~signature~~_
  Signature of Attorney for Debtor(s)
  Mark Minuti
  Printed Name of Attorney for Debtor(s)
  Saul Ewing LLP
  Firm Name
  222 Delaware Avenue, Suite 1200
  Wilmington, Delaware 19899
  Address
  302.421.6800
  Telephone Number
  August 4, 2010
  Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~~signature~~_
  Signature of Authorized Individual
  Gregory D. Waller
  Printed Name of Authorized Individual
  CFO, Treasurer, and Secretary
  Title of Authorized Individual
  August 4, 2010
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

HL 0337

In re    **Universal Form Clamp, Inc.**                          Case No. _____

_____
                        Debtor

## FORM 1. VOLUNTARY PETITION

### Other Names Attachment

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| 1. | DBA | UBP |
| 2. | DBA | Universal Building Products |
| 3. | DBA | Universal Form Clamp of Tennessee |
| 4. | DBA | Universal Form Clamp of Georgia |
| 5. | DBA | Universal Form Clamp of New England |
| 6. | DBA | Universal Form Clamp of Texas |
| 7. | DBA | Universal Form Clamp of Colorado |
| 8. | DBA | CFEE |
| 9. | DBA | UFC |
| 10. | DBA | Vista Building Products |
| 11. | DBA | Great Northern Construction Products |
| 12. | DBA | Custom Ag and Equine Products |

HL 0338

In re    Universal Form Clamp, Inc.                    Case No. _____

_____
                Debtor

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed |
|---|---|---|
| Accubrace, Inc.<br>District of Delaware | Affiliate | August 4, 2010 |
| Don De Cristo Concrete Accessories, Inc.<br>District of Delaware | Affiliate | August 4, 2010 |
| Form-Co, Inc.<br>District of Delaware | Affiliate | August 4, 2010 |
| Universal Building Products, Inc.<br>District of Delaware | Affiliate | August 4, 2010 |

596331.1 8/3/10

HL 0339

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) Case No. 10-____ (___) |
| | ) |
| Debtors. | ) Joint Administration Requested |
| | ) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") that have simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of July 28, 2010.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

596331.1 8/0/10

| Name of creditor and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim or account | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| RAYTRANS DISTRIBUTION SERVICES, INC. 4747 LINCOLN MALL DRIVE MATTESON, IL 60443 ATTN: JAMES RAY PHONE: 708-647-6700 FAX: 708-647-6710 | Trade Debt | | $783,949.33 |
| KING STEEL CORP. 5225 EAST COOK ROAD GRAND BLANC, MI 48439 ATTN: DOUG KING PHONE: 810-953-7637 FAX: 810-953-1718 | Trade Debt | | $549,916.45 |
| ATLAS EMPLOYMENT SERVICES, INC. 9458 W. IRVING PARK ROAD SCHILLER PARK, IL 60176 ATTN: JEFF KEATING PHONE: 847-801-5210 FAX: 847-671-2553 JEFFK@ALTASEMPLOYMENT.COM | Trade Debt | | $441,765.64 |
| EASTERN ACCESSORIES CORP. SUITE 801, TOWER 1 GATEWAY 25 CANTON ROAD, TST, HK HONG KONG FAX: | Trade Debt | | $416,453.55 |
| MILLENNIUM METALS, LLC 3124 STATE STREET STEGER, IL 60475 ATTN: G. LASTER PHONE: 708-757-7002 FAX: 708-757-7255 | Trade Debt | | $357,576.45 |
| MLRP 2300 MAYWOOD LLC C/O BURKE, WARREN, MACKAY & SERRITELLA 330 NORTH WABASH AVE., 22ND FL CHICAGO, IL 60611-3607 FAX: (312) 840-7900 | Trade Debt | | $337,265.84 |

596331.1 8/3/10

| Name of creditor and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| HEBEI LONGDA TRADE CO., LTD<br>NO.88 LINGYUAN EAST STREET<br>ANPING COUNTY HEBEI<br>CHINA 053600<br>ATTN: YANG YAN XIANG<br>FAX: 86-3187521692 | Trade Debt | | $247,213.32 |
| JADE-STERLING STEEL CO, INC.<br>2300 EAST AURORA ROAD<br>TWINSBURG, OH 44087<br>ATTN: HOWARD FERTEL<br>PHONE: 330-425-3141<br>FAX: 330-425-3056 | Trade Debt | | $246,956.26 |
| PRECISION INDUSTRIES, INC.<br>4611 S. 96TH STREET<br>OMAHA, NE 68127<br>ATTN: BRYAN BROWN<br>PHONE: 402-593-7050<br>FAX: 402-593-7054<br>FAX: 402-829-6516 | Trade Debt | | $229,025.02 |
| SHANGHAI HUALIN HARDWARE CO., LTD<br>113-125# DONGLAN WEST ROAD<br>JIUXING, SHANGHAI<br>CHINA 201101<br>ATTN: MS. AILIN<br>FAX: 86-021-54869398 | Trade Debt | | $223,188.15 |
| MITEK INDUSTRIES, INC.<br>14515 NORTH OUTER FORTY, SUITE 300<br>CHESTERFIELD, MO 63017<br>ATTN: GENE TOOMBS<br>PHONE: 314-434-1200<br>FAX: 314-434-5343 | Trade Debt | | $217,190.22 |
| SUGAR STEEL<br>2521 STATE STREET<br>CHICAGO HEIGHTS, IL 60411<br>ATTN: BOB SUGAR<br>PHONE: 708-757-9500<br>FAX: 708-757-9900 | Trade Debt | | $208,199.19 |

2

HL 0342

| Name of creditor and complete mailing address including zip code and account number and name of a department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|
| ANNAS SALES GROUP LLC<br>129 E. COLORADO BLVD., # 569<br>MONROVIA, CA. 91016<br>ATTN: ROD HOSTELLER<br>PHONE: 626-303-0973<br>FAX: 626-303-0973 | Trade Debt | | $204,297.04 |
| TOYOTA FINANCIAL SERVICES<br>19001 S. WESTERN AVENUE<br>TORRANCE, CA 90501<br>ATTN: GERI ANN BREWSTER<br>FAX: 310-468-7814<br>FAX: 310-468-7808 | Trade Debt | | $165,047.22 |
| AMERICAN EXPRESS COMPANY<br>WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK, NY 10285<br>ATTN: LEGAL DEPARTMENT<br>FAX: 212-619-9230 | Trade Debt | | $95,648.28 |
| DIVERSIFIED SOURCING SOLUTIONS<br>PO BOX 5489<br>8990 HWY 5<br>DOUGLASVILLE, GA 30154<br>ATTN: PRESIDENT / GENERAL COUNSEL<br>PHONE: 678-838-2424<br>FAX: 678-838-8969 | Trade Debt | | $95,374.07 |
| MID STATE INDUSTRIES, LLC<br>908 BOB KING DR<br>ARCOLA, IL 61910<br>ATTN: KEVIN CORLEY<br>PHONE: 888-705-3900<br>FAX: 217-268-3906 | Trade Debt | | $94,907.59 |
| SUPER ROCO STEEL & TUBE<br>323 SAINT PAUL BLVD.<br>CAROL STREAM, IL 60188-1851<br>ATTN: PAUL TANNA<br>PHONE: 630-653-6202<br>FAX: 630-653-6250 | Trade Debt | | $93,742.98 |

596331.1 8/3/10

HL 0343

| Name of creditor and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| QINGDAO WELKIN CO.<br>ROOM 0201, UNIT 2, BLOCK2<br>#62 JIA FUZHOU SOUTH ROAD<br>QINGDAO, SHANDONG<br>CHINA | Trade Debt | | $89,820.18 |
| ABC LOGISTICS<br>2701 W. ROOSEVELT ROAD<br>LITTLE ROCK, AR 72204-5668<br>ATTN: LEE HASTINGS<br>PHONE: 501-375-0244<br>FAX: 501-375-2351<br>FAX: 501-375-6028 | Trade Debt | | $89,533.50 |
| QUAD-COUNTY READY MIX<br>300 W. 12TH STREET<br>OKAWVILLE, IL 62271-0158<br>ATTN: HERB HUSTEDDE<br>PHONE: 618-243-6430<br>FAX: 618-243-6300 | Trade Debt | | $87,067.07 |
| SOUDAN METALS<br>319 W. 40TH PLACE<br>CHICAGO, IL 60609<br>ATTN: TOM SOUDAN, JR.<br>PHONE: 773-548-7600<br>FAX: 773-548-4803 | Trade Debt | | $86,840.64 |
| CAPITAL STEEL & WIRE, INC.<br>3121 WEST CIRCLE DRIVE<br>SUITE 300<br>LANSING, MI 48906<br>ATTN: DUSTIN PRESTON<br>PHONE: 866-773-7800<br>FAX: 517-327-6662<br>DPRESTON@CAPITALSTEEL.NET | Trade Debt | | $73,577.28 |
| TOPLINE STAFFING<br>1086 N. STATE COLLEGE BLVD.<br>ANAHEIM, CA 92806<br>ATTN: RON BLAIN<br>PHONE: 714-520-7900<br>FAX: 714-520-0700 | Trade Debt | | $52,803.69 |

596931.1 8/3/10

HL 0344

| Name of creditor and complete mailing address including zip code, and account number, and name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| CLARK CUBED<br>CENTRAL REGION CENTER<br>5700 W. PLANO PARKWAY, SUITE 2700<br>PLANO, TX 75093<br>ATTN: MARK KUMMER<br>PHONE: 877-522-5275<br>FAX: 866-875-3718 | Trade Debt | | $46,350.00 |
| QINGDAO CONST FORGING INC.<br>YUGE ZHUANG, LISHA ROAD<br>LAO SHAN DISTRICT QINGDAO<br>CHINA 266012<br>ATTN: PETER WANG<br>FAX: 86-532-8880-9809<br>PETERWANG@CONSTFORGING.COM | Trade Debt | | $36,228.81 |
| CREST STEEL CORP.<br>1250 EAST 223RD STREET, SUITE 108<br>CARSON, CA 90745<br>ATTN: RANDY PUTNAM<br>PHONE: 800-421-1111<br>FAX: 310-835-2279 | Trade Debt | | $35,971.55 |
| ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230<br>ATTN: ROB ESTES<br>PHONE: 804-353-1900 X2500<br>FAX: 804-353-8001<br>FAX: 804-359-9102 | Trade Debt | | $34,691.00 |
| SELECT STAFFING<br>3820 STATE STREET<br>SANTA BARBARA, CA 93105<br>ATTN: JEFF R. MITCHELL<br>PHONE: 805-882-2200<br>FAX: 805-898-7111 | Trade Debt | | $32,561.01 |
| LANDSTAR RANGER, INC.<br>13410 SUTTON PARK DRIVE, SOUTH<br>JACKSONVILLE, FL 32224<br>ATTN: JIM B. GATTONI<br>PHONE: 904-398-9400<br>FAX: 800-972-9474<br>FAX: 904-306-2668 | Trade Debt | | $31,355.00 |

596331.1 8/3/10

HL 0345

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | )  )  Case No. _____ |
| UNIVERSAL FORM CLAMP, INC., | )  )  Chapter 11 |
| Debtor. | )  Joint Administration Pending  )  )  )  ) |

## LIST OF EQUITY SECURITY HOLDERS: CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3) and 7007.1, the following is a list of (i) the debtor's equity security holders, and (ii) corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Equity Holder | Address | Percentage of Equity Held |
|---|---|---|
| Universal Building Products, Inc. | 15172 Goldenwest Circle Westminster, CA 92683 | 100 percent |

## DECLARATION UNDER PENALTY OF PERJURY

I, Gregory D. Waller, the undersigned authorized officer of Universal Form Clamp, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: August 4, 2010

/s/ _____
Gregory D. Waller
Chief Financial Officer, Treasurer, and Secretary

HL 0346

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Case No. _____ |
| UNIVERSAL FORM CLAMP, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) Joint Administration Pending |
| | ) |
| | ) |
| _____ | ) |

## LIST OF CREDITORS

The Debtor and its debtor affiliates set forth as an attachment to the petition (collectively, the "*Debtors*") each filed a petition in this Court on August 4, 2010 for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their respective petitions, each of the Debtors filed a separate list of creditors. Due to the voluminous nature of the Debtor's creditor list, it is being submitted to the Court electronically.

[information provided in electronic format]

## DECLARATION UNDER PENALTY OF PERJURY

I, Gregory D. Waller, the undersigned authorized officer of Universal Form Clamp, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the creditor list submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 4, 2010

/s/ _____
Gregory D. Waller
Chief Financial Officer, Treasurer, and Secretary

# RESOLUTIONS
## OF
## THE BOARD OF DIRECTORS
### OF
### UNIVERSAL FORM CLAMP, INC.
#### (a Delaware corporation)

### Effective as of August 4, 2010

The undersigned, being all of the members of the board of directors (the "*Board*") of Universal Form Clamp, Inc., a Delaware corporation (the "*Corporation*"), hereby consent in writing to the following resolutions pursuant to Section 141(f) of the Delaware General Corporation Law, with the intention that such actions will have the same force and effect as if taken by a vote of the Board at a meeting duly called and held.

WHEREAS, the members of the Board have considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that a petition (the "*Petition*") be filed by the Corporation seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officers (as defined herein) upon the advice of counsel (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Jeffrey Church, Gregory Waller, and Dan Scouler (collectively, the "*Authorized Officers*") are hereby authorized and directed, on behalf of the Corporation, to execute the Petition or authorize the execution of a filing of the Petition by the Corporation and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officers consider it appropriate. Any and all officers of the corporation previously appointed or named, other than the Authorized Officers, are hereby removed and from this date forward the Authorized Officers shall be the only persons permitted to act on behalf of the Corporation;

RESOLVED FURTHER, the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the

HL 0348

Corporation to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officers may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the law firm of K&L Gates LLP shall be, and hereby is, employed as general bankruptcy counsel for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Corporation, and upon advice of counsel, to employ local bankruptcy counsel for the Corporation in the Corporation's chapter 11 case, if necessary;

RESOLVED FURTHER, that the firm of Scouler & Company shall be, and hereby is, employed as restructuring advisor for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the firm of The Garden City Group, Inc. shall be, and hereby is, employed as the notice, claims, and balloting agent for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation to retain and to employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Corporation's chapter 11 case on such terms as are deemed necessary, proper, or desirable by such Authorized Officers;

RESOLVED FURTHER, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by such Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Corporation's chapter 11 case, to effectuate the restructuring of the Corporation's debt, other obligations, organizational form and structure, and ownership of the Corporation and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

596331.1 8/2/10

HL 0349

## General Authorization

RESOLVED FURTHER, that the Authorized Officers of the Corporation be, and each of them acting alone hereby is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officers of the Corporation, or any one or more of them, approve as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by an Authorized Officer of the Corporation;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Officers of the Corporation are, and each of them acting alone hereby is, authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by any Authorized Officer or director of the Corporation in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

[Signature Page Follows]

HL 0350

IN WITNESS WHEREOF, the undersigned, constituting all of the directors of the Corporation, have executed this Action by Unanimous Written Consent as of the date first written above.

_____
Jeffrey D. Church

HL 0351

Subj:     **E-mail**
Date:     8/11/2010 7:10:01 P.M. Eastern Daylight Time
From:     RXZA@elliottgreenleaf.com
To:       Uschinaasset@aol.com

Richard.Schepacarter@usdoj.gov


Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

Subj:      **Oaktree**
Date:      8/12/2010 10:02:01 P.M. Eastern Daylight Time
From:      RXZA@elliottgreenleaf.com
To:        Sullivan.James@ARENTFOX.COM, rothleder.jeffrey@arentfox.com
CC:        Uschinaasset@aol.com

**my bold below. Dr. Liu was correct, this is a major competitor who is buying the
company up for market share and maybe some of the best assets.**

**I am still looking for some hint of the European buyers/alternative buyers.**


# UBP Acquisition Corp. Agrees to Acquire Certain Assets of Universal Building Products through Chapter 11 Bankruptcy Process

LOS ANGELES--(BUSINESS WIRE)--Universal Building Products, Inc., a leading provider of
accessories and equipment to the concrete construction industry, today filed voluntary petitions
under Chapter 11 of the U.S. Bankruptcy Code for the company and certain of its subsidiaries.

**UBP Acquisition Corp. ("UBPAC"), an entity formed by certain funds managed by
Oaktree Capital Management, L.P. ("Oaktree") and Solus Alternative Asset Management
LP ("Solus"),** has agreed to acquire certain currents assets, machinery, equipment, and
intellectual property owned by Universal Building Products, Inc. and certain of its subsidiaries
("Universal"). The acquisition will be made pursuant to §363 of the U.S. Bankruptcy Code in
connection with Universal's voluntary filing today of petitions under chapter 11 in the U.S.
Bankruptcy Court for the District of Delaware in Wilmington.

UBPAC owns 100% of the senior secured debt of Universal and has bid its senior secured debt
in connection with the acquisition. UBPAC has also agreed to provide a $6 million debtor-in-
possession financing inside of bankruptcy in order to complete the §363 asset sale and chapter 11
process. It is expected that the bankruptcy process will take 30 to 60 days. In connection with
this filing, Universal's Formco and Accubrace operations will continue to operate in the ordinary
course while the balance of its commercial and manufacturing operations will cease.

Oaktree is a premier global alternative and non-traditional investment manager with $75 billion
in assets under management as of June 30, 2010. Solus is a New York-based alternative asset
management firm. **Oaktree and Solus are the majority equity holders of Dayton Superior
Corp., the leading North American provider of specialized products for the nonresidential
concrete construction market.**

For further information, please contact David Quick at Oaktree at (213) 830-6374.


Rafael X. Zahralddin-Aravena

Managing Shareholder - Wilmington

Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

HL 0354

Subj:       **RE: Universal Form Clamp**
Date:       8/11/2010 7:45:28 P.M. Eastern Daylight Time
From:       RXZA@elliottgreenleaf.com
To:         RXZA@elliottgreenleaf.com, KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com,
            Uschinaasset@aol.com, rooney_qao@yahoo.com
CC:         Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com,
            GUrbanchuk@asterion-consulting.com

We will have a 9:30 call tomorrow regarding this case.  Let's all try and call in at 9:25, just in case we
have an issue with the international numbers provided below.

We can use our conference call line:

For international calls:  North China - 10-800-714-1327 or South China 10-800-140-1332.  I am not sure
where Shanghai is considered to be, North or South, so I am providing both.

For domestic calls:  877-366-0711.

The participant passcode for either is 14753689#.

Thanks.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, August 11, 2010 3:40 PM
**To:** Kenneth L. Dorsney; 'Carroll, Schuyler'; 'Uschinaasset@aol.com'
**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Let me know exactly when and I will open up the call.

We can use our conference call line:

For international calls:  1-302-709-8446

For domestic calls:  877-366-0711

Thanks.
Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Kenneth L. Dorsney
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** 'Carroll, Schuyler'; 'Uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena
**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Greg Urbanchuk is available tomorrow morning for the call.

---

**From:** Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** Uschinaasset@aol.com; Kenneth L. Dorsney; Rafael X. Zahralddin-Aravena
**Cc:** Sullivan, James M.; Jessi A. Adkins; Angelich, George
**Subject:** RE: Universal Form Clamp

Please copy George on these emails as well
Thanks

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955  DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30–9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.

HL 0356

**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

HL 0357

Subj: **RE: Universal Building Products-SHANGHAI HUALIN HARDWARE--Questionnaire**
Date: 8/11/2010 6:40:13 P.M. Eastern Daylight Time
From: RXZA@elliottgreenleaf.com
To: Uschinaasset@aol.com, Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, KLD@elliottgreenleaf.com

I just rec'd a message from John Bambach.

He indicates that the creditor will now be supporting him, is this accurate - I could not understand his message in full.

I am fine with working with whoever, but shouldn't we here back from Ted Gavin or Myron Bloom at Executive Sounding Board and see if they have another vote before we commit to any FA?


Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

## Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 11:49 AM
**To:** Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins; Kenneth L. Dorsney; Rafael X. Zahralddin-Aravena
**Subject:** Fwd: Universal Building Products-SHANGHAI HUALIN HARDWARE--Questionnaire

Questionnaire signed here.  ----Dr. Liu

HL 0358

| Subj: | **RE: Universal Form Clamp** |
|---|---|
| Date: | 8/11/2010 6:09:03 P.M. Eastern Daylight Time |
| From: | RXZA@elliottgreenleaf.com |
| To: | KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com, Uschinaasset@aol.com |
| CC: | Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com, GUrbanchuk@asterion-consulting.com |

Let me know exactly when and I will open up the call.

We can use our conference call line:

For international calls: 1-302-709-8446

For domestic calls: 877-366-0711

Thanks.
Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Kenneth L. Dorsney
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** 'Carroll, Schuyler'; 'Uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena
**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Greg Urbanchuk is available tomorrow morning for the call.

---

**From:** Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** Uschinaasset@aol.com; Kenneth L. Dorsney; Rafael X. Zahralddin-Aravena
**Cc:** Sullivan, James M.; Jessi A. Adkins; Angelich, George
**Subject:** RE: Universal Form Clamp

Please copy George on these emails as well
Thanks

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX

schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30–9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.

**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:    **RE: Universal Form Clamp**
Date:    8/9/2010 6:48:33 P.M. Eastern Daylight Time
From:   RXZA@elliottgreenleaf.com
To:      Schuyler.Carroll@arentfox.com, uschinaasset@aol.com
CC:     JAA@elliottgreenleaf.com, KLD@elliottgreenleaf.com, Sullivan.James@ARENTFOX.COM
Thanks.


Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington


1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

-----Original Message-----
From: Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
Sent: Monday, August 09, 2010 6:49 PM
To: Rafael X. Zahralddin-Aravena; 'uschinaasset@aol.com'
Cc: Jessi A. Adkins; Kenneth L. Dorsney; Sullivan, James M.
Subject: Re: Universal Form Clamp

Greg is good-or any one else that Raf is comfortable with


Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos


----- Original Message -----
From: Rafael X. Zahralddin-Aravena [mailto:RXZA@elliottgreenleaf.com]
Sent: Monday, August 09, 2010 06:42 PM
To: 'Uschinaasset@aol.com' <Uschinaasset@aol.com>
Cc: Carroll, Schuyler; Jessi A. Adkins <JAA@elliottgreenleaf.com>; Kenneth L. Dorsney
<KLD@elliottgreenleaf.com>; Sullivan, James M.
Subject: FW: Universal Form Clamp

Dr. Liu,

This is the most recent form acceptable to the UST.

I am sure Schuyler is fine with whoever we suggest as it is not easy, nor will it be with this one, to find
proxy holders as think this will attract a lot of people.

It is also easier to for us to find and call in a favor here without the proxy holder trying to get local.

We just referred business over to Greg and he is not trying to get on as the FA - he knows the rules and will serve us well.

I know of no issue Arent has with Greg and he is a sophisticated guy who is more than able to handle the proxy.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington
Elliott Greenleaf


1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

-----Original Message-----
From: Jessi A. Adkins
Sent: Monday, August 09, 2010 5:33 PM
To: Kenneth L. Dorsney
Cc: Rafael X. Zahralddin-Aravena
Subject: RE: Universal Form Clamp

Ken,

Please find attached the proxy.

Jessi


Jessi Adkins
Paralegal
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: 302-384-9400
Direct Line: 302-384-9412
Facsimile: 302-384-9399

-----Original Message-----
From: Rafael X. Zahralddin-Aravena
Sent: Monday, August 09, 2010 5:10 PM
To: Kenneth L. Dorsney
Cc: Uschinaasset@aol.com; Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins
Subject: Re: Universal Form Clamp

Jessi

Please put together a draft of a proxy form with the name of the creditor.

Work with Ken to ensure the proxy is correct.

Once the proxy is drafted - Ken please forward the form to Dr. Liu.

HL 0362

He should already have the questionairre.

To ensure we have no issue with the UST - Dr. Liu should put Greg in contact with the creditor so he can assert he has been in touch with the creditor if asked.

Greg can be in contact by either email or phone with Dr. Liu's assistance in interpreting.

Any supporting docs for the claim should be made available to the Greg to give to the UST if the claim is challenged by the Debtor.

This is the minimum required to make sure the creditor gets on from our most recent experience.


Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:57 PM, "Kenneth L. Dorsney" <KLD@elliottgreenleaf.com > wrote:

> Greg Urbanchuk of Asterion will hold the proxy.  Raf, just send him
> whatever he needs.
>
> Best,
>
> Ken
>
> -----Original Message-----
> From: Rafael X. Zahralddin-Aravena
> Sent: Monday, August 09, 2010 4:45 PM
> To: Uschinaasset@aol.com
> Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM;
> Kenneth L. Dorsney
> Subject: Re: Universal Form Clamp
>
> I have Ken looking into this right now.
>
> Sent from my iPhone
> 302.545.2888
>
> On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
> <Uschinaasset@aol.com> wrote:
>
>> Any reliable person who might hold a proxy for No. 10?

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Subj:   **RE: Universal Form Clamp**
Date:   8/9/2010 6:48:17 P.M. Eastern Daylight Time
From:   RXZA@elliottgreenleaf.com
To:   Schuyler.Carroll@arentfox.com, uschinaasset@aol.com
CC:   KLD@elliottgreenleaf.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

Exactly, which is why with a foreign creditor we want to make sure we do it as right as possible.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
**Sent:** Monday, August 09, 2010 6:45 PM
**To:** 'uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena
**Cc:** Kenneth L. Dorsney; Sullivan, James M.; Jessi A. Adkins
**Subject:** Re: Universal Form Clamp

The UST does not want proxies and does not want to make it easy for proxies
They would rather not permit them at all

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 06:37 PM
**To:** RXZA@elliottgreenleaf.com <RXZA@elliottgreenleaf.com>
**Cc:** KLD@elliottgreenleaf.com <KLD@elliottgreenleaf.com>; Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com <JAA@elliottgreenleaf.com>
**Subject:** Re: Universal Form Clamp

If that's the requirement, I might arrange a conference call on Wednesday or Thursday. Email

Saturday, September 11, 2010 America Online: Uschinaasset

communication might be an option. I guess the UST should allow more than one persons on one proxy letter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

HL 0365

Subj:   **RE: Universal Form Clamp**
Date:   8/9/2010 6:46:55 P.M. Eastern Daylight Time
From:   RXZA@elliottgreenleaf.com
To:   Uschinaasset@aol.com
CC:   KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

Like I said, if you think it will make the creditor uncomfortable, then e-mail might be the best way. I would think it would be natural for the creditor to expect that the person holding the proxy would know about their claim and business relationship with the debtor in order to hold the proxy.

I also thought a call facilitated by you would further illustrate your assistance to them as an agent, but that is your call, an e-mail might be just fine.

Rafael X. Zahralddin-Aravena
Managing Shareholder – Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 6:37 PM
**To:** Rafael X. Zahralddin-Aravena
**Cc:** Kenneth L. Dorsney; Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins
**Subject:** Re: Universal Form Clamp

If that's the requirement, I might arrange a conference call on Wednesday or Thursday. Email communication might be an option. I guess the UST should allow more than one persons on one proxy letter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0366

Subj:     **Re: Universal Form Clamp**
Date:     8/9/2010 5:09:57 P.M. Eastern Daylight Time
From:     RXZA@elliottgreenleaf.com
To:       KLD@elliottgreenleaf.com
CC:       Uschinaasset@aol.com, Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

Jessi

Please put together a draft of a proxy form with the name of the creditor.

Work with Ken to ensure the proxy is correct.

Once the proxy is drafted - Ken please forward the form to Dr. Liu.

He should already have the questionairre.

To ensure we have no issue with the UST - Dr. Liu should put Greg in contact with the creditor so he can assert he has been in touch with the creditor if asked.

Greg can be in contact by either email or phone with Dr. Liu's assistance in interpreting.

Any supporting docs for the claim should be made available to the Greg to give to the UST if the claim is challenged by the Debtor.

This is the minimum required to make sure the creditor gets on from our most recent experience.


Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:57 PM, "Kenneth L. Dorsney" <KLD@elliottgreenleaf.com
> wrote:

> Greg Urbanchuk of Asterion will hold the proxy.  Raf, just send him
> whatever he needs.
>
> Best,
>
> Ken
>
> -----Original Message-----
> From: Rafael X. Zahralddin-Aravena
> Sent: Monday, August 09, 2010 4:45 PM
> To: Uschinaasset@aol.com
> Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM;
> Kenneth L. Dorsney
> Subject: Re: Universal Form Clamp
>
> I have Ken looking into this right now.
>
> Sent from my iPhone
> 302.545.2888
>
> On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
> <Uschinaasset@aol.com> wrote:
>
>> Any reliable person who might hold a proxy for No. 10?

Subj:     **RE: Universal Form Clamp**
Date:     8/9/2010 4:57:33 P.M. Eastern Daylight Time
From:     KLD@elliottgreenleaf.com
To:       RXZA@elliottgreenleaf.com, Uschinaasset@aol.com
CC:       Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM
Greg Urbanchuk of Asterion will hold the proxy.  Raf, just send him whatever he needs.

Best,

Ken

-----Original Message-----
From: Rafael X. Zahralddin-Aravena
Sent: Monday, August 09, 2010 4:45 PM
To: Uschinaasset@aol.com
Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Kenneth L. Dorsney
Subject: Re: Universal Form Clamp

I have Ken looking into this right now.

Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Any reliable person who might hold a proxy for No. 10?

HL 0368

Subj:    **Re: Universal Form Clamp**
Date:    8/9/2010 4:45:35 P.M. Eastern Daylight Time
From:    RXZA@elliottgreenleaf.com
To:      Uschinaasset@aol.com
CC:      Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM, KLD@elliottgreenleaf.com
I have Ken looking into this right now.

Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Any reliable person who might hold a proxy for No. 10?

HL 0369

Subj: **Re: Universal Form Clamp**
Date: 8/9/2010 4:34:41 P.M. Eastern Daylight Time
From: RXZA@elliottgreenleaf.com
To: Uschinaasset@aol.com
CC: Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM
I will find someone if that's ok.

RXZA

Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Any reliable person who might hold a proxy for No. 10?

HL 0370

Subj:    **RE: Universal Form Clamp**
Date:    8/6/2010 4:11:57 P.M. Eastern Daylight Time
From:    JAA@elliottgreenleaf.com
To:    RXZA@elliottgreenleaf.com, Uschinaasset@aol.com
CC:    Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM

Dr. Liu,

Please find attached the questionnaire for Universal Building.  Please let me know if you have any questions.

Jessi


Jessi Adkins
Paralegal
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  302-384-9400
Direct Line:  302-384-9412
Facsimile:  302-384-9399

-----Original Message-----
From: Rafael X. Zahralddin-Aravena
Sent: Friday, August 06, 2010 4:09 PM
To: Uschinaasset@aol.com; Jessi A. Adkins
Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM
Subject: Re: Universal Form Clamp

Jessi

Please get the questionaire for this case to Dr. Liu - copied above.

Sent from my iPhone
302.545.2888

On Aug 6, 2010, at 1:11 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Would you forward me a copy of that meeting notice?   -----Dr. Liu

| | |
|---|---|
| Subj: | **Re: Universal Form Clamp** |
| Date: | 8/6/2010 4:09:14 P.M. Eastern Daylight Time |
| From: | RXZA@elliottgreenleaf.com |
| To: | Uschinaasset@aol.com, JAA@elliottgreenleaf.com |
| CC: | Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM |
| Jessi | |

Please get the questionaire for this case to Dr. Liu - copied above

Sent from my iPhone
302.545.2888

On Aug 6, 2010, at 1:11 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Would you forward me a copy of that meeting notice?    ------Dr. Liu

HL 0372

Office Of The United States Trustee
District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Tel. No. (302) 573-6491
Fax No. (302) 573-6497

IN RE:                                        Chapter 11

Universal Building Products, Inc., *et al.*        Case No. 10-12453 (MFW)
    Debtor(s).

---

### Notice Of Formation Meeting For Official Committee of Unsecured Creditors

---

The above-named debtor(s) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint a committee of unsecured creditors, and the debtor's petition or other sources of information indicate that you may be eligible for appointment to the Official Committee of Unsecured Creditors in this case.

This is to notify you that the United States Trustee will hold a meeting to form an unsecured creditors committee on **Friday, August 13, 2010 @ 10:00 a.m.** at the following location:

**J. Caleb Boggs Federal Building**
**844 King Street, Room 2112**
**Wilmington, DE 19801**

A representative of the debtor will attend the meeting to provide information regarding the status of the case. If you wish to be considered for membership on any official committee that is appointed, please complete the enclosed Questionnaire Form and return it to the Office of the United States Trustee **no later than August 12, 2010 @ 5:00 p.m.** If you do not wish to serve on an official committee, your presence at the meeting is not required.

If you wish to be considered for membership on the committee but are unable to attend, you should immediately notify the Office of the United States Trustee. If you do not attend the meeting and do not affirmatively indicate your willingness to serve, you will not be considered. If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf. The Official Committee of Unsecured Creditors performs a vital role in the chapter 11 proceeding, and for that reason your interest and consideration is solicited.

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE

*/s/ Richard L. Schepacarter for*
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

Dated: August 4, 2010

cc: Debtors' Counsel: Mark Minuti, Esq., Phone: 302-421-6840, Fax: 302-421-5873

HL 0373

**Official Committee of Unsecured Creditors' Committee**
**Information Sheet**

**Purpose of Unsecured Creditors' Committees.** To increase participation in the chapter 11 proceeding, section 1102 of the Bankruptcy Code requires that the United States Trustee appoint a committee of unsecured creditors (the "Committee") as soon as practicable after the order for relief has been entered. The Committee ordinarily consists of the persons, willing to serve, who hold the seven (7) largest unsecured claims of the kinds represented on such committee. The debtor has filed a list indicating that your claim may be among the largest unsecured claims against the debtor, and for that reason, you may be eligible to serve on the Committee. There must be at least three (3) unsecured creditors willing to serve in order to form a Committee.

**Powers and Duties of Unsecured Creditors' Committees.** Members of the Committee are fiduciaries who represent all unsecured creditors as a group without regard to the types of claims which individual unsecured creditors hold against the debtor. Section 1103 of the Bankruptcy Code provides that the Committee may consult with the debtor, investigate the debtor and its business operations and participate in the formulation of a plan of reorganization. The Committee may also perform such other services as are in the interests of the unsecured creditors whom it represents.

**Employment of Professionals.** Section 1103 of the Bankruptcy Code provides that the Committee may, subject to the bankruptcy court's approval, employ one or more attorneys, accountants or other professionals to represent or perform services for the Committee. The decision to employ particular professionals should occur at a scheduled meeting of the Committee where a majority of the Committee is present. All professionals retained by the Committee may be compensated from assets of the debtor's estate pursuant to section 330 of the Bankruptcy Code. Applications for the payment of professional fees may be monitored by the Office of the United States Trustee and are subject to the Court's approval. However, the Committee should carefully review all applications and not rely on the Court or the United States Trustee to discover and object to excessive professional fees or costs.

**Other Matters.** The Committee should elect a chairperson and may adopt bylaws. As a party in interest, the Committee may be heard on any issue in the bankruptcy proceeding. Federal Bankruptcy Rule 2002(i) requires that the Committee (or its authorized agent) receive all notices concerning motions and hearings in the bankruptcy proceeding.

**In the event you are appointed to an official committee of creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on any official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the Debtor while they are committee members absent an order of the Court. By submitting the enclosed Questionnaire and accepting membership on an official committee of creditors, you agree to this prohibition. The United States Trustee reserves the right to take appropriate action, including removing a creditor from any committee, if the information provided in the Questionnaire is inaccurate, if the foregoing prohibition is violated, or for any other reason the United States Trustee believes is proper in the exercise of her discretion. You are hereby notified that the United States Trustee may share this information with the Securities and Exchange Commission if deemed appropriate.**

Should you have any additional questions concerning the Committee or your membership on the Committee, please contact the Office of the United States Trustee.

HL 0374

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

**QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.    Yes ( ) No ( )

A.     Unsecured Creditor's Name and Contact Information:

Name: _____          Phone: _____
Address: _____          Fax: _____
_____          E-mail: _____
_____

B.     Counsel (If Any) for Creditor and Contact Information:

Name: _____          Phone: _____
Address: _____          Fax: _____
_____          E-mail: _____
_____

C.     Amount of Unsecured Claim (U.S. $)     _____

D.     If your claim is against more than one debtor, list all debtors: _____
_____
_____

E.     Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made; litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
_____
_____
_____

F.     Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
_____

G.     Representations:

1.     Are you or the company you represent in any way: "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)? Yes ( ) No ( ) If a shareholder, state the number of shares: _____

2.     Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)? Yes ( ) No ( )

**HL 0375**

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No ( )

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No ( ) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: _____
_____

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No ( )

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No ( )

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No ( )
State the name of the entity and the nature and amount of the claims: _____
_____

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No ( )

   A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No ( )

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
|  |  |
|  |  |
|  |  |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know ( )

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: _____          **Signature** _____

                                      **Print Name** _____

                                      **Title** _____

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

Subj: **Re: Universal Form Clamp**
Date: 8/6/2010 1:06:34 P.M. Eastern Daylight Time
From: RXZA@elliottgreenleaf.com
To: Uschinaasset@aol.com
CC: Schuyler.Carroll@arentfox.com, Sullivan.James@ARENTFOX.COM
Formation meeting is next Friday

Sent from my iPhone
302.545.2888

On Aug 6, 2010, at 12:43 PM, "Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>"
<Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>> wrote:

Counsels: I called the US Trustees Office and was told that since the information at the US Trustees
Office was provided by the debtors attorney, I should talk to the debtors attorney. When I asked what if
the debtors attorney declines to my request for more info re Chinese creditors, the answers was well, the
debtors attorney shouldn't do that to you because the information is public. I pushed an inch further
saying what if he does, then come back to us, meaning back to the US Trustees Office.

I reached to the debtors attorney office, Counsel mark was not available and his secretary Ms. Robyn was
pleasant to offer assistance saying she will contact the outside counsels who are familiar with creditors in
this case to see whether any more information could be found for me.

Thus, you may monitor when a formation date will be set up for this case and a committee questionnaire
is also desirable.

Dr. Haishan Liu
US-China Assets Management USA, LLC.
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252

<mime-attachment>

Subj:      **FW: Universal Form Clamp**
Date:      8/11/2010 7:10:00 P.M. Eastern Daylight Time
From:      RXZA@elliottgreenleaf.com
To:        Uschinaasset@aol.com

---

**From:** Gregory Urbanchuk [mailto:GUrbanchuk@asterion-consulting.com]
**Sent:** Wednesday, August 11, 2010 3:55 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** RE: Universal Form Clamp

I'm good to jump on the call anytime between 8:30 and 9:00 am – just let me know what works.

All the best

Greg

**Gregory J. Urbanchuk MSc., AVA, CFE | Asterion, Inc.**
**Principal**

*t*   215 893 9921
*c*   215 805 6580
*f*   215 893 9903

215 S. Broad Street, 3rd Floor
Philadelphia, PA 19107
USA

*www.asterion-consulting.com*
NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. The contents of this e-mail are confidential and may be subject to the attorney or accountant work product privileges. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Please virus check all attachments to prevent widespread contamination and corruption of files and operating systems.
IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Rafael X. Zahralddin-Aravena [mailto:RXZA@elliottgreenleaf.com]
**Sent:** Wednesday, August 11, 2010 3:40 PM
**To:** Kenneth L. Dorsney; 'Carroll, Schuyler'; 'Uschinaasset@aol.com'
**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; Gregory Urbanchuk
**Subject:** RE: Universal Form Clamp

Let me know exactly when and I will open up the call.

We can use our conference call line:

For international calls:  1-302-709-8446

For domestic calls:  877-366-0711

Thanks.
Rafael X. Zahralddin-Aravena
Managing Shareholder – Wilmington

**Elliott Greenleaf**

1105 Market Street

Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Kenneth L. Dorsney
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** 'Carroll, Schuyler'; 'Uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena
**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Greg Urbanchuk is available tomorrow morning for the call.

---

**From:** Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** Uschinaasset@aol.com; Kenneth L. Dorsney; Rafael X. Zahralddin-Aravena
**Cc:** Sullivan, James M.; Jessi A. Adkins; Angelich, George
**Subject:** RE: Universal Form Clamp

Please copy George on these emails as well
Thanks

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955  DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30–9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.

**Haishan Liu**

**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

HL 0380

Subj:       **RE: Universal Form Clamp**
Date:       8/9/2010 7:08:20 P.M. Eastern Daylight Time
From:       RXZA@elliottgreenleaf.com
To:         Uschinaasset@aol.com

Tomorrow is fine as well, just wanted to share good news.  Let's speak tomorrow.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

| Elliott Greenleaf |

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 7:00 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** Re: Universal Form Clamp

I'm very tired now because I slept at 2:00am last night, and I'll call you later.

HL 0381

| Subj: | **Re: Universal Form Clamp** |
| Date: | 8/9/2010 6:59:34 PM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | RXZA@elliottgreenleaf.com |

I'm very tired now because I slept at 2:00am last night, and I'll call you later.

HL 0382

Subj:    **RE: Universal Form Clamp**
Date:    8/9/2010 6:54:33 P.M. Eastern Daylight Time
From:    RXZA@elliottgreenleaf.com
To:      Uschinaasset@aol.com

Call me  - good news on the preferences

⊡
Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

| Elliott Greenleaf |

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 6:53 PM
**To:** Schuyler.Carroll@arentfox.com; Rafael X. Zahralddin-Aravena
**Cc:** Kenneth L. Dorsney; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins
**Subject:** Re: Universal Form Clamp

I could understand why "The UST does not want proxies and does not want to make it easy for proxies. They would rather not permit them at all" after my watching some farce episodes over there. But it is unrealistic to ask foreign vendors to attend in person. Meanwhile the UST has to look itself into the mirror that the subsystem of selecting committee professionals itself has many pores in the first place.

---Dr. Liu

Subj:  **Re: Universal Form Clamp**
Date:  8/9/2010 6:53:03 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:  Schuyler.Carroll@arentfox.com, rxza@elliottgreenleaf.com
CC:  KLD@elliottgreenleaf.com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com

I could understand why "The UST does not want proxies and does not want to make it easy for proxies. They would rather not permit them at all" after my watching some farce episodes over there. But it is unrealistic to ask foreign vendors to attend in person. Meanwhile the UST has to look itself into the mirror that the subsystem of selecting committee professionals itself has many pores in the first place.

—Dr. Liu

HL 0384

Subj:   **RE: Elliott Greenleaf Newsletter: Universal Building Products, Inc**
Date:   8/5/2010 9:24:08 AM Eastern Daylight Time
From:  RXZA@elliottgreenleaf.com
To:     Uschinaasset@aol.com

We cannot get them from the UST.

Debtors lawyers will not provide, but I will check with the FAs.
Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

---

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 9:19 AM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** Re: Elliott Greenleaf Newsletter: Universal Building Products, Inc

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


EASTERN ACCESSORIES CORP
SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

Saturday, September 11, 2010 America Online: Haiti...

HL 0385

Subj:     **Re: Elliott Greenleaf Newsletter: Universal Building Products, Inc**
Date:     8/5/2010 9:19:08 AM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       nxza@elliottgreenleaf.com

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


EASTERN ACCESSORIES CORP
SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG



**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0386

| | | |
|---|---|---|
| HEBEI LONGDA TRADE CO., LTD<br>NO.68 LINGYUAN EAST STREET<br>ANPING COUNTY HEBEI<br>CHINA 053600<br>ATTN: YANG YAN XIANG<br>FAX: 86-3187521692 | Trade Debt | $247,213.32 |

HL 0387

Subj:      **FW: New Chapter 11 Filing - Universal Building Products Inc.**
Date:      8/4/2010 8:59:41 AM Eastern Daylight Time
From:      RXZA@elliottgreenleaf.com
To:        Uschinaasset@aol.com

Dr. Liu,

There are several Asian creditors on this list.

I am sending this to you first in order to get your support early.

I would like to pitch this as lead or co-counsel - no more local.

Please let me know if you can get some companies to allow for proxies?

I will need to speak to them with you and I will need their authority to pick the right people here on the proxy.

Please let me know.
Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Gene Matthews [mailto:gmatthews@reliable-co.com]
**Sent:** Wednesday, August 04, 2010 1:46 AM
**To:** Gene Matthews
**Subject:** New Chapter 11 Filing - Universal Building Products Inc.

*Good Evening,*
*A new Chapter 11 has been filed. Have a Great Evening!*

*Debtor*
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by

Saturday, September 11, 2010

**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

--

Gene Matthews
Reliable
1007 North Orange Street
Wilmington, DE. 19801
http://www.reliable-co.com/
Phone: (302) 654-8080
Cell: (302) 562-6015
gmatthews@reliable-co.com

Saturday, September 11, 2010

HL 0389

Subj:     **RE: Universal Form Clamp**
Date:     8/11/2010 2:10:02 PM Eastern Daylight Time
From:     KLD@elliottgreenleaf.com
To:       Schuyler.Carroll@arentfox.com, Uschinaasset@aol.com, RXZA@elliottgreenleaf.com
CC:       Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com,
          GUrbanchuk@asterion-consulting.com

Please use the following dial-in information for the call tomorrow morning:

Dial in: (877) 434-2299
Code: 212-484-3955


**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese
exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be
8:30-9:00pm ET today or 8:30--9:00am tomorrow morning, due to a 12-hour time difference between the
two countries. If do, someone may circulate a conference photo number.


**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated
otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

HL 0390

Subj:     **RE: Universal Form Clamp**
Date:     8/4/2010 4:31:50 PM Eastern Daylight Time
From:     Schuyler.Carroll@arentfox.com
To:       uschinaasset@aol.com

I spoke with Rafael this morning. He suggested that I let you know that he and I are going to work together on this case. Let me know if you need any assistance. Thanks.

Schuyler G. Carroll
Partner

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5829
212.484.3955 Direct | 212.484.3990 Fax
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

——Original Message——
From: Sullivan, James M.
Sent: Wednesday, August 04, 2010 9:45 AM
To: Dr. Haishan Liu
Cc: Carroll, Schuyler
Subject: Universal Form Clamp

A bunch of Asian creditors.

James Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
(w) 212-484-3945
(c) 201-741-4235
(f) 212-484-3990
Sullivan.James@arentfox.com

>
>

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

HL 0391

Subj: **Oaktree**
Date: 8/13/2010 1:40:47 AM Eastern Daylight Time
From: eastasale@gmail.com
To: Uschinaasset@aol.com

dear Dr Liu

PLS try to stop this business and to sue oaktree back for all UNSECURED
CREDITOR'S money!

PLS audit Jeff and OAKTREE how they close the deal of 25 million USD
and did they give others chance to offer more than 25 million or not , did Jeff knows
that oaktree will get rid of ubp if he sold to oaktree BEFORE HE AGREED OAKTREE AT 25
MILLION? Did Jeff have side deal with oaktree
by hurting our unsecured creditors? Oaktree has bad name to hurt unsecured creditor
when they bought dsc, they made all shares holder value to zero but ceo of old dsc is
still today's ceo, we are all feeling suprised a lot. A ceo made DSC bankrupt can still be
the ceo for toda's DSC, it means a lot!

2010-08-13

eastasale@gmail.com

发件人：Uschinaasset
发送时间：2010-08-13 10:08:43
收件人：eastasale
抄送：eacserviceg
主题：Fwd: Oaktree

Dong--FYI

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0392

Subj: **Fwd: Oaktree**
Date: 8/13/2010 6:29:01 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: RXZA@elliottgreenleaf.com
CC: Sullivan.James@ARENTFOX.COM

-----Original Message-----
Date: Fri, 13 Aug 2010 13:24:39 +0800
From: "eastasale@gmail.com" <eastasale@gmail.com>
To: "Uschinaasset" <Uschinaasset@aol.com>
Cc: "EAC Guo" <eacserviceg@gmail.com>
Subject: Re: Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...

Dear Dr Liu

their catalogues are nearly all same items, and it is easy to see their website and also ask any customers and suppliers,
they will know it well. if you audit oaktree/UBP people, they will tell you before days dac biggest competitor is DSC/UBP

i am finding more info for you. however pls try your best to stop oaktree and sue oaktree for unsecured creditor for his making
UBP bankrupt and firing people. Their target is to get rid of UBP!

regards
Dong

2010-08-13

eastasale@gmail.com

-----Original Message-----
Date: Fri, 13 Aug 2010 13:40:49 +0800
From: "eastasale@gmail.com" <eastasale@gmail.com>
To: "Uschinaasset" <Uschinaasset@aol.com>
Subject: Oaktree

dear Dr Liu

PLS try to stop this business and to sue oaktree back for all UNSECURED CREDITOR'S money!


PLS audit Jeff and OAKTREE how they close the deal of 25 million USD
and did they give others chance to offer more than 25 million or not , did Jeff knows that oaktree will get rid of ubp if he sold to oaktree BEFORE HE AGREED OAKTREE AT 25 MILLION? Did Jeff have side deal with oaktree
by hurting our unsecured creditors? Oaktree has bad name to hurt unsecured creditor when they bought dsc, they made all shares holder value to zero but ceo of old dsc is

Friday, September 17, 2010 America Online: Uschinaasset

HL 0393

still today's ceo, we are all feeling suprised a lot. A ceo made DSC bankrupt can still be
the ceo for toda's DSC, it means a lot!

2010-08-13

eastasale@gmail.com

发件人： Uschinaasset
发送时间： 2010-08-13 10:08:43
收件人： eastasale
抄送： eacserviceg
主题： Fwd: Oaktree

Dong—FYI

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0394

Subj:     **Re: New Chapter 11 Petition**
Date:     8/12/2010 4:32:50 P.M. Eastern Daylight Time
From:     FRosner@mrs-law.com
To:       Uschinaasset@aol.com, FRosner@mrs-law.com, sleonhardt@mrs-law.com
He will.

Thanks.

---

**From:** Uschinaasset@aol.com
**Date:** Thu, 12 Aug 2010 16:31:00 EDT
**To:** <FRosner@mrs-law.com>
**Subject:** Re: New Chapter 11 Petition

Ask Scott to speak to me there.


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823**

HL 0395

Subj:    **Re: New Chapter 11 Petition**
Date:    8/12/2010 4:31:00 PM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      FRosner@mrs-law.com

Ask Scott to speak to me there.


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0396

Subj:    **Re: New Chapter 11 Petition**
Date:    8/12/2010 4:22:35 P.M. Eastern Daylight Time
From:    FRosner@mrs-law.com
To:      Uschinaasset@aol.com, FRosner@mrs-law.com, sleonhardt@mrs-law.com

Good to hear from you and congratulations on your representation of Eastern Accessories.

I am in NYC tomorrow discussing a potential chapter 11 case but my colleague Scott Leonhardt will attend the formation meeting.

We are interested in serving as local counsel to the Committee. We approach these cases with a sense of efficiency and economy. Scott has full discretion with our proposed rates for the engagement.

Good luck and we greatly appreciate any support you can provide.

Best,


Fred

From: Uschinaasset@aol.com
Date: Thu, 12 Aug 2010 13:51:56 EDT
To: <FRosner@mrs-law.com>
Subject: Re: New Chapter 11 Petition

Dear Counsel Rosner: I have been working through the evening and night with No.4 Creditors, Eastern Accessories Corporation, hence I have been rewarded with its signed proxy and questionnaire.

You are certainly welcome to present your pitch, and hope you'll convince most of other prospective creditors that you are the best choice there.


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0397

Subj:    **RE: Universal Building Products**
Date:    8/12/2010 2:16:34 P.M. Eastern Daylight Time
From:    DPiazza@hodgsonruss.com
To:      Uschinaasset@aol.com
CC:    bdavies@acmcapitalpartners.com

Thank you Dr. Liu. However, I have 341(a) creditors meetings at the UST's office in the SDNY tomorrow until 12 noon.

Deborah J. Piazza
Hodgson Russ LLP
60 East 42nd Street
New York, N.Y. 10165
Tel: 646-218-7560
Fax: 646-943-7103
dpiazza@hodgsonruss.com
www.hodgsonruss.com

---

**From:** Uschinaasset@aol.com [Uschinaasset@aol.com]
**Sent:** Thursday, August 12, 2010 1:35 PM
**To:** Piazza, Deborah
**Cc:** bdavies@acmcapitalpartners.com
**Subject:** Universal Building Products

Dear Counsel Debbie and FA Brian: I have been working through the evening and night with No.4 Creditors, Eastern Accessories Corporation, hence I have been rewarded with its signed proxy and questionnaire.

You are certainly welcome to present your pitch, and hope you'll convince most of other prospective creditors that you are the best choice there.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in th communication or in any attachment is not intended to be used, and it cannot b used, for the purpose of avoiding federal tax penalties.

This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient are notified that any disclosure, copying, distribution, or taking of action i on the contents of this message is strictly prohibited. If you have received t message in error, please notify the sender immediately by e-mail and delete th original message. Thank you.

HL 0398

Subj:     **Re: New Chapter 11 Petition**
Date:     8/12/2010 1:51:57 PM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       FRosner@mrs-law.com

Dear Counsel Rosner: I have been working through the evening and night with No.4 Creditors, Eastern Accessories Corporation, hence I have been rewarded with its signed proxy and questionnaire.

You are certainly welcome to present your pitch, and hope you'll convince most of other prospective creditors that you are the best choice there.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0399

Subj:  **Re: Universal Building Products**
Date:  8/12/2010 1:49:59 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:  WJung@lowenstein.com
FAXED AND CALLED. YES, I'LL GO TO DE TOMORROW.

HL 0400

Subj:     **RE: Universal Building Products**
Date:     8/12/2010 1:49:12 P.M. Eastern Daylight Time
From:     WJung@lowenstein.com
To:       Uschinaasset@aol.com

I will call you in a little bit.  Do you plan to attend?  Were the docs faxed to the UST?  Thank you

Regards,
Wojciech

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 12, 2010 1:33 PM
**To:** Jung, Wojciech F.
**Subject:** Universal Building Products

Dear Counsel Woljiech: I have been working through the evening and night with No.4 Creditors, Eastern Accessories Corporation, hence I have been rewarded with its signed proxy and questionnaire.

You are certainly welcome to present your pitch, and hope you'll convince most of other prospective creditors that you are the best choice there.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

---

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

Lowenstein Sandler's practice in the State of California is conducted by Lowenstein Sandler LLP, a limited liability partnership comprised of professional corporations.

Subj: **Universal Building Products**
Date: 8/12/2010 1:35:33 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: DPiazza@hodgsonruss.com
CC: bdavies@acmcapitalpartners.com

Dear Counsel Debbie and FA Brian: I have been working through the evening and night with No.4 Creditors, Eastern Accessories Corporation, hence I have been rewarded with its signed proxy and questionnaire.

You are certainly welcome to present your pitch, and hope you'll convince most of other prospective creditors that you are the best choice there.

Dr. Haishan Liu
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0402

Subj: **Universal Building Products**
Date: 8/12/2010 1:32:35 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: WJung@lowenstein.com

Dear Counsel Woljiech: I have been working through the evening and night with No.4 Creditors, Eastern Accessories Corporation, hence I have been rewarded with its signed proxy and questionnaire.

You are certainly welcome to present your pitch, and hope you'll convince most of other prospective creditors that you are the best choice there.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0403

Subj:    **Re: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...**
Date:    8/6/2010 12:56:56 PM Eastern Daylight Time
From:   Uschinaasset@aol.com
To:     WJung@lowenstein.com
Attached is an email response from one client I know in HK. ----Dr. Liu

Dr.Liu

As you requested, I have contacted the office, but they don't seem to have any idea what i am talking about. I've also tried looking up the name 香港東方附件 (EASTERN ACCESSORIES CORP )or any variation with that name and came up empty. I am afraid this is all the help i can offer you.

regards,

MR. Kay

| | |
|---|---|
| Subj: | **Fwd: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...** |
| Date: | 8/6/2010 12:52:07 PM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | WJung@lowenstein.com |

It doesn't look close to the targeted creditor. Once you search sales@tachk.com, it relates to a hanger business as shown below. The renaissance continues.     ----Dr. Liu

# Search Results

### 1. The Accessory Corp. / Contact Us

Email: **sales@tachk.com**. CHINA The Accessory Corp. Shanghai Shanghai Email: **sales @tachk.com**, HONG KONG The Accessory Corp. Hong Kong Kowloon ...
*www.theaccessorycorp.com/inpages/contactus.htm* - Cached - Similar

2. [PDF]

### Effective Fall 2004 Programs

File Format: PDF/Adobe Acrobat - Quick View
Cointact: Christina Choi. Contact: Eric Tang. Cointact: Christina Choi. E-mail: **sales@tachk.com**. E-mail: **sales@tachk.com**. E-mail: **sales@tachk.com** ...
*www.aehangers.com/user_pdf/Hanger_Catalog%202.2.04.pdf* - Similar

-----Original Message-----
From: "Jung, Wojciech F." <WJung@lowenstein.com>
To: "'Uschinaasset@aol.com'" <Uschinaasset@aol.com>
Date: Thu, 5 Aug 2010 10:39:32 -0400
Subject: RE: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...

Counsel tells us that they don't have any more detail information at the moment. They are attempting to do a 363 to the lenders and the records are not pristine. Could this be the e-mail address? sales@tachk.com

Regards,
Wojciech
973-597-2464

From: Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
Sent: Thursday, August 05, 2010 9:18 AM
To: Jung, Wojciech F.
Cc: Pitta, Thomas A.
Subject: Fwd: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax

number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from
the debtors attorney, FA or the US Trustees Office?

EASTERN ACCESSORIES CORP
SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG

Dr. Haishan Liu

US-China Assets Management USA, LLC.

33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any
U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to
be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue
Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s)
addressed herein.

This message contains confidential information, intended only for the person(s) named above, which may also
be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such
case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if
you or your employer does not consent to Internet e-mail for messages of this kind.

Lowenstein Sandler's practice in the State of California is conducted by Lowenstein Sandler LLP, a limited
liability partnership comprised of professional corporations.

Subj:   **RE: New Petition filed in Delaware - Universal Form Clamp, Inc.**
Date:   8/5/2010 11:47:49 A.M. Eastern Daylight Time
From:   DPiazza@hodgsonruss.com
To:     Uschinaasset@aol.com

There is always competition for the good ones!

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 11:42 AM
**To:** Piazza, Deborah
**Subject:** Fwd: New Petition filed in Delaware - Universal Form Clamp, Inc.

Dear Counsel Debbie: I received the same petition yesterday from five other law firms. It appears a competition for a pending committee counsel out there.  -----Dr. Liu

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in th communication or in any attachment is not intended to be used, and it cannot b used, for the purpose of avoiding federal tax penalties.

This message may contain confidential information that is protected by the attorney-client privilege or otherwise.  If you are not the intended recipient are notified that any disclosure, copying, distribution, or taking of action i on the contents of this message is strictly prohibited. If you have received t message in error, please notify the sender immediately by e-mail and delete th original message.  Thank you.

Subj:    **New Petition filed in Delaware - Universal Form Clamp, Inc.**
Date:    8/5/2010 11:38:52 A.M. Eastern Daylight Time
From:    DPiazza@hodgsonruss.com

Universal Form Clamp, Inc. (and affiliated debtors, Accubrace, Inc., Don De Cristo Concrete Accessories, Inc., Form-Co, Inc. and Universal Building Products, Inc.) filed a chapter 11 petition in the U.S. Bankruptcy Court for the District of Delaware.  For your reference, I am attaching the debtor's petition and list of thirty largest unsecured creditors.

List of creditors holding 30 largest unsecured claims:

Raytrans Distribution Services, Inc.
King Steel Corp.
Atlas Employment Services, Inc.
Eastern Accessories Corp.
Millennium Metals, LLC
MLRP 2300 Maywood LLC
Hebei Longda Trade Co., Ltd.
Jade-Sterling Steel Co., Inc.
Precision Industries, Inc.
Shanghai Hualin Hardware Co., Ltd.
Mitek Industries, Inc.
Sugar Steel
Annas Sales Group LLC
Toyota Financial Services
American Express Company
Diversified Sourcing Solutions
Mid State Industries, LLC
Super Roco Steel & Tube
Qingdao Welkin Co.
ABC Logistics
Quad-County Ready Mix
Soudan Metals
Capital Steel & Wire, Inc.
Topline Staffing
Clark Cubed
Qingdao Const Forging Inc.
Crest Steel Corp.
Estes Express Lines
Select Staffing
Landstar Ranger, Inc.


Deborah J. Piazza
**Hodgson Russ LLP**
60 East 42nd Street
New York, N.Y. 10165
Tel: 212-661-3535/Direct: 646-218-7560
Fax: 212-972-1677/Direct: 646-943-7103
dpiazza@hodgsonruss.com
www.hodgsonruss.com


In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in tr communication or in any attachment is not intended to be used, and it cannot b used, for the purpose of avoiding federal tax penalties.

This message may contain confidential information that is protected by the attorney-client privilege or otherwise.  If you are not the intended recipient are notified that any disclosure, copying, distribution, or taking of action i on the contents of this message is strictly prohibited. If you have received t message in error, please notify the sender immediately by e-mail and delete th original message.  Thank you.

Subj:    RE: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...
Date:    8/5/2010 10:39:34 A.M. Eastern Daylight Time
From:    WJung@lowenstein.com
To:      Uschinaasset@aol.com

Counsel tells us that they don't have any more detail information at the moment.  They are attempting to do a 363 to the lenders and the records are not pristine.  Could this be the e-mail address? sales@tachk.com

Regards,
Wojciech
973-597-2464

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 9:18 AM
**To:** Jung, Wojciech F.
**Cc:** Pitta, Thomas A.
**Subject:** Fwd: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?

**EASTERN ACCESSORIES CORP**
**SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG**

**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**

---

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

Lowenstein Sandler's practice in the State of California is conducted by Lowenstein Sandler LLP, a limited liability partnership comprised of professional corporations.

Subj:    **Re: New Chapter 11 Petition**
Date:    8/5/2010 10:37:06 A.M. Eastern Daylight Time
From:    FRosner@mrs-law.com
To:      Uschinaasset@aol.com, FRosner@mrs-law.com

Will request and report back.

---

**From:** Uschinaasset@aol.com
**Date:** Thu, 5 Aug 2010 09:19:41 EDT
**To:** <FRosner@mrs-law.com>
**Subject:** Re: New Chapter 11 Petition

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


# EASTERN ACCESSORIES CORP
# SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

Saturday, September 11, 2010 America Online: Uschinaasset

HL 0410

**Subj:** RE: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...
**Date:** 8/5/2010 10:22:51 A.M. Eastern Daylight Time
**From:** WJung@lowenstein.com
**To:** Uschinaasset@aol.com
**CC:** TPitta@lowenstein.com

I'll look into this.  thx

Regards,
Wojciech
973-597-2464

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Thursday, August 05, 2010 9:18 AM
**To:** Jung, Wojciech F.
**Cc:** Pitta, Thomas A.
**Subject:** Fwd: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2...

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


**EASTERN ACCESSORIES CORP**
**SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG**


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**

---

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

Lowenstein Sandler's practice in the State of California is conducted by Lowenstein Sandler LLP, a limited liability partnership comprised of professional corporations.

Subj:    **Fwd: New Petition filed in Delaware - Universal Form Clamp, Inc.**
Date:    8/5/2010 11:41:53 AM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      DPiazza@hodgsonruss.com
Dear Counsel Debbie: I received the same petition yesterday from five other law firms. It appears a competition for a pending committee counsel out there.    ——Dr. Liu

-----Original Message-----
From: "Piazza, Deborah" <DPiazza@hodgsonruss.com>
Date: Thu, 5 Aug 2010 11:38:19 -0400
Subject: New Petition filed in Delaware - Universal Form Clamp, Inc.


Universal Form Clamp, Inc. (and affiliated debtors, Accubrace, Inc., Don De Cristo Concrete Accessories, Inc., Form-Co, Inc. and Universal Building Products, Inc.) filed a chapter 11 petition in the U.S. Bankruptcy Court for the District of Delaware.  For your reference, I am attaching the debtor's petition and list of thirty largest unsecured creditors.

List of creditors holding 30 largest unsecured claims:

Raytrans Distribution Services, Inc.
King Steel Corp.
Atlas Employment Services, Inc.
Eastern Accessories Corp.
Millennium Metals, LLC
MLRP 2300 Maywood LLC
Hebei Longda Trade Co., Ltd.
Jade-Sterling Steel Co., Inc.
Precision Industries, Inc.
Shanghai Hualin Hardware Co., Ltd.
Mitek Industries, Inc.
Sugar Steel
Annas Sales Group LLC
Toyota Financial Services
American Express Company
Diversified Sourcing Solutions
Mid State Industries, LLC
Super Roco Steel & Tube
Qingdao Welkin Co.
ABC Logistics
Quad-County Ready Mix
Soudan Metals
Capital Steel & Wire, Inc.
Topline Staffing
Clark Cubed
Qingdao Const Forging Inc.
Crest Steel Corp.
Estes Express Lines
Select Staffing
Landstar Ranger, Inc.


Deborah J. Piazza
**Hodgson Russ LLP**
60 East 42nd Street
New York, N.Y. 10165
Tel: 212-661-3535/Direct: 646-218-7560
Fax: 212-972-1677/Direct: 646-943-7103
dpiazza@hodgsonruss.com
www.hodgsonruss.com

HL 0413

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in this communication or in any attachment is not intended to be used, and it cannot be used, for the purpose of avoiding federal tax penalties.

This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or taking of action in reliance on the contents of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by e-mail and delete the original message. Thank you.

Subj:   **Re: New Chapter 11 Petition**
Date:   8/5/2010 9:19:41 AM Eastern Daylight Time
From:   Uschinaasset@aol.com
To:    FRosner@mrs-law.com

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


**EASTERN ACCESSORIES CORP**
**SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG**


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0415

| Subj: | Fwd: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2... |
|---|---|
| Date: | 8/5/2010 9:18:11 AM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | WJung@lowenstein.com |
| CC: | TPitta@lowenstein.com |

Counsel: Last night, after a strenuous search and the tip from my client in Hong Kong, I found the telephone number associated with No. 4 creditor (named below) and spoke to Ms. Wong who is working at the same room number of the business address listed on the Petition Schedule (copied below), and she give me her email address and web site. Obviously they are two different companies and EASTERN ACCESSORIES CORP may have moved out. I also noticed other creditors have a fax number on that Petition Schedule, but
No. 4 creditor has no fax number, no phone number and no email address. Could you get them or of them from the debtors attorney, FA or the US Trustees Office?


**EASTERN ACCESSORIES CORP**
**SUITE 801 TOWER 1 GATEWAY 25 CANTON ROAD, TST, HONG KONG**


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**


-----Original Message-----
From: Uschinaasset@aol.com
Date: Wed, 4 Aug 2010 19:47:12 EDT
Subject: Re: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/20...
To: WJung@lowenstein.com
CC: TPitta@lowenstein.com


Dear Counsel Woljiech: Your tip came in as one of five early birds this morning. And your intention of serving on a pending committee is well recognized. As usual, at this probing stage, let's find out what those Asian creditors are going to respond and their representation status in the USA prior to the petition.

Surprisingly, when I went through the income records of this year, I noticed a blank column from your firm. The only pending payment is from Proliance case in which a fee application re a certain compensation for my translation services in a small dollar amount was dispatched to Counsel Tom many months ago, but no response has ever come in yet. Hope I could hear a buzz from Counsel Tom.


**Dr. Haishan Liu**

HL 0416

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0417

| | |
|---|---|
| Subj: | **Re: New Chapter 11 Petition** |
| Date: | 8/4/2010 9:36:16 P.M. Eastern Daylight Time |
| From: | FRosner@mrs-law.com |
| To: | Uschinaasset@aol.com |

Agreed. Let me know if you need local assistance.

Best,

Fred

---

**From:** Uschinaasset@aol.com
**Date:** Wed, 4 Aug 2010 19:37:49 EDT
**To:** <FRosner@mrs-law.com>
**Subject:** Re: New Chapter 11 Petition

Dear Counsel Rosner: Your tip came in as one of five early birds this morning. And your intention of serving on a pending committee is well recognized. As usual, at this probing stage, let's find out what those Asian creditors are going to respond and their representation status in the USA prior to the petition.

**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0418

Subj: **Re: FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/20...**
Date: 8/4/2010 7:47:13 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: WJung@lowenstein.com
CC: TPitta@lowenstein.com

Dear Counsel Woljiech: Your tip came in as one of five early birds this morning. And your intention of serving on a pending committee is well recognized. As usual, at this probing stage, let's find out what those Asian creditors are going to respond and their representation status in the USA prior to the petition.

Surprisingly, when I went through the income records of this year, I noticed a blank column from your firm. The only pending payment is from Proliance case in which a fee application re a certain compensation for my translation services in a small dollar amount was dispatched to Counsel Tom many months ago, but no response has ever come in yet. Hope I could hear a buzz from Counsel Tom.

**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0419

Subj:     **Re: New Chapter 11 Petition**
Date:     8/4/2010 7:37:50 PM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       FRosner@mrs-law.com

Dear Counsel Rosner: Your tip came in as one of five early birds this morning. And your intention of serving on a pending committee is well recognized. As usual, at this probing stage, let's find out what those Asian creditors are going to respond and their representation status in the USA prior to the petition.


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

HL 0420

Subj:     **FW: Universal Building Products - case #: 10-12453 . They filed on 8/3/2010 in DE.**
Date:     8/4/2010 8:20:20 AM Eastern Daylight Time
From:     WJung@lowenstein.com
To:       Uschinaasset@aol.com
Please see attached.

**Regards,**
**Wojciech**
973-597-2464

---

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

Lowenstein Sandler's practice in the State of California is conducted by Lowenstein Sandler LLP, a limited liability partnership comprised of professional corporations.

Subj:    **New Chapter 11 Petition**
Date:    8/4/2010 7:01:49 AM Eastern Daylight Time
From:    FRosner@mrs-law.com
To:      uschinaasset@aol.com
FYI

**Debtor: Universal Form Clamp, Inc.**
**Case No.: 10-12457**
**Debtor's Counsel:Saul Ewing LLP**
**Assets:$10,000,001 to $50 millions**
**Liabilities:$50,000,001 to $100 millions**

The Rosner Law Group LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302-777-1111
302-295-4877
www.teamrosner.com

Saturday, Sept