**Exhibit C**

Subj:   HEBEI YINGKAIMO ZHONGXINBAO ANPING DISTRICTRESPONSIBLE INFORMATION
Date:   8/13/2010 3:09:25 A.M. Eastern Daylight Time
From:   eacservicecg@gmail.com
To:   Uschinaasset@aol.com
CC:   eastasale@gmail.com. eacservicew@gmail.com

Dear Dr. Liu,
Following pls find the contact info,FYI, pls contact with him.

15127863018
Dong Niu

Zhong Xin Bao Anping District Hebei YingKaiMo

B. regards,
Jessica

2010-08-13
EacServiceG

Subj:  HEBEI YINGKAIMO ZHONGXINBAO ANPING DISTRICTRESPONSIBLE INFORMATION
Date:  8/11/2010 10:56:47 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:    rooney_gao@yahoo.com

The amount on the third line of the Authorization Letter needs to be revised.

Dear Ms. Tingzhi Wang, Creditor EASTERN ACCESSORIES CORP. C/C: General Manager Dong,

I had a phone discussion with Mr. Dong and Ms. Tingzhi Wang today. We have fully expressed our willing to attend the preliminary session of the Unsecured Creditors Committee held at Delaware State Court this Friday and meanwhile implement the cooperation by immediately assisting your company to deal with the matters of receiving and payment for the containers that may have already arrived or will be arriving at the US port.

We are also willing to help your company deal with matters of any possible legal litigation against creditors ' company or main person in charge. We may either handle the matters based on your company's choice or based on the principle of "no-charging-in-advance-if-not-successful" and taking charges proportionately after the collection of payment becomes successful, or your company could also choose to make a one-time pre-payment for our services.

It is completely free-of-charge for us to represent your company to attend the preliminary session of the Unsecured Creditors Committee held at the US Delaware State Court this Friday. What your company needs to do is to fill out the following two documents, sign and stamp a seal on both and then send them back to us. One of the documents is an Authorization Letter (Proxy) for us to attend this meeting while the other one is a questionnaire (which had been sent to you previously) for your company to voluntarily attend the committee. Please inquire us by email if you have any question when filling out the documents.

Dr.HaishanLiu(Dr.Haishan Liu   )
US-China Assets Management USA, LLC.
33-63 55thStreet, Woodside ,  NY 11377 ,  USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Wi Fi in the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard:4006768159 , Extension: 8991056167#
Email: uschinaasset@aol.com

HL0057

To:     uschinaasset@aol.com

Dr.Liu :

Here is the revised Authorization Letter.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0058

Subj:   questionair 1
Date:   5/12/201010:38:04 A.M. Eastern Daylight Time
From:   rooney_gao@yahoo.com

Dr.Liu :

Here is the revised questionnaire.

Best regards,
Rooney Gao
Shanghai Hualin Co,.Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0060

Subj: Re:IE3/4
Date: 8/12/2010 4:53:22 A.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: Uschinaasset@aol.com

Dr.Liu :

Thanks for your encouragement.

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE: Ronney_hualin
msn:gb019814@hotmail. com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol,com>
To: rooney—gao@yahoo.com
Sent: Thu, August 12, 2010 12:17:33 PM
Subject: Re: IE3/4f

Dear Miss Gao,

Easy does it! You did a very good job. Actually, the process of debt collection is also the process of debt prevention.  Potentially you will become the"gatekeeper"of the future trade of the company.


Dr. HaishanLiu(Dr. Haishan Liu)
US-China Assets Management USA, LLC.
33-63 55th Street Woodside ,  NY 11377 ,  USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159;  Extension: 8991056167#
Email: uschiimasset@aol.com

HL0087

To: uschinaasset@aol.com

Fee for the molding tools.

Best regards,

Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0088

Subj: Re: Universal Building Products—Eastern Accessories Corp--Claim Profile
Date: 8/12/2010 1:17:12 AM. Eastern Daylight Time
From: eastasale@gmail.com
To: Uschinaasset@aol.com
CC: eacservicew@gmail.corn

Ms Wang pls work with Jessica today n others to file all sending to Dr. Liu, thanks

On 10-8-11, Uschinaasset@aol.com<Uschinaasset@aol.com> wrote：

> Dear Ms. Tingzhi Wang, Creditor EASTERN ACCESSORIES CORP

Dear Ms. Tingzhi Wang, Creditor EASTREN ACCESSORIES CORP

Attached here please find what your company is required to fill out pertaining to the comprehensive statistical tables for the proof materials received by the debtor regarding the unpaid goods before the bankruptcy application by the debtor's company on August 6.

Dr. HaishanLiu(Dr.Haishan Liu)

US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard 4006768159, Extension 8991056167#
Email: uschiimasset@aol.com
 (http: ⁄⁄ us.mc381 ,mail.yahoo.com/mc/compose?to=uscWnaasset@aol.com)

HL0104

Subj:     payment invoce For Westminster
Date:     8/12/201012:11:14 A.M. Eastern Daylight Time
From:     rooney_gao@yahoo.com
To:       uschinaasset@aol.com

Dr.Liu:

Here is the second letter.

Best regards,
Rooney Gao
Shanghai Hualin Co,.Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

HL0119

To: uschinaasset@aol.com

Dr.Liu :

Attached here is the questionnaire that I just revised. I am so sorry for any inconveniences that may be brought to you because of my carelessness.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0122

Subj: payment Bellwood
Date: 8/12/201012:10:27 A.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: uschinaasset@aol.com

Dear Dr. Liu,

I am so sorry that the email I sent you just now was an empty one.

Best regards,

Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


—Forwarded Message -—-
From: Rooney Gao <rooney_gao@yahoo.com>
To: uschinaasset@aol.com
Sent: Thu, August 12, 2010 12:08:14 PM
Subject: payment Bellwood


Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0125

| | |
|---|---|
| Subj: | Authorization Letter |
| Date: | 8/11/2010 11:04:38 P.M. Eastern Daylight Time |
| From: | rooney_gao@yahoo.com |
| To: | Uschinaasset@aol.com |

Yes. I saw it. I am sorry for that. The revisions are as per the attachment.

From Dr. Liu's signature column, you can find my MSN and SKYPE. We are both on-line. If there isn any question, we can also get in touch timely.

Best regards,
Rooney Gao
Shanghai Hualin Co,.Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney—gao@yahoo.com
Sent: Thu, August 12A 2010 10:56:47 AM
Subject: Re: El^"^IEiS

The amount on the third line of the Authorization Letter needs to be revised.

HL0126

Subj: Phone Call
Date: 8/11/2010 10:58:07 P.M. Eastern Daylight Time
From: rooney qao@yahoo.com
To: uschinaasse@aol.com

Dr.Liu,

Did you call me just now?

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0128

Subj: Authorization Letter Issue
Date: 8/11/201010:50:45 P.M. Eastern Daylight Time
From: roonet_gao@yshoo.com
To: uschinaasset@aol.com

Dear Dr. Liu,

You mentioned this morning that there were some problems on the amount of the Authorization Letter. I have looked into it. The amount payable is actually not displayed in the Authorization letter. It is just an Authorization Letter. Please let me know which document has the problem so that I can revise right now.

Best regards,

Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0129

Subj:    total amount
Date:    8/11/2010 10:48:17 P.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:      uschinaasset@aol.com

Dear Dr. Liu：

Now I would like to send you the total arrears. Based on our phone conversation this morning, I also need to provide the contract, invoices, packing list and bill of lading of the arrears.

Following that will be the meeting in the evening. Therefore, may I ask if there are other problems besides these that need to be prepared?

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0130

To:      Uschinaasset@aol.com
CC:     demoyi@yahoo.cn

Dr.Liu：

The Attachment is a portion under Item F.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Wed, August 11, 2010 11:50:25 AM
Subject: Re: SHANGHAI HUALIN HARDWARE--?ï¥?ïA?"():?"0?"aPDF

Dear Ms. Gao,

Foreigners are not able to read Mandarin Chinese. So you will have to sign your name Ailin
Wang in Chinese Pinyin. Practices make perfect. So please re-send it to me. Thanks!

Dr. HaishanLiu(Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside ,  NY 11377 ,  USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA):总机 4006768159 , 分机 8991056167#
Email: uschiimasset@aol.com

HL0136

To:      Uschinaasset@aol.com

Dr.Liu :

Attached here please find the photos for the products.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM —
Subject: Fwd: SHANGHAI HUALIN HARDWARE—I O+>>aIE3/4PDF

Note: Forwarded message is attached.

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in
PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that
there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a
new scanner for you for interim use.

Dr. HaishanLiu (Dr.Haishan Liu)
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159; Extension: 8991056167#
Email: uschiimasset@aol.com

HL0141

To:     Uschinaasset@aol.com

Dr.Liu-

Attached here please find the Authorization Letter.

Best regards,
Rooney Gao
Shanghai Hualin Co,.Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


From: "Uschinaasset@ad.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM —
■Subject: Fwd: SHANGHAI HUALIN HARDWARE—{"PDF}
Note: Forwarded message is attached.

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in
PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that
there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a
new scanner for you for interim use.


Dr. HaishanLiu (Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside ,  NY 11377 ,  USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159; Extension: 8991056167#
Email: uschiimasset@aol.com

HL0142

Subj:   Universal Building Products—Eastern Accessories Corp—Claim Profile
Date:   8/10/2010 11:04:50 PM Eastern Daylight Time
From:   Uschinaasset@aol.com
To:     eacservicew@gmail.com

Dear Ms. Tingzhi Wang, Creditor EASTREN ACCESSORIES CORP

Attached here please find what your company is required to fill out pertaining to the comprehensive statistical tables for the proof materials received by the debtor regarding the unpaid goods before the bankruptcy application by the debtor's company on August 6.

Dr. HaishanLiu(Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA):总机 4006768159 , 分机 8991056167#
Email: uschiimasset@aol.com

HL0144

Subj:  Universal Building Products-Eastern Accessories Corp—Balance Sheet
Date:  8/10/2010 10:54:18 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:    eacservicew@gmailcom

Dear Ms. Tingzhi Wang, Creditor EASTREN ACCESSORIES CORP

Attached here please find what your company is required to fill out pertaining to the comprehensive statistical tables for the proof materials received by the debtor regarding the unpaid goods before the bankruptcy application by the debtor's company on August 6.

HL0149

To: Uschinaasset@aol.com

Dear Dr. Liu,

Hi! I have arrived !

Best regards,
Rooney Gao
Shanghai Hualin Co,, Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney—gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM
Subject: Fwd: SHANGHAI HUALIN HARDWARE—r6±»^§3/4i'PDF
Note: Forwarded message is attached.

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in
PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that
there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a
new scanner for you for interim use.


Dr. HaishanLiu(Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside ,  NY 11377 ,  USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159; Extension: 8991056167#
Email: uschiimasset@aol.com

HL0152

Subj:    Re- Fwd- Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardw...
Date:    8/10/2010 12:37:39 P.M. Eastern Daylight Time
From:    rooney gao@yahoo.com
To:      Uschinaasset@aol.com

Dear Dr.Liu,

The attachment here in a questionnaire I created. I felt that some of the items may have problems. I would appreciate it if you could help make corrections so that I will make amendments.

Thanks a lot!

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney gao@yahoo.com
Cc: roorieygao@li3.com
Sent: Mon, August 9, 2010 12:27:56 PM
Subject: Fwd: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardw...

Note: Forwarded message is attached.

HL0153

To: Uschinaasset@aol.com

Dear Dr.Liu,

Attached here are the invoices, the complete information of the two containers on the sea as well as the authorization letter.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney—gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM _
Subject: Fwd: SHANGHAI HUALIN HARDWARE—r6±> 《K%i'PDF
Note: Forwarded message is attached

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a new scanner for you for interim use.


Dr. HaishanLiu(Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA):  Switchboard: 4006768159  Extension: 8991056167#
Email: uschiimasset@aol.com

HL0157

To:      rooney_gao@yahoo.com

Dear Ms. Gao,

Foreigners are not able to read Mandarin Chinese. So you will have to sign your name Ailin
Wang in Chinese Pinyin. Practices make perfect. So please re-send it to me. Thanks!

Dr. HaishanLiu (Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159 Extension: 8991056167#
Email: uschiimasset@aol.com

HL0158

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM —
Subject: Fwd: SHANGHAI HUALIN HARDWARE—r6±»3§% 〖PDF
Note: Forwarded message is attached,

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a new scanner for you for interim use.

Dr. HaishanLiu (Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159; Extension: 8991056167#
Email: uschiimasset@aol.com

HL0159

To:      Uschinaasset@aol.com

Dear Dr. Liu,

Attached here please find the contract, packing list and bill of lading of the two containers on the sea. I will scan all the other documents for you tonight. Please call my cell phone if you have any question.

Many thanks!

Best regards,
Rooney Gao
Shanghai Hualin Co,.Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschlnaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM
Subject: Fwd: SHANGHAI HUALIN HARDWARE—r6±>"f§3/4i'PDF
Note: Forwarded message is attached.

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a new scanner for you for interim use.

Dr. HaishanLiu (Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside ,  NY 11377 ,  USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159; Extension: 8991056167#
Email: uschiimasset@aol.com

HL0160

To:     Uschinaasset@aol.com

OK. I know it. Thank you.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM —
Subject: Fwd: SHANGHAI HUALIN HARDWARE—r6 土》 3/4pDF
Note: Forwarded message is attached.

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a new scanner for you for interim use.

Dr. HaishanLiu(Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159;  Extension: 8991056167#
Email: uschiimasset@aol.com

HL0162

To:     roonev Q30@vahoo.com

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a new scanner for you for interim use.

Dr.HaishanLiu(Dr.Haishan Liu   )

US-China Assets Management USA , LLC.
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205¯1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA)  Switchboard:400676S159; Extension:8991056167#
Email: uschin33SS6t@aol.com

—Original Message—
Date: Mon, 9 Aug 2010 19:55:42 -0700 (PDT)
From: Rooney G30 <rooney_g30@y3hoo.com>
Subject: =?utf-8?B?
UmU6IEZ3ZDogU0hBTkdQUkggSFVBTElOIEhBUkRXQVJFwqHDgcKhwqTCqMKs?=
=?utf-8?B?Pz;8/Pz8/wqjCusKowqxh?=
To: Uschinaasset@aol.com

Dear Dr. Liu ,

Sorry for bothering you.
Is a Word format available for the PDF format of the attached questionnaire from the investigation commission? We found no way to fill out the questionnaire directly.

Thanks!

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney ━ hualin
msn:gb019814@hotmail.com
http: ⁄⁄ www.hualinspaeer.com
Moble:158 210 345 50

HL0162

To:     eacservicew@gmail.com

Dear Creditor Rooney Gao (Ms. Gao),

Dear Ms. Wang, Eastern Accessories Corp,

I hope our phone communication just now could help your company for the debt collection. Please review the attached document and also reply when you receive this email for the purpose of keeping our future mutual communications unimpeded. Thanks!

---Dr. Haishan Liu, USA

The name of the debtor company in US: Universal Building Products, Inc

Regarding the legal service information available to the Chinese creditor from the bankruptcy case of the American Debtor

August 9, 2010
The name of the Chinese Creditor Company : Shanghai Hualin Hardware Co" Ltd. Amount owed: $223,188.15

EASTERN ACCESSORIES CORPORATION
Address  suite 801 tower 1 gateway 25 canton road, TST, hong kong

Phone    86-532-85920817 / 85878082
Fax 86-532-85872910
Contact: Ms. Wang

Dear Ms. Wang,

This is an important and urgent document. Please hand it over to Xiangyang Yan, Chairman of Board of Directors, the General Manager, and Financial Director of your company. Thanks!

According to the case of enterprises' bankruptcy applications announced by the US bankruptcy court on August 4, 2010, your company has been listed on No.4 of the first page of the top 30 creditors of the company Universal Building Products, Inc. which has filed a bankruptcy application ( please review the attached bankrupt application case No. 10-12453. A Unsecuredamount the debtor has submitted to the US court for your company is up to $416,453.55. Your company is eligible for registering the credit claims and also using the materials declared by your company as the foundation for examination.

The US bankruptcy laws regulate that for companies applying for legitimate bankruptcy with the normal reasons of insolvency or mismanagement, if the creditors do not raise any objection or litigation, under normal circumstances, the US court will approve to completely or partially relieve its debts. In the period of waiting fro the approval, the debtor is under the protection of the US bankruptcy laws and the creditor shall not render any business interference or personal threat to the debtor. However, the bankruptcy laws also regulate that so long as there are 3-7 creditors jointly demanding to establish an Official Unsecured Creditors Committee, the US court will ensure that an eligible US law firm to be selected and designated by the committee to undertake the legal advisor serving for all the   creditors. The selected law firm provides relevant legal consultancies, verifies the materials declared by the creditors and examines the business records of the debtor to avoid any unclear assets or illegal loss.  The collected assets and funds will be completely distributed to the creditors while the US lawyers shall not have any share of it. Furthermore, the expenses of the US lawyers shall be fully borne by the debtor after the amount is verified by the court. Simply put, the creditors will receive the US legal services without having to pay extra fees so long as they could unite as a whole.  You may approach the US law office that you are familiarized with. Due to the fact that US-China Assets Management USA, LLC advocates the debt collection business on the basis of "no-charging-in-advance-if-not-successful" as well as the low-rate debt prevention              HL164 activities for the  Chinese enterprises in the United States (if you key in "China-US Debt Collection" or

29

"Haishan Liu", you will be able to browse relevant information on Internet). We may also recommend the US law offices which are currently involved in China-US Debt Collection activities for your company to evaluate and select. For instance, we have undertaken the top three US bankruptcy cases which the amount involved exceeds $300 million. Currently the cases have been approved by the court for bankruptcy reorganization. The compensations to the creditors have been implemented. Some other big cases we undertook include eToys Inc (Toys), Rehrig International (store shopping cart ) and Steve & Barry's (garments ) as well as the bankruptcy case of the largest US car parts and accessories company Proliance at this moment. I personally have undertaken the Chinese-English interpreter and communicator for this large bankruptcy cases. I have also undertaken the chairman of the Official Unsecured Creditors Committee for another bankruptcy case and the co-chairman of the Official Unsecured Creditors Committee for the bankruptcy case of Bachrach, the US brand suits chain store. Therefore, I am familiar with the entire operation process. I can help or assist your company to deal with all kinds of affairs associated with this bankruptcy case.

The first creditors meeting in regard of the discussion of organizing an official Unsecured creditors committee has been scheduled to start at 10:00am, EST, at the District of Delaware. There are several ways that we could work together:

If you are not in a position to attend the meeting in person, we will be able to represent your company to attend it. We will strive to help your company enter into the committee and inform you of the meeting results of that day. This is absolutely free of charge.

If you decide to come to the US to attend the meeting in person, we could arrange our American lawyers to accompany you for attendance and also inform you of the meeting results of that day. This is absolutely free of charge. That way, our American lawyers could present their proposal on this case on behalf of the Unsecured creditors during the meeting.

This is the only chance that creditors can receive the free legal services through the committee. Please don ' t give it up easily. The process of applying the preliminary session of the creditors meeting is very simple. What you need to do is to fill out a committee questionnaire and one authorization letter for the meeting attendance (provided at any time). Whether your company will be selected to enter for this committee or not, the mutually authorized rights and obligations will be ended when the meeting is over at that day. If your company is selected, your company will be able to determine the way of participate of the activities of the committee so as to grasp the first-hand information related to this case. Alternatively, you could also entrust us to assist your company in claiming credit, participating the creditors meeting, contacting with creditors and the court dealing with bankruptcy based on the principle of "no-charging-in-advance-if-not-successful".

Please feel free to call or send an email to us, we could arrange a professional legal consultancy for your company at no cost in regard of the laws of bankruptcy.

Dr. HaishanLiu (Dr. Haishan Liu)
US-China Assets Management USA, LLC.
33-63 55th Street, Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA):Switchboard:4006768159 , Extension:8991056167#
Email: uschinaasset@aol.com

Note: Here below is an initial analysis worked out by one of our lawyers from our China-USA Lawyers Debt Collection Team pursuant to this case. The analysis was written in English. You might as well look at it first. If there is anything unclear, you may inquire us.

Debtor
Universal Building Products, Inc.
15172 Goldenwest Circle
Westminster, CA 92683

HL165

Subj:     Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin
Date:     8/9/2010 9:37:48 P,M. Eastern Daylight Time
From:     rooney_gao@yahoo.com
To: Uschinaasset@aol.com

Dear Dr. Liu.

Received 1.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

HL0179

Subj:     Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin
Date:     8/9/2010 9:37:48 P,M. Eastern Daylight Time
From:     rooney_gao@yahoo.com
To: Uschinaasset@aol.com

Dear Dr. Liu.

How are you? Do you need us to fill out these forms now and then send them back to you?

Additionally, please help offer your comments regarding the containers on the sea.

Many thanks!

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50


From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Tue, August 10, 2010 9:24:14 AM
Subject: Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin

Dear Ms. Gao,

Attached here please find the comprehensive statistical tables for the proof materials received by the
debtor pertaining to the unpaid goods before the bankruptcy application by the debtor's company on
August 6.

Dr. HaishanLiu(Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159; Extension: 8991056167#
Email: uschiimasset@aol.com


HL180

Subj:    Re: information-Universal Building Products, Inc. files Ch11-Shanghai Hualin
Date:    8/9/2010 8:01:05 P.M. Eastern Daylight Time
From:    roonev_gao@yahoo.com
To:      Uschinaasset@aol.com

Dear Mr. Liu,

How are you doing? I just received a phone call from my boss and he told me that you are willing to find out a buyer for us. The value of the goods in the two containers is USD49,451.90. My boss said that we are willing to treat this case in two separate ways:

We pay you a certain amount of commission.

If you could find someone to purchase it, we could offer a discount over the value of the goods. May I ask what will be a reasonable discount over the value of the goods if that is the case?

Many thanks!

Best regards,
Rooney Gao
Shangiiai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811 -0661
SKYPE:ronney — hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooneygao@163.com
Cc: rooney_gao@yahoo.com
Sent: Mon, August 9, 2010 12:32:28 PM
Subject: Re: information-Universal Building Products, Inc. files Shanghal Hualin

Dear Mr. Liu,

Please send the information to this mailbox.

Best regards,

Rooney Gao
Shanghai Hualin Co., Ltd
Tel: 0086-21-6765-8727/ 0086-21-6811-1091
Fax: 0086-21-6765-8727/ 0086-21-6811-0661
SKYPE:ronney — hualin
msn:gb019814@hotmail.com
http: ″ www.hualinspacer.com
Moble:158 210 345 50

Dear Creditor Rooney Gao (Ms. Gao),

Kindly please refer to the appendix and also please reply that you have received the email to keep our future communications unimpeded. Thanks. In the next email, you will able to check from the 6 associated companies of Universal Building Products, Inc if there are arrears that belong to your company. If you cannot find the information, we could help locate it from your company's export evidence materials. We won't charge any fee for this.   ---Dr. Haishan Liu, USA                                    HL181

33

Subj:   Re: SHANGHAI HUALIN HARDWARE
Date:   8/9/2010 7:52:18 PM Eastern Daylight Time
From:   Uschinaasset@aol.com
To:     demoyi@yahoo.cn. rooneygao@163.com

Dear Mr. Zhang and Ms. Gao,

I had a phone discussion with Mr. Zhang US time this morning. We reached a consensus of accepting your company's authorization to attend the preliminary session of the Unsecured Creditors Committee held at Delaware State Court this Friday and meanwhile implementing the cooperation by immediately assisting your company to deal with the matters of receiving and payment for the containers that may have already arrived or will be arriving at the US port.

It is completely free-of-charge for us to represent your company to attend the preliminary session of the Unsecured Creditors Committee held at the US Delaware State Court this Friday. What your company needs to do is to fill out the following two documents, sign and stamp a seal on both and then send them back to us. One of the documents is an Authorization Letter (Proxy) for us to attend this meeting while the other one is a questionnaire for your company to voluntarily attend the committee. Please inquire us by email if you have any question when filling out the documents.

Regarding the aspect of assisting your company to deal with the matters of receiving and payment for the containers that may have already arrived or will be arriving at the US port, we may either handle the matters based on your company's choice or based on the principle of "no-charging-in-advance-if-not-successful" and taking charges proportionately after the collection of payment becomes successful, or your company could also choose to make a one-time pre-payment for our services. Firstly, please send us the materials of the above-mentioned containers for our review. Please send one email for each individual container including purchasing order, contract, or sales confirmation (please let us know if any required document is not available), invoices, packing list and bill of lading.

Dr. HaishanLiu (Dr. Haishan Liu )
US-China Assets Management USA, LLC.
3343 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax : 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159; Extension: 8991056167#
Email: uschinaasset@aolcom

HL186

SUbj:     Re:Re: Information-Universal Building Products, Inc. files Ch11-Shanghai Hualin
Date:     8/9/2010 2:23:05 A.M. Eastern Daylight Time
From: rooneygao@163.com
To: Uschinaasset@aol.com

Dear Mr. Liu
Kindly please contact with the contacting person in charge of our company. The cell phone number of Mr. Zhang is 13701673132

Shsnghai Hualin Co.,Ltd
Tel: 0086-21 -6765˜8727/0086-21 -6811 -1091
Fax: 0086-21 ˮ6765-8727/0086-21 -6811-0661
SKYPE: ronney_hualin
msn: gb019814@hotmail.com
http://www.hualinspacer.com
Mobile: 158 210 345 50
On 2010-08-09 12:32:28, Uschinaasset@aol.com Wrote：

Dear Mr. Liu,
Please send the relevant information to this mailbox.

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel: 0086-21 -6765-8727/0086-21 -6811 -1091
Fax: 0086-21-6765-8727/0086-21-6811-0661
SKYPE: ronney_hualin
msn:gb019814@hotmail.com
http://www. hualinspacer.com
Moble:158 210 345 50

Dear Creditor Rooney Gao (Ms. Gao),
Kindly please refer to the appendix and also please reply that you have received the email to keep our future communications unimpeded. Thanks. In the next email, you will able to check from the 6 associated companies of Universal Building Products, Inc if there are arrears that belong to your company. If you cannot find the information, we could help locate it from your company's export evidence materials. We won't charge any fee for this.

---Dr. Haishan Liu, USA

The name of the debtor company in US: Universal Building Products, Inc
Regarding the legal service information available to the Chinese creditor from the bankruptcy case of the American Debtor.

August 9, 2010
The name of the Chinese Creditor Company : Shanghai Hualin Hardware Coˮ Ltd. Amount owed: $223,188.15

Shanghai Hualin Hardware Co., Ltd
Address 113-125# Donglan West Road Jiuxing Shanghai China 20ˮ 01
Phone    86-021-54861742; 64613035
Fax: 86-021-54869398; 54862163 ,
Contact Ms.Ailing; Ms. Rooney Gáo; Fan
Cell Phone: Rooney Gao (Ms. Gao): 15821034550
Email rooneygao@yahoo.com
Web Site http://www.hualinspacer.com

Contact Ms. Ailing, Ms. Rooney Gao, Fa
Cell  Rooney Gao (Ms.)  15821034550
Email: roorygao@yahoo.com
Website: http://www.hualingspacer.com

HL0187

35

Dear Ms. Rooney Gao,

This is an important and urgent document. Please hand it over to Xiangyang Yan, Chairman of Board of Directors, the General Manager, and Financial Director of your company. Thanks!
According to the case of enterprises' bankruptcy applications announced by the US bankruptcy court on August 4, 2010, your company has been listed on No.4 of the first page of the top 30 creditors of the company Universal Building Products, Inc. which has filed a bankruptcy application ( please review the attached bankrupt application case No. 10-12453. A Unsecured amount the debtor has submitted to the US court for your company is up to $416,453.55. Your company is eligible for registering the credit claims and also using the materials declared by your company as the foundation for examination.

The US bankruptcy laws regulate that for companies applying for legitimate bankruptcy with the normal reasons of insolvency or mismanagement, if the creditors do not raise any objection or litigation, under normal circumstances, the US court will approve to completely or partially relieve its debts. In the period of waiting fro the approval, the debtor is under the protection of the US bankruptcy laws and the creditor shall not render any business interference or personal threat to the debtor. However, the bankruptcy laws also regulate that so long as there are 3-7 creditors jointly demanding to establish an Official Unsecured Creditors Committee, the US court will ensure that an eligible US law firm to be selected and designated by the committee to undertake the legal advisor serving for all the creditors. The selected law firm provides relevant legal consultancies, verifies the materials declared by the creditors and examines the business records of the debtor to avoid any unclear assets or illegal loss. The collected assets and funds will be completely distributed to the creditors while the US lawyers shall not have any share of it. Furthermore, the expenses of the US lawyers shall be fully borne by the debtor after the amount is verified by the court. Simply put, the creditors will receive the US legal services without having to pay extra fees so long as they could unite as a whole. You may approach the US law office that you are familiarized with. Due to the fact that US-China Assets Management USA, LLC advocates the debt collection business on the basis of "no-charging-in-advance-if-not-successful" as well as the low-rate debt prevention activities for the Chinese enterprises in the United States (if you key in "China-US Debt Collection" or "Haishan Liu", you will be able to browse relevant information on Internet). We may also recommend the US law offices which are currently involved in China-US Debt Collection activities for your company to evaluate and select. For instance, we have undertaken the top three US bankruptcy cases which the amount involved exceeds $300 million. Currently the cases have been approved by the court for bankruptcy reorganization. The compensations to the creditors have been implemented. Some other big cases we undertook include eToys Inc (Toys), Rehrig International (store shopping cart ) and Steve & Barry's (garments ) as well as the bankruptcy case of the largest US car parts and accessories company Proliance at this moment. I personally have undertaken the Chinese-English interpreter and communicator for this large bankruptcy cases. I have also undertaken the chairman of the Official Unsecured Creditors Committee for another bankruptcy case and the co-chairman of the Official Unsecured Creditors Committee for the bankruptcy case of Bachrach, the US brand suits chain store. Therefore, I am familiar with the entire operation process. I can help or assist your company to deal with all kinds of affairs associated with this bankruptcy case.

The first creditors meeting in regard of the discussion of organizing an official Unsecured creditors committee has been scheduled to start at 10:00am, EST, at the District of Delaware. There are several ways that we could work together:

HL0188

If you are not in a position to attend the meeting in person, we will be able to represent your company to attend it. We will strive to help your company enter into the committee and inform you of the meeting results of that day. This is absolutely free of charge.

If you decide to come to the US to attend the meeting in person, we could arrange our American lawyers to accompany you for attendance and also inform you of the meeting results of that day. This is absolutely free of charge. That way, our American lawyers could present their proposal on this case on behalf of the Unsecured creditors during the meeting.

This is the only chance that creditors can receive the free legal services through the committee. Please don't give it up easily. The process of applying the preliminary session of the creditors meeting is very simple. What you need to do is to fill out a committee questionnaire and one authorization letter for the meeting attendance (provided at any time). Whether your company will be selected to enter for this committee or not, the mutually authorized rights and obligations will be ended when the meeting is over at that day. If your company is selected, your company will be able to determine the way of participate of the activities of the committee so as to grasp the first-hand information related to this case. Alternatively, you could also entrust us to assist your company in claiming credit, participating the creditors meeting, contacting with creditors and the court dealing with bankruptcy based on the principle of "no-charging-in-advance-if-not-successful".

Please feel free to call or send an email to us, we could arrange a professional legal consultancy for your company at no cost in regard of the laws of bankruptcy.

Dr.Haishan Liu(Dr. Haishan Liu  )
US-China Assets Management USA, LLC.

HL0188

33-63 55th Street Woodside NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard 400676818S9 Extension: 8991056167#
Email: uschinaasset@aol.com
--------------------------------------------------------------------------------------------

Remarks: Below is a preliminary analysis made pertaining to this case by one of the lawyers from our China-USA Lawyers Debt Collection Team. It was written in English. You may look at it for reference. If there is anything unclear, please contact with us.

Debtor
Universal Building Products, inc.
15172 Goldenwest Circle
Westminster, CA 92683

Bankruptcy Petition #: 10-12453

represented by
Mark Minuti
Saul Ewing LLP
222 Delaware Ave , Suite 1200

Creditors - 50-99
Assets-1-10 Million
Liabilities , 10-50 Million

Universal Building Products, Inc.

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp , Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankrupted counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed' and the request date is Wednesday September 15 , 2010 @ 9:30 A.M. -J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St,, 5th Fl., , Courtroom #4 , Wilmington, , Delaware. Background The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses In North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008 , the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

Debt Structure

HL0189

Subj: RE: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardware
Date: 8/9/2010 12:45:16 A.M. Eastern Daylight Time
From: rooneygao@yahoo.com
To: Uschinaasset@aol.com

Dear Mr. Liu,

I have received your email. Thanks!

Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

On 2010-08-09 10:42:23, Uschinaasset@aol.com wrote:

Dear Creditor Rooney Gao (Ms. Gao),

Kindly please refer to the appendix and also please reply that you have received the email to keep our future communications unimpeded. Thanks. In the next email, you will able to check from the 6 associated companies of Universal Building Products, Inc if there are arrears that belong to your company. If you cannot find the information, we could help locate it from your company's export evidence materials. We won't charge any fee for this.

---Dr. Haishan Liu, USA

The name of the debtor company in US: Universal Building Products, Inc

Regarding the legal service information available to the Chinese creditor from the bankruptcy case of the American Debtor

August 9, 2010
The name of the Chinese Creditor Company : Shanghai Hualin Hardware Co" Ltd. Amount owed: $223,188.15

Shanghai Hualin Hardware Co., Ltd
Address 113-125# Donglan West Road Jiuxing Shanghai China 201101
Phone    86-021-54861742; 64613035
Fax      86-021-54869398; 54862163 ,
Contacts: Ms.Ailing; Ms. Rooney Gao; Fan
Cell Phone of Rooney Gao (Ms. Gao): 15821034550
EmaU rooneygao@yahoo.com
Web Site http: " www.hualiasoacer.com/

HL0193

Dear Ms. Wang,

This is an important and urgent document. Please hand it over to Xiangyang Yan, Chairman of Board of Directors, the General Manager, and Financial Director of your company. Thanks!

According to the case of enterprises' bankruptcy applications announced by the US bankruptcy court on August 4, 2010, your company has been listed on No.4 of the first page of the top 30 creditors of the company Universal Building Products, Inc. which has filed a bankruptcy application ( please review the attached bankrupt application case No. 10-12453. A Unsecuredamount the debtor has submitted to the US court for your company is up to $416,453.55. Your company is eligible for registering the credit claims and also using the materials declared by your company as the foundation for examination.

The US bankruptcy laws regulate that for companies applying for legitimate bankruptcy with the normal reasons of insolvency or mismanagement, if the creditors do not raise any objection or litigation, under normal circumstances, the US court will approve to completely or partially relieve its debts. In the period of waiting fro the approval, the debtor is under the protection of the US bankruptcy laws and the creditor shall not render any business interference or personal threat to the debtor. However, the bankruptcy laws also regulate that so long as there are 3-7 creditors jointly demanding to establish an Official Unsecured Creditors Committee, the US court will ensure that an eligible US law firm to be selected and designated by the committee to undertake the legal advisor serving for all the creditors. The selected law firm provides relevant legal consultancies, verifies the materials declared by the creditors and examines the business records of the debtor to avoid any unclear assets or illegal loss. The collected assets and funds will be completely distributed to the creditors while the US lawyers shall not have any share of it. Furthermore, the expenses of the US lawyers shall be fully borne by the debtor after the amount is verified by the court. Simply put, the creditors will receive the US legal services without having to pay extra fees so long as they could unite as a whole. You may approach the US law office that you are familiarized with. Due to the fact that US-China Assets Management USA, LLC advocates the debt collection business on the basis of "no-charging-in-advance-if-not-successful" as well as the low-rate debt prevention activities for the Chinese enterprises in the United States (if you key in "China-US Debt Collection" or "Haishan Liu", you will be able to browse relevant information on Internet). We may also recommend the US law offices which are currently involved in China-US Debt Collection activities for your company to evaluate and select. For instance, we have undertaken the top three US bankruptcy cases which the amount involved exceeds $300 million. Currently the cases have been approved by the court for bankruptcy reorganization. The compensations to the creditors have been implemented. Some other big cases we undertook include eToys Inc (Toys), Rehrig International (store shopping cart ) and Steve & Barry's (garments ) as well as the bankruptcy case of the largest US car parts and accessories company Proliance at this moment. I personally have undertaken the Chinese-English interpreter and communicator for this large bankruptcy cases. I have also undertaken the chairman of the Official Unsecured Creditors Committee for another bankruptcy case and the co-chairman of the Official Unsecured Creditors Committee for the bankruptcy case of Bachrach, the US brand suits chain store. Therefore, I am familiar with the entire operation process. I can help or assist your company to deal with all kinds of affairs associated with this bankruptcy case.

HL0193

The first creditors meeting in regard of the discussion of organizing an official Unsecured creditors committee has been scheduled to start at 10:00am, EST, at the District of Delaware. There are several ways that we could work together:

If you are not in a position to attend the meeting in person, we will be able to represent your company to attend it. We will strive to help your company enter into the committee and inform you of the meeting results of that day. This is absolutely free of charge.

If you decide to come to the US to attend the meeting in person, we could arrange our American lawyers to accompany you for attendance and also inform you of the meeting results of that day. This is absolutely free of charge. That way, our American lawyers could present their proposal on this case on behalf of the Unsecured creditors during the meeting.

This is the only chance that creditors can receive the free legal services through the committee. Please don't give it up easily. The process of applying the preliminary session of the creditors meeting is very simple. What you need to do is to fill out a committee questionnaire and one authorization letter for the meeting attendance (provided at any time). Whether your company will be selected to enter for this committee or not, the mutually authorized rights and obligations will be ended when the meeting is over at that day. If your company is selected, your company will be able to determine the way of participate of the activities of the committee so as to grasp the first-hand information related to this case. Alternatively, you could also entrust us to assist your company in claiming credit, participating the creditors meeting, contacting with creditors and the court dealing with bankruptcy based on the principle of "no-charging-in-advance-if-not-successful".

Please feel free to call or send an email to us, we could arrange a professional legal consultancy for your company at no cost in regard of the laws of bankruptcy.

Dr.HalshanLiu (Dr. Haishan Liu   )
US-China Assets Management USA, LLC.
33-63 55 Street, Woodside , NY 11377 ,  USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within 也 e USA): 1-800"291-5823
Toll Free (China to USA):Switchboard:4006768159 , Extension: 8991086167
Email: uschinaassct@aol.coin

---
Note: Here below is an initial analysis worked out by one of our lawyers from our China-USA Lawyers Debt Collection Team pursuant to this case. The analysis was written in English. You might as well look at it first. If there is anything unclear, you may inquire us.

HL0194

Subj:    (no subject)
Date:    8/9/2010 12:45:15 AM. Eastern Daylight Time
From:    shanghaihualin@yahoo.cn
To:    uschinaasset@aol.com

Dear Mr. Liu :

Kindly please get back to this mailbox.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

HL0198

Subj:   **Fwd: Universal Building Products, Inc. files Chapter 11 -Shanghai Hualin Hardw...**
Date:   8/9/2010 1:03:36 AM Eastern Daylight Time
From:  Uschinaasset@aoi.com
To:    shanghaihualin@yahoo.cn

————Original Message————
From: Uschinaasset@aol.com
Date: Sun, 8 Aug 2010 22:42:23 EDT
Subject: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardware
To: rooneygao@yahoo.com

Dear Creditor Rooney Gao (Ms. Gao),

Kindly please refer to the appendix and also please reply that you have received the email to keep our future communications unimpeded. Thanks. In the next email, you will able to check from the 6 associated companies of Universal Building Products, Inc if there are arrears that belong to your company. If you cannot find the information, we could help locate it from your company's export evidence materials. We won't charge any fee for this.

---Dr. Haishan Liu, USA

The name of the debtor company in US: Universal Building Products, Inc

Regarding the legal service information available to the Chinese creditor from the bankruptcy case of the American Debtor

August 9, 2010
The name of the Chinese Creditor Company : Shanghai Hualin Hardware Co" Ltd. Amount owed: $223,188.15

Shanghai Hualin Hardware Co., Ltd
Address  113-125# Donglan West Road Jiuxing Shanghai China 201101
Phone    86-021-54861742; 64613035
Fax      86-021-54869398; 54862163 ,
Contacts: Ms.Ailing; Ms. Rooney Gao; Fan
Cell Phone of Rooney Gao (Ms. Gao): 15821034550
EmaU rooneygao@yahoo.com
Web Site http: " www.hualiasoacer.com/

Dear Ms. Gao,

This is an important and urgent document. Please hand it over to Xiangyang Yan, Chairman of Board of Directors, the General Manager, and Financial Director of your company. Thanks!

According to the case of enterprises' bankruptcy applications announced by the US bankruptcy court on August 4, 2010, your company has been listed on No.4 of the first page of the top 30 creditors of the company Universal Building Products, Inc. which has filed a bankruptcy application ( please review the attached bankrupt application case No. 10-12453.  A Unsecuredamount the debtor has submitted to the US court for your company is up to $416,453.55. Your company is eligible for registering the credit claims and also using the materials declared by your company as the foundation for examination.

HL0199

43

The US bankruptcy laws regulate that for companies applying for legitimate bankruptcy with the normal reasons of insolvency or mismanagement, if the creditors do not raise any objection or litigation, under normal circumstances, the US court will approve to completely or partially relieve its debts. In the period of waiting fro the approval, the debtor is under the protection of the US bankruptcy laws and the creditor shall not render any business interference or personal threat to the debtor. However, the bankruptcy laws also regulate that so long as there are 3-7 creditors jointly demanding to establish an Official Unsecured Creditors Committee, the US court will ensure that an eligible US law firm to be selected and designated by the committee to undertake the legal advisor serving for all the creditors. The selected law firm provides relevant legal consultancies, verifies the materials declared by the creditors and examines the business records of the debtor to avoid any unclear assets or illegal loss. The collected assets and funds will be completely distributed to the creditors while the US lawyers shall not have any share of it. Furthermore, the expenses of the US lawyers shall be fully borne by the debtor after the amount is verified by the court. Simply put, the creditors will receive the US legal services without having to pay extra fees so long as they could unite as a whole. You may approach the US law office that you are familiarized with. Due to the fact that US-China Assets Management USA, LLC advocates the debt collection business on the basis of "no-charging-in-advance-if-not-successful" as well as the low-rate debt prevention activities for the Chinese enterprises in the United States (if you key in "China-US Debt Collection" or "Haishan Liu", you will be able to browse relevant information on Internet). We may also recommend the US law offices which are currently involved in China-US Debt Collection activities for your company to evaluate and select. For instance, we have undertaken the top three US bankruptcy cases which the amount involved exceeds $300 million. Currently the cases have been approved by the court for bankruptcy reorganization. The compensations to the creditors have been implemented. Some other big cases we undertook include eToys Inc (Toys), Rehrig International (store shopping cart ) and Steve & Barry's (garments ) as well as the bankruptcy case of the largest US car parts and accessories company Proliance at this moment. I personally have undertaken the Chinese-English interpreter and communicator for this large bankruptcy cases. I have also undertaken the chairman of the Official Unsecured Creditors Committee for another bankruptcy case and the co-chairman of the Official Unsecured Creditors Committee for the bankruptcy case of Bachrach, the US brand suits chain store. Therefore, I am familiar with the entire operation process. I can help or assist your company to deal with all kinds of affairs associated with this bankruptcy case.

The first creditors meeting in regard of the discussion of organizing an official Unsecured creditors committee has been scheduled to start at 10:00am, EST, at the District of Delaware. There are several ways that we could work together:

If you are not in a position to attend the meeting in person, we will be able to represent your company to attend it. We will strive to help your company enter into the committee and inform you of the meeting results of that day. This is absolutely free of charge.

If you decide to come to the US to attend the meeting in person, we could arrange our American lawyers to accompany you for attendance and also inform you of the meeting results of that day. This is absolutely free of charge. That way, our American lawyers could present their proposal on this case on behalf of the Unsecured creditors during the meeting.

HL0199

This is the only chance that creditors can receive the free legal services through the committee. Please don ' t give it up easily. The process of applying the preliminary session of the creditors meeting is very simple. What you need to do is to fill out a committee questionnaire and one authorization letter for the meeting attendance (provided at any time). Whether your company will be selected to enter for this committee or not, the mutually authorized rights and obligations will be ended when the meeting is over at that day. If your company is selected, your company will be able to determine the way of participate of the activities of the committee so as to grasp the first-hand information related to this case. Alternatively, you could also entrust us to assist your company in claiming credit, participating the creditors meeting, contacting with creditors and the court dealing with bankruptcy based on the principle of "no-charging-in-advance-if-not-successful".

Please feel free to call or send an email to us, we could arrange a professional legal consultancy for your company at no cost in regard of the laws of bankruptcy.

Dr.HalshanLiu (Dr. Haishan Liu  )
US-China Assets Management USA, LLC.
33-63 55 Street, Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within 岜 e USA): l-800"291-5823
Toll Free (China to USA):Switchboard:4006768159 , Extension: 89910S6167
Email: uschinaassct@aol.coin

--------------------------------------------------------------------------------------------------------------------

HL0200

Note: Here below is an initial analysis worked out by one of our lawyers from our China-USA Lawyers Debt Collection Team pursuant to this case. The analysis was written in English. You might as well look at it first. If there is anything unclear, you may inquire us.


Debtor

Universal Building Products, Inc.
15172 Goldenwest Circle
Westminster, CA 92683

Bankruptcy Petition #:10-12453

represented by
Mark Minuti
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets -1-10 Million
Liabilities-10-50 Million

Universal Building Products, Inc,

On August 3, Saul Ewing ⊥ LP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace , Inc.; Don De Crista Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp , Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl.,., Courtroom #4 , Wilmington, Delaware.

Background
The Debtors operated one of the largest privately owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008 , the Debtors generated net revenue of approximately $141 million which resulted in a net loss of about $27 million.

Debt Structure
In 2006 , Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

HL0201

Dear Ms. Ma,

Kindly please refer to the attachment.

- Dr. Liu

—Original Message—
From: Uschinaasset@aol.com
Date: Fri, 6 Aug 2010 ":13:25 EDT
Subject: Fwd: (no subject)—Universal Building Products, Inc. & American Wire Tie, Inc
To: tinaykm@gotmail.com

Recent
—Original Message—
From: Uschinaasse@aol.com
Date: Thu, 5 Aug 2010 17:44:59 EDT
Subject: Fwd: (no subject)—Universal Building Products, Inc. & American Wire Tie, Inc
To: tinaykm@hotmail.com

Dear Ms. Yuxiu Gao,

Thanks for the explanations by email. My answers to the two questions you asked yesterday are as follows:
(Please refer to what is highlighted in blue color)

1. I would like to investigate the information of the following client in the US. Could you please help verify if
the company has gone bankruptcy?

Universal Building Products Inc
840 S 25th Ave Bellwood , IL 60104
Tel: 708-544 4255 Fax: 708-544»5965

Answer : Universal Building Products Inc and its other 6 associated companies have collectively filed
bankruptcy through the bankruptcy court in the US on August 7, 2010. I sent you by email yesterday the
relevant bankruptcy application files and our initial analysis on this case as well as our service information.
You will have to understand that once a bankruptcy case occurs, the creditor, especially the creditor with
protection shall normally sell the assets of the debtor as quick as possible due to the debotor's shortage of
working capital or seek a buyer which is willing to restructure the debtor company in order to maximize the
recycled funds. Therefore time is very limited. Now the fist step is to establish a Unsecured Creditor
Committee; the second step is to look for a new buyer or a new owner; the third step is to recourse the debts.
Our China-US Lawyers Debt Collection Team has rich experiences with numerous cases handled in this area.
We are willing to assist your company to overcome the difficulties.

2. Additionally, please also help us investigate another company and see if the company is in normal operation.

American Wire Tie, Inc
2073 Fraklins Street North Collins, NY 14111
Tel: 516-367-3652
Fax: 516-367-8240

Answer: Today I was trying to dial the telephone number you provided but noted that the number has been
discontinued. After some retrieval, I found the company's website.

(http://Www.americanwiretie.com/index.htm), Details are enclosed here below. New telephone numbers have been listed on the website: ( 716) 337-2412 and ( 800) 448-1222. I dialed through (716) 337-2412 and had a conversation with the sale manager Mr. Ron Lehnortt. He told me that the company's business is still going on. The current address of the company is still at 2073 Fraklins Street North Collins, NY 14111. He said that it is an 8-hour ride from New York City but it takes only half an hour by car from Niagara Falls (closer to the Canadian territory. I asked him how I could see the company's real situation. He introduced the wholesaler company Island Building Supply Inc in Long Island which is closest from New York City. The company's website is (http://www.constructionscos.com/new-vork/holtevle/644889"island-buildina-su‚ plv-inc.html). The specific contact person is Mr. Mike ) .

It can be seen from the above-mentioned basic information that American Wire Tie, Inc is still in operation and it has developed some associated wholesalers. If your company wish to know more about the financial and debt situation, I would like to suggest that three reporting materials be obtained : 1) the registration information of the company in New York State; 2) the financial credit report of the company; 3) the court's debt litigation report of the company if there is any. But each of the above-mentioned reports could be purchased in the US. If your company cannot locate them, our company could obtain these reports quickly via the specialized agencies in the US (it takes about one week). The overall fees will be $1,500.

You are welcome for any inquiry by phone or by email.

Dr. Hafchan Liu (Dr. Haishan Liu )
US"CWna Assets Management USA, LLC.

Subj:   Re: (no subject)—Universal Building Products, Inc-COMITTEE QUESTIONNAIRE
Date:   8/8/2010 8:23:33 PM Eastern Daylight Time
From:   Uschinaasset@aol.com
To:     tinavkm@otmail.com

Dear Ms. Yuxiu Gao,

I already specified the initial background information about the two companies you wish to know in my re-sent emails on August 5 and August 6 last week.

The first preliminary session of the Unsecured Creditor Committee for the bankruptcy case of Universal Building Products, Inc has been scheduled to be held at Delaware State Court at 10:00am, US Eastern Time, this Friday, August 13. The Appendix of the formal notice of this meeting is attached here below for your reference.₀

If your company has not determined to attend this significant meeting as of today, I am willing to go to Delaware State at my own expense for this meeting on behalf of your company and also advise your company of the meeting results of that day in written form. If that is OK, I can help you fill out the questionnaire of voluntarily attending the Unsecured Creditor Committee. Kind please let me know your company's decision.

Remarks: Below is a preliminary analysis made pertaining to this case by one of the lawyers from our China-USA Lawyers Debt Collection Team. It was written in English. You may look at it for reference. If there is anything unclear, please contact with us.

Debtor

Universal Building Products, Inc.
15172 Goldenwest Circle
Westminster, CA 92683

Bankruptcy Petition #:10-12453

represented by
Mark Minuti
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets -1-10 Million
Liabilities-10-50 Million

Universal Building Products, Inc,

On August 3, Saul Ewing ⏚ LP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace , Inc.; Don De Crista Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp , Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl.,., Courtroom #4 , Wilmington, Delaware.

Background
The Debtors operated one of the largest privately owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a net lost of about $28 million. In the fiscal year ending December 31, 2008 , the Debtors generated net revenue of approximately $141 million which resulted in a net loss of about $27 million.

Debt Structure
In 2006 , Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

HL0201

Subj:   Fwd: (no subject)—Universal Building Products, Inc. & American Wire Tie, Inc
Date:   8/8/2010 9:56:05 PM Eastern Daylight Time
From:   Uschinaasset@aol.com
To:     annie2004319(aihotmail.com

Dear Ms. Ma,

Kindly please refer to the attachment.

- Dr. Liu

—Original Message—
From: Uschinaasset@aol.com
Date: Fri, 6 Aug 2010 ":13:25 EDT
Subject: Fwd: (no subject)—Universal Building Products, Inc. & American Wire Tie, Inc
To: tinaykm@gotmail.com

Recent
—Original Message—
From: Uschinaasse@aol.com
Date: Thu, 5 Aug 2010 17:44:59 EDT
Subject: Fwd: (no subject)—Universal Building Products, Inc. & American Wire Tie, Inc
To: tinaykm@hotmail.com

Dear Ms. Yuxiu Gao,

Thanks for the explanations by email. My answers to the two questions you asked yesterday are as follows:
(Please refer to what is highlighted in blue color)

1. I would like to investigate the information of the following client in the US. Could you please help verify if the company has gone bankruptcy?

Universal Building Products Inc
840 S 25th Ave Bellwood , IL 60104
Tel: 708-544 4255 Fax: 708-544»5965

Answer : Universal Building Products Inc and its other 6 associated companies have collectively filed bankruptcy through the bankruptcy court in the US on August 7, 2010. I sent you by email yesterday the relevant bankruptcy application files and our initial analysis on this case as well as our service information. You will have to understand that once a bankruptcy case occurs, the creditor, especially the creditor with protection shall normally sell the assets of the debtor as quick as possible due to the debotor's shortage of working capital or seek a buyer which is willing to restructure the debtor company in order to maximize the recycled funds. Therefore time is very limited.  Now the fist step is to establish a Non-protection Creditor Committee; the second step is to look for a new buyer or a new owner; the third step is to recourse the debts. Our China-US Lawyers Debt Collection Team has rich experiences with numerous cases handled in this area. We are willing to assist your company to overcome the difficulties.

2. Additionally, please also help us investigate another company and see if the company is in normal operation.

American Wire Tie, Inc
2073 Fraklins Street North Collins, NY 14111
Tel: 516"367-3652
Fax: 516"367^8240

Answer: Today I was trying to dial the telephone number you provided but noted that the number has been discontinued. After some retrieval, I found the company's website. (http://Www.americanwiretie.com/index.htm), Details are enclosed here below. New telephone numbers have been listed on the website: ( 716) 337-2412 and ( 800) 448-1222. I dialed through (716) 337-2412 and had a conversation with the sale manager Mr. Ron Lehnortt. He told me that the company's business is still going on. The current address of the company is still at 2073 Fraklins Street North Collins, NY 14111. He said that it is an 8-hour ride from New York City but it takes only half an hour by car from Niagara Falls (closer to the Canadian territory. I asked him how I could see the company's real situation. He introduced the wholesaler company Island Building Supply Inc in Long Island which is closest from New York City. The company's website is (http://www.constructionscos.com/new-vork/holtevle/644889"island-buildina-su,_plv-inc.html). The specific contact person is Mr. Mike ) .

It can be seen from the above-mentioned basic information that American Wire Tie, Inc is still in operation and it has developed some associated wholesalers. If your company wish to know more about the financial and debt situation, I would like to suggest that three reporting materials be obtained : 1) the registration information of the company in New York State; 2) the financial credit report of the company; 3) the court's debt litigation report of the company if there is any. But each of the above-mentioned reports could be purchased in the US. If your company cannot locate them, our company could obtain these reports quickly via the specialized agencies in the US (it takes about one week). The overall fees will be $1,500.

You are welcome for any inquiry by phone or by email.

Dr. Hafchan Liu (Dr. Haishan Liu )
US-China Assets Management USA, LLC.

HL0238

Subj:  Re: (no subject)—Universal Building Products, Inc-COMITTEE QUESTIONNAIRE
Date:  8/8/2010 8:23:33 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:    tinavkm@otmail.com

Dear Ms. Yuxiu Gao,

I already specified the initial background information about the two companies you wish to know in my resent emails on August 5 and August 6 last week.

The first compound session of the Non-protection Creditor Committee for the bankruptcy case of Universal Building Products, Inc has been scheduled to be held at Delaware State Court at 10:00am, US Eastern Time, this Friday, August 13. The Appendix of the formal notice of this meeting is attached here below for your reference.。

If your company has not determined to attend this significant meeting as of today, I am willing to go to Delaware State at my own expense for this meeting on behalf of your company and also advise your company of the meeting results of that day in written form. If that is OK, I can help you fill out the questionnaire of voluntarily attending the Non-protection Creditor Committee. Kind please let me know your company's decision.

Dr. HaishanLiu (Dr. Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159 , Extension: 8991056167#
Email: uschiimasset@aol.com

HL0246

Subj:    (no subject)
Date:    8/4/2010 11:50:18 P.M. Eastern Daylight Time
From:    tinaykm@hotmail.com
To:      uschinaasset@aol.com

Dear Mr. Liu,

I am from Heibei YingKaiMo Metal Net, Co., Limited. Thanks for your call to our company just now. I would like to investigate the situation of the following US client. Please help us to re-verify if the company has gone bankruptcy?

Universal Building Products Inc
840 S 25th Ave Bellwood, IL 60104
Tel: 708-544 4255 Fax: 708-544-5965
Additionally, please help look into another company and find out if the company is in normal operation.

American Wire Tie, Inc
2073 Fraklins Street North Collins , NY 14111
Tel: 516-367-3652
Fax: 516-367-8240
We look forward to your reply.

Yuxiu Gao
Heibei YingKaiMo Metal Net Co., Limited
68 Lingyuan East Street, Anping, Hebei
Telephone : 0318-7526482  Fax : 0318-7521692

HL0253

Saturday, September 11, American Online: Uschinaasset

Subj: Fwd: proxy—Questionnaire
Date: 8/12/2010 10:49:40 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: RXZA@elliottgreenleaf , com
CC: KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox , com. Sullivan.James@ARENTFOX.COM,
JAA@elliottgreenleaf.com, Angelich.George@arentfox.com. GUrbanchuk@asterion-consulting.com

Attached here is the Page 1 of the Questionnaire.

—Original Message—
Date: Thu , 12 Aug 2010 07:36:50 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: proxy
To: uschinaasset@aol.com


Dr.Liu :

Here is the revised Authorization Letter.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

HL0254

| Subj: | Fwd: questionnaire 1—proxy |
|---|---|
| Date: | 8/12/2010 10:48:19 AM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | RXZA@elliottgreenleaf.com |
| CG: | KLD@elliottgreenleaf.com, Schuyler.Carroll@arentfox , com, Sullivan.James@ARENTFOX.COM, JAA@elliottgreenleaf.com, Angelich.George@arentfox.com. GUrbanchuk@asterion-consulting.com |

Proxy Here.

—Original Message—
Date: Thu,12 Aug 2010 07:37:55 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: questionair 1
To: uschinaasset@aol.com


Dr.Liu :

Here is the revised questionnaire.

Best regards,
Rooney Gao
Shanghai Hualin Co,.Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL0256

Subj:     Fwd: Universal Building Products-SHANGHAI HUALIN HARDWARE-Questionnaire
Date:     8/11/2010 11:49:04 AM Eastern Daylight Time
From:     Uschinaasset@aol .com
To:       Schuyler.Carroll@arentfox.com. Sullivan.James@ARENTFOX.COM, iaa@elliottgreenleaf.com,
          KLD@elliottgreenleaf.com,RXZA@elliottgreenleaf.com

Questionnaire signed here. -—Dr. Liu
—Original Message—
Date: Wed, 11 Aug 2010 07:10:40 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: question
To: uschinaasset@aol.com
Cc: yi zhang <demoyi@yahoo.cn>


Dr.Liu-

Attached here please find the questionnaire. Many thanks!

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

HL0297

To:      Uschinaasset@aol.com

Dr.Liu :

Attached here is the Authorization Letter that has been revised.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney—gao@yahoo.com
Sent: Tye, August 10, 2010 11:03:11 AM _
Subject: Fwd: SHANGHAI HUALIN HARDWARE—r6±Wig%fPDF
Note: Forwarded message is attached.

Dear Miss Gao,

To prevent any revisions from being made by others, the Court only provides the questionnaire in PDF format. Accordingly, there is no Word format available.

You will need to print it out first and then fill it out, scan it, and then send it back to me. Given that there would be many materials needed to be scanned these days, I suggest that Mr. Zhang purchase a scanner for you for the interim use.


Dr. HaishanLiu (Dr. Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159 , Extension: 8991056167#
Email: uschiimasset@aol.com

HL0299

Subj:    Fwd: Universal Building Products--SHANGHAI HUALIN HARDWARE—Proxy
Date:    8/11/2010 11:32:32 AM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      Schuyler.Carroll@arentfox.com, Sullivan,James@ARENTFOX,COM, jaa@elliottgreenleaf.com.
KLD@elliottgreenleaf.com. RXZA@elliottgreenleaf.com
Signed now. —Dr. Liu
——Original Message—
Date: Wed, 11 Aug 2010 06:50:44 -0700 (PDT)
Rom: Rooney Gao <rooney_gao@yahoo.com>
Subject -?utf-8?B?UmU6IFNIQU5HSEFJ^hVQUxJ"nBIQVJEV0FSRS0tP8Khwqll/wqHDgD/CqMKr?=
=?utf»8?B?P8Kowro/wq^BERg==?-
To: Uschinaasset@aol.com
Cc: yi zhang <demoyi@yahoo.cn>

Dr.Liu:

I hereby would like to send it you again.

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney—gao@yahoo.com
Sent: Wed, August 11,2010 11:50:25 AM
Subject: Re: SHANGHAI HUALIN HARDWARE—?i¥?iA?"():?"o?".PDF
Dear Ms. Gao,
Foreigners are not able to read Mandarin Chinese. So you will have to sign your name Ailin Wang in
Chinese Pinyin. Practices make perfect. So please re-send it to me. Thanks!

Dr. HaishanLiu(Dr.Haishan Liu )
US-China Assets Management USA, LLC.
33-63 55th Street Woodside , NY 11377 , USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): Switchboard: 4006768159 , Extension: 8991056167#
Email: uschiimasset@aol.com

HL0301

Subj:     Fwd: SHANGHAI HUALIN HARDWARE-2 incoming containers
Date:     8/10/2010 11:03:37 AM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       KLD@elliottgreenleaf.com. RXZA@elliottgreenleaf.com
CC:       Schuyler.Carroll@arentfox.com. Sullivan.James@ARENTFOX.COM. jaa@elliottgreenleaf.com
FYI

After Shanghai Hualin Hardware will sign the Proxy, which should come in today.
Interesting enough, in addition to the debt of about $233K by Universal Building, Universal Form
Clamp has 2 incoming containers of about $50K that will arrive at the US port this week. Plus some
balances of other subsidiary companies. Put together, this creditor claims amount to around $300K, ,
which could place the creditor up to No.6 or No.7. I'll forward you the relevant documents re those 2
incoming containers in the next email. I heard the debtors want to return them to China, but the creditor
insists the goods were made for the debtors and there would be no use and/or costly for returning them back to
China, what could do to help in this regard?

Now you may understand getting a proxy is a two way traffic.

Dr. Haishan Liu
US-China Assets Management USA, LLC.
33-63 55th Street, Woodside, NY 11377, USA
Tel:718-429-3888;Fax:718-205-1888;Cell:917-992-5252

----Original Message-
Date: Tue, 10 Aug 2010 01:17:36 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: =?utf-8?B?UmU6^Z3ZDogU0hBTkdIQUkgSFVBTEIOIEhBUkRXQVJFLS3DjsKvw5TCscK7?
-?utf-8?B?w6HDjsOKwr7DrVBERg==?=
To: Uschinaasset@aol.com

Dr.Liu：

Attached here please find the contract, packing list and bill of lading for the two containers on the sea. I will
scan all the other documents for you tonight. Please do not hesitate to call my cell phone if you have any
question.

Many thanks!

Best regards,
Rooney Gao
Shanghai Hualin Co,,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

HL0303

## TRANSLATOR'S CERTIFICATION

IN RESPONSE TO THE RECENT REQUEST BY OUR CLIENT K & L GATES, WE, GANLIN TRANSLATION, A CERTIFIED MEMBER OF AMERICAN TRANSLATORS ASSOCIATION (ATA No. 247050), CONDUCTED WRITTEN TRANSLATION OF THE ABOVE DOCUMENT FROM MANDARIN CHINESE INTO ENGLISH BASED ON THE ELECTRONIC COPY OF THE DOCUMENT WE RECEIVED FROM K & L GATES.

WE CLAIM THAT THE TEXTS ARE CAREFULLY TRANSLATED AND PROOF-READ TO THE BEST OF OUR ABILITY. PLEASE FEEL FREE TO CONTACT US IF YOU HAVE ANY QUESTIONS.

SINCERELY YOURS,

GANLIN TRANSLATION
17 N STATE STREET, SUITE 1700
CHICAGO, IL 60602
PHONE: (312) 316-6038
FAX:    (312) 252-7373