# Exhibit D

I spoke with Rafael this morning. He suggested that I let you know that he and I are going to work together on this case. Let me know if you need any assistance. Thanks.

Schuyler G. Carroll
Partner

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5829
212.484.3955 Direct | 212.484.3990 Fax
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

-----Original Message-----
From: Sullivan, James M.
Sent: Wednesday, August 04, 2010 9:45 AM
To: Dr. Haishan Liu
Cc: Carroll, Schuyler
Subject: Universal Form Clamp

A bunch of Asian creditors.

James Sullivan
Arent Fox LLP
1675 Broadway
New York, NY 10019
(w) 212-484-3945
(c) 201-741-4235
(f) 212-484-3990
Sullivan.James@arentfox.com

>
>

AF-UBP 0001

**From:** Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com]
**Sent:** Friday, August 06, 2010 1:06 PM
**To:** Uschinaasset@aol.com
**Cc:** Carroll, Schuyler; Sullivan, James M.
**Subject:** Re: Universal Form Clamp

Formation meeting is next Friday

Sent from my iPhone
302.545.2888

On Aug 6, 2010, at 12:43 PM, "Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>"
<Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>> wrote:

Counsels: I called the US Trustees Office and was told that since the information at the US
Trustees Office was provided by the debtors attorney, I should talk to the debtors attorney.
When I asked what if the debtors attorney declines to my request for more info re Chinese
creditors, the answers was well, the debtors attorney shouldn't do that to you because the
information is public. I pushed an inch further saying what if he does, then come back to us,
meaning back to the US Trustees Office.


I reached to the debtors attorney office, Counsel mark was not available and his secretary
Ms. Robyn was pleasant to offer assistance saying she will contact the outside counsels who
are familiar with creditors in this case to see whether any more information could be found
for me.


Thus, you may monitor when a formation date will be set up for this case and a committee
questionnaire is also desirable.


Dr. Haishan Liu
US-China Assets Management USA, LLC.
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252

<mime-attachment>

AF-UBP 0002

From: Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com]
Sent: Friday, August 06, 2010 4:09 PM
To: Uschinaasset@aol.com; Jessi A. Adkins
Cc: Carroll, Schuyler; Sullivan, James M.
Subject: Re: Universal Form Clamp

Jessi

Please get the questionaire for this case to Dr. Liu - copied above

Sent from my iPhone
302.545.2888

On Aug 6, 2010, at 1:11 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Would you forward me a copy of that meeting notice?     ------Dr. Liu

1

AF-UBP 0003

| From: | Jessi A. Adkins [JAA@elliottgreenleaf.com] |
| Sent: | Friday, August 06, 2010 4:12 PM |
| To: | Rafael X. Zahralddin-Aravena; Uschinaasset@aol.com |
| Cc: | Carroll, Schuyler; Sullivan, James M. |
| Subject: | RE: Universal Form Clamp |
| Attachments: | Universal_Building_UCCMTG.pdf |

Dr. Liu,

Please find attached the questionnaire for Universal Building.  Please let me know if you have any questions.

Jessi


Jessi Adkins
Paralegal
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  302-384-9400
Direct Line:  302-384-9412
Facsimile:  302-384-9399

-----Original Message-----
From: Rafael X. Zahralddin-Aravena
Sent: Friday, August 06, 2010 4:09 PM
To: Uschinaasset@aol.com; Jessi A. Adkins
Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM
Subject: Re: Universal Form Clamp

Jessi

Please get the questionaire for this case to Dr. Liu - copied above

Sent from my iPhone
302.545.2888

On Aug 6, 2010, at 1:11 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Would you forward me a copy of that meeting notice?    ------Dr. Liu

AF-UBP 0004

Office Of The United States Trustee
District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Tel. No. (302) 573-6491
Fax No. (302) 573-6497

IN RE:                                          Chapter 11

Universal Building Products, Inc., *et al.*            Case No. 10-12453 (MFW)
            Debtor(s).

---

### Notice Of Formation Meeting For Official Committee of Unsecured Creditors

---

The above-named debtor(s) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint a committee of unsecured creditors, and the debtor's petition or other sources of information indicate that you may be eligible for appointment to the Official Committee of Unsecured Creditors in this case.

This is to notify you that the United States Trustee will hold a meeting to form an unsecured creditors committee on **Friday, August 13, 2010 @ 10:00 a.m.** at the following location:

### J. Caleb Boggs Federal Building
### 844 King Street, Room 2112
### Wilmington, DE 19801

A representative of the debtor will attend the meeting to provide information regarding the status of the case. If you wish to be considered for membership on any official committee that is appointed, please complete the enclosed Questionnaire Form and return it to the Office of the United States Trustee **no later than August 12, 2010 @ 5:00 p.m.** If you do not wish to serve on an official committee, your presence at the meeting is not required.

If you wish to be considered for membership on the committee but are unable to attend, you should immediately notify the Office of the United States Trustee. If you do not attend the meeting and do not affirmatively indicate your willingness to serve, you will not be considered. If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf. The Official Committee of Unsecured Creditors performs a vital role in the chapter 11 proceeding, and for that reason your interest and consideration is solicited.

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE

*/s/ Richard L. Schepacarter for*
WILLIAM K. HARRINGTON
Dated: August 4, 2010                ASSISTANT UNITED STATES TRUSTEE

cc: Debtors' Counsel: Mark Minuti, Esq., Phone: 302-421-6840, Fax: 302-421-5873

AF-UBP 0005

**Official Committee of Unsecured Creditors' Committee**
**Information Sheet**

**Purpose of Unsecured Creditors' Committees.** To increase participation in the chapter 11 proceeding, section 1102 of the Bankruptcy Code requires that the United States Trustee appoint a committee of unsecured creditors (the "Committee") as soon as practicable after the order for relief has been entered. The Committee ordinarily consists of the persons, willing to serve, who hold the seven (7) largest unsecured claims of the kinds represented on such committee. The debtor has filed a list indicating that your claim may be among the largest unsecured claims against the debtor, and for that reason, you may be eligible to serve on the Committee. There must be at least three (3) unsecured creditors willing to serve in order to form a Committee.

**Powers and Duties of Unsecured Creditors' Committees.** Members of the Committee are fiduciaries who represent all unsecured creditors as a group without regard to the types of claims which individual unsecured creditors hold against the debtor. Section 1103 of the Bankruptcy Code provides that the Committee may consult with the debtor, investigate the debtor and its business operations and participate in the formulation of a plan of reorganization. The Committee may also perform such other services as are in the interests of the unsecured creditors whom it represents.

**Employment of Professionals.** Section 1103 of the Bankruptcy Code provides that the Committee may, subject to the bankruptcy court's approval, employ one or more attorneys, accountants or other professionals to represent or perform services for the Committee. The decision to employ particular professionals should occur at a scheduled meeting of the Committee where a majority of the Committee is present. All professionals retained by the Committee may be compensated from assets of the debtor's estate pursuant to section 330 of the Bankruptcy Code. Applications for the payment of professional fees may be monitored by the Office of the United States Trustee and are subject to the Court's approval. However, the Committee should carefully review all applications and not rely on the Court or the United States Trustee to discover and object to excessive professional fees or costs.

**Other Matters.** The Committee should elect a chairperson and may adopt bylaws. As a party in interest, the Committee may be heard on any issue in the bankruptcy proceeding. Federal Bankruptcy Rule 2002(i) requires that the Committee (or its authorized agent) receive all notices concerning motions and hearings in the bankruptcy proceeding.

**In the event you are appointed to an official committee of creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on any official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the Debtor while they are committee members absent an order of the Court. By submitting the enclosed Questionnaire and accepting membership on an official committee of creditors, you agree to this prohibition. The United States Trustee reserves the right to take appropriate action, including removing a creditor from any committee, if the information provided in the Questionnaire is inaccurate, if the foregoing prohibition is violated, or for any other reason the United States Trustee believes is proper in the exercise of her discretion. You are hereby notified that the United States Trustee may share this information with the Securities and Exchange Commission if deemed appropriate.**

Should you have any additional questions concerning the Committee or your membership on the Committee, please contact the Office of the United States Trustee.

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.    Yes ( ) No ( )

A.    Unsecured Creditor's Name and Contact Information:

Name: _____    Phone: _____
Address: _____    Fax: _____
_____            E-mail: _____
_____

B.    Counsel (If Any) for Creditor and Contact Information:

Name: _____    Phone: _____
Address: _____    Fax: _____
_____            E-mail: _____
_____

C.    Amount of Unsecured Claim (U.S. $) _____

D.    If your claim is against more than one debtor, list all debtors: _____
_____
_____

E.    Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made;
litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation,
please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.

_____
_____

F.    Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:

_____

G.    Representations:

1.    Are you or the company you represent in any way: "affiliated" with any of the debtors within the
meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)?
Yes ( ) No ( ) If a shareholder, state the number of shares: _____

2.    Do you, or the company you represent, engage in a business which directly or indirectly competes with
any of the businesses of the debtor(s)? Yes ( ) No ( )

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No ( )

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No ( ) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: _____
_____

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No ( )

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No ( )

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No ( )
State the name of the entity and the nature and amount of the claims: _____
_____

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No ( )

   A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No ( )

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
|  |  |
|  |  |
|  |  |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know ( )

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: _____    **Signature** _____

    **Print Name** _____

    **Title** _____

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

**From:** Uschinaasset@aol.com
**Sent:** Sunday, August 08, 2010 12:15 PM
**To:** Sullivan.James@ARENTFOX.COM
**Cc:** Schuyler.Carroll@arentfox.com
**Subject:**
**Attachments:** REDACTED

Counsel Sullivan: '       REDACTED

. All of the efforts is a part of the grand cultivation of a support base from Chinese exporters side. That support base is an invaluable asset, when utilized. For an ongoing example, Counsel Schuyler and Rafeal desire me to get a certain support from Asian Chinese exporters who might recommend you as a pending committee member in the case of Universal Building. It is an easy asking, but it is no cinch. Before recommending you, I need some one and some groups to commend me to one or more of those prospective committee participants (forget my hours in this regard). I admire Counsel Refeal's courage when he called upon me the other day loudly saying "I just want to make sure you are going to support me as a lead or co-counsel on this case." On which baseline, could he make such a claim? I haven't seen he hadn't done any meaningful and/or voluntary work for Chinese exporters yet even though he thought I should be his best friend on those occasions. Clearly he is needed to be "reeducated."


REDACTED                REDACTED                REDACTED


US REP FOR MOONART

**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

AF-UBP 0009

| From: | Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com] |
| --- | --- |
| Sent: | Monday, August 09, 2010 4:34 PM |
| To: | Uschinaasset@aol.com |
| Cc: | Carroll, Schuyler; Sullivan, James M. |
| Subject: | Re: Universal Form Clamp |

I will find someone if that's ok.

RXZA

Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
<Uschinaasset@aol.com> wrote:

> Any reliable person who might hold a proxy for No. 10?

AF-UBP 0010

**From:** Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com]
**Sent:** Monday, August 09, 2010 6:06 PM
**To:** Uschinaasset@aol.com
**Cc:** Kenneth L. Dorsney; Carroll, Schuyler; Sullivan, James M.; Jessi A. Adkins
**Subject:** Re: Universal Form Clamp

The UST will disqualify any proxy who has not communicated with the creditor.

This can be via email, the details of how much time they spend talking together is none of the UST's business.

We just need to make sure the proxy holder has the right information.

Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 2:34 PM, "Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>" <Uschinaasset@aol.com<mailto:Uschinaasset@aol.com>> wrote:

I have a copy of proxy and I don't plan to over work on a conference call with the Chinese creditor who might get afraid of being talking to someone they have no idea. Counsel Schuyler will verify the reliability of reps candidates.


Dr. Haishan Liu
US-China Assets Management USA, LLC.
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252

1

| From: | Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com] |
|---|---|
| Sent: | Monday, August 09, 2010 6:47 PM |
| To: | 'Uschinaasset@aol.com' |
| Cc: | Kenneth L. Dorsney; Carroll, Schuyler; Sullivan, James M.; Jessi A. Adkins |
| Subject: | RE: Universal Form Clamp |

Like I said, if you think it will make the creditor uncomfortable, then e-mail might be the best way. I would think it would be natural for the creditor to expect that the person holding the proxy would know about their claim and business relationship with the debtor in order to hold the proxy.

I also thought a call facilitated by you would further illustrate your assistance to them as an agent, but that is your call, an e-mail might be just fine.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 6:37 PM
**To:** Rafael X. Zahralddin-Aravena
**Cc:** Kenneth L. Dorsney; Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins
**Subject:** Re: Universal Form Clamp

If that's the requirement, I might arrange a conference call on Wednesday or Thursday. Email communication might be an option. I guess the UST should allow more than one persons on one proxy letter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

AF-UBP 0012

| From: | Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com] |
|---|---|
| Sent: | Monday, August 09, 2010 6:48 PM |
| To: | Carroll, Schuyler; 'uschinaasset@aol.com' |
| Cc: | Kenneth L. Dorsney; Sullivan, James M.; Jessi A. Adkins |
| Subject: | RE: Universal Form Clamp |

Exactly, which is why with a foreign creditor we want to make sure we do it as right as possible.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

**From:** Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
**Sent:** Monday, August 09, 2010 6:45 PM
**To:** 'uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena
**Cc:** Kenneth L. Dorsney; Sullivan, James M.; Jessi A. Adkins
**Subject:** Re: Universal Form Clamp

The UST does not want proxies and does not want to make it easy for proxies
They would rather not permit them at all

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Monday, August 09, 2010 06:37 PM
**To:** RXZA@elliottgreenleaf.com <RXZA@elliottgreenleaf.com>
**Cc:** KLD@elliottgreenleaf.com <KLD@elliottgreenleaf.com>; Carroll, Schuyler; Sullivan, James M.;
JAA@elliottgreenleaf.com <JAA@elliottgreenleaf.com>

AF-UBP 0013

**Subject:** Re: Universal Form Clamp

If that's the requirement, I might arrange a conference call on Wednesday or Thursday. Email communication might be an option. I guess the UST should allow more than one persons on one proxy letter.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

AF-UBP 0014

| | |
|---|---|
| **From:** | Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com] |
| **Sent:** | Monday, August 09, 2010 6:48 PM |
| **To:** | Carroll, Schuyler; 'uschinaasset@aol.com' |
| **Cc:** | Jessi A. Adkins; Kenneth L. Dorsney; Sullivan, James M. |
| **Subject:** | RE: Universal Form Clamp |

Thanks.


Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington


1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

-----Original Message-----
From: Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
Sent: Monday, August 09, 2010 6:49 PM
To: Rafael X. Zahralddin-Aravena; 'uschinaasset@aol.com'
Cc: Jessi A. Adkins; Kenneth L. Dorsney; Sullivan, James M.
Subject: Re: Universal Form Clamp

Greg is good-or any one else that Raf is comfortable with


Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019
Direct Dial: 212.484.3955
Fax: 212.484.3990
schuyler.carroll@arentfox.com
www.arentfox.com

Sent by blackberry-Please excuse any typos


----- Original Message -----
From: Rafael X. Zahralddin-Aravena [mailto:RXZA@elliottgreenleaf.com]
Sent: Monday, August 09, 2010 06:42 PM
To: 'Uschinaasset@aol.com' <Uschinaasset@aol.com>
Cc: Carroll, Schuyler; Jessi A. Adkins <JAA@elliottgreenleaf.com>; Kenneth L. Dorsney
<KLD@elliottgreenleaf.com>; Sullivan, James M.
Subject: FW: Universal Form Clamp

1

Dr. Liu,

This is the most recent form acceptable to the UST.

I am sure Schuyler is fine with whoever we suggest as it is not easy, nor will it be with this one, to find proxy holders as think this will attract a lot of people.

It is also easier to for us to find and call in a favor here without the proxy holder trying to get local.

We just referred business over to Greg and he is not trying to get on as the FA - he knows the rules and will serve us well.

I know of no issue Arent has with Greg and he is a sophisticated guy who is more than able to handle the proxy.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington
Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

-----Original Message-----
From: Jessi A. Adkins
Sent: Monday, August 09, 2010 5:33 PM
To: Kenneth L. Dorsney
Cc: Rafael X. Zahralddin-Aravena
Subject: RE: Universal Form Clamp

Ken,

Please find attached the proxy.

Jessi

Jessi Adkins
Paralegal
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  302-384-9400
Direct Line:  302-384-9412
Facsimile:  302-384-9399

-----Original Message-----

AF-UBP 0016

From: Rafael X. Zahralddin-Aravena
Sent: Monday, August 09, 2010 5:10 PM
To: Kenneth L. Dorsney
Cc: Uschinaasset@aol.com; Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi
A. Adkins
Subject: Re: Universal Form Clamp

Jessi

Please put together a draft of a proxy form with the name of the creditor.

Work with Ken to ensure the proxy is correct.

Once the proxy is drafted - Ken please forward the form to Dr. Liu.

He should already have the questionairre.

To ensure we have no issue with the UST - Dr. Liu should put Greg in contact with the
creditor so he can assert he has been in touch with the creditor if asked.

Greg can be in contact by either email or phone with Dr. Liu's assistance in interpreting.

Any supporting docs for the claim should be made available to the Greg to give to the UST if
the claim is challenged by the Debtor.

This is the minimum required to make sure the creditor gets on from our most recent
experience.


Sent from my iPhone
302.545.2888

On Aug 9, 2010, at 1:57 PM, "Kenneth L. Dorsney" <KLD@elliottgreenleaf.com > wrote:

> Greg Urbanchuk of Asterion will hold the proxy.  Raf, just send him
> whatever he needs.
>
> Best,
>
> Ken
>
> -----Original Message-----
> From: Rafael X. Zahralddin-Aravena
> Sent: Monday, August 09, 2010 4:45 PM
> To: Uschinaasset@aol.com
> Cc: Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM;
> Kenneth L. Dorsney
> Subject: Re: Universal Form Clamp
>
> I have Ken looking into this right now.
>
> Sent from my iPhone
> 302.545.2888
>
> On Aug 9, 2010, at 1:31 PM, "Uschinaasset@aol.com"
> <Uschinaasset@aol.com> wrote:
>

AF-UBP 0017

>> Any reliable person who might hold a proxy for No. 10?

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

AF-UBP 0018

| | |
|---|---|
| **From:** | Kenneth L. Dorsney [KLD@elliottgreenleaf.com] |
| **Sent:** | Wednesday, August 11, 2010 12:57 PM |
| **To:** | Carroll, Schuyler; 'Uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena |
| **Cc:** | Sullivan, James M.; Jessi A. Adkins; Angelich, George; 'Gregory Urbanchuk' |
| **Subject:** | RE: Universal Form Clamp |

Please use the following dial-in information for the call tomorrow morning:

Dial in: (877) 434-2299
Code: 212-484-3955

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30--9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.


**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

AF-UBP 0019

| From: | Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com] |
|---|---|
| Sent: | Wednesday, August 11, 2010 4:02 PM |
| To: | 'Uschinaasset@aol.com'; Carroll, Schuyler; Sullivan, James M.; Jessi A. Adkins; Kenneth L. Dorsney |
| Subject: | RE: Universal Building Products-SHANGHAI HUALIN HARDWARE--Questionnaire |

I just rec'd a message from John Bambach.

He indicates that the creditor will now be supporting him, is this accurate - I could not understand his message in full.

I am fine with working with whoever, but shouldn't we here back from Ted Gavin or Myron Bloom at Executive Sounding Board and see if they have another vote before we commit to any FA?


Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

Elliott Greenleaf

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 11:49 AM
**To:** Schuyler.Carroll@arentfox.com; Sullivan.James@ARENTFOX.COM; Jessi A. Adkins; Kenneth L. Dorsney; Rafael X. Zahralddin-Aravena
**Subject:** Fwd: Universal Building Products-SHANGHAI HUALIN HARDWARE--Questionnaire

Questionnaire signed here.  ----Dr. Liu

1

AF-UBP 0020

| | |
|---|---|
| **From:** | Rafael X. Zahralddin-Aravena [RXZA@elliottgreenleaf.com] |
| **Sent:** | Wednesday, August 11, 2010 7:45 PM |
| **To:** | Rafael X. Zahralddin-Aravena; Kenneth L. Dorsney; Carroll, Schuyler; 'Uschinaasset@aol.com'; 'rooney_gao@yahoo.com' |
| **Cc:** | Sullivan, James M.; Jessi A. Adkins; Angelich, George; 'Gregory Urbanchuk' |
| **Subject:** | RE: Universal Form Clamp |

We will have a 9:30 call tomorrow regarding this case. Let's all try and call in at 9:25, just in case we have an issue with the international numbers provided below.

We can use our conference call line:

For international calls: North China - 10-800-714-1327 or South China 10-800-140-1332. I am not sure where Shanghai is considered to be, North or South, so I am providing both.

For domestic calls: 877-366-0711.

The participant passcode for either is 14753689#.

Thanks.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

| Elliott Greenleaf |
|---|

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, August 11, 2010 3:40 PM
**To:** Kenneth L. Dorsney; 'Carroll, Schuyler'; 'Uschinaasset@aol.com'
**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Let me know exactly when and I will open up the call.

We can use our conference call line:

For international calls: 1-302-709-8446

For domestic calls: 877-366-0711

1

AF-UBP 0021

Thanks.
Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

**Elliott Greenleaf**

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

**From:** Kenneth L. Dorsney
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** 'Carroll, Schuyler'; 'Uschinaasset@aol.com'; Rafael X. Zahralddin-Aravena
**Cc:** 'Sullivan, James M.'; Jessi A. Adkins; 'Angelich, George'; 'Gregory Urbanchuk'
**Subject:** RE: Universal Form Clamp

Greg Urbanchuk is available tomorrow morning for the call.

---

**From:** Carroll, Schuyler [mailto:Schuyler.Carroll@arentfox.com]
**Sent:** Wednesday, August 11, 2010 12:06 PM
**To:** Uschinaasset@aol.com; Kenneth L. Dorsney; Rafael X. Zahralddin-Aravena
**Cc:** Sullivan, James M.; Jessi A. Adkins; Angelich, George
**Subject:** RE: Universal Form Clamp

Please copy George on these emails as well
Thanks

**Schuyler G. Carroll**
**Partner**

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3955 DIRECT | 212.484.3990 FAX
schuyler.carroll@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 12:00 PM
**To:** KLD@elliottgreenleaf.com; RXZA@elliottgreenleaf.com
**Cc:** Carroll, Schuyler; Sullivan, James M.; JAA@elliottgreenleaf.com
**Subject:** Re: Universal Form Clamp

Gentlemen: Now, with the executed proxy at hand, I could arrange a conference call with the Chinese exporter introducing a proxy holder and some counsels, should you wish to participate. The time could be 8:30-9:00pm ET today or 8:30--

AF-UBP 0022

9:00am tomorrow morning, due to a 12-hour time difference between the two countries. If do, someone may circulate a conference photo number.

**Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

AF-UBP 0023

| From: | Uschinaasset@aol.com |
| Sent: | Friday, August 13, 2010 6:29 AM |
| To: | RXZA@elliottgreenleaf.com |
| Cc: | Sullivan, James M. |
| Subject: | Fwd: Oaktree |
| Attachments: | Oaktree |

-----Original Message-----
Date: Fri, 13 Aug 2010 13:24:39 +0800
From: "eastasale@gmail.com" <eastasale@gmail.com>
To: "Uschinaasset" <Uschinaasset@aol.com>
Cc: "EAC Guo" <eacserviceg@gmail.com>
Subject: Re: Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...


Dear Dr Liu

their catalogues are nearly all same items, and it is easy to see their website and also ask any customers and suppliers, they will know it well.  if you audit oaktree/UBP people, they will tell you before days dac biggest competitor is DSC/UBP

i am finding more info for you. however pls try your best to stop oaktree and sue oaktree for unsecured creditor for his making
UBP bankrupt and firing people. Their target is to get rid of UBP!


regards
Dong

2010-08-13

eastasale@gmail.com

1

AF-UBP 0024

**From:** eastasale@gmail.com
**Sent:** Friday, August 13, 2010 1:41 AM
**To:** Uschinaasset
**Subject:** Oaktree
**Attachments:** Oaktree.eml; att888a7.jpg

dear Dr Liu

PLS  try to stop this business and to sue oaktree back for all UNSECURED CREDITOR'S money!


PLS  audit  Jeff and OAKTREE how they close the deal of 25 million USD
and did they give others chance to offer more than 25 million  or not , did Jeff knows
that oaktree will get rid of ubp If he sold to oaktree BEFORE HE AGREED OAKTREE AT 25 MILLION? Did
Jeff have side deal with oaktree
by hurting our unsecured creditors?  Oaktree has bad name to hurt unsecured creditor
when they bought dsc, they made all shares holder value to zero but ceo of old dsc is
still today's ceo, we are all feeling suprised a lot. A ceo made DSC bankrupt can still be
the ceo for toda's DSC, it means a lot!



2010-08-13

eastasale@gmail.com

发件人：Uschinaasset
发送时间：2010-08-13 10:08:43
收件人：eastasale
抄送：eacserviceg
主题：Fwd: Oaktree

Dong--FYI


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

AF-UBP 0025