**Exhibit F**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NORTH BAY GENERAL HOSPITAL, INC., | § | Case No.  05-32121 |
| | § | |
| Debtors. | § | (Chapter 11) |

**EMERGENCY MOTION FOR CONTINUANCE OF HEARING ON
FINAL APPLICATION FOR COMPENSATION FOR ARENT FOX PLLC
AND FINAL APPLICATION FOR COMPENSATION OF LOCAL COUNSEL
TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY
AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD
IMMEDIATELY CONTACT THE MOVING PARTY TO
RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY
CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A
COPY TO THE MOVING PARTY.  YOU MUST FILE AND
SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE
THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE
WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO
NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE
GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU
OPPOSE THE MOTION AND HAVE NOT REACHED AN
AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS
THE PARTIES AGREE OTHERWISE, THE COURT MAY
CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE
THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR
ATTORNEY.**

**THIS MOTION REQUESTS EMERGENCY CONSIDERATION
AND MAY BE HEARD BEFORE THE EXPIRATION OF 20 DAYS.**

COMES NOW North Bay General Hospital, Inc. (the "Debtor"), and files this

Expedited Motion for Continuance of Hearing on Final Application for Compensation for

Arent Fox PLLC and Final Application for Compensation of Local Counsel to Official

Committee of Unsecured Creditors, and for cause would show this Court as follows:

1.      The Debtor has objected on various grounds to the final fee applications

filed by Arent Fox and Barnet Skelton, co-counsel for the Official Unsecured Creditors

Committee. Hearings on the fee applications are set for December 19, 2006.

2.      One of the grounds for objection to the fee applications requires additional

deposition discovery. Specifically, on information and belief, the Debtor is informed that

the manner in which the Committee was influenced to hire Arent Fox and Mr. Skelton

implicate issues of solicitation and disclosure pertinent to approval of the fee

applications.

3.      Information presently available to the Debtor indicates that Ken Rowen, a

representative of Alliance Imaging, was approached by Jim Horgan, a principal at Weiser

LLP (a New York accounting/consulting firm which does substantial work in bankruptcy

cases) and encouraged to participate on the Committee.[1] Mr. Rowen indicated that he did

not have sufficient time in his schedule to commit to such participation.

4.      According to Mr. Rowen, Mr. Horgan then contacted Mr. Joe Myers, a

principal at Clear Thinking Group (a New York consulting firm which does substantial

work in bankruptcy cases), who "solicited" Mr. Rowen to allow Mr. Myers to

gratuitously serve as the "proxy" for Alliance Imaging "without charge."[2] The Debtor is

informed and believes that Mr. Myers appeared at, and participated in, the initial

Committee meeting as Alliance Imaging's proxy. According to the characterization of

---

[1]      The Debtor is presently unaware of Mr. Horgan's connection to the case or of a reason why he
would be soliciting creditors for Committee participation.
[2]      As is the case with Mr. Horgan, the Debtor is unaware of any connection of Mr. Myers to the case
or any reason why he would offer to serve for free as a creditor's proxy.

the United States Trustee who presided over the meeting, Mr. Myers "dominated" the meeting. At that Committee meeting, the Committee voted to hire Arent Fox and Mr. Skelton. Approximately one week later, Mr. Rowen notified the Office of the United States Trustee that he no longer wished to serve on the Committee.[3]

5.     Preliminary research indicates that: (i) Arent Fox has filed a disclosure of certain connections to Mr. Myers in another case pending in this Court, but not in the above-styled case, (ii) Arent Fox represents or has represented Mr. Myers in several other bankruptcy cases, (iii) the cast of characters: Mr. Myers, Arent Fox and Mr. Skelton appear in three different bankruptcy cases pending in this District, including the instant case.

6.     The Debtor has not yet determined whether similar or any connections exist between Arent Fox, Mr. Skelton and Weiser LLP or whether any such connections have been disclosed.

7.     Mr. Myers and Mr. Horgan work in New York.  Mr. Rowen works in Anaheim, California.  In order to further corroborate the above-stated averments, obtain admissible evidence of same, and discover the extent of the connections between the above-referenced persons and firms, the Debtor wishes to take the depositions of Messrs. Myers, Rowen and Horgan.  The Debtor foresees that attempting to conduct such discovery in the midst of the Christmas holiday season is likely to lead to logistical and scheduling difficulties and impositions that could be easily avoided if the December 19, 2006 hearing was continued.

---

[3]     The bases for the averments in this motion are contained in Exhibit A hereto, which is a hard copy of email traffic between the Office of the United States Trustee and Mr. Rowen.  Note that in Exhibit A, Mr. Horgan is referred to as by Mr. Rowen as Mr. Horigan.  Upon information and belief, the Debtor believes that Mr. Rowen was referring to Jim Horgan, a principal at Weiser LLP, but this has not yet been verified.

8.     This motion is not filed for the purpose of delay.  Moreover, Arent Fox and Mr. Skelton recently requested and received a continuance of a December 7, 2006 hearing on an objection to their fee applications in another case in which Mr. Myers participation is at issue.[4]  Thus, continuation of their fee applications in the above-styled case is unlikely to be prejudicial.[5]

WHEREFORE, the Debtor respectfully requests that this Court: (i) continue the hearing on Arent Fox's and Mr. Skelton's fee applications for at least sixty days to allow the above-referenced discovery to occur.

Respectfully submitted this 1st day of December, 2006.

McCLAIN, MANEY & PATCHIN, P.C.

By: /s/Daniel F. Patchin
           Daniel F. Patchin
           State Bar Number: 15561400
           Annie E. Catmull
           State Bar Number: 00794932
           711 Louisiana St., Suite 3100
           South Tower, Pennzoil Place
           Houston, Texas 77002
           Telephone:  713-654-8001
           Telecopy:   713-654-8818

ATTORNEYS FOR NORTH BAY
GENERAL HOSPITAL, INC.

---

[4]     See, *In re TKO Sports Group USA Limited*, Case No. 05-48509, United States Bankruptcy Court, Southern District of Tex, Docket entries 359 and 361.

[5]     Over the last three days, counsel for the Debtor has attempted to ascertain without success through telephone calls and emails whether this motion is opposed by counsel for the Committee.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2006, a copy of the above and foregoing document was served by first class mail, postage prepaid and/or electronic case filing, on the parties as reflected on the attached service list.

/s/  Daniel F. Patchin_____
Daniel F. Patchin

## NORTH BAY GENERAL HOSPITAL, INC.
## MASTER SERVICE LIST

### DEBTOR

North Bay General Hospital, Inc.
1711 West Wheeler Avenue
Aransas Pass, Texas 78336
**Service method:  First class mail, postage prepaid**

### UNITED STATES TRUSTEE

United States Trustee
Attn: Nancy Holley
515 Rusk, 3rd Floor
Houston, Texas 77002
nancy.holley@usdoj.gov
**Service method:  Via electronic case filing service**

### SECURED CREDITORS

Healthcare Business Credit Corporation
c/o Tom A. Howley
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
tom.howley@haynesboone.com
**Service method:  Via electronic case filing service**
and
Healthcare Business Credit Corporation
c/o Eric W. Anderson
James S. Rankin
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
eanderson@phrd.com
jrankin@phrd.com
**Service method:  Via electronic case filing service**

## COUNSEL FOR CREDITORS' COMMITTEE

Barnet B. Skelton, Jr.
1111 Bagby, 47th Floor
Houston, TX 77002
barnetbjr@msn.com
**Service method:  Via electronic case filing service**

Andrew Silfen
Schuyler G. Carrol
Arent Fox PLLC
1675 Broadway
New York, NY 10019
carroll.schuyler@arentfox.com
**Service method:  Via electronic case filing service**

## TWENTY LARGEST UNSECURED CREDITORS

Internal Medicine Associates
160 S 13th Street, Suite B
Aransas Pass, Texas 78336
**Service method:  First class mail, postage prepaid**

Corpus Christi Medical Center
1533 S. Brownlee
Corpus Christi, Texas 78404
**Service method:  First class mail, postage prepaid**

HCA
One Park Plaza
Nashville, TN 37203
**Service method:  First class mail, postage prepaid**

Medtronic Sofamor Danek
720 E. Park Blvd., Suite 202
Plano, Texas 75074
(correct address unknown)
**Service method:  First class mail, postage prepaid**

GE Medical Systems
5517 Collections Ctr Drive
Chicago, IL 60693
**Service method:  First class mail, postage prepaid**

Alliance Imaging, Inc.
Attn: Ken Rowen
1900 South State College Blvd., Suite 600
Anaheim, CA 92806
krowen@allianceimaging.com
**Service method:  First class mail, postage prepaid**

Quest Diagnostics Clinical (DAL)
P.O. Box 841725
Dallas, Texas 75284-1725
**Service method:  First class mail, postage prepaid**

EBI Medical Systems Inc.
100 Interpace Parkway
Parsippany, NJ 07054-0345
ebimedical_support@ebimed.com
**Service method:  First class mail, postage prepaid**

Coastal Bend Blood Center
209 North Padre Island Drive
Corpus Christi, TX 78406
**Service method:  First class mail, postage prepaid**

American Health First, Inc.
5300 Hollister, Suite 510
Houston, Texas 77040
**Service method:  First class mail, postage prepaid**

McKesson Drug Co.
809 110th Street
Arlington, Texas 76011
**Service method:  First class mail, postage prepaid**

Musculoskeletal Transplant
P.O. Box 23308
Newark, NJ 07189
**Service method:  First class mail, postage prepaid**

Biotronik, Inc.
6024 Jean Road
Lake Oswego, OR 97035
**Service method:  First class mail, postage prepaid**

Horne CPA Group
P.O. Box 22964
Jackson, MS 39225-2964
**Service method: First class mail, postage prepaid**

McKesson General Medical
8741 Landmark Road
Richmond, VA 23228
**Service method: First class mail, postage prepaid**

Cardinal Health/FKA Allegiance
3080 West Interstate 20
Grand Prairie, Texas 75052
**Service method: First class mail, postage prepaid**

Northwest Regional Hospital
13725 Northwest Blvd.
Corpus Christi, Texas 78410
**Service method: First class mail, postage prepaid**

Cardinal Health Inc./
Nuclear Pharmacy
7000 Cardinal Place
Dublin, Ohio 43017
**Service method: First class mail, postage prepaid**

Metlife - NSC
Attn: Tom Taylor
177 South Common Drive
Aurora, IL 60504
**Service method: First class mail, postage prepaid**

The Standard Register
1800 West Loop South, Suite 400
Houston, Texas 77027
**Service method: First class mail, postage prepaid**

**PARTIES REQUESTING NOTICE**

Dean W. Ferguson
Adams and Reese LLP
1221 McKinney, Suite 4400
Houston, Texas 77010
dean.ferguson@arlaw.com
**Service method:  Via electronic case filing service**

J. Scott Douglass
909 Fannin, Suite 1800
Houston, Texas 77010
jsd@aol.com
**Service method:  First class mail, postage prepaid**

Thomas H. Grace
Elizabeth Freeman
W. Steven Bryant
Locke Liddell & Sapp LLP
600 Travis, Suite 3400
Houston, Texas 77002
**Service method:  Via electronic case filing service**

Dennis Quaid
Lauren Newman
FagelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603
bkdept@fagelhaber.com
**Service method:  First class mail, postage prepaid**

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
1949 South IH 35 (78741)
PO Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com
**Service method:  Via electronic case filing service**

Shelly B. Marmon
Crady, Jewett & McCulley, L.L.P.
2727 Allen Parkway, Suite 1700
Houston, TX 77019
marmonbkrtcy@cjmlaw.com
**Service method:  Via electronic case filing service**

Joseph G. Epstein
Demetra L. Liggins
Winstead Sechrest & Minick P.C.
910 Travis Street, Suite 2400
Houston, TX 77002
jepstein@winstead.com
dliggins@winstead.com
**Service method:  Via electronic case filing service**

T. Daniel Hollaway
3701 Kirby Drive, Suite 1288
Houston, TX 77098-3926
dhollaway@houstonlaw.com
**Service method:  Via electronic case filing service**

Daniella D. Landers
Esptein Becker Green Wickliff & Hall
1000 Louisiana, Suite 5400
Houston, Texas 77002 - 5013
dlanders@ebglaw.com
**Service method:  Via electronic case filing service**

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114
**Service method:  First class mail, postage prepaid**

Paul G. Jennings/Phillip G. Young, Jr.
Bass Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
**Service method:  First class mail, postage prepaid**

William Billings
SpecialCare Hospital Management Corp
514 Earth City Plaza, Suite 310
Earth City, Missouri 63045
**Service method:  First class mail, postage prepaid**

## Holley, Nancy

**From:** KRowen@allianceimaging.com
**Sent:** Monday, May 02, 2005 11:35 AM
**To:** Holley, Nancy
**Subject:** RE: North Bay Hospital Bankruptcy

Ms. Holley,

* I want to assure you that our pre-petition balances have not been paid off and we have not had any contact with the customer regarding that balance since we were made aware of the bankruptcy filing. We will receive no benefit with our customer by either participating or not participating in the committee. We expect to hopefully see a distribution on a pro-rate basis at some point down the line with all the other unsecured creditors.

* My company and I had no interest in participating in the unsecured creditors committee before I got solicited to join by Jim Horigan with Wiser. He had originally contacted me to see if we might be interested in joining an unsecured creditors committee that he was attempting to establish. I told him that I was not interested in participating because I did not see a value for us and I was concerned about time and expenses involved with possible participation. Also, I did not have any experience in participating in such a committee. Mr. Horigan assured me that the time commitment was extremely limited. He mentioned that there was a large need for the committee because of the management fees that were being paid by the site to the parent company. He expressed concerns that the committee might not be formed unless we agreed to participate as a large unsecured creditor. Mr. Horigan assured me that I could exit the committee at a later date if I wanted to do so. Based upon Mr. Horigan's suggestion, I gave my OK to participate.

* When I found out from you how long just the first conference call was going to be, I contacted Mr. Horigan and advised him that I could not allocate the time required for the call. Mr. Horigan then asked Joe Myers with Clear Thinking if he might be able to help out as a proxy for us.

*I got a call from Mr. Myers soliciting me to let him be our proxy. He advised that he would not charge us to act as proxy. Additionally, he advised me of his experience as a bankruptcy trustee and experience within credit and collections. Based upon our conversation, I gave the Mr. Myers the OK for him to be our proxy and provided you with the corresponding letter that I forwarded to you. That letter had been prepared by Mr. Myers. I added our letterhead and signed the document.

* Until receiving your email, I was unaware of what transpired with our proxy. I have not had an opportunity to get a briefing from him regarding what transpired in the conference call of committee members. I did not know that he taken so much of the committee's time.

* Last Friday afternoon, I was able to have a conference call with our corporate counsel and an outside attorney. We discussed the general purposes of an unsecured creditors committee, the responsibilities of being a member, potential added value of our participation in the committee and the use of a proxy. By the end of the conversation, it became clear to me that I should revoke our participation and that of our proxy.

* Please feel free to call me at (800) 814-8658 to further discuss the situation.

* Please let me know if at this time you will release my company and our proxy from participation in the unsecured creditors committee.

* I thank you for your time and assistance. Please pass along my apologies to the committee members for any inconvenience caused by my company's departure from participating in the committee.

Regards,

Ken Rowen

Ken A. Rowen, MBA
Alliance Imaging, Inc.
Wholesale Accounts Receivable Manager
Direct Phone (800) 814-8658
Direct Fax (714) 688-5418

-----Original Message-----
From: Nancy.Holley@usdoj.gov [mailto:Nancy.Holley@usdoj.gov]
Sent: Monday, May 02, 2005 8:55 AM
To: Ken Rowen
Subject: RE: North Bay Hospital Bankruptcy

I have all of the authority that I need to remove you from the committee. However, I find it curious that your "proxy" cominated the meeting and now you are uncomfortable with his participation. Have you been paid off as a critical vendor or is the cost of the proxy too high? It is going to appear very suspicious to the other committee members and I want to have a good explanation to give them.

Nancy L. Holley
Trial Attorney

-----Original Message-----
From: KRowen@allianceimaging.com [mailto:KRowen@allianceimaging.com]
Sent: Monday, May 02, 2005 10:34 AM
To: Holley, Nancy
Subject: RE: North Bay Hospital Bankruptcy

Ms. Holley,

My company no longer believes it is in our best interests to serve on the committee based upon a further examination of the responsibilities of serving on the committee. Additionally, I'm not comfortable having to rely on a proxy for our participation. We do not have the resources to directly participate in the committee.

Please confirm if you have the authority to release my company as well as our proxy from participating in the unsecured creditors committee. If you do not have the authority, then please provide me with details regarding whom I need to contact to resolve this situation.

Regards,

Ken Rowen

Ken A. Rowen, MBA
Alliance Imaging, Inc.
Wholesale Accounts Receivable Manager
Direct Phone (800) 814-8658
Direct Fax (714) 688-5418

-----Original Message-----
From: Nancy.Holley@usdoj.gov [mailto:Nancy.Holley@usdoj.gov]
Sent: Monday, May 02, 2005 8:21 AM
To: Ken Rowen
Subject: RE: North Bay Hospital Bankruptcy

2

Importance: High

Only the UST can remove you from the committee and I cannot read your correspondence. I would like an explanation why you are withdrawing from the committee.

Nancy Holley

-----Original Message-----
From: KRowen@allianceimaging.com [mailto:KRowen@allianceimaging.com]
Sent: Monday, May 02, 2005 10:01 AM
To: Holley, Nancy
Subject: FW: North Bay Hospital Bankruptcy

Dear Ms. Holley,

    I've faxed and emailed the attached correspondence to Schuyler Carroll with Ardent Fox. I'm revoking effective immediately my signature for the unsecured creditors committee and also terminating my company as well as proxy's participation in the unsecured creditors committee. I've asked for written confirmation that we have been removed from the committee.

    If I should have sent this information to you versus Carroll Schuyler, then I apologize for the error and ask that you provide me with confirmation that my company as well as proxy are removed from the unsecured creditors committee.

    I thank you in advance for your time and assistance.

Regards,

Ken Rowen

Ken A. Rowen, MBA
Alliance Imaging, Inc.
Wholesale Accounts Receivable Manager
Direct Phone (800) 814-8658
Direct Fax (714) 688-5418

-----Original Message-----
From: Ken Rowen
Sent: Monday, May 02, 2005 7:56 AM
To: 'carroll.schuyler@arentfox.com'
Subject: North Bay Hospital Bankruptcy

Dear Carroll Schuyler,

    Please review the attached correspondence which I've just faxed to you and please provide me as soon as possible the written confirmation which I've requested in the correspondence.

Regards,

Ken Rowen

Ken A. Rowen, MBA
Alliance Imaging, Inc.
Wholesale Accounts Receivable Manager
Direct Phone (800) 814-8658
Direct Fax (714) 688-5418

-----Original Message-----
From: Righ Fax Email Gateway
Sent: Monday, May 02, 2005 7:46 AM
To: Ken Rowen

3

Subject: A new fax has arrived from (Part 1 of 1) on Channel 1

5/2/2005 7:40:40 AM Transmission Record
        Received from remote ID:
        Inbound user ID KROWEN, routing code 5418
        Result: (0/352;0/0) Successful Send
        Page record: 1 - 13
        Elapsed time: 04:16 on channel 1


Fax Images: [double-click on image to view page(s)]

**ALLIANCE IMAGING**

1900 S. State College Blvd. Suite 600
Anaheim, CA 92806
Tel 714.688.3301 Fax 714.688.3377
www.allianceimaging.com

April 25, 2005

Ms. Nancy L. Holley
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

      Re:    North Bay General Hospital, Inc.
           Chapter 11 Case No. 05-32121-H4-11

Dear Ms. Holley:

    Please be advised that Alliance Imaging Inc. is interested in serving on the Creditors Committee to be appointed in the above referenced matter. Unfortunately, I do not have the time today to participate personally.

    Accordingly, I hereby authorize Mr. Joseph Myers to act on my behalf at the meeting in all respects, among other things, to request that Alliance Imaging Inc. be appointed to the Committee and to vote on any other matters raised at the meeting, including the selection of professionals to the Committee.

    Thank you for your cooperation and assistance.

                Very truly yours,

                Ken A. Rowen, MBA
                Wholesale A/R Manager

## Holley, Nancy

| | |
|---|---|
| **From:** | KRowen@allianceimaging.com |
| **Sent:** | Monday, April 25, 2005 11:53 AM |
| **To:** | Holley, Nancy |
| **Cc:** | jhorgan@weiserllp.com; jmyers@clearthinkinggrp.com |
| **Subject:** | North Bay BK ... Alliance Imaging Proxy |



CProgram
FilesRightFaxRFaxGate... Dear Ms. Holley,

     Attached is a letter from me implementing a proxy for my company in the unsecured creditors committee. I'll also fax you a copy of the attachment. Please permit Joseph Myers to serve as our proxy in the upcoming conference call and other meetings.

Regards,

Ken Rowen

Ken A. Rowen, MBA
Alliance Imaging, Inc.
Wholesale Accounts Receivable Manager
Direct Phone (800) 814-8658
Direct Fax (714) 688-5418

1

## Holley, Nancy

| | |
|---|---|
| **From:** | KRowen@allianceimaging.com |
| **Sent:** | Friday, April 22, 2005 3:52 PM |
| **To:** | Holley, Nancy |
| **Subject:** | RE: North Bay Hospital Committee Meeting 1/25/05 @12 PM! NLH |

Ms. Holley,

        I'm sorry, but I don't have an hour and a half available in my
schedule for the matter. Please let me know if there will be minutes
kept that can be forwarded to me for review following the call.

Regards,

Ken Rowen

-----Original Message-----
From: Nancy.Holley@usdoj.gov [mailto:Nancy.Holley@usdoj.gov]
Sent: Friday, April 22, 2005 1:30 PM
To: Ken Rowen
Subject: North Bay Hospital Committee Meeting 1/25/05 @12 PM! NLH
Importance: High

Mr. Rowen

I am planning a telephonic meeting of the unsecured creditors committee
in North Bay General Hospital for 12:00 PM (noon) on Monday, April 25,
2005.  Would you be able to attend?  The call will last approximately
one and one half hours. The conference telephone number is
1-877-772-5942 and the caller passcode is 285084.

I will need the name, mailing address, and fax number for your office.

Nancy L. Holley
Trial Attorney

1

**Holley, Nancy**

| | |
|---|---|
| **From:** | Holley, Nancy |
| **Sent:** | Friday, April 22, 2005 3:28 PM |
| **To:** | 'krowen@allianceimaging.com' |
| **Subject:** | North Bay Hospital Committee Meeting 1/25/05 @12 PM!  NLH |

**Importance:**       High

Mr. Rowen

I am planning a telephonic meeting of the unsecured creditors committee in North Bay General Hospital for 12:00 PM (noon) on Monday, April 25, 2005.  Would you be able to attend?  The call will last approximately one and one half hours. The conference telephone number is 1-877-772-5942 and the caller passcode is 285084.

I will need the name, mailing address, and fax number for your office.

**Nancy L. Holley**
**Trial Attorney**

1

Fax number (713) 718-4670


April 19, 2005

Nancy Holley
Office of the United States Trustee
515 Rusk
Suite 3516
Houston, TX   77002


Re: North Bay General Hospital (05-32121) - Creditors Committee

I am interested in participating in the Creditors Committee of North
Bay General Hospital.

My company is an unsecured creditor owed as the Chapter 11 filing
(February 9, 2005): $85,357.38 for imaging services provided to North
Bay.

Please contact me if you have any questions.


Name:  Ken Rowen

Signature: _____

Title: Wholesale A/R Manager

Telephone: (800) 814 8658

E-mail: krowen@allianceimaging.com