**Exhibit A**

Subj:　河北英凯模中信保负费信息
Date:　8/13/2010 3:09:25 A.M. Eastern Daylight Time
From:　eacserviceg@gmail.com
To:　Uschinaasset@aol.com
CC:　eastasale@gmail.com, eacservicew@gmail.com

Dear Dr. Liu,

Following pls find the contact info.FYI，pls contact with him.

15127863018
牛东
中信保 安平区域 河北英凯模

B. regards,
Jessica


2010-08-13
————————

EacServiceG

HL 0005

Subj: **Oaktree**
Date: 8/13/2010 1:40:47 A.M. Eastern Daylight Time
From: eastasale@gmail.com
To: Uschinaasset@aol.com

dear Dr Liu

PLS try to stop this business and to sue oaktree back for all UNSECURED CREDITOR'S money!


PLS audit Jeff and OAKTREE how they close the deal of 25 million USD
and did they give others chance to offer more than 25 million or not , did Jeff knows that oaktree will get rid of ubp if he sold to oaktree BEFORE HE AGREED OAKTREE AT 25 MILLION? Did Jeff have side deal with oaktree
by hurting our unsecured creditors? Oaktree has bad name to hurt unsecured creditor when they bought dsc, they made all shares holder value to zero but ceo of old dsc is still today's ceo, we are all feeling suprised a lot. A ceo made DSC bankrupt can still be the ceo for toda's DSC, it means a lot!


2010-08-13
_____

eastasale@gmail.com
_____

发件人：Uschinaasset
发送时间：2010-08-13 10:08:43
收件人：eastasale
抄送：eacserviceg
主题：Fwd: Oaktree

Dong--FYI


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

Subj: **Re: Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...**
Date: 8/13/2010 1:25:36 A.M. Eastern Daylight Time
From: eastasale@gmail.com
To: Uschinaasset@aol.com, eacserviceg@gmail.com

thank you Dr Liu
noted!

2010-08-13
--------------------------
eastasale@gmail.com
_____

发件人：Uschinaasset
发送时间：2010-08-13 06:13:08
收件人：eastasale; eacserviceg
抄送：
主题：Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...
Dear Dong: Only those cargos that were physically picked up by the debtor from the US ports 20 days prior to the debtors petition date, i.e., belonging to 503(b)(9) claims, will be treated as priority claims as administrative claims. Still, assuming there would be sufficient fund to pay for them, not guranteed.


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

Sunday, September 12, 2010 America Online: Uschinaasset

HL 0007

Subj:    Re: Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...
Date:    8/13/2010 1:24:37 A.M. Eastern Daylight Time
From:    eastasale@gmail.com
To:      Uschinaasset@aol.com
CC:      eacservice@gmail.com

Dear Dr Liu

their catalogues are nearly all same items, and it is easy to see their website and also
ask any customers and suppliers,
they will know it well.   if you audit oaktree/UBP people, they will tell you before days dac
biggest competitor is DSC/UBP

i am finding more info for you. however pls try your best to stop oaktree and sue oaktree
for unsecured creditor for his making
UBP bankrupt and firing people. Their target is to get rid of UBP!


regards
Dong


2010-08-13
_____

eastasale@gmail.com

发件人：Uschinaasset
发送时间：2010-08-13  06:20:32
收件人：eastasale
抄送：
主题：Re: Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...
Dear Dong: Do you have any more info re Dayton (or Dayton Superior), which is the
competitor of UBP? We need to show the US Trustees Office that Oaktree might have
done something only beneficial to Dayton owned by Oaktree.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**


Sunday, September 12, 2010 America Online: Uschinaasset

HL 0008

Subj: **Fwd: Oaktree**
Date: 8/12/2010 10:08:26 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: eastasale@gmail.com
CC: eacserviceg@gmail.com

Dong—FYI

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

-----Original Message-----
From: "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
To: "'Sullivan, James M.'" <Sullivan.James@ARENTFOX.COM>, "'Rothleder,
Jeffrey'" <rothleder.jeffrey@arentfox.com>
CC: "'Uschinaasset@aol.com'" <Uschinaasset@aol.com>
Date: Thu, 12 Aug 2010 22:01:55 -0400
Subject: Oaktree

**my bold below. Dr. Liu was correct, this is a major competitor who is buying the company up for market share and maybe some of the best assets.**

**I am still looking for some hint of the European buyers/alternative buyers.**

# UBP Acquisition Corp. Agrees to Acquire Certain Assets of Universal Building Products through Chapter 11 Bankruptcy Process

LOS ANGELES--(BUSINESS WIRE)--Universal Building Products, Inc., a leading provider of accessories and equipment to the concrete construction industry, today filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code for the company and certain of its subsidiaries.

**UBP Acquisition Corp. ("UBPAC"), an entity formed by certain funds managed by Oaktree Capital Management, L.P. ("Oaktree") and Solus Alternative Asset Management LP ("Solus"), has agreed to acquire certain currents assets, machinery,**

Monday, September 13. 2010 America Online: Uschinaasset

equipment, and intellectual property owned by Universal Building Products, Inc. and certain of its subsidiaries ("Universal"). The acquisition will be made pursuant to §363 of the U.S. Bankruptcy Code in connection with Universal's voluntary filing today of petitions under chapter 11 in the U.S. Bankruptcy Court for the District of Delaware in Wilmington.

UBPAC owns 100% of the senior secured debt of Universal and has bid its senior secured debt in connection with the acquisition. UBPAC has also agreed to provide a $6 million debtor-in-possession financing inside of bankruptcy in order to complete the §363 asset sale and chapter 11 process. It is expected that the bankruptcy process will take 30 to 60 days. In connection with this filing, Universal's Formco and Accubrace operations will continue to operate in the ordinary course while the balance of its commercial and manufacturing operations will cease.

Oaktree is a premier global alternative and non-traditional investment manager with $75 billion in assets under management as of June 30, 2010. Solus is a New York-based alternative asset management firm. **Oaktree and Solus are the majority equity holders of Dayton Superior Corp., the leading North American provider of specialized products for the nonresidential concrete construction market.**

For further information, please contact David Quick at Oaktree at (213) 830-6374.

Rafael X. Zahralddin-Aravena
Managing Shareholder - Wilmington

| Elliott Greenleaf |

1105 Market Street
Suite 1700
Wilmington, DE 19801

Phone: 302.384.9400 ext. 4001
Cell: 302.545.2888
Toll Free: 866.575.4264
Fax: 302.384.9399
E-Mail: rxza@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

| Subj: | **Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...** |
|---|---|
| Date: | 8/12/2010 6:20:12 PM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | eastasale@gmail.com |

Dear Dong: Do you have any more info re Dayton (or Dayton Superior), which is the competitor of UBP? We need to show the US Trustees Office that Oaktree might have done something only beneficial to Dayton owned by Oaktree.

**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

Subj: **Re: Shipment that arrive in USA after 17 of July or release to ubp after 17 o...**
Date: 8/12/2010 6:12:38 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: eastasale@gmail.com, eacserviceg@gmail.com

Dear Dong: Only those cargos that were physically picked up by the debtor from the US ports 20 days prior to the debtors petition date, i.e., belonging to 503(b)(9) claims, will be treated as priority claims as administrative claims. Still, assuming there would be sufficient fund to pay for them, not guranteed.

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0012

Subj:      **Shipment that arrive in USA after 17 of July or release to ubp after 17 of july**
Date:      8/12/2010 6:04:30 P.M. Eastern Daylight Time
From:      eastasale@gmail.com
To:        eacserviceg@gmail.com
CC:        Uschinaasset@aol.com
Jessica, acc to us law, subjected shipment will be paid as top priory
from court of bankruptcy.
Pls make a full list to dr liu, to let him know

Invoice number
S D

And when ubp take deliver , or when we release the goods to ubp.

Dong

HL 0013

Subj:  **Re: Re: Universal Building Products, Inc. files Chapter 11--EASTERN ACCESSORIES C...**
Date:  8/12/2010 4:05:42 P.M. Eastern Daylight Time
From:  hanyangqd@gmail.com
To:    Uschinaasset@aol.com

pls call me sir
sorry
i will call u now


2010-08-13
────────────

hanyangqd
──────────────────────────────────────────────

发件人：Uschinaasset
发送时间：2010-08-13 03:44:24
收件人：hanyangqd
抄送：
主题：Re: Universal Building Products, Inc. files Chapter 11--EASTERN ACCESSORIES
C...
Dong: Can I call you now?


**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0014

Subj:    **Re: Universal Building Products, Inc. files Chapter 11--EASTERN ACCESSORIES C...**
Date:    8/12/2010 3:44:13 PM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      hariyangad@gmail.com
Dong: Can I call you now?


**Dr. Haishan Liu**

**US-China Assets Management USA, LLC.**

**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**

HL 0015

Subj: **Re: Universal Building Products, Inc. files Chapter 11--EASTERN ACCESSORIES CORP**
Date: 8/12/2010 3:39:53 P.M. Eastern Daylight Time
From: hanyangqd@gmail.com
To: Uschinaasset@aol.com, eacservicew@gmail.com
CC: eacserviceg@gmail.com, eastasale@gmail.com

Dear Dr Liu

we hereby authorise you to try to be the chairman, not me.
thank you
Dong

*Debtor*
**Universal Building Products, Inc.**
15172 Goldenwest Circle
Westminster, CA 92683

## Bankruptcy Petition #: 10-12453

represented by
**Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200

Creditors - 50-99
Assets - 1-10 Million
Liabilities - 10-50 Million

Universal Building Products, Inc.

On August 3, Saul Ewing LLP (proposed local counsel) filed Universal Building Products, Inc. and its affiliates: Accubrace, Inc.; Don De Cristo Concrete Accessories, Inc.; Form-Co. Inc; and Universal Form Clamp, Inc. (collectively, the "Debtors") into chapter 11. The Debtors are also seeking to retain K&L Gates LLP as their lead bankruptcy counsel, Scouler & Company as their restructuring advisor, and the Garden City Group Inc. as their notice, claims, and balloting agent. The Honorable Mary F. Walrath has been assigned to the case. A Request of US Trustee to Schedule Section 341 Meeting of Creditors has been filed, and the request date is Wednesday September 15, 2010 @ 9:30 A.M. - J. Caleb Boggs Federal Building, 2nd Floor, Room 2112. The First Day hearing has been scheduled for August 5, 2010 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware.

**Background**

The Debtors operated one of the largest privately-owned concrete form and accessory manufacturing businesses in North America, manufacturing and delivering a complete assortment of premium concrete accessories to residential and commercial construction projects. Their primary facilities are located in Bellwood, Illinois and Westminster, California.

Universal Building Products, Inc. is the holding company for each of the other Debtors. The Debtors employ approximately 87 employees in the aggregate. For the fiscal year ending December 31, 2009, the Debtor's net revenue was approximately $80 million, which resulted in a

net lost of about $28 million. In the fiscal year ending December 31, 2008, the Debtors generated net revenue of approximately $141 million, which resulted in a net loss of about $27 million.

## Debt Structure

In 2006, Debtors Universal Building Products, Inc. Don De Cristo Concrete Accessories, Inc. and Universal Form Clamp, Inc. entered into a credit agreement with several lenders, which as of the Petition Date consisted solely of UBP Acquisition Corp. and OCM FIE L.P. as the administrative agent. The credit agreement provides for aggregate borrowings of up to $106 million. As of the Petition Date, the Debtors owe the lenders an aggregate principal amount of not less than $40,331,692.45

Pursuant to the Prepetition credit agreement, the Prepetition indebtedness is secured by valid, binding, enforceable and perfected first priority liens and security interests in substantially all of the Debtor's tangible and intangible personal property.

## Events Leading to Chapter 11

Beginning in 2007, the Debtors' operations began to be impacted by the deteriorating real estate market. The construction industry continued to contract through 2008 and the first half of 2009 due to both excessive supply, owing to high inventory levels, and insufficient demand, as credit became increasingly tight.

On or about July 19, 2010, affiliates of Oaktree Capital Management, L.P. ("Oacktree") acquired 100% of the Debtor's senior secured debt. The Debtor's senior secured debt is now held by UBP Acquisition Corp., an affiliate of Oaktree. UBP Acquisition Corp. has agreed to provide DIP financing and authorized the use of cash collateral. UBP Acquisition also agreed to serve as the stalking horse in a sale process, and would credit bid approximately $25 million of the outstanding debt. The Debtors agreed to UBP Acquisition Corp.'s proposals and commenced chapter 11 proceedings.

## First Day Motions

**I.      Introduction/Routine Motions**

The Debtors have filed several first day motions, including the routine joint administration motion, utilities motion, cash management motion, motion to consolidate a creditors list, a motion to maintain insurance coverage, and an interim compensation motion.

The Debtors have also filed motions to retain Saul Ewing LLP as local counsel; K&L Gates LLP as their lead bankruptcy counsel; Scouler & Company as their restructuring advisor; and the Garden City Group Inc. as their notice, claims, and balloting agent. Only the claims agent retention motion is up for hearing on the first day.

**II.      Key First Day Motions**

*Financing* - The Debtors have filed a motion seeking entry of interim and final orders authorizing them to borrow money from UBP Acquisition Corp. The Debtors are seeking authorization to borrow no more than approximately $6 million. There is a carve-out provision in the agreement, allocating $1,450,000 in the aggregate for each Professional. The Debtors are also seeking the use of a Cash Collateral. The budget, attached as Exhibit 2 to the DIP Motion, covers 9 weeks.

*Motion to Approve Bid Procedures for Sale of Assets and Motion to Approve the Sale* - The Debtors are seeking an order to approve bid procedures relating to a sale of the Debtor's assets through an agreement by and between the Debtors and UBP Acquisition Corp. The Purchase Price is set for $25 million. They are also seeking a hearing date to approve the form of the sale, including the notices relating to an auction. Moreover, in a separate motion, the

Debtors are seeking authorization to sell the assets. Although a hearing has not yet been set to approve the sale procedures, the Debtors have filed a proposed notice in which the Bid Deadline is August 30, 2010 at 12:00 p.m. Eastern Time. The Debtors further request that the auction would take place on September 2, 2010, at 9:00 a.m. at the offices of K&L Gates LLP, 70 W. Madison St. Suite 3100, Chicago, Illinois 60602.

*Motion to Pay Prepetition Taxes* - The Debtors are seeking authorization to pay prepetition sales, use, highway use, fuel, franchise, and similar taxes, and tolls, fees, licenses, and other similar charges and assessments. The Debtor estimate that the fees should not exceed $450,000 and request authority to make payments up to this amount.

*Motion to Pay Employee Wages and Obligations* - The Debtors are seeking authority, in their sole discretion, to pay and honor certain Prepetition wage and benefit obligations, as well as maintain the Postpetition wage and benefit programs. The Post petition wages and obligations are set forth in the budget, and over the course of 9 weeks come to a total of approximately $1,355,000. The Prepetition wage and benefit obligations total to approximately $199,000.

*Motion to hire Professionals for the Ordinary Course of Business* - The Debtors are seeking authorization to retain and compensate professionals in the ordinary course of business. The Professionals will be paid 100% of their fees, however they may not exceed $50,000 per month per Professional. The Debtors are seeking permission to hire 16 Professionals, most of which are law firms and auditing firms assisting each of the Debtors with their respective issues. A list of the Professionals can be found by clicking on the Debtor's link in the right hand column of this e-mail, and it is labeled #6 - Ex. A. OCP List.

*Motion to Reject Lease or Executory Contracts* - The Debtors are seeking entry of order authorizing the Debtors to reject the following unexpired leases: (i) an unexpired lease of nonresidential real property located at 6904 Park East Boulevard, Tampa Florida with MiTexk Industries, Inc.; and (ii) an unexpired lease of nonresidential real property located at 2300 Maywood Drive, Bellwood, Illinois with MLRP 2300 Maywood LLC. The Debtor request that the rejection of the leases be effective as of August 4, 2010. The Debtors are no longer in possession of these premises and are not using them in their operation. They have handed in their keys and have moved all their property out of the premises.

**If we can be of service to you, please contact me.**

Subj:     **Re: Universal Building Products--Eastern Accessories Corp--Total Claims**
Date:     8/12/2010 12:41:06 P.M. Eastern Daylight Time
From:     eacserviceg@gmail.com
To:       Uschinaasset@aol.com
CC:       dennybarge@gmail.com, eacservicew@gmail.com, eastasale@gmail.com

Hi Dr. Liu,

Following pls find shipped goods arrived during July 1st to 17th, 2010

| Invoice No. | Total $ | ETA |
|---|---|---|
| 10GU0430605 | $17,243.26 | JUL.3,2010 |
| 10GU0480617 | $32,587.20 | JUL.12,2010 |
| 10GU0490616 | $11,742.20 | JUL.8,2010 |
| 10GU0510617 | $29,665.08 | JUL.3,2010 |
| 10GU0570712 | $8,606.25 | JUL.12,2010 |
| Total | $99,843.99 | |

Thanks,
Jessica

在 2010年8月12日 下午8:58, EacServiceG <eacserviceg@gmail.com>写道：

Dear Dr. Liu,

Attached pls find the required support documents for shipped goods.

Any further assistance pls feel free to let me know.

Thanks,
Jessica

Cell:+86 0 186 6395 3618

2010-08-12
_____

EacServiceG
_____

发件人：Uschinaasset
发送时间：2010-08-12 14:24:45
收件人：eastasale
抄送：dennybarge; eacserviceg; eacservicew
主题：Universal Building Products--Eastern Accessories Corp--Total Claims

Dear All: I spotted the total claims as follows. Am I right about them?

$563,410.02 (Shipped before the petition date) + $1,551,240.00 (unshipped in China) = $2,114,650.00

**Dr. Haishan Liu (刘海善博士 )**

Sunday. September 12. 2010 America Online: Uschinaasset

HL 0019

**US-China Assets Management USA, LLC.** （美中资产管理公司）
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): 总机4006768159, 分机8991056167#
Email: uschinaasset@aol.com

HL 0020

Subj:    **Re: proxy**
Date:    8/12/2010 10:50:59 AM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      rooney_gao@yahoo.com

received.

HL 0021

Subj: **Re: questionair 1**
Date: 8/12/2010 10:50:22 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: rooney_gao@yahoo.com

received.

HL 0022

| Subj: | **Re: Universal Building Products--Eastern Accessories Corp--Total Claims** |
|---|---|
| Date: | 8/12/2010 9:13:37 AM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | eacserviceg@gmail.com |
| CC: | dennybarge@gmail.com, eacservicew@gmail.com, eastasale@gmail.com |

Good Morning here in the USA Good Evening in China or Good Afternoon in Europe: Thanks, Jessica.

I'll review these supporting documents and I'll contact both David Dong and you after 10:00am, about an hour from now.


**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA, LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA):  总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0023

| PART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| UFC7012X3.5 | TRIANGULAR TIES 12GA X 3.5 | | | 44000 | | 499/BK92106HAN | 5807 |
| UFC7012X4.5 | TRIANGULAR TIES 12GA X 4.5 | | 90000 | 90000 | | 499/BK92106HAN | 13057 |
| UFC7012X5.5 | TRIANGULAR TIES 12GA X 5.5 | | 55000 | 55000 | | 499/BK92106HAN | 8706 |
| UFC7003X3 | TRIANGULAR TIES 3 X 3 HDG | | 44000 | 44000 | | 499/BK92106HAN | 2563 |
| UFC7004X4 | TRIANGULAR TIES 4 X 4 HDG | | 72000 | 72000 | | 499/BK92106HAN | 5264 |
| UFC7005X5 | TRIANGULAR TIES 5 X 5 HDG | | 63000 | 63000 | | 499/BK92106HAN | 5681 |
| RN58G | RAIL NUT 58" FOR 4930 RAIL | 5240 | | 5240 | | 535/BK102706HAN | 6798 |
| RN34G | RAIL NUTS 34" FOR 4930 RAIL | 2548 | | 2548 | | 535/BK102706HAN | 3306 |
| RN34G | RAIL NUTS 34" FOR 4930 RAIL | 2000 | | 2000 | | 535/BK102706HAN | 2594 |
| RN12G | RAIL NUTS 12" FOR 3817 RAIL | 1130 | | 1130 | | 598/BK122906HAN | 1291 |
| RPA583 | PLATE ANCHOR 58 X 3 X 4TON | 4000 | | 4000 | | 644/BK21307HAN | 7171 |
| RPA58312 | PLATE ANCHOR 58 X 3-12 X 4TON | 5815 | | 5815 | | 644/BK21307HAN | 17143 |
| URFL | UNI RES FORM LATCH | 37468 | | 37468 | | 665/BK30507HAN 115508-YM | 29225 |

| PART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| 10EXTUP11 | 10' EXTENSION-32' BIG FOOT BRACE | | 200 | 200 | | 671/BK31107HAN 673/BK31307HAN | 13574 |
| 20EXTUP11 | 20' EXTENSION FOR 32' PIPE BRACE | | 120 | 120 | | 671/BK31107HAN 673/BK31307HAN | 16739 |
| 20WRA | 2.0 TON X 300MM 3/8" CABLE | 77 | 7000 | 7077 | | 113788-YM 7861 117799-YM 2000 | 8291 |
| GULS15 | 15"GULLWING SCREED STAKES | 23999 | | 23999 | | 113788-YM 115508-YM | 4108 |
| RPA34718 | PLATE ANCHOR 3/4 X 7-1/8 X 8TON | 417 | | 417 | | 113788-YM | 2628 |
| AFPRH | ALUMINUM FORM PIN / SLOTTED ROUND HEAD WAX PIN | 14500 | | 14500 | | 115508-YM | 3480 |
| AFSW | STRAIGHT WEDGE FOR ALUMINUM FORMS 250 COUNT PAIL | 4250 | | 4250 | | 115508-YM | 553 |
| BST06 | 06 BASE TIE | 10000 | | 10000 | | 115508-YM | 1300 |
| CWAF | CURVED WEDGE FOR ALUMINUM FORMS 250 COUNT PAIL | 2750 | | 2750 | | 115508-YM | 385 |
| RL22XL10 | RINGLIFT 10" PANEL THICKNES 22KP XL ANCHOR | 715 | | 715 | | 115508-YM | 2860 |
| RL22XL512 | XL LIFT INSERT 5-1/2" | 1279 | | 1279 | | 115508-YM | 3914 |
| RL22XL812 | XL LIFT INSERT 8 1/2" | 2420 | | 2420 | | 115508-YM | 8591 |
| USR24 | 2' X 4' UNI SHORING FRAME | 9 | 95 | 104 | beam 6495pcs can be used for can be used for 2165sets of USR44 or USR45, or 1625sets of USR46, | 115508-YM | 182597 |

| PART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| USF25 | 2'X5' UNI SHORING FRAME | 47 | | | 47beam 4000pcs can be used for 2350 sets of USF26 | 115508-YM | 112946 |
| PS350DD | #350 POST SHORE | | 42 | | 424433 | 117792-YM / 118712-YM | 225451 |
| CLAMSHLY | CLAM SHELL (YELLOW) 2PC SET WITH RING | 2490 | | 2490 | | 118712-YM | 2515 |
| ET12 | 12" ELEPHANT TRUNK PVC 50' RL | 450 | | 450 | | 118712-YM | 833 |
| PS300DD1524 | UNI POST SHORE 5'6"-9'10"GA WITH 6"X 6" TOP&BOTTOM PLAT (WITH 6' SLEEVE) | 657 | | 657 | 1468pcs outer tube | 118712-YM | 104189 |
| TC-HD | TWISTER CONNSTEELE-GALVANIZED | 3000 | | 3000 | 3000 | 120565-YM | 6600 |
| UP11CPLR | COUPLER FOR UP-11 PIPE BRACE | 210 | | 210 | 210|61 | 120634-YM | 8650 |
| UP8CPLR | COUPLER FOR UP-8 PIPE BRACE | 440 | | 440 | 440 | 120634-YM | 9104 |
| DFFA3410G | DROP FORGED FOOT ANCHOR (10T) 3/4X10" | 3547 | | 3547 | 3547 | 119387-YM | 20998 |
| UPPP | UNIVERSAL PRECAST PANEL PAD 2-1/2"X6" | 10800 | | 10800 | | 124715-YM / 133508-RV | 1296 |
| CLIS346G | STRAIGHT COIL LOOP INSERT3/4" | 10800 | | 10800 | | 124894-YM / 125765-YM / 118447-YM | 7020 |
| ULA9164.75G | UNILIFT ANCHOR9/16"X4.75"X2TON | 100 | | 100 | | 124891-YM / 124893-YM | 38 |
| ULA9166.75G | UNILIFT ANCHOR9/16"X6.75"X2TON | 2000 | | 2000 | | 124891-YM / 124893-YM | 994 |

| PART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| VS20-400-2 | CABLE RAIL 20X50 MM X 400MM 2 CABLE LOOPS INSIDE | | 5998 | 5998 | 5998 | 124869-YM | 11595 |
| 6MM WIRE ROPE(0.8T FOR VS20-400-2) | For CABLE RAIL 20X50 MM X 400MM 2 CABLE LOOPS INSIDE | | 87819 | 87819 | 75000 | 124869-YM | 73269 |
| CABLE RAIL(PLASTIC RAIL FOR VS20-400- | For CABLE RAIL 20X50 MM X 400MM 2 CABLE LOOPS INSIDE | 119000 | | 119000 | | 124869-YM | 17850 |
| RL22X1.934 | RINGLIFT9 3/4" PANEL THICKNES 22KP XL ANCHORS | 1280 | | 1280 | | 124869-YM | 5069 |
| 1147120CIG | 1-1/4X7-1/2 OPEN COIL INSERT PLAIN-4 STRUTS | 780 | 780 | 780 | 780 | 125765-YM | 2129 |
| UP8 | 22' FIXED LENGTH PIPE BRACE | | | 419 | 419 | 126005-YM | 50364 |
| ULA344.25G | UNILIFT ANCHOR 3/4"X4.25"X4TON | 2500 | | 2500 | | 127333-YM | 1750 |
| ULA388G | UNI-LIFT ANCHOR3/8 X 8.00 X | 4000 | | 4000 | | 127333-YM | 1040 |
| DFFA34512G | DROP FORGED FOOT ANCHOR (10T) | 4840 | | 4840 | | 128054-YM | 16262 |
| 63WRA | CABLE LOOP ANCHOR 6.3 TON | 498 | | 498 | | 128539-YM | 2233 |
| USF26 | 2' X 6' UNI SHORING FRAME | 50 | | 50 | | 129570-YM | 1774 |
| POST SHORE-MATERIAL | Q345--Φ62.2*3.2*6060 | | | | 28410kg | 117792-YM 118712-YM | 103279 |
| UP11 | 6" PIPE BRACE 32' LONG | | | 29 | 29 | 129983-YM | 8085 |

| PART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| DFFEA10TG | FORGED FOOT ERECTION ANCHOR10 | 330 | | 330 | | 130248-YM | 3917 |
| 346XB | 3' X4' X6' CROSS BRACE | 1082 | | 1082 | | 131374-YM | 10333 |
| USF45 | 4' X 5'UNI LOAD SHORING FRAME | 290 | 1 | 291 | | 131494-YM | 9616 |
| PC110 | SUPROTEK PC-110 BARGUARD | | | | 190800 | 11646 145725 | 101124 |
| PS5611/G | POST SHORE 5'-6" TO 11'(PAINTED BLUE) | 288 | | 288 | | 131893-YM | 5990 |
| UP1 | TILT-UP BRACE UP1 8'1" TO 14'5" | | 480 | 480 | | 133166-RV | 36182 |
| BST10 | 10" S BASE TIE | 20000 | | 20000 | | 133508-RV | 3600 |
| USF44 | 4'X4' UNI SHORING FRAME | 450 | 5 | 455 | | 134591-RV | 20020 |
| URRR8 | UNI-LIFT 360 16FP AGR INSERT 8" COMPLETE W/WHITE FORMER | 1000 | | 1000 | | 139146-RV | 4430 |
| URRR914 | UNI-LIFT 360 16FP AGR INSERT 9-1/4" COMPLETE W/WHITE FORMER | 3540 | | 3540 | | 139146-RV | 15753 |
| URRR6 | 6" UNI-LIFT 360 KP AGR INSERT COMPLETE W/WHITE FORMER | 600 | | 600 | | 1278867-YM | 2070 |
| 638FDUMB | 6" x 38 FLAT DUMBELL | 300 | | 300 | | 128578-YM | 585 |
| PS5550DD | #550 POST SHORE | | | | 502 | 149082 | 27188 |

HL 0028

| PART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| Taper tie-coil thread material | material for coil rod thread of Taper tie | | | | 31360kg | 126005 125764 | 83931 |
| APSHD | POST SHORE -HEAVY DUTY | | | | 270kg | 123919 | 1051 |
| COR034 | 3/4" COIL ROD | 16800ft | | 16800ft | | 16107 | 12298 |
| COR012 | 1/2" COIL ROD | 4800ft | | 4800ft | | 16107 | 1728 |
| BRDGJCK | 42" BRIDGE OVERHANG BRACKET | 200 | | 200 | | 15702 | 8660 |
| WIN034 | COIL WING NUT 3/4" | 5000 | | 5000 | | 15967 | 3325 |
| JBOL04 | 1/2" x 4" NC J-BOLT | 2000 | | 2000 | | 16028 | 700 |
| UBL512G | EASY LIFT 670 ANCHOR FOR 5-1/2 SLAB INSERT HEIGHT 4-3/4 GALV | 37600 | 37600 | 37600 | | 169825 | 39480 |
| FSTA30 | 30" FLAT STAKE | 1800 | | 1800 | | 16061 | 3780 |
| DFFEA2.5TG | FORGED FOOT ERECTION ANCHOR 2.5 TON (3/8" X 8") GALVANIZED | 1500 | | 1500 | | 167205 | 2523 |
| | | | | | | | 1551240 |

HL 0029

| INVOICE NO. | S/D | XX days after shipment | payment delay (acc to 60days after | Amount $ | Remarks |
|---|---|---|---|---|---|
| 9GU0620905 | 9/5/2009 | 373 | 313 | 463.30 | BURNABY |
| 9GU0640912 | 9/12/2009 | 366 | 306 | 891.00 | BURNABY |
| 10GU0160305 | 3/5/2010 | 192 | 132 | 2430.00 | BELLWOOD |
| 10GU0270421 | 4/21/2010 | 145 | 85 | 1000.00 | BELLWOOD |
| 10GU0280428 | 4/28/2010 | 138 | 78 | 1243.28 | BELLWOOD |
| 10GU0290505 | 5/5/2010 | 131 | 71 | 903.90 | BELLWOOD |
| 10GU0380527 | 5/27/2010 | 109 | 49 | 36769.50 | BELLWOOD |
| 10GU0410530 | 5/30/2010 | 106 | 46 | 16754.00 | BELLWOOD |
| 10GU0420610 | 6/10/2010 | 95 | 35 | 30051.60 | LANGLEY |
| 10GU0430605 | 6/5/2010 | 100 | 40 | 17243.26 | BELLWOOD |
| 10GU0440607 | 6/7/2010 | 98 | 38 | 129095.82 | BELLWOOD |
| 10GU0460604 | 6/4/2010 | 101 | 41 | 9750.00 | BELLWOODm |
| 10GU0470607 | 6/7/2010 | 98 | 38 | 9495.75 | BELLWOOD |
| 10GU0480617 | 6/17/2010 | 88 | 28 | 32587.20 | LANGLEY |
| 10GU0500614 | 6/14/2010 | 91 | 31 | 29804.32 | BELLWOOD |
| 10GU0510617 | 6/17/2010 | 88 | 28 | 29665.08 | LANGLEY |
| 10GU0520613 | 6/13/2010 | 92 | 32 | 4551.75 | BELLWOOD |
| 10GU0530618 | 6/18/2010 | 87 | 27 | 1500.00 | BELLWOOD |
| 10GU0540628 | 6/28/2010 | 77 | 17 | 70618.84 | BELLWOOD |
| 10GU0570712 | 7/12/2010 | 63 | 3 | 8606.25 | BELLWOOD |
| 10GU0330522 | 5/22/2010 | 114 | 54 | 42015.79 | LANGLEY |
| 10GU0490616 | 6/16/2010 | 89 | 29 | 11742.20 | WESTMINSTER |
| 10GU0550630 | 6/30/2010 | 75 | 15 | 29627.46 | LANGLEY |

HL 0030

| 9GU08410026 | 10/26/2009 | 322 | 262 | 4500.00 | JASPER |
|---|---|---|---|---|---|
| 10GU0140215 | 2/15/2010 | 210 | 150 | 42099.72 | JASPER |
| | | | | 563410.02 | |

HL 0031

Subj:       **Universal Building Products--Eastern Accessories Corp--Total Claims**
Date:       8/12/2010 2:24:34 AM Eastern Daylight Time
From:       Uschinaasset@aol.com
To:         eastasale@gmail.com
CC:         dennybarge@gmail.com, eacserviceg@gmail.com, eacservicew@gmail.com

Dear All: I spotted the total claims as follows. Am I right about them?

$563,410.02 (Shipped before the petition date) + $1,551,240.00 (unshipped in China) = $2,114,650.00

**Dr. Haishan Liu ( 刘海普博士 )**
**US-China Assets Management USA, LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0032

Subj: **Fwd: UFC/UBP payment and inven:..**
Date: 8/12/2010 2:08:05 AM Eastern Daylight Time
From: Uschinaasset@aol.com
To: eastasale@gmail.com
CC: dennybarge@gmail.com, eacserviceg@gmail.com, eacservicew@gmail.com

Dear President David Dong: Thank you for your confidence in our US–China Bankruptcy and Collection Team to represent you to guide and to seek your optimal interests in this difficult bankruptcy case, and I assure you that with the veteran attorneys who have rich experiences in many other same and/or similar bankruptcy cases, we together will give a good fight. Due to the tight time schedule set forth for August 13 Unsecured Creditors Committee Formation Meeting, I'm going through your initial documents I have just received at such a late time period to weigh a feasibility of proving EAC as the largest unsecured creditors with the combination of the cargos shipped before the debtors joint petition date and the finished goods unshipped at your warehouse in China.

I highly appreciate your willingness of serving a chairperson on the pending committee even though you have been advised all of committee members, normally 3 to 7 creditors, will work together voluntarily for all of general unsecured creditors, less than 100 creditors in this case, The position of chairperson is open and democratic to each of all selected committee members, and co-chairs are also an option, while the creditor who holds the largest claim will usually be recommended as a top candidate.

Your absence in the USA will be an inconvenient for the pending Committee professionals, counsels and financial advisors alike, to communicate with you on some emergency matters such as court hearings on an expedited basis. I need you to introduce Mr. Denny Barge in certain details, and one of them is where he lives now. Nevertheless, a co-chair is quite possible since you have appeared to have plenty of insights of the debtors operations and the personalities of its management, since other committee members could be very interested in and beneficial of your knowledge.

Should there be some verifiable mismanagement, inside transactions and fraudulent assets transfers, officers and directors of the debtors will be subject to financial scrutiny and legal actions re any wrongdoings and illegal practices.

Let's work together to maximize recoveries, if any out there!

**Dr. Haishan Liu** (刘海善博士）
**US-China Assets Management USA, LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

——Original Message——
Date: Thu, 12 Aug 2010 07:07:56 +0200
Subject: Fwd: UFC/UBP payment and Inventory
From: EastaSale <eastasale@gmail.com>
To: "Uschinaasset@aol.com" <Uschinaasset@aol.com>, dennybarge <dennybarge@gmail.com>
Cc: Ms Jessica <eacserviceg@gmail.com>, Mis wang <eacservicew@gmail.com>

Monday, September 13, 2010 America Online: Uschinaasset

Hello Dr liu, we hereby authorize you to be our lawyer to help us to
get back our money from bankruptcy court.
Below is email I sent to ubp bankrupt lawyer.

Ms Wang n Jessica r working on docs that you need.

Jessica pls list up all invoices shipped or arrived after July 17....n
report to Dr liu.

Dr liu, if You can let my friend Mr Denny Barge or me become the
chairman in this team, I will disclose how Jeff and Oaktree play our
unsecured suppliers to death. Oaktree gets UBP without other bidding
from other bankers who would like to keep running UBP. By another
words, Oaktree gets UBP by black deal which is only for max profit of
Jeff. I know all deeper sense of this deal, n I think many people will
go to jail in my view points.


Regards,
Dong


Regards
Dong


————— Forwarded message —————
From: EastaSale <eastasale@gmail.com>
Date: Wed, 11 Aug 2010 23:32:43 +0200
Subject: Fwd: UFC/UBP payment and Inventory
To: "harley.goldstein" <harley.goldstein@klgates.com>, Greg Waller
<gwaller@ubp-usa.com>, Jeffrey Church <jchurch@autuscapital.com>, Tom
Fahey <tfahey@ubp-usa.com>, Edmund Klodzinski
<edmundklodzinski@msn.com>
Cc: eastasale <eastasale@gmail.com>

Hello Harley,

I think Greg from UBP CFO, made big mistake on the owing money to me ,
which should be as attached.

I keep the right to ask my payments loses from Greg for his mistaking
on presenting/filing the wrong and much less value amount which UBP
owed me to the bankruptcy court.
- 隐藏引用文字 -

My lawyer will contact you as well.

Regards,

David Dong
President of Eastern Accessories Corp

————— Forwarded message —————
From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: Wed, 11 Aug 2010 10:47:51 -0500
Subject: UFC/UBP payment and Inventory
To: "jessica,david hanyang/eastern" <eastasale@gmail.com>, Jessica
eaatern <eacserviceg@gmail.com>, David Hanyang <hanyangqd@gmail.com>


Monday, September 13, 2010 America Online: Uschinaasset

HL 0034

David, Jessica.
Enclosed,please, find letter with information about UBP bankruptcy,
and all issues related to it.
I know, you have some questions, but I do not have answers for them.

For further information, contact Universal's legal counsel, Harley J.
Goldstein of K&L Gates LLP, at (312) 781-7168
or via e-mail at "harley.goldstein@klgates.com".
Ed

Date: Wed, 11 Aug 2010 20:11:31 +0800
From: eacserviceg@gmail.com
To: edmundklodzinski@msn.com; jchurch@ubp-usa.com
CC: eastasale@gmail.com
Subject: UFC/UBP payment and Inventory

Dear Ed,Jeff,

Here attched, I send u full due payment and the list with value for
inventory we keep for UFC/UBP.
We expect u resolve these payment to us as u agreed with us before asap.

Thanks and kindly regards,
Jessica

2010-08-11

EacServiceG

————— Forwarded message —————
From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: Wed, 11 Aug 2010 10:47:51 -0500
Subject: UFC/UBP payment and Inventory
To: "jessica,david hanyang/eastern" <eastasale@gmail.com>, Jessica
eaatern <eacserviceg@gmail.com>, David Hanyang <hanyangqd@gmail.com>

David, Jessica.
Enclosed,please, find letter with information about UBP bankruptcy,
and all issues related to it.
I know, you have some questions, but I do not have answers for them.

For further information, contact Universal's legal counsel, Harley J.
Goldstein of K&L Gates LLP, at (312) 781-7168
or via e-mail at "harley.goldstein@klgates.com".
Ed

Date: Wed, 11 Aug 2010 20:11:31 +0800
From: eacserviceg@gmail.com
To: edmundklodzinski@msn.com; jchurch@ubp-usa.com
CC: eastasale@gmail.com
Subject: UFC/UBP payment and Inventory


Dear Ed,Jeff,

Here attched, I send u full due payment and the list with value for
inventory we keep for UFC/UBP.
We expect u resolve these payment to us as u agreed with us before asap.

Thanks and kindly regards,
Jessica


2010-08-11


EacServiceG

Monday, September 13, 2010 America Online: Uschinaasset

HL 0036

Office Of The United States Trustee
District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Tel. No. (302) 573-6491
Fax No. (302) 573-6497

IN RE:                                                    Chapter 11

Universal Building Products, Inc., *et al.*              Case No. 10-12453 (MFW)
   Debtor(s).

---

### Notice Of Formation Meeting For Official Committee of Unsecured Creditors

---

    The above-named debtor(s) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint a committee of unsecured creditors, and the debtor's petition or other sources of information indicate that you may be eligible for appointment to the Official Committee of Unsecured Creditors in this case.

    This is to notify you that the United States Trustee will hold a meeting to form an unsecured creditors committee on **Friday, August 13, 2010 @ 10:00 a.m.** at the following location:

**J. Caleb Boggs Federal Building**
**844 King Street, Room 2112**
**Wilmington, DE 19801**

    A representative of the debtor will attend the meeting to provide information regarding the status of the case. If you wish to be considered for membership on any official committee that is appointed, please complete the enclosed Questionnaire Form and return it to the Office of the United States Trustee **no later than August 12, 2010 @ 5:00 p.m.** If you do not wish to serve on an official committee, your presence at the meeting is not required.

    If you wish to be considered for membership on the committee but are unable to attend, you should immediately notify the Office of the United States Trustee. If you do not attend the meeting and do not affirmatively indicate your willingness to serve, you will not be considered. If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf. The Official Committee of Unsecured Creditors performs a vital role in the chapter 11 proceeding, and for that reason your interest and consideration is solicited.

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE

*/s/ Richard L. Schepacarter for*
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

Dated: August 4, 2010

cc: Debtors' Counsel: Mark Minuti, Esq., Phone: 302-421-6840, Fax: 302-421-5873

HL 0037

**Official Committee of Unsecured Creditors' Committee
Information Sheet**

**Purpose of Unsecured Creditors' Committees.** To increase participation in the chapter 11 proceeding, section 1102 of the Bankruptcy Code requires that the United States Trustee appoint a committee of unsecured creditors (the "Committee") as soon as practicable after the order for relief has been entered. The Committee ordinarily consists of the persons, willing to serve, who hold the seven (7) largest unsecured claims of the kinds represented on such committee. The debtor has filed a list indicating that your claim may be among the largest unsecured claims against the debtor, and for that reason, you may be eligible to serve on the Committee. There must be at least three (3) unsecured creditors willing to serve in order to form a Committee.

**Powers and Duties of Unsecured Creditors' Committees.** Members of the Committee are fiduciaries who represent all unsecured creditors as a group without regard to the types of claims which individual unsecured creditors hold against the debtor. Section 1103 of the Bankruptcy Code provides that the Committee may consult with the debtor, investigate the debtor and its business operations and participate in the formulation of a plan of reorganization. The Committee may also perform such other services as are in the interests of the unsecured creditors whom it represents.

**Employment of Professionals.** Section 1103 of the Bankruptcy Code provides that the Committee may, subject to the bankruptcy court's approval, employ one or more attorneys, accountants or other professionals to represent or perform services for the Committee. The decision to employ particular professionals should occur at a scheduled meeting of the Committee where a majority of the Committee is present. All professionals retained by the Committee may be compensated from assets of the debtor's estate pursuant to section 330 of the Bankruptcy Code. Applications for the payment of professional fees may be monitored by the Office of the United States Trustee and are subject to the Court's approval. However, the Committee should carefully review all applications and not rely on the Court or the United States Trustee to discover and object to excessive professional fees or costs.

**Other Matters.** The Committee should elect a chairperson and may adopt bylaws. As a party in interest, the Committee may be heard on any issue in the bankruptcy proceeding. Federal Bankruptcy Rule 2002(i) requires that the Committee (or its authorized agent) receive all notices concerning motions and hearings in the bankruptcy proceeding.

**In the event you are appointed to an official committee of creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on any official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the Debtor while they are committee members absent an order of the Court. By submitting the enclosed Questionnaire and accepting membership on an official committee of creditors, you agree to this prohibition. The United States Trustee reserves the right to take appropriate action, including removing a creditor from any committee, if the information provided in the Questionnaire is inaccurate, if the foregoing prohibition is violated, or for any other reason the United States Trustee believes is proper in the exercise of her discretion. You are hereby notified that the United States Trustee may share this information with the Securities and Exchange Commission if deemed appropriate.**

Should you have any additional questions concerning the Committee or your membership on the Committee, please contact the Office of the United States Trustee.

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.    Yes ( ) No ( )

A.    Unsecured Creditor's Name and Contact Information:

Name: _____          Phone: _____
Address: _____        Fax: _____
 _____         E-mail: _____
 _____

B.    Counsel (If Any) for Creditor and Contact Information:

Name: _____          Phone: _____
Address: _____        Fax: _____
 _____         E-mail: _____
 _____

C.    Amount of Unsecured Claim (U.S. $)    _____

D.    If your claim is against more than one debtor, list all debtors: _____
_____
_____

E.    Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made;
litigation; etc., including whether any portion is secured.  If any portion of the claim(s) arise from litigation,
please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
_____
_____
_____

F.    Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
_____

G.    Representations:

1.    Are you or the company you represent in any way:  "affiliated" with any of the debtors within the
meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)?
Yes ( ) No ( ) If a shareholder, state the number of shares: _____

2.    Do you, or the company you represent, engage in a business which directly or indirectly competes with
any of the businesses of the debtor(s)?  Yes ( ) No ( )

HL 0039

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No ( )

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No ( ) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: _____
_____

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No ( )

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No ( )

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No ( )
State the name of the entity and the nature and amount of the claims: _____
_____

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No ( )

    A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No ( )

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
| | |
| | |
| | |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know ( )

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: _____      _____
                                   **Signature**

                                   _____
                                   **Print Name**

                                   _____
                                   **Title**

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

Subj: **email for push delivery from UBP**
Date: 8/12/2010 12:15:18 P.M. Eastern Daylight Time
From: eacserviceg@gmail.com
To: Uschinaasset@aol.com
CC: eastasale@gmail.com, dennybarge@gmail.com, eacservicew@gmail.com
Hi Dr. Liu.

Attached pls find the email for push delivery during the latest 2months.

B.Regards,
Jessica

Date: Wed, 11 Aug 2010 20:11:31 +0800
From: eacserviceg@gmail.com
To: edmundklodzinski@msn.com; jchurch@ubp-usa.com
CC: eastasale@gmail.com
Subject: UFC/UBP payment and Inventory


Dear Ed,Jeff,

Here attched, I send u full due payment and the list with value for
inventory we keep for UFC/UBP.
We expect u resolve these payment to us as u agreed with us before asap.

Thanks and kindly regards,
Jessica


2010-08-11


EacServiceG

From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: 2010/7/20
Subject: FW: CONFIRMATION
To: Jessica eaatern <eacserviceg@gmail.com>


see below email, and release two containers Bellwood.

*Edmund Klodzinski*
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.


From: edmundklodzinski@msn.com
To: hanyangqd@gmail.com; hanyang@163169.net; eastasale@gmail.com
Subject: FW: CONFIRMATION
Date: Mon, 19 Jul 2010 21:11:41 -0500

David, Jessica.
Enclosed, wire transfer for **$71,832** against invoices;
10GU0210405A,
10GU0210405,
10GU0210405B,

HL 0043

10GU0210405C,
10GU0210405D,
10GU0150227,
10GU0160305,
10GU029505,
10GU0170309,
10GU0170309A.

Please, send Telex Relase and shipping documents, for two (2) Bellwood containers, today , for tomorrow, 07/20/2010, delivery to Bellwood. MSKU7123620 and container PONU0481771.

Both containers have value $70,618.40, whcih you did ask for.

I would like to get your release confirmations and and all copies of shipping and relase documents.

As I told you, before, Bellwood will pay for Bellwood's containers, and ask you to release and ship Bellwood's orders.

*Edmund Klodzinski*
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

发件人：EacServiceG@gmail.com <eacserviceg@gmail.com>
日期：2010年7月10日 上午11:27
主题：Re: Wire Transfer to Eastern
收件人：Edmund Klodzinski <edmundklodzinski@msn.com>, "jessica,david hanyang/eastern" <eastasale@gmail.com>

Dear Ed,

Thanks for ur payment!
I have sent u the document for 10GU0480617.
Thanks and waiting for ur payment totally $150k next week.

Have a nice weekend!
Yours,
Jessica


2010-07-10

EacServiceG@gmail.com

发件人：Edmund Klodzinski
发送时间：2010-07-10 09:07:39
收件人：Jessica eaatern; jessica,david hanyang/eastern; David Hanyang; David1 Hanyang
抄送：
主题：Wire Transfer to Eastern


From: edmundklodzinski@msn.com
To: eacserviceg@gmail.com; eastasale@gmail.com; hanyangqd@gmail.com
Subject: Wire Transfer to Eastern
Date: Fri, 9 Jul 2010 19:56:53 -0500

Jessica.
As we did promised, enclosed, wire transfer for $50,174.29 to pay against old Universal invoices.
Next week, Tuesday, we will pay another $50,000 as we promised.

**Meanwhile, per my conversation with David (on phone),please release container  FSCU7931447, your invoice 10GU0480617 for BOB/D and 3412CR-to Langley.**

We need to get this container deliver, next week Monday 07/12/2010 or Tuesday 07/13/2010.

**David did agree to release this container.**

I need all you confirmations and copies of all documents for released containers.

*Edmund Klodzinski*
Plant Manager,

Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: 2010/7/12
Subject: RE: 10GU0480617(QD--LANGLEY) INV+PL+CERTIFICATE FORM OEC
To: Jessica eaatern <eacserviceg@gmail.com>
Cc: Tony Ho <cs.ord@oecgroup.com>, "jessica,david hanyang/eastern"
<eastasale@gmail.com>, tc.ord@oecgroup.com

Jessica.
Thank you for documents.
Can you and  Amy to send , also, TELEX release, and copies of B/L and other
shipping documents.
Except invoice and packing list, I did not receive any other documents.
We need to deliver this container, as Monday 07/12/2010.

*Edmund Klodzinski*
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.

HL 0046

edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: 2010/7/10
Subject: FW: 10GU0490616/10GU0500614/10GU0510617
To: Jessica eaatern <eacserviceg@gmail.com>, "jessica,david
hanyang/eastern" <eastasale@gmail.com>, David Hanyang
<hanyangqd@gmail.com>


Jessica
I do not want to release 10GU0490616.
I want to release BOB/D and CR3412 , invoice 10GU0480617.
WE ARE NOT PAYING FOR WESTMINSTER RELEASE.
if you will still insist on release Westminster containers,instead
Bellwood orders,I will instruct people to stop payment.
As i said, we are not paying for Westmionster orders and invoices.
You better stop their release and release BOB/D and other Bellwoods orders.
 release this containers;
Edmund klodzinski: 10GU0480167,10GU050614,10GU0510617,10GU0540628
Edmund klodzinski: NEED YOUR CONFIRMATIONS ON THOSE RELEASES

Need your confirmations,

*Edmund Klodzinski*
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

From: edmundklodzinski@msn.com
To: eacserviceg@gmail.com
CC: eastasale@gmail.com
Subject: RE: 10GU0490616/10GU0500614/10GU0510617
Date: Fri, 9 Jul 2010 09:56:37 -0500

Jessica
I do not want to release 10GU0490616.
I want to release BOB/D and CR3412 , invoice 10GU0480617.
WE ARE NOT PAYING FOR WESTMINSTER RELEASE.

*Edmund Klodzinski*
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
cklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

Date: Fri, 9 Jul 2010 21:54:59 +0800
Subject: 10GU0490616/10GU0500614/10GU0510617
From: eacserviceg@gmail.com

HL 0048

To: edmundklodzinski@msn.com; edmundklodzinski@yahoo.com
CC: eastasale@gmail.com

Dear Ed,

I have talked with forwarder and broker, they are working on clear customs
and pick up the containers to u now.

If u have any problems feel free to call me directly.

Sincerely,
Jessica

From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: 2010/7/4
Subject: QFLWCC
To: Jessica eaatern <eacserviceg@gmail.com>, "jessica,david
hanyang/eastern" <eastasale@gmail.com>


Jessica.
Based on our conversation, from last week as well discussion and emails,
with David.
Please, send by air, 4000pc of QFLWCC—casting corners, Monday 07/05/2010.
Use JAS, since they guarantee delivery for Tuesday 07/06/2010, morning.
I need to know, ETD —fight number and ETA, flight arrival date and time
for those corners.

*Edmund Klodzinski*
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: 2010/7/3

HL 0049

Subject: FW: Wire to Eastern Accessories
To: "jessica,david hanyang/eastern" <eastasale@gmail.com>, Jessica
eaatern <eacserviceg@gmail.com>


David, Jessica.
Enclosed, another wire transfer for past due invoices.
Next week, we will pay you more.
I did talk to Tom F. and he did guarantee to pay, (either by Universal or
by himself) next week another $39,000.
Between yesterday, today's and Tom's payment, next week payment, we should
cover your over 90 days invoices.
Therefore, I would like to ask you to send, no later than Monday
07/04/2010, 4000pc of our QFLWCC--casting corners, and send them JAS, with
guarantee delivery 07/05/2010.
I also would like to ask you to release, some of our Universal containers.
For example, JAS have one container of QFCLMP and QFLC scheduled to deliver,
next week, Tuesday 07/05/2010, but they need your release/approval for
delivery.
I would like to talk to you about releases other containers as well.
Please, contact me and talk about all issues.
Meanwhile, instruct your people to ship corners and release containers.

*Edmund Klodzinski*
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

Date: Fri, 2 Jul 2010 13:07:33 -0500
Subject: Wire to Eastern Accessories
From: cenglish@ubp-usa.com
To: eklodzinski@ubp-usa.com; bcybulska@ubp-usa.com;
gjackson@ubp-usa.com

---------- Forwarded message ----------
From: <scanner@ubp-usa.com>
Date: Fri, Jul 2, 2010 at 2:03 PM
Subject: Message from UFC Bellwood
To: cenglish@ubp-usa.com

发件人： Edmund Klodzinski <edmundklodzinski@msn.com>
日期： 2010 年 6 月 22 日 上午 9:05
主题： RE: EWN58LSP and QFLC
收件人： Jessica eaatern <eacserviceg@gmail.com>

Why you did not ship EWN58LSP, yet?
Why only 500pc?
We have open order for 10,500pc of EWN58LSP.
One old order for 8000pc and second order for 2,500pc.
I need more parts to ship this week.

*Edmund Klodzinski* ✉
Plant Manager,
Direct Imports, Purchasing.
Universal Building Products.
840 S.25th. Ave.
Bellwood, Ill 60104.
www.ubp-usa.com.
eklodzinski@ubp-usa.com.
edmundklodzinski@msn.com.
edmundklodzinski@yahoo.com

Phone 708 544 4255 ext.241.
Mobile 630 808 2965.
Fax 708 493 9386.

**Subj:** **Universal Building Products--Eastern Accessories Corp--Questionnaire**
**Date:** 8/11/2010 11:06:51 PM Eastern Daylight Time
**From:** Uschinaasset@aol.com
**To:** eacservicew@gmail.com
**CC:** eacserviceg@gmail.com

-Questionnaire

HL 0052

Subj:    **Re: 赚钱赚婆赚芽赋赚赚芒**
Date:   8/11/2010 10:56:47 PM Eastern Daylight Time
From:  Uschinaasset@aol.com
To:     rooney_gao@yahoo.com

授权书上第三行有金额数字需要修改。

HL 0053

**Proxy Form**                                         **August 12, 2010**

**Office of the United States Trustee**
District of Delaware
U.S. Bankruptcy Court

Re:     **Universal Building Products, Inc.**     Chapter 11 Case No. **10-12453**

**Dear  US Trustee Richard Schepacarter and Roberta Deangelis:**

Please be advised that **EASTERN ACCESSORIES CORPORATION** , a creditor of the above referenced debtor is very interested in and committed to serving on the Creditors Committee to be appointed in the above referenced case.  Unfortunately, we cannot attend the creditor's committee organizational meeting in person because our offices are located in China.  Thus, the cost and time associated with travel to the creditors committee meeting makes it impossible for one of our employees to attend the meeting in person.  Please be fully assured, however, that we intend to fully participate on the creditors committee and diligently act to protect the rights of all unsecured creditors.

Based upon the foregoing, we hereby authorize, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Dr. Haishan Liu or some advisor or attorney designated by Dr. Haishan Liu, to act on our behalf at the organizational meeting in all respects, among other things, to request that **EASTERN ACCESSORIES CORPORATION** be appointed to the Committee, to vote for professionals to represent the Committee and to vote on any other Committee matters raised at the meeting.  For these purposes Dr. Haishan Liu or some advisor or attorney designated by is authorized in all respects to act as our proxy.

Thank you for your cooperation and assistance.
Very truly yours,

## EASTERN ACCESSORIES CORPORATION

Signature:                                      Print Name:


Title:

Address:

Tel:

Company Seal

HL 0054

Subj: **Re: proxy**
Date: 8/12/2010 10:54:31 A.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: Uschinaasset@aol.com

Ok , thanks.

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Thu, August 12, 2010 10:50:58 PM
**Subject:** Re: proxy

received.

HL 0055

Subj:     **Re: questionair 1**
Date:     8/12/2010 10:54:48 A.M. Eastern Daylight Time
From:     rooney_gao@yahoo.com
To:       Uschinaasset@aol.com

Thanks a lot.

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Thu, August 12, 2010 10:50:21 PM
**Subject:** Re: questionair 1

received.

HL 0056

Subj: **Universal Building Products--Eastern Accessories Corp--Claim Profile**
Date: 8/11/2010 10:47:08 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: eacservicew@gmail.com

尊敬的债权人EASTERN ACCESSORIES CORP 王延芝小姐，并转告董总：

今天与董总和王延芝小姐通过电话，较完整地表达了我们愿意贵公司参加本周五在美国德拉瓦尔州法院的"无保障债权人委员会组成会议"，同时马上帮助贵公司处理那些已经抵达美国债务人仓库的货物和至今仍然未出运的制成品等付款事项的合作意见。

我们也愿意帮助贵公司在今后处理那些可能的您对债务人公司及其主要负责人的法律诉讼事项，可以按照贵公司的选择办理，或按照"不成功，不事先收费"的原则在成功收款后抽比例进行，也可以一次性事先支付服务费。

受理贵公司参加本周五在美国德拉瓦尔州法院的"无保障债权人委员会组成会议"是完全免费的，贵公司只要填写两份文件，并在签字盖章后发回给我们就可以了。其中一份是附录在下的参加该次会议的授权委托书（**Proxy**），另一份是贵公司自愿参加该委员会的问卷（先前已经发出）。若填写中有任何问题，请来电来函咨询。

**Dr. Haishan Liu（刘海善博士 ）**
**US-China Assets Management USA, LLC.（美中资产管理公司）**
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): 总机4006768159, 分机8991056167#
Email: uschinaasset@aol.com

Subj: **proxy**
Date: 8/12/2010 10:38:01 A.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: uschinaasset@aol.com

刘博士：
修改授权书。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, | ) | Case No. 10-12453 (MFW) |
| INC., *et al.*,[1] | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

### Proxy

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of approximately $351,107.06 against the above-captioned debtors (the "Debtors"), due to the fact of being not able to come to the USA to participate in person, does hereby appoint and authorize its US Rep Advisor Greg Urbanchuk, to act on the Creditor's behalf **_with full power of substitution_** at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August 10, 2010



Signed by *Authorized Representative*

General Manager  Print Name Ailin Wang
Title

王爱林 / Ailin Wang

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang
　　　　 District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

---

[1]　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

HL 0059

Subj:    **questionair 1**
Date:    8/12/2010 10:38:04 A.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:      uschinaasset@aol.com

刘博士：

修改的问卷。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., et al.,[1] | ) | Case No. 10-12453 (MFW) |
| | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

### Proxy

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of approximately $223,188.15 against the above-captioned debtors (the "Debtors"), due to the fact of being not able to come to the USA to participate in person, does hereby appoint and authorize its US Rep Dr. Haishan Liu or Advisor Greg Urbanchuk, to act on the Creditor's behalf _**with full power of substitution**_ at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August 10, 2010 .  Signed by *Authorized Representative*



General Manager Print Name Ailin Wang
Title 王爱林

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang
District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

Subj:     **RE: Universal Building Products--Eastern Accessories Corp--Total Claims**
Date:     8/12/2010 9:19:27 A.M. Eastern Daylight Time
From:     eacserviceg@gmail.com
To:       eacserviceg@gmail.com, Uschinaasset@aol.com
CC:       dennybarge@gmail.com, eacservicew@gmail.com, eastasale@gmail.com
ok.
Call my cell phone pls.

-----Original Message-----
From: Uschinaasset@aol.com
Sent: 2010/08/12 21:13:36
To: eacserviceg@gmail.com
Cc: dennybarge@gmail.com; eacservicew@gmail.com; eastasale@gmail.com
Subject: Re: Universal Building Products--Eastern Accessories Corp--Total Claims

Good Morning here in the USA Good Evening in China or Good Afternoon in
Europe: Thanks, Jessica.

I'll review these supporting documents and I'll contact both David Dong and
you after 10:00am, about an hour from now.


Dr. Haishan Liu（刘海善博士）
US-China Assets Management USA, LLC.（美中资产管理公司）
33-63 55th Street, Woodside, NY 11377, USA
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): 总机4006768159, 分机8991056167#
Email: _uschinaasset@aol.com_
(http://us.mc381.mail.yahoo.com/mc/compose?to=uschinaasset@aol.com)

Subj: **Re: Universal Building Products--Eastern Accessories Corp--Total Claims**
Date: 8/12/2010 8:59:32 A.M. Eastern Daylight Time
From: eacserviceg@gmail.com
To: Uschinaasset@aol.com
CC: dennybarge@gmail.com, eacservicew@gmail.com, eastasale@gmail.com

Dear Dr. Liu,

Attached pls find the required support documents for shipped goods.

Any further assistance pls feel free to let me know.

Thanks,
Jessica

Cell:+86 0 186 6395 3618

2010-08-12
————————
EacServiceG

发件人：Uschinaasset
发送时间：2010-08-12 14:24:45
收件人：eastasale
抄送：dennybarge; eacserviceg; eacservicew
主题：Universal Building Products--Eastern Accessories Corp--Total Claims
Dear All: I spotted the total claims as follows. Am I right about them?

$563,410.02 (Shipped before the petition date) + $1,551,240.00 (unshipped in China) = $2,114,650.00

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA, LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0063

**Universal Building Products, Inc.   Bankruptcy Claim Profile   Case # 10-12453**
Creditor Company Name:
Address:
Tel:                                    Fax:                                    Cell:
Email Address:

| Shipping Date / Shipment Container Serial | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|
| **1** Invoice # 9GU0620905 | Departure Date\n\nDeparture Port | Departure Date\n\nDeparture Port | Departure Date SEP.6,2009\n\nDeparture Port QINGDAO | Total $16761.00 Paid $16297.7 Unpaid $463.3 |
| Invoice Date SEP.3,2009 | Arrival Date\n\nArrival Port | Arrival Date\n\nArrival Port | Arrival Date SEP.20,2009\n\nArrival Port VANCOUVER | |
| **2** Invoice # 9GU0640912 | Departure Date\n\nDeparture Port | Departure Date\n\nDeparture Port | Departure Date SEP.13,2009\n\nDeparture Port QINGDAO | Total $22311.0 Paid $ 21420.0 Unpaid $891 |
| Invoice Date SEP.11,2009 | Arrival Date\n\nArrival Port | Arrival Date\n\nArrival Port | Arrival Date SEP.27,2009\n\nArrival Port VANCOUVER | |
| **3** Invoice # 9GU0841026 (Sample by fedex) | Departure Date\n\nDeparture Port | Departure Date\n\nDeparture Port | Departure Date\n\nDeparture Port | 4500.00 (TOOING INV) |
| Invoice Date OCT.26,2009 | Arrival Date\n\nArrival Port | Arrival Date\n\nArrival Port | Arrival Date\n\nArrival Port | |

HL 0064

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 4 | Invoice # 10GU0140215 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date FEB.15,2010<br><br>Departure Port QINGDAO | $42099.72 |
| | Invoice Date FEB.13,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date MAR.30,2010<br><br>Arrival Port LOS ANGELES | |
| 5 | Invoice # 10GU0160305 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date MAR.6,2010<br><br>Departure Port QINGDAO | $2430 |
| | Invoice Date MAR.3,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date MAR.12,2010<br><br>Arrival Port CHICAGO | |
| 6 | Invoice # 10GU0270421 (Sample by fedex) | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | $1000(TOOLING INV) |
| | Invoice Date APR.21,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |

HL 0065

| Shipment Container Serial / Shipping Date | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 7 | Invoice # 10GU0280428 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date APR.29,2010<br><br>Departure Port QINGDAO | $1243.28 |
| | Invoice Date<br><br>APR.28,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date MAY.3,2010<br><br>Arrival Port CHICAGO | |
| 8 | Invoice # 10GU0290505 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date MAY.7,2010<br><br>Departure Port QINGDAO | Total$29592.00 Paid$28688.1 Unpaid$903.9 |
| | Invoice Date MAY.3,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date JUN.6, 2010<br><br>Arrival Port VANCOUVER | |
| 9 | Invoice # 10GU0330522 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date MAY.22,2010<br><br>Departure Port QINGDAO | Total$54694.89 Paid$12679.1 Unpaid$42015.79 |
| | Invoice Date MAY.20,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date JUN.5,2010<br><br>Arrival Port VANCOUVER | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 10 | Invoice # 10GU0380527 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date MAY.27,2010<br><br>Departure Port QINGDAO | $36769.5 |
| | Invoice Date MAY.25,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date JUN.13,2010<br><br>Arrival Port SEATTLE, | |
| 11 | Invoice # 10GU0410530 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date MAY.30,2010<br><br>Departure Port QINGDAO | $16754.00 |
| | Invoice Date MAY.28,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date JUN.14,2010<br><br>Arrival Port<br><br>SEATTLE | |
| 12 | Invoice # 10GU0420610 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.10,2010<br><br>Departure Port QINGDAO | $30051.6 |
| | Invoice Date JUN.8,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date JUN.8,2010<br><br>Arrival Port VANCOUVER | |

HL 0067

| Shipping Date / Shipment Container Serial | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|
| **13** Invoice # 10GU0430605 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>JUN.5,2010<br>Departure Port<br>QINGDAO | $17243.26 |
| Invoice Date JUN.3,2010 | Arrival Date<br><br>Arrival Port | Arrival Date JUL.3,2010<br><br>Arrival Port<br><br>CHICAGO | Arrival Date<br><br>Arrival Port | |
| **14** Invoice # 10GU0440607 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.7,2010<br><br>Departure Port QINGDAO | $129095.82 |
| Invoice Date JUN.5,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date JUN.21,2010<br><br>Arrival Port LONG BEACH | |
| **15** Invoice # 10GU0460604 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.7,2010<br><br>Departure Port BEIJING | $9750 |
| Invoice Date JUN.4,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>JUN.12,2010<br>Arrival Port<br><br>SEATTLE | |

HL 0068

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 16 | Invoice # 10GU0470607 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>JUN.7,2010<br>Departure Port<br>QINGDAO | $9495.75 |
| 16 | Invoice Date<br><br>JUN.7,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br>JUN.9,2010<br><br>Arrival Port<br><br>CHICAGO | |
| 17 | Invoice # 10GU0480617 | Departure Date<br><br>Departure Port | Departure Date<br><br>JUN.23,2010<br>Departure Port<br>QINGDAO | Departure Date<br><br>Departure Port | $ 32587.2 |
| 17 | Invoice Date JUN.15,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br>JUL.12,2010<br><br>Arrival Port<br>VANCOUVER | Arrival Date<br><br>Arrival Port | |
| 18 | Invoice # 10GU0490616 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br>JUN.20,2010<br><br>Departure Port<br>QINGDAO | $11742.2 |
| 18 | Invoice Date JUN.14,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br>JUL.8,2010<br>Arrival Port<br>LONG BEACH | Arrival Date<br><br>Arrival Port | |

HL 0069

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21–45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 19 | Invoice # 10GU0500614 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.14,2010<br><br>Departure Port QINGDAO | $29804.32 |
| | Invoice Date JUN.12,2010 | Arrival Date<br><br>Arrival Port | Arrival Date JUN.28,2010<br><br>Arrival Port LONG BEACH | Arrival Date<br><br>Arrival Port | |
| 20 | Invoice # 10GU0510617 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.18,2010<br><br>Departure Port QINGDAO | $29665.08 |
| | Invoice Date JUN.15,2010 | Arrival Date<br><br>Arrival Port | Arrival Date JUL.3,2010<br><br>Arrival Port VANCOUVER | Arrival Date<br><br>Arrival Port | |
| 21 | Invoice # 10GU0520613 | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>JUN.13,2010 Departure Port BEIJING | $4551.75 |
| | Invoice Date JUN.11,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>JUN.18,2010 Arrival Port<br><br>CHICAGO | |

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 22 | Invoice # 10GU0530618 (Sample air shipped with 10GU0520613) | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date JUN.13,2010<br><br>Departure Port BEIJING | $1500(TOOING INV) |
| | Invoice Date JUN.18,2010 | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>JUN.18,2010 Arrival Port<br><br>CHICAGO | |
| 23 | Invoice # 10GU0540628 | Departure Date<br><br>Departure Port | Departure Date<br><br>JUN.27,2010 Departure Port QINGDAO | Departure Date<br><br>Departure Port | $70618.84 |
| | Invoice Date JUN.26,2010 | Arrival Date JUL.18,2010<br><br>Arrival Port LONG BEACH | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 24 | Invoice # 10GU0550630 | Departure Date<br><br>Departure Port | Departure Date<br><br>JUL.2,2010 Departure Port QINGDAO | Departure Date<br><br>Departure Port | $29627.46 |
| | Invoice Date JUN.28,2010 | Arrival Date<br><br>JUL.18,2010 Arrival Port VANCOUVER | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |

HL 0071

| Shipment Container Serial / Shipping Date | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 25 | Invoice # 10GU0570712 | Departure Date<br><br>Departure Port | Departure Date JUL.12,2010<br><br>Departure Port BEIJING | Departure Date<br><br>Departure Port | $8606.25 |
| | Invoice Date JUL.11,2010 | Arrival Date<br><br>Arrival Port | Arrival Date JUL.12,2010<br><br>Arrival Port CHICAGO | Arrival Date<br><br>Arrival Port | |
| 26 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 27 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |

**Total Claims   20-Day $            + 45-Day $            + 46up $            = $**

**Please attach all POs, Invoices, Packing Lists, B/Ls, Arrival Notices or Delivery Proofs. Thanks.**

HL 0072

ummary Balance Sheet

| Numbers | Container Number and Ship Date | B/L # | PO # |
|---------|-------------------------------|-------|------|
| 1 | EMCU3314131 | 140900638139 | 156706 |
| 2 | EMCU3113008 | 140900658636 | 159197 |
| 3 | tooling | fedex 868759927055 | 161475-17099 |
| 4 | BSIU2316926 | HDMUQILA9326095 | 163919-17343 |
| | | | |
| 6 | tooling | FEDEX 863373582357 | 164844 |
| 7 | 205A000143 | 205-36291264 | 164842 |
| 8 | GLDU5125085 | 140000299508 | 167977 |
| 9 | CIIU2072991/CIIU2073869 | ZIMUQIN1763195 | 15627 |
| | | | 15768-A |
| | | | 165742 |
| 11 | HJCU4095861 | TAQE00656100 | 167137 |
| | | | 167205 |

HL 0073

| | | | 168773 |
|---|---|---|---|
| 15 | OOLU7180771 | OECTA0100529C05 | 167205 |
| | | | 167977 |
| 16 | EISU3796993 | 140000459203 | |
| | | | 168472 |
| 18 | OOLU8107116 | GMQD10067164 | 167205 |
| | | | 165559 |
| 19 | MSKU6665375/MSKU2048945/ MSKU3303984/PONU0427596 | 860550191 | 167137 |
| | | | 167205 |
| | | | 164293-ADD |
| 22 | 205A000202 | 880-00337046 | |
| | | | 168945 |
| | | | 164842 |
| 24 | air | 016-16852135 | |
| | | | 168744 |
| | | | 167137 |
| 26 | FSCU7931447 | 140000498195 | |
| | | | 169442 |

HL 0074

| | | | |
|---|---|---|---|
| 28 | CBHU8338125 | GMQD10067421 | 15640 |
| | | | 15772 |
| 30 | MSKU2704447 | 860588458 | 164293 |
| 31 | INBU3947018 | 140000513381 | 169597 |
| 32 | air | 001-41391022 | 164842 |
| 33 | tooling | air with 10GU0520613 | 168745 |
| | | | 164293-ADD |
| | | | 165559 |
| 34 | MSKU7123620/PONU0481771 | 860652811 | 167205 |
| | | | 168773 |
| | | | 169825 |
| 39 | EISU3592048 | 140000550235 | 15702 |
| | | | 16107 |
| 41 | air | 001-45618462 | 164842 |

HL 0075

| Invoice # | Inv. Date | Total US $ | Paid US $ | Date Paid |
|---|---|---|---|---|
| 9GU0620905. | SEP. 3, 2009 | 16761 | 16297.7 | December 23, 2009 |
| 9GU0640912 | SEP. 11, 2009 | 22311 | 21420 | January 11, 2010 |
| 9GU0841026 | OCT. 26, 2009 | 4500 | | |
| 10GU0140215 | FEB. 13, 2010 | 42099.72 | | |
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ |
| 10GU0270421 | APR. 21, 2010 | 1000 | | |
| 10GU0280428 | APR. 28, 2010 | 1243.278 | | |
| 10GU0290505 | MAY. 3, 2010 | 29592 | 28688.1 | July 20, 2010 |
| 10GU0330522 | MAY. 20, 2010 | 54694.89 | 12679.1 | July 22, 2010 |
| 10GU0380527 | MAY. 25, 2010 | 36769.5 | | |

HL 0076

| | | |
|---|---|---|
| 10GU0410530 | MAY. 28, 2010 | 16754 |
| 10GU0420610 | JUN. 8, 2010 | 30051. 6 |
| 10GU0430605 | JUN. 3, 2010 | 17243. 26 |
| 10GU0440607 | JUN. 5, 2010 | 129095. 82 |
| 10GU0460604 | JUN. 4, 2010 | 9750 |
| 10GU0470607 | JUN. 7, 2010 | 9495. 75 |
| 10GU0480617 | JUN. 15, 2010 | 32587. 2 |

| | | |
|---|---|---|
| 10GU0490616 | JUN. 14, 2010 | 11742. 2 |
| 10GU0500614 | JUN. 12, 2010 | 29804. 32 |
| 10GU0510617 | JUN. 15, 2010 | 29665. 08 |
| 10GU0520613 | JUN. 11, 2010 | 4551. 75 |
| 10GU0530618 | JUN. 18, 2010 | 1500 |
| 10GU0540628 | JUN. 26, 2010 | 70618. 84 |
| 10GU0550630 | JUN. 28, 2010 | 29627. 46 |
| 10GU0570712 | JUL. 11, 2010 | 8606. 25 |

| Balance | Reason for Unpaid | US Contact Person |
|---|---|---|
| 463. 3 | | Edmund Klodzinski |
| 891 | | Edmund Klodzinski |
| 4500 | | Bob Reilly |
| 42099. 72 | | Bob Reilly |
| 1000 | | Edmund Klodzinski |
| 1243. 278 | | Edmund Klodzinski |
| 903. 9 | | Edmund Klodzinski |
| 42015. 79 | | Jason Leonard |
| 36769. 5 | | Edmund Klodzinski |

16754         Edmund Klodzinski

30051.6         Edmund Klodzinski

17243.26         Edmund Klodzinski

129095.82         Edmund Klodzinski

9750         Edmund Klodzinski

9495.75         Edmund Klodzinski

32587.2         Edmund Klodzinski

HL 0080

| | |
|---|---|
| 11742.2 | Jason Leonard |
| 29804.32 | Edmund Klodzinski |
| 29665.08 | Edmund Klodzinski |
| 4551.75 | Edmund Klodzinski |
| 1500 | Edmund Klodzinski |
| 70618.84 | Edmund Klodzinski |
| 29627.46 | Jason Leonard |
| 8606.25 | Edmund Klodzinski |

HL 0081

| Phone # | Email |
|---|---|
| Phone 708 544 4255 ext. 241. | edmundklodzinski@msn.com |
| Mobile 630 808 2965. | edmundklodzinski@yahoo.com |
| Fax 708 493 9386. | edmundklodzinski@gmail.com |
| Phone 708 544 4255 ext. 241. | edmundklodzinski@msn.com |
| Mobile 630 808 2965. | edmundklodzinski@yahoo.com |
| Fax 708 493 9386. | edmundklodzinski@gmail.com |
| P. 423.942.4090 | |
| F. 423.942.6474 | breilly@ubp-usa.com |
| C. 706.764.7517 | |
| P. 423.942.4090 | |
| F. 423.942.6474 | breilly@ubp-usa.com |
| C. 706.764.7517 | |



| Phone 708 544 4255 ext. 241. | edmundklodzinski@msn.com |
|---|---|
| Mobile 630 808 2965. | edmundklodzinski@yahoo.com |
| Fax 708 493 9386. | edmundklodzinski@gmail.com |
| Phone 708 544 4255 ext. 241. | edmundklodzinski@msn.com |
| Mobile 630 808 2965. | edmundklodzinski@yahoo.com |
| Fax 708 493 9386. | edmundklodzinski@gmail.com |
| Phone 708 544 4255 ext. 241. | edmundklodzinski@msn.com |
| Mobile 630 808 2965. | edmundklodzinski@yahoo.com |
| Fax 708 493 9386. | edmundklodzinski@gmail.com |

| Tel: 888-336-6006 | |
|---|---|
| Fax: 714-901-5995 | |
| Cell: 714-936-1333 | jleonard@ubp-usa.com |

| Phone 708 544 4255 ext. 241. | edmundklodzinski@msn.com |
|---|---|
| Mobile 630 808 2965. | edmundklodzinski@yahoo.com |
| Fax 708 493 9386. | edmundklodzinski@gmail.com |

HL 0082

```
Phone 708 544 4255 ext. 241.          edmundklodzinski@msn.com
Mobile 630 808 2965.                   edmundklodzinski@yahoo.com
Fax 708 493 9386.                      edmundklodzinski@gmail.com


Phone 708 544 4255 ext. 241.          edmundklodzinski@msn.com
Mobile 630 808 2965.                   edmundklodzinski@yahoo.com
Fax 708 493 9386.                      edmundklodzinski@gmail.com


Phone 708 544 4255 ext. 241.          edmundklodzinski@msn.com
Mobile 630 808 2965.                   edmundklodzinski@yahoo.com
Fax 708 493 9386.                      edmundklodzinski@gmail.com


Phone 708 544 4255 ext. 241.          edmundklodzinski@msn.com
Mobile 630 808 2965.                   edmundklodzinski@yahoo.com
Fax 708 493 9386.                      edmundklodzinski@gmail.com


Phone 708 544 4255 ext. 241.          edmundklodzinski@msn.com
Mobile 630 808 2965.                   edmundklodzinski@yahoo.com
Fax 708 493 9386.                      edmundklodzinski@gmail.com


Phone 708 544 4255 ext. 241.          edmundklodzinski@msn.com
Mobile 630 808 2965.                   edmundklodzinski@yahoo.com
Fax 708 493 9386.                      edmundklodzinski@gmail.com


Phone 708 544 4255 ext. 241.          edmundklodzinski@msn.com
Mobile 630 808 2965.                   edmundklodzinski@yahoo.com
Fax 708 493 9386.                      edmundklodzinski@gmail.com
```

HL 0083

Tel: 888-336-6006
Fax: 714-901-5995
Cell: 714-936-1333

jleonard@ubp-usa.com

Phone 708 544 4255 ext. 241.
Mobile 630 808 2965.
Fax 708 493 9386.
Phone 708 544 4255 ext. 241.
Mobile 630 808 2965.
Fax 708 493 9386.
Phone 708 544 4255 ext. 241.
Mobile 630 808 2965.
Fax 708 493 9386.
Phone 708 544 4255 ext. 241.
Mobile 630 808 2965.
Fax 708 493 9386.

edmundklodzinski@msn.com
edmundklodzinski@yahoo.com
edmundklodzinski@gmail.com
edmundklodzinski@msn.com
edmundklodzinski@yahoo.com
edmundklodzinski@gmail.com
edmundklodzinski@msn.com
edmundklodzinski@yahoo.com
edmundklodzinski@gmail.com
edmundklodzinski@msn.com
edmundklodzinski@yahoo.com
edmundklodzinski@gmail.com

Phone 708 544 4255 ext. 241.
Mobile 630 808 2965.
Fax 708 493 9386.

edmundklodzinski@msn.com
edmundklodzinski@yahoo.com
edmundklodzinski@gmail.com

Tel: 888-336-6006
Fax: 714-901-5995
Cell: 714-936-1333

jleonard@ubp-usa.com

Phone 708 544 4255 ext. 241.
Mobile 630 808 2965.
Fax 708 493 9386.

edmundklodzinski@msn.com
edmundklodzinski@yahoo.com
edmundklodzinski@gmail.com

HL 0084

Subj:    **Fwd: UFC/UBP payment and Inventory**
Date:    8/12/2010 5:23:50 A.M. Eastern Daylight Time
From:   eastasale@gmail.com
To:     Uschinaasset@aol.com
CC:     eacserviceg@gmail.com, dennybarge@gmail.com
Dr Liu
I sent below email to ubp CFO n CEO , Jessica told me maybe I made
mistake to send this letter to them. Can you give comments or recover
my mistake?

Regards
Dong

---------- Forwarded message ----------
From: EastaSale <eastasale@gmail.com>
Date: Wed, 11 Aug 2010 23:12:14 +0200
Subject: Fwd: UFC/UBP payment and Inventory
To: harley.goldstein@klgates.com, Ms Jessica <eacserviceg@gmail.com>
Cc: dennybarge <dennybarge@gmail.com>

Hello Harley,

I think Greg from UBP CFO, made big mistake on the owing money to me ,
which should be as attached.

I keep the right to ask from Greg for his mistaking on owing my money.

My lawyer will contact you as well.

Regards,

David Dong
President of Eastern Accessories Corp

---------- Forwarded message ----------
From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: Wed, 11 Aug 2010 10:47:51 -0500
Subject: UFC/UBP payment and Inventory
To: "jessica,david hanyang/eastern" <eastasale@gmail.com>, Jessica
eaatern <eacserviceg@gmail.com>, David Hanyang <hanyangqd@gmail.com>


David, Jessica.
Enclosed,please, find letter with information about UBP bankruptcy,
and all issues related to it.
I know, you have some questions, but I do not have answers for them.

For further information, contact Universal's legal counsel, Harley J.
Goldstein of K&L Gates LLP, at (312) 781-7168
or via e-mail at "harley.goldstein@klgates.com".
Ed


Date: Wed, 11 Aug 2010 20:11:31 +0800
From: eacserviceg@gmail.com
To: edmundklodzinski@msn.com; jchurch@ubp-usa.com
CC: eastasale@gmail.com
Subject: UFC/UBP payment and Inventory

HL 0085

Dear Ed,Jeff,

Here attched, I send u full due payment and the list with value for
inventory we keep for UFC/UBP.
We expect u resolve these payment to us as u agreed with us before asap.

Thanks and kindly regards,
Jessica


2010-08-11


EacServiceG


HL 0086

Subj:      **Re: Îɾ¾í**
Date:      8/12/2010 4:53:22 A.M. Eastern Daylight Time
From:      rooney_gao@yahoo.com
To:        Uschinaasset@aol.com

刘博士：
谢谢您的鼓励！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Thu, August 12, 2010 12:17:33 PM
**Subject:** Re: Îɾ¾í

高小姐：慢慢来。你做的很好。追债的过程实际上也就是学习防债的过程，你有可能成为贵公司未来贸易
的把关者。

**Dr. Haishan Liu ( 刘海普博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0087

Subj:    **tooling cost**
Date:    8/12/2010 4:50:28 A.M. Eastern Daylight Time
From:   rooney_gao@yahoo.com
To:     uschinaasset@aol.com

模具费

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL 0088



## ZIP STRIP

| name | UNI | FOB SHANGHAI$ |
|------|-----|---------------|
| plastic zip strip | FT | 0.072 |



## New white plastic part, disposable containers

| code | weight(g) | Shanghai $ |
|------|-----------|------------|
| one set | 42 | 0.1206 |



| Name | Spec | FOB Shanghai $ |
|------|------|----------------|
| DASC34 | 3/4″ | 0.0471 |
| DASC1 | 1″ | 0.0515 |
| DASC112 | 1 −11/2″ | 0.0559 |
| DASC2 | 2″ | 0.0618 |

## 2. Elephant Trunk



| name | size | color |
|------|------|-------|
| pvc elephant trunk | 8″ | Black |
| pvc elephant trunk | 12″ | Black |



| Bolt Dia. | Weight | Setback |
|-----------|--------|---------|
| 1/2″ | 16 | 1″ |
| 1/2″ | 21 | 1-1/2″ |
| 1/2″ | 26 | 2″ |
| 3/4″ | 33 | 1″ |
| 3/4″ | 72 | 2″ |
| 1″ | 74 | 2″ |



| NAME | | |
|------|--|--|
| ASK50 | | |
| | | |

## Plastic Tie Holder(Plastic Spreader)



| name | Weight | size |
|------|--------|------|
| Plastic Tie Holder | 60 | 6″ |
| Plastic Tie Holder | 100 | 10″ |



| accommodate size | | Fobshanghai$ |
|------------------|--|--------------|
| 7.77mm | 0.306″ | 0.0088/pcs |
| 9.5mm | 0.375″ | 0.0096/pcs |

HL 0089



Plastic cone new with washer

| code | weight | Shanghai $ |
|------|--------|-----------|
| PC02 |        | 0.0103    |



plastic patch cap for 1 T

| code | name | weight(g) |
|------|------|-----------|
| 0620 | ic cap fd | 60 |



1.  1x1 Snapitre Cones with Washer

| name | size | color |
|------|------|-------|
| CONE | 1X1  | BLACK |

Tooling made in 2009, the total amount is USD 49,145

HL 0090

| CIF chicago$ | tooling$ |
|---|---|
| 0.073 | 2000 |

| Qingdao $ | CIF chicago$ | tooling$ | Qty/time |
|---|---|---|---|
| 0.1216 | 0.1426 | 9000 | 8pcs |

| CIF Chicago$ | Moulds$ |
|---|---|
| 0.05 | |
| 0.0559 | |
| 0.0619 | |
| 0.0662 | 4000 |

| FOB SHANGHAI$ | FOBQINGDAO$ | tooling$ | Material |
|---|---|---|---|
| 0.7625/FT | 0.7675/FT | 1765 | PVC |
| 1.3007/FT | 1.3057/FT | 2940 | PVC |

| A | B | C | tooling$ |
|---|---|---|---|
| 1-3/8″ | 1-1/4″ | 1″ | 1500 |
| 1-7/8″ | 1-1/4″ | 1″ | 1700 |
| 2-3/8″ | 1-1/4″ | 1″ | 1900 |
| 1-1/2″ | 1-5/8″ | 1-7/16″ | 2100 |
| 2-1/2″ | 1-3/4″ | 1-7/16″ | 2300 |
| 2-1/2″ | 2-1/8″ | 1-13/16″ | 2500 |

| | | tooling$ |
|---|---|---|
| | | |
| | | 2500 |

| color | FOB SHANGHAI$ | CIFChicargo$ | tooling$ |
|---|---|---|---|
| Gray | 0.125 | 0.14 | 2500 |
| Gray | 0.192 | 0.209 | 3500 |

| CIFChicargo$ | tooling$ |
|---|---|
| 0.0103/pcs | 2000 |
| 0.0111/pcs | |

HL 0091

| Qingdao $ | CIF chicago$ | tooling$ | Qty/time |
|---|---|---|---|
| 0.0102 | 0.011 | 1500 | 36pcs |

| FOBShanghai$ | FOBQingdao$ | CIFChicargo$ | Tooling$ |
|---|---|---|---|
| 0.142 | 0.148 | 0.196 | 2500 |

| SHANGHAI$ | FOBQINGDAO$ | BELLWOOD$ | KENT$ | tooling$ |
|---|---|---|---|---|
| 0.0103 | 0.0108 | 0.0117 | 0.0183 | 2940 |

HL 0092

| Subj: | **Cell phone no.** |
|-------|--------------------|
| Date: | 8/12/2010 3:59:37 A.M. Eastern Daylight Time |
| From: | eacserviceg@gmail.com |
| To: | Uschinaasset@aol.com |
| CC: | eacservicew@gmail.com |

Dear Dr Liu,

My cell phone +86 0 186 6395 3618
Ms Wang +86 0 186 6395 3616

Any assistance pls feel free to call.

Thanks,
Jessica


2010-08-12
_____

EacServiceG

Subj:     **Re: Universal Building Products--Eastern Accessories Corp--Total Claims**
Date:     8/12/2010 3:45:04 A.M. Eastern Daylight Time
From:     eacserviceg@gmail.com
To:       Uschinaasset@aol.com, eastasale@gmail.com
CC:       dennybarge@gmail.com, eacservicew@gmail.com

Dear Dr. Liu,

Yes.

But if I need to write $562438.02 as Shipped before the petition date.

As 10GU0160305 ,copy of wire transfer I got was not clear,
and I asked for exactly details,but cann't get reply,
so I have to told them I'll open the full amount in the "Amound $"column without reply.
You could get full info. by attachment.

By the way,

"Remarks" column is from UBP on Aug.4th,2010
I was told (Universal/Jasper)--(we called UFC/UBP) owe us $430,945.70.DDC(Don
De Cristo) was not included.
I hope the info. could help us.

Many thanks,
Jessica

2010-08-12

EacServiceG

发件人： Uschinaasset
发送时间： 2010-08-12  14:24:45
收件人： eastasale
抄送： dennybarge; eacserviceg; eacservicew
主题： Universal Building Products--Eastern Accessories Corp--Total Claims
Dear All: I spotted the total claims as follows. Am I right about them?

$563,410.02 (Shipped before the petition date) + $1,551,240.00 (unshipped in China) = $2,114,650.00

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA, LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0094

| INVOICE NO. | S/D | XX days after shipment | payment delay (acc to 60 days after) | Amount $ | Remarks | Jessica |
|---|---|---|---|---|---|---|
| 9GU0620905 | 9/5/2009 | 372 | 312 | 463.30 | BURNABY less---credit for missing parts | As per our loading pics shown,there's no less,pls advice proof to show our plant |
| 9GU0640912 | 9/12/2009 | 365 | 305 | 891.00 | BURNABY -inovice was paid $22,311.00, It should not be any remining | 9GU0630903--$2011.92<br>9GU0640912--$22311<br>Total--$24322.92<br>Ur payment amount$23431.92<br>Less$891 |
| 10GU0160305 | 3/5/2010 | 191 | 131 | 2430.00 | BELLWOOD paid 07/02/2010 | 10GU0120215--$24418<br>10GU0160305--$2430<br>Total$26848<br>Ur payment only $25390<br>Less$1458<br>As I asked for exactly details,but can't get reply,so I have to open the full amount in the "Amount $"column |
| 10GU0270421 | 4/21/2010 | 144 | 84 | 1000.00 | BELLWOOD--not exist,in our system | Attached the invoice again, and also sample pics and official PO |
| 10GU0280428 | 4/28/2010 | 137 | 77 | 1243.28 | BELLWOOD-paid $351.33, it should not be any remining. | 1,pls advice the copy wire transfer for $351.33<br>2.Amount should be $1243.28, not $351.33 |
| 10GU0290505 | 5/5/2010 | 130 | 70 | 903.90 | BELLWOOD--paid in full | 10GU0150227--$735<br>10GU0170309--$24530<br>10GU0210405--$17878.9<br>10GU0290505--$29592<br>Total$72735.9<br>Ur payment $71832<br>Less$903.9 |
| 10GU0380527 | 5/27/2010 | 108 | 48 | 36769.50 | BELLWOOD--paid $12034.70 | 1,pls advice the copy wire transfer for $12034.7<br>2.Amount should be $36769, not $12034.7 |
| 10GU0410530 | 5/30/2010 | 105 | 45 | 16754.00 | BELLWOOD--$15,260,in our system | Attached the invoice again,and also official PO & price confirmation |
| 10GU0420610 | 6/10/2010 | 94 | 34 | 30051.60 | LANGLEY--invoice does not exist,We did pay $28,491.60 against invoice 10GU042062 for this shipment. | Attached the invoice again,and also official PO and price confirmation |
| 10GU0430605 | 6/5/2010 | 99 | 39 | 17243.26 | BELLWOOD--$16.034.38 in our system | Should be $17243.26,attached invoice again and also official PO &price confirmation |
| 10GU0440607 | 6/7/2010 | 97 | 37 | 129095.82 | BELLWOOD | |
| 10GU0460604 | 6/4/2010 | 100 | 40 | 9750.00 | BELLWOOD--$6218.75 in our system | Attached Invoice again |
| 10GU0470607 | 6/7/2010 | 97 | 37 | 9495.75 | BELLWOOD | |
| 10GU0480617 | 6/17/2010 | 87 | 27 | 32587.20 | LANGLEY | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10GU0500614 | 6/14/2010 | 90 | 30 | 29804.32 | BELLWOOD | |
| 10GU0510617 | 6/17/2010 | 87 | 27 | 29665.08 | LANGLEY | |
| 10GU0520613 | 6/13/2010 | 91 | 31 | 4551.75 | BELLWOOD--$2,187.50 | attached pls find the invoice again,as price in few different situation as per parts status, it can easily reflect from my clamp and corner report and both of us should be clear and no problem on it |
| 10GU0530618 | 6/18/2010 | 86 | 26 | 1500.00 | BELLWOOD | |
| 10GU0540628 | 6/28/2010 | 76 | 16 | 70618.84 | BELLWOOD--$68,218.84 in our system | Attached pls find the invoice again |
| 10GU0570712 | 7/12/2010 | 62 | 2 | 8606.25 | BELLWOOD | |
| 10GU0330522 | 5/22/2010 | 113 | 53 | 42015.79 | LANGLEY | |
| 10GU0490616 | 6/16/2010 | 88 | 28 | 11742.20 | WESTMINSTER | |
| 10GU0550630 | 6/30/2010 | 74 | 14 | 29627.46 | LANGLEY | |
| 9GU0841026 | 10/26/2009 | 321 | 261 | 4500.00 | JASPER(2ND TOOLING COST FOR HOOK) | |
| 10GU0140215 | 2/15/2010 | 209 | 149 | 42099.72 | JASPER--it should not be charge for second tooling. | no tooling cost in this invoice |
| | | | | 563410.02 | | |

Subj:     **Re: UFC/UBP payment and Inventory**
Date:     8/12/2010 3:35:19 A.M. Eastern Daylight Time
From:     eastasale@gmail.com
To:       Uschinaasset@aol.com
CC:       dennybarge@gmail.com, eacserviceg@gmail.com, eacservicew@gmail.com

Denny, i am sorry to put u a Lot of jobs from me. If you r not
available,, pls feel free to tell me n I will try to be.... Thanks,
dong

2010/8/12, EastaSale <eastasale@gmail.com>:
> Dear Denny,
>
> I prefer u to be the chairman n dr liu is co-chair, or?
>
> Can you call dr liu n discuss?
>
> Regards,
> Dong
>
> 2010/8/12, Uschinaasset@aol.com <Uschinaasset@aol.com>:
>> Dear President David Dong: Thank you for your confidence in our US-China
>> Bankruptcy and Collection Team to represent you to guide and to seek your
>> optimal interests in this difficult bankruptcy case, and I assure you
>> that
>> with the veteran attorneys who have rich experiences in many other same
>> and/or similar bankruptcy cases, we together will give a good fight. Due
>> to
>> the
>> tight time schedule set forth for August 13 Unsecured Creditors Committee
>> Formation Meeting, I'm going through your initial documents I have just
>> received  at such a late time period to weigh a feasibility of proving.
>> EAC
>> as the
>> largest  unsecured creditors with the combination of the cargos shipped
>> before the  debtors joint petition date and the finished goods unshipped
>> at
>> your warehouse  in China.
>>
>>
>> I highly appreciate your willingness of serving a chairperson on the
>> pending committee even though you have been advised all of committee
>> members,
>> normally 3 to 7 creditors, will work together voluntarily for all of
>> general
>>
>> unsecured creditors, less than 100 creditors in this case, The position
>> of
>> chairperson is open and democratic to each of all selected committee
>> members, and co-chairs are also an option, while the creditor who holds
>> the
>> largest claim will usually be recommended as a top candidate.
>>
>>
>> Your absence in the USA will be an inconvenient for the pending
>> Committee
>> professionals, counsels and financial advisors alike, to communicate
>> with
>> you on some emergency matters such as court hearings on an expedited
>> basis.
>> I need you to introduce Mr. Denny Barge in certain details, and one of
>> them
>> is  where he lives now. Nevertheless, a co-chair is quite possible since

>> you
>> have  appeared to have plenty of insights of the debtors operations and
>> the
>>   personalities of its management, since other committee members could be
>> very  interested in and beneficial of your knowledge.
>>
>>
>> Should there be some verifiable mismanagement, inside transactions and
>> fraudulent assets transfers, officers and directors of the debtors will
>> be
>> subject to financial scrutiny and legal actions re any wrongdoings and
>> illegal
>> practices.
>>
>>
>> Let's work together to maximize recoveries, if any out there!
>>
>>
>>
>>
>>
>> Dr. Haishan Liu ( 刘海善博士 )
>> US-China Assets Management USA, LLC. （美中资产管理公司）
>> 33-63 55th Street, Woodside, NY 11377, USA
>> Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252
>> Toll Free  (Within the USA): 1-800-291-5823
>> Toll Free (China to  USA):  总机4006768159, 分机8991056167#
>> Email: _uschinaasset@aol.com_
>> (http://us.mc381.mail.yahoo.com/mc/compose?to=uschinaasset@aol.com)
>>
>>
>

HL 0098

Subj:    **Re: UFC/UBP payment and Inventory**
Date:    8/12/2010 3:24:39 A.M. Eastern Daylight Time
From:    eastasale@gmail.com
To:    Uschinaasset@aol.com
CC:    dennybarge@gmail.com, eacserviceg@gmail.com, eacservicew@gmail.com

Dear Denny,

I prefer u to be the chairman n dr liu is co-chair, or?

Can you call dr liu n discuss?

Regards,
Dong

2010/8/12, Uschinaasset@aol.com <Uschinaasset@aol.com>:
> Dear President David Dong: Thank you for your confidence in our US-China
> Bankruptcy and Collection Team to represent you to guide and to seek your
> optimal interests in this difficult bankruptcy case, and I assure you that
> with the veteran attorneys who have rich experiences in many other same
> and/or similar bankruptcy cases, we together will give a good fight. Due to
> the
> tight time schedule set forth for August 13 Unsecured Creditors Committee
> Formation Meeting, I'm going through your initial documents I have just
> received at such a late time period to weigh a feasibility of proving EAC
> as the
> largest unsecured creditors with the combination of the cargos shipped
> before the debtors joint petition date and the finished goods unshipped at
> your warehouse in China.
>
>
> I highly appreciate your willingness of serving a chairperson on the
> pending committee even though you have been advised all of committee
> members,
> normally 3 to 7 creditors, will work together voluntarily for all of general
>
> unsecured creditors, less than 100 creditors in this case, The position of
> chairperson is open and democratic to each of all selected committee
> members, and co-chairs are also an option, while the creditor who holds the
> largest claim will usually be recommended as a top candidate.
>
>
> Your absence in the USA will be an inconvenient for the pending Committee
> professionals, counsels and financial advisors alike, to communicate with
> you on some emergency matters such as court hearings on an expedited basis.
> I need you to introduce Mr. Denny Barge in certain details, and one of them
> is where he lives now. Nevertheless, a co-chair is quite possible since you
> have appeared to have plenty of insights of the debtors operations and the
> personalities of its management, since other committee members could be
> very interested in and beneficial of your knowledge.
>
>
> Should there be some verifiable mismanagement, inside transactions and
> fraudulent assets transfers, officers and directors of the debtors will be
> subject to financial scrutiny and legal actions re any wrongdoings and
> illegal
> practices.
>
>
> Let's work together to maximize recoveries, if any out there!
>
>

>
>
>
> Dr. Haishan Liu ( 刘海善博士 )
> US-China Assets Management USA, LLC. （美中资产管理公司）
> 33-63 55th Street, Woodside, NY 11377, USA
> Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252
> Toll Free  (Within the USA): 1-800-291-5823
> Toll Free (China to  USA):  总机4006768159, 分机8991056167#
> Email: _uschinaasset@aol.com_
> (http://us.mc381.mail.yahoo.com/mc/compose?to=uschinaasset@aol.com)
>
>

HL 0100

Subj:   **Re: Universal Building Products--Eastern Accessories Corp--Questionnaire**
Date:   8/12/2010 2:52:27 A.M. Eastern Daylight Time
From:   eacserviceg@gmail.com
To:     Uschinaasset@aol.com
CC:     eastasale@gmail.com, eacservicew@gmail.com

Hi Dr. Liu,

Pls see attachment.

Thanks.
Jessica


2010-08-12
_____
EacServiceG
_____

发件人：Uschinaasset
发送时间：2010-08-12 11:06:59
收件人：eacservicew
抄送：eacserviceg
主题：Universal Building Products--Eastern Accessories Corp--Questionnaire
-Questionnaire

3. Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No ( )

4. Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No ( ) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: _____
   _____

5. Have you made a UCC §2-702 reclamation claim? Yes ( ) No ( )

6. Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No ( )

7. Do you have a claim against any entity affiliated with the debtor? Yes ( ) No ( )
   State the name of the entity and the nature and amount of the claims: _____
   _____

8. Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No ( )

   A. Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No ( )

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |

9. If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know ( )

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: _Aug 12, 20/0_

EASTERN ACCESSORIES CORP

25 Canton Road, TST, HK

Signature _DONG SHUYUAN_

Print Name _DONG SHUYUAN_

Title _President_

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
844 King Street, Suite 2207
Wilmington, DE 19801
Tel. No. (302) 573-6491
Fax No. (302) 573-6497

**QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.    Yes (✓) No ( )

A.    Unsecured Creditor's Name and Contact Information:

Name:    Eastern Accessories Corp.
Address:    25 Canton Road ,TST,HK
C/0:Room 1608, 100 Hong Kong M.Rd,
Qingdao - P.R.China

Phone: +86 0532 85878082
        +86 018653206868
Fax: +86 0532 85872910
E-mail: eastasale@gmail.com

B.    Counsel (If Any) for Creditor and Contact Information:

Name:    _____    Phone: _____
Address:    _____    Fax: _____
        _____    E-mail: _____
        _____

C.    Amount of Unsecured Claim (U.S. $)   Shipped $563410.02+ Unshipped $ 1,551240.0 =$2114,650.02

D.    If your claim is against more than one debtor, list all debtors: ① Universal Form Clamp,Inc.
② Universal Building Products, Inc.
③ Don De Cristo Concrete Acc., Inc.

E.    Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made;
litigation; etc., including whether any portion is secured. If any portion of the claim(s) arise from litigation,
please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
Export goods

F.    Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
$100,246.3

G.    Representations:

1.    Are you or the company you represent in any way: "affiliated" with any of the debtors within the
meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)?
Yes ( ) No (✓) If a shareholder, state the number of shares: _____

2.    Do you, or the company you represent, engage in a business which directly or indirectly competes with
any of the businesses of the debtor(s)? Yes ( ) No (✓)

**Subj:** **Re: Universal Building Products--Eastern Accessories Corp--Claim Profile**
**Date:** 8/12/2010 1:17:12 A.M. Eastern Daylight Time
**From:** eastasale@gmail.com
**To:** Uschinaasset@aol.com
**CC:** eacservicew@gmail.com

Ms Wang pls work with Jessica today n others to file all sending to dr liu, thanks

在 10-8-11，Uschinaasset@aol.com<Uschinaasset@aol.com> 写道：
>
> 尊敬的债权人EASTERN ACCESSORIES CORP 王延芝小姐：
>
> 附件是让贵公司填写债务人公司8月6日申请破产之前已经由债务人公司收到的未付款的货物的按等级统计表。
>
>
>
> Dr. Haishan Liu（刘海善博士）
> US-China Assets Management USA, LLC、（美中资产管理公司）
> 33-63 55th Street, Woodside, NY 11377, USA
> Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
> Toll Free (Within the USA): 1-800-291-5823
> Toll Free (China to USA): 总机4006768159, 分机8991056167#
> Email: _uschinaasset@aol.com_
> (http://us.mc381.mail.yahoo.com/mc/compose?to=uschinaasset@aol.com)
>

HL 0104

**Subj:** **Re: Universal Building Products--Eastern Accessories Corp--Claim Profile**
**Date:** 8/12/2010 1:13:24 A.M. Eastern Daylight Time
**From:** eastasale@gmail.com
**To:** Uschinaasset@aol.com
**CC:** eacservicew@gmail.com
My team is working for you now. Today you will get it.

在 10-8-12，Uschinaasset@aol.com<Uschinaasset@aol.com> 写道：
>
>
> 尊敬的债权人EASTERN ACCESSORIES CORP王延芝小姐，并转告董总：
>
> 今天与董总和王延芝小姐通过电话，较完整地表达了我们愿意贵公司参加本周五在美国德拉瓦尔州法院的"无保障债
> 权人委员会组成会议"，同时马上帮助贵公司处理那些已经抵达美国债务人仓库的货物和至今仍然未出运的制成品等
> 付款事项的合作意见。
>
>
>
> 我们也愿意帮助贵公司在今后处理那些可能的怎对债务人公司及其主要负责人的法律诉讼事项，可以按照贵公司的选
> 择办理，或按照"不成功，不事先收费"的原则在成功收款后抽比例进行，也可以一次性事先支付服务费。
>
>
>
> 受理贵公司参加本周五在美国德拉瓦尔州法院的"无保障债权人委员会组成会议"是完全免费的，贵公司只要填写两
> 份文件，并在签字盖章后发回给我们就可以了。其中一份是附录在下的参加该次会议的授权委托书（Proxy
> ），另一份是贵公司自愿参加该委员会的问卷（先前已经发出）。若填写中有任何问题，请来电来函咨询。
>
>
>
>
> Dr. Haishan Liu（刘海善博士 ）
> US-China Assets Management USA, LLC. （美中资产管理公司）
> 33-63 55th Street, Woodside, NY 11377, USA
> Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
> Toll Free （Within the USA): 1-800-291-5823
> Toll Free (China to USA): 总机4006768159, 分机8991056167#
> Email: _uschinaasset@aol.com_
> (http://us.mc381.mail.yahoo.com/mc/compose?to=uschinaasset@aol.com)
>
>

Subj:      **Fwd: UFC/UBP payment and Inventory**
Date:      8/12/2010 1:07:58 A.M. Eastern Daylight Time
From:      eastasale@gmail.com
To:        Uschinaasset@aol.com, dennybarge@gmail.com
CC:        eacserviceg@gmail.com, eacservicew@gmail.com

Hello Dr liu, we hereby authorize you to be our lawyer to help us to
get back our money from bankruptcy court.
Below is email I sent to ubp bankrupt lawyer.

Ms Wang n Jessica r working on docs that you need.

Jessica pls list up all invoices shipped or arrived after July 17....n
report to Dr liu.

Dr liu, if You can let my friend Mr Denny Barge or me  become the
chairman in this team, I will disclose how Jeff and Oaktree play our
unsecured suppliers to death. Oaktree gets UBP without other bidding
from other bankers who would like to keep running UBP. By another
words, Oaktree gets UBP by black deal which is only for max profit of
Jeff. I know all deeper sense of this deal, n I think many people will
go to jail in my view points.


Regards,
Dong


Regards
Dong


---------- Forwarded message ----------
From: EastaSale <eastasale@gmail.com>
Date: Wed, 11 Aug 2010 23:32:43 +0200
Subject: Fwd: UFC/UBP payment and Inventory
To: "harley.goldstein" <harley.goldstein@klgates.com>, Greg Waller
<gwaller@ubp-usa.com>, Jeffrey Church <jchurch@autuscapital.com>, Tom
Fahey <tfahey@ubp-usa.com>, Edmund Klodzinski
<edmundklodzinski@msn.com>
Cc: eastasale <eastasale@gmail.com>

Hello Harley,

I think Greg from UBP CFO, made big mistake on the owing money to me ,
which should be as attached.

I keep the right to ask my payments loses from Greg for his mistaking
on presenting/filing the wrong and  much less value amount  which UBP
owed me to the bankruptcy court.
- 隐藏引用文字 -

My lawyer will contact you as well.

Regards,

David Dong
President of Eastern Accessories Corp

---------- Forwarded message ----------
From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: Wed, 11 Aug 2010 10:47:51 -0500

Subject: UFC/UBP payment and Inventory
To: "jessica,david hanyang/eastern" <eastasale@gmail.com>, Jessica
eaatern <eacserviceg@gmail.com>, David Hanyang <hanyangqd@gmail.com>


David, Jessica.
Enclosed,please, find letter with information about UBP bankruptcy,
and all issues related to it.
I know, you have some questions, but I do not have answers for them.

For further information, contact Universal's legal counsel, Harley J.
Goldstein of K&L Gates LLP, at (312) 781-7168
or via e-mail at "harley.goldstein@klgates.com".
Ed



Date: Wed, 11 Aug 2010 20:11:31 +0800
From: eacserviceg@gmail.com
To: edmundklodzinski@msn.com; jchurch@ubp-usa.com
CC: eastasale@gmail.com
Subject: UFC/UBP payment and Inventory


Dear Ed,Jeff,

Here attched, I send u full due payment and the list with value for
inventory we keep for UFC/UBP.
We expect u resolve these payment to us as u agreed with us before asap.

Thanks and kindly regards,
Jessica



2010-08-11


EacServiceG


————— Forwarded message ————
From: Edmund Klodzinski <edmundklodzinski@msn.com>
Date: Wed, 11 Aug 2010 10:47:51 -0500
Subject: UFC/UBP payment and Inventory
To: "jessica,david hanyang/eastern" <eastasale@gmail.com>, Jessica
eaatern <eacserviceg@gmail.com>, David Hanyang <hanyangqd@gmail.com>

David, Jessica.
Enclosed,please, find letter with information about UBP bankruptcy,
and all issues related to it.
I know, you have some questions, but I do not have answers for them.

For further information, contact Universal's legal counsel, Harley J.
Goldstein of K&L Gates LLP, at (312) 781-7168
or via e-mail at "harley.goldstein@klgates.com".
Ed

HL 0107

Date: Wed, 11 Aug 2010 20:11:31 +0800
From: eacserviceg@gmail.com
To: edmundklodzinski@msn.com; jchurch@ubp-usa.com
CC: eastasale@gmail.com
Subject: UFC/UBP payment and Inventory

Dear Ed,Jeff,

Here attched, I send u full due payment and the list with value for
inventory we keep for UFC/UBP.
We expect u resolve these payment to us as u agreed with us before asap.

Thanks and kindly regards,
Jessica

2010-08-11

EacServiceG

| RT NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| per tie-coil ead material | material for coil rod thread of Taper tie | | | | 31360kg | 126005 125764 | 83931 |
| SHD | POST SHORE -HEAVY DUTY | | | | 270kg | 129919 | 1051 |
| R034 | 3/4" COIL ROD | 16800ft | | 16800ft | | 16107 | 12298 |
| R012 | 1/2" COIL ROD | 4800ft | | 4800ft | | 16107 | 1728 |
| DGJCK | 42" BRIDGE OVERHANG BRACKET | 200 | | 200 | | 15702 | 8660 |
| N034 | COIL WING NUT 3/4" | 5000 | | 5000 | | 15967 | 3325 |
| DL04 | 1/2" x 4" NC J-BOLT | 2000 | | 2000 | | 16028 | 700 |
| L512G | EASY LIFT 670 ANCHOR FOR 5-1/2 SLAB INSERT HEIGHT 4-3/4 GALV | 37600 | | 37600 | | 169825 | 39480 |
| TA30 | 30" FLAT STAKE | 1800 | | 1800 | | 16061 | 3780 |
| FEA2.5TG | FORGED FOOT ERECTION ANCHOR 2.5 TON (3/8" X 8") GALVANIZED | 1500 | | 1500 | | 167205 | 2523 |
| | | | | | | | 1551240 |

| ART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| FFEA10TG | FORGED FOOT ERECTION ANCHOR10 | 330 | | 330 | | 130248-YM | 3917 |
| 5XB | 3' X4' X6' CROSS BRACE | 1082 | | 1082 | | 131374-YM | 10333 |
| 4F45 | 4' X 5'UNI LOAD SHORING FRAME | 290 | 1 | 291 | | 131494-YM | 9616 |
| 110 | SUPROTEK PC-110 BARGUARD | | | | 190800 | 11646 145725 | 101124 |
| 5611/G | POST SHORE 5'-6" TO 11'(PAINTED BLUE) | 288 | | 288 | | 131893-YM | 5990 |
| 1 | TILT-UP BRACE UPH 81'." TO 145" | | 480 | 480 | | 133166-RV | 36182 |
| T10 | 10" S BASE TIE | 20000 | | 20000 | | 133508-RV | 3600 |
| F44 | 4'X4' UNI SHORING FRAME | 450 | 5 | 455 | | 134591-RV | 20020 |
| RR8 | UNI-LIFT 360 16FP AGR INSERT 8" COMPLETE W/WHITE FORMER | 1000 | | 1000 | | 139146-RV | 4430 |
| RR914 | UNI-LIFT 360 16FP AGR INSERT 9-1/4" COMPLETE W/WHITE FORMER | 3540 | | 3540 | | 139146-RV | 15753 |
| RR6 | 6" UNI-LIFT 360 KP AGR INSERT COMPLETE W/WHITE FORMER | 600 | | 600 | | 127867-YM | 2070 |
| FDUMB | 6" x 38  FLAT DUMBELL | 300 | | 300 | | 128578-YM | 585 |
| 550DD | #550 POST SHORE | | | | 502 | 149082 | 27188 |

HL 0110

| ART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| 20-400-2 | CABLE RAIL 20X50 MM X 400MM 2 CABLE LOOPS INSIDE | | | | | 124869-YM | 11595 |
| MM WIRE DPE(0.8T FOR 20-400-2) BLE | For CABLE RAIL 20X50 MM X 400MM 2 CABLE LOOPS INSIDE | | 5998 | 5998 | | 124869-YM | 73269 |
| MIL(PLASTIC ER VS20-400- | For CABLE RAIL 20X50 MM X 400MM 2 CABLE LOOPS INSIDE | | 87819 | 87819/75000 | | 124869-YM | 17850 |
| 22XL934 | RING,LIFT 9 3/4" PANEL THICKNES 22KP XL ANCHORS | 119000 | | 119000 | | 124869-YM | 5069 |
| 4712OCIG | 1-1/4X7-1/2 OPEN COIL INSERT PLAIN-4 STRUTS | 1280 | | 1280 | | 125765-YM | 2129 |
| 8 | 22' FIXED LENGTH PIPE BRACE | 780 | | 780 | 419 | 126005-YM | 50364 |
| A344.25G | UNILIFT ANCHOR 3/4"X4.25"X4TON | 2500 | | 2500 | | 127333-YM | 1750 |
| A388G | UNI-LIFT ANCHOR3/8 X 8.00 X | 4000 | | 4000 | | 127333-YM | 1040 |
| FA34512G | DROP FORGED FOOT ANCHOR (10T) | 4840 | | 4840 | | 128054-YM | 16262 |
| NRA | CABLE LOOP ANCHOR 6.3 TON | 498 | | 498 | | 128639-YM | 2233 |
| F26 | 2' X 6' UNI SHORING FRAME | 50 | | 50 | | 129570-YM | 1774 |
| ST SHORE-ATERIAL | Q345~Ø62.2*3.2*6060 | | | | 28410kg | 117792-YM / 118712-YM | 103279 |
| 11 | 6" PIPE BRACE  32' LONG | | | | 29 | 129983-YM | 8085 |

HL 0111

| ART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| 5F25 | 2'X5' UNI SHORING FRAME | 47 | | 47 | beam 4000pcs can be used for 2350 sets of USF26 | 115508-YM | 112946 |
| 350DD | #350 POST SHORE | | 42 | 42 | 4433 | 117792-YM 118712-YM | 225451 |
| AMSHLY | CLAM SHELL (YELLOW) 2PC SET WITH RING | 2490 | | 2490 | | 118712-YM | 2515 |
| 12 | 12" ELEPHANT TRUNK PVC 50' RL | 450 | | 450 | | 118712-YM | 833 |
| 300DD1524 | UNI POST SHORE 5'6"-9'10"GA WITH 6" X 6" TOP&BOTTOM PLAT (WITH 6' SLEEVE) | 657 | | 657 | 1466pcs outer tube | 118712-YM | 104189 |
| HD | TWISTER CONNSTEELE-GALVANIZED | 3000 | | 3000 | | 120565-YM | 6600 |
| P11CPLR | COUPLER FOR UP-11 PIPE BRACE | 210 | | 210 | 61 | 120634-YM | 8650 |
| P8CPLR | COUPLER FOR UP-8 PIPE BRACE | 440 | | 440 | | 120634-YM | 9104 |
| FFA9410G | DROP FORGED FOOT ANCHOR (10T) 3/4X10" | 3547 | | 3547 | | 119387-YM | 20998 |
| PP | UNIVERSAL PRECAST PANEL PAD 2-1/2" X6" | 10800 | | 10800 | | 124715-YM 133508-RV | 1296 |
| JS346G | STRAIGHT COIL LOOP INSERT3/4" | 10800 | | 10800 | | 124884-YM 125765-YM 118447-YM | 7020 |
| A9164.75G | UNILIFT ANCHOR9/16"X4.75"X2TON | 100 | | 100 | | 124891-YM 124893-YM | 38 |
| A9166.75G | UNILIFT ANCHOR9/16"X6.75"X2TON | 2000 | | 2000 | | 124891-YM 124893-YM | 994 |

HL 0112

| ART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED QTY. in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| EXTUP11 | 10' EXTENSION-32' BIG FOOT BRACE | | 200 | 200 | | 671/BK31107HAN 673/BK31307HAN | 13574 |
| EXTUP11 | 20' EXTENSION FOR 32' PIPE BRACE | | 120 | 120 | | 671/BK31107HAN 673/BK31307HAN | 16739 |
| WRA | 2.0 TON X 300MM 3/8" CABLE | 77 | 7000 | 7077 | | 113788-YM 7861 117799-YM 2000 | 8291 |
| JLS15 | 15'GULLWING SCREED STAKES | 23999 | | 23999 | | 113788-YM 115508-YM | 4108 |
| A34718 | PLATE ANCHOR 3/4 X 7-1/8 X 8TON | 417 | | 417 | | 113788-YM | 2628 |
| PRH | ALUMINUM FORM PIN / SLOTTED ROUND HEAD WAX PIN | 14500 | | 14500 | | 115508-YM | 3480 |
| SW | STRAIGHT WEDGE FOR ALUMINUM FORMS 250 COUNT PAIL | 4250 | | 4250 | | 115508-YM | 553 |
| T06 | 06 BASE TIE | 10000 | | 10000 | | 115508-YM | 1300 |
| VAF | CURVED WEDGE FOR ALUMINIUM FORMS 250 COUNT PAIL | 2750 | | 2750 | | 115508-YM | 385 |
| 22XL10 | RINGLIFT 10" PANEL THICKNES 22KP XL ANCHOR | 715 | | 715 | | 115508-YM | 2860 |
| 22XL512 | XL LIFT INSERT 5-1/2" | 1279 | | 1279 | | 115508-YM | 3914 |
| 22XL812 | XL LIFT INSERT 8 1/2" | 2420 | | 2420 | | 115508-YM | 8591 |
| F24 | 2 X 4 UNI SHORING FRAME | 9 | 95 | 104 | beam 6495pcs can be used for can be used for 2165sets of USF44 or USF45, or 1625sets of USF46, | 115508-YM | 182597 |

HL 0113

| ART NO. | Description | FINISHED QTY. in our warehouse | Finished qty. in plant | TOTAL FINISHED QTY. | SEMI-FINISHED in plant | PO NO. | Total $ |
|---|---|---|---|---|---|---|---|
| RC70012X3.5 | TRIANGULAR TIES 12GA X 3.5 | | 44000 | 44000 | | 499/BK92106HAN | 5807 |
| RC70012X4.5 | TRIANGULAR TIES 12GA X 4.5 | | 90000 | 90000 | | 499/BK92106HAN | 13057 |
| RC70012X5.5 | TRIANGULAR TIES 12GA X 5.5 | | 55000 | 55000 | | 499/BK92106HAN | 8706 |
| RC7003X3 | TRIANGULAR TIES 3 X 3 HDG | | 44000 | 44000 | | 499/BK92106HAN | 2563 |
| RC7004X4 | TRIANGULAR TIES 4 X 4 HDG | | 72000 | 72000 | | 499/BK92106HAN | 5264 |
| RC7005X5 | TRIANGULAR TIES 5 X 5 HDG | | 63000 | 63000 | | 499/BK92106HAN | 5681 |
| 58G | RAIL NUT 58" FOR 4930 RAIL | 5240 | | 5240 | | 535/BK102706HAN | 6798 |
| 34G | RAIL NUTS 34" FOR 4930 RAIL | 2548 | | 2548 | | 535/BK102706HAN | 3306 |
| 34G | RAIL NUTS 34" FOR 4930 RAIL | 2000 | | 2000 | | 535/BK102706HAN | 2594 |
| 12G | RAIL NUTS 12" FOR 3817 RAIL | 1130 | | 1130 | | 598/BK122906HAN | 1291 |
| A583 | PLATE ANCHOR 58 X 3 X 4TON | 4000 | | 4000 | | 644/BK21307HAN | 7171 |
| A58312 | PLATE ANCHOR 58 X 3-12 X 4TON | 5815 | | 5815 | | 644/BK21307HAN | 17143 |
| FL | UNI RES FORM LATCH | 37468 | | 37468 | | 665/BK30507HAN 1155108-YM | 29225 |

HL 0114

| 9GU0841026 | 10/26/2009 | 320 | 260 | 4500.00 | JASPER |
|---|---|---|---|---|---|
| 10GU0140215 | 2/15/2010 | 208 | 148 | 42099.72 | JASPER |
| | | | | 563410.02 | |

HL 0115

| INVOICE NO. | S/D | XX days after shipment | payment delay (acc to 60 days after shipment) | Amount $ | Remarks |
|---|---|---|---|---|---|
| 9GU0620905 | 9/5/2009 | 371 | 311 | 463.30 | BURNABY |
| 9GU0640912 | 9/12/2009 | 364 | 304 | 891.00 | BURNABY |
| 10GU0160305 | 3/5/2010 | 190 | 130 | 2430.00 | BELLWOOD |
| 10GU0270421 | 4/21/2010 | 143 | 83 | 1000.00 | BELLWOOD |
| 10GU0280428 | 4/28/2010 | 136 | 76 | 1243.28 | BELLWOOD |
| 10GU0290505 | 5/5/2010 | 129 | 69 | 903.90 | BELLWOOD |
| 10GU0380527 | 5/27/2010 | 107 | 47 | 36769.50 | BELLWOOD |
| 10GU0410530 | 5/30/2010 | 104 | 44 | 16754.00 | BELLWOOD |
| 10GU0420610 | 6/10/2010 | 93 | 33 | 30051.60 | LANGLEY |
| 10GU0430605 | 6/5/2010 | 98 | 38 | 17243.26 | BELLWOOD |
| 10GU0440607 | 6/7/2010 | 96 | 36 | 129095.82 | BELLWOOD |
| 10GU0460604 | 6/4/2010 | 99 | 39 | 9750.00 | BELLWOODm |
| 10GU0470607 | 6/7/2010 | 96 | 36 | 9495.75 | BELLWOOD |
| 10GU0480617 | 6/17/2010 | 86 | 26 | 32587.20 | LANGLEY |
| 10GU0500614 | 6/14/2010 | 89 | 29 | 29804.32 | BELLWOOD |
| 10GU0510617 | 6/17/2010 | 86 | 26 | 29665.08 | LANGLEY |
| 10GU0520613 | 6/13/2010 | 90 | 30 | 4551.75 | BELLWOOD |
| 10GU0530618 | 6/18/2010 | 85 | 25 | 1500.00 | BELLWOOD |
| 10GU0540628 | 6/28/2010 | 75 | 15 | 70618.84 | BELLWOOD |
| 10GU0570712 | 7/12/2010 | 61 | 1 | 8606.25 | BELLWOOD |
| 10GU0330522 | 5/22/2010 | 112 | 52 | 42015.79 | LANGLEY |
| 10GU0490616 | 6/16/2010 | 87 | 27 | 11742.20 | WESTMINSTER |
| 10GU0550630 | 6/30/2010 | 73 | 13 | 29627.46 | LANGLEY |

**Universal Building Products, Inc.**

**WIRE TRANSFER REQUEST FORM**

| TO: | Universal Building Products, Inc. | DATE: |
|---|---|---|
| | Treasury Department | |
| | Fax # (714) 901-5995 | |

**Wire Payment Information**

| US Dollars Amount: | USD | $ 149,573.90 | X |
|---|---|---|---|
| FX Amount (Optional): | | | |

General Description of Payment:     RECEIVED GOODS

(Details Below)

**Vendor & Bank Information**

| Payee: | | |
|---|---|---|
| | Vendor Name & Address: | SHANGHAI HUALIN WUJIN CO. LTD. 113-125# DONGLAN WEST ROAD JIUXING SHANGHAI CHINA |
| | Bank Account Number: | 3247721450100338502 |
| | Bank Name & Address: | SHANGHAI RURAL COMMERCIAL BANK FL.25 Huamin, Empire Plaza, 728 YanAn Road(W) SHANGHAI 200050 P.R.CHINA |
| | Bank ABA/Swift Num: | SHRCCNSH |
| | Optional Bank ID Number: (Sort Code/IBAN No/Clabe No) | |

**Routing or Intermediary Bank (Optional)**

| | Bank Name & Address: | |
|---|---|---|
| | Bank ABA/Swift Number: | |

**Detail Description:**

| DESTINATION | CONTAINER | PO # | INVOICE # | AMOUNT | PAST DUE |
|---|---|---|---|---|---|
| Westeminster,CA92683 | XINU8014906 | 5747/15766/1580 | HL1005001 | $ 31,395.00 | |
| Wallingford,CT06492 | BCMU1625659 | 15855 | HL1006002 | $ 19,280.00 | |
| Westeminster,CA92683 | FSCU4501421 | 15990/15979 | HL1006010 | $ 31,495.00 | |
| Westeminster,CA92683 | EMCU9474883 | 16088/16099 | HL1007001 | $ 31,900.00 | |
| Westeminster,CA92683 | EISU9868360 | 16164/16165 | HL1007004 | $ 35,503.90 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | $ 149,573.90 | |

**Approval**

| Requested By: | | Subsidiary Name: |
|---|---|---|
| Approved By: | | |

**FOR TREASURY PURPOSE ONLY (LEAVE BLANK)**

HL 0117

**Wired From: (Bank Account)**
**Remarks:**
**Verified By:**
**Verified By:**

Subj:      **payment invoce For Westminster**
Date:      8/12/2010 12:11:14 A.M. Eastern Daylight Time
From:      rooney_gao@yahoo.com
To:        uschinaasset@aol.com

刘博士：
第二封。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL 0119

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**844 King Street, Suite 2207**
**Wilmington, DE 19801**
**Tel. No. (302) 573-6491**
**Fax No. (302) 573-6497**

## QUESTIONNAIRE FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Universal Building Products, Inc., *et al.*
10-12453 (MFW)

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.  Yes (✓) No ( )

A.  Unsecured Creditor's Name and Contact Information:

Name: _Shanghai Hualon Hardware Co. Ltel_  Phone: _0086-6765-8727_
Address: _113 Baglan West Road, Minhang District_  Fax: _0086-6765-8727_
_20110 Shanghai China_  E-mail: _Shanghaihealine@yahoo.cn_

B.  Counsel (If Any) for Creditor and Contact Information:

Name: _US-China Assets Management USA LLC_  Phone: _718-479-3888_
Address: _33-65th Street, Woodside NY 11377_  Fax: _718-205-1888_
_USA_  E-mail: _uschinaasset@aol.com_

C.  Amount of Unsecured Claim (U.S. $) _35110.76 (received-USD30185.16 + at sea -USD49451.9 )_

D.  If your claim is against more than one debtor, list all debtors: _1. Don De Cristo Concrete Acc. Inc._
_2. Universal Form Clamp Inc._

E.  Describe the nature of your claim(s), i.e., whether arising from goods or services provided; loans made; litigation; etc., including whether any portion is secured.  If any portion of the claim(s) arise from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.
_Export goods_

F.  Amount of Unsecured Claim entitled to 11 U.S.C. §503(b) treatment as an administrative expense:
_USD 68755 (7.17-8.6-USD 68755) + Post 8.6-USD 49451.9_

G.  Representations:

1.  Are you or the company you represent in any way: "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, a shareholder of, or related to the debtor(s)?
Yes ( )  No (✓)  If a shareholder, state the number of shares: _____

2.  Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)?  Yes ( )  No (✓)

HL 0120

3.  Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)? Yes ( ) No ( ) Does your claim arise from this relationship? Yes ( ) No (✓)

4.  Did you acquire any portion of your unsecured claim after the bankruptcy filing? Yes ( ) No (✓) If so, set forth the date(s) acquired, the amount paid and the face amount of the claim: _____
    _____

5.  Have you made a UCC §2-702 reclamation claim? Yes ( ) No (✓)

6.  Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim? Yes ( ) No (✓)

7.  Do you have a claim against any entity affiliated with the debtor? Yes ( ) No (✓)
    State the name of the entity and the nature and amount of the claims: _____
    _____

8.  Do you or any affiliated entities have any other claims against and/or debt or equity securities of the debtor(s)? Yes ( ) No (✓)

    A.  -  Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s)? Yes ( ) No (✓)

| Description of Claims, Debt And/or Equity Securities/Other Financial Arrangement | Amount |
|---|---|
|  |  |
|  |  |
|  |  |

9.  If you are represented by counsel, does your attorney represent any other parties in this bankruptcy case? Yes ( ) No ( ) I do not know ( )

10. If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.

**You may attach a written statement to explain or respond to any responses.**

**If you are appointed to the Official Committee of Unsecured Creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this questionnaire, you agree to provide the periodic certifications referenced in the prior paragraph to the United States Trustee if the United States Trustee so requests.

Date: Aug 10 2000

Signature: *Ailin Wang*

Print Name: *General Manager* / 王爱林 ( Ailin Wang )

Title: *General Manager*

*Note: This is not a proof of claim form. Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

HL 0121

Subj: 问卷
Date: 8/12/2010 12:11:13 A.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: uschinaasset@aol.com

刘博士：
附件是我刚刚修改的问卷，不好意思，老是粗心，给您带麻烦了。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



## Universal Building Products, Inc.

### WIRE TRANSFER REQUEST FORM

| TO: | Universal Building Products, Inc. | DATE: |
|-----|-----------------------------------|-------|
|     | Treasury Department               |       |
|     | Fax # (714) 901-5995              |       |

**Wire Payment Information**

| US Dollars Amount: | USD | $ 201,533.16 | X |
|--------------------|-----|--------------|---|
| FX Amount (Optional): | | | |

General Description of Payment:  RECEIVED GOODS

(Details Below)

**Vendor & Bank Information**

| Payee: | Vendor Name & Address: | SHANGHAI HUALIN WUJIN CO., LTD |
|--------|------------------------|--------------------------------|
| | | 113-125# DONGLAN WEST ROAD |
| | | JIUXING SHANGHAI CHINA |
| | Bank Account Number: | 3247721450100038502 |
| | Bank Name & Address: | SHANGHAI RURAL COMMERCIAL BANK |
| | | FL.25 Huanin, Empire Plaza, 728 YanAn Road(W) |
| | | SHANGHAI 200050 P.R.CHINA |
| | Bank ABA/Swift Num: | SHRCCNSH |
| | Optional Bank ID Number: | |
| | (Sort Code/IBAN No/Clabe No) | |

**Routing or Intermediary Bank (Optional)**

Bank Name & Address:

Bank ABA/Swift Number:

**Detail Description:**

| DESTINATION | CONTAINER | PO # | INVOICE # | AMOUNT | PAST DUE |
|-------------|-----------|------|-----------|--------|----------|
| Bellwood,IL60104 | By Air | | HL1003002B | 800 | 3/5/2010 |
| Atlanta,GA30336 | BCMU4090020 | 165828-EDDIE | HL1003006 | $ 28,755.00 | 4/1/2010 |
| Bellwood,IL60104 | By Air | 165851-EDDIE | HL1004003 | $ 747.00 | 4/4/2010 |
| Bellwood,IL60104 | HDMU6789351 | 165851-EDDIE | HL1004005B | $ 20,560.10 | 4/16/2010 |
| Bellwood,IL60104 | HDMU62C1791 | 167479-EDDIE | HL1005002 | $ 36,500.00 | |
| Bellwood,IL60104 | By Air | 169292-EDDIE | HL1006003 | $ 850.50 | |
| Birmingham,33052 | HJCU4082503 | 167478-EDDIE | HL1006003B | $ 25,550.00 | |
| Atlanta,GA30336 | HJCU1370086 | 169251/169261-EDDIE | HL1006004 | $ 33,336.00 | |
| Bellwood,IL60104 | By Air | 169069/169824-EDDIE | HL1006006 | $ 2,869.30 | |
| Bellwood,IL60105 | By Air | 169826-EDDIE | HL1006007 | $ 502.26 | |
| Atlanta,GA30336 | By Air | 169082-EDDIE | HL1006008 | $ 1,060.00 | |
| Bellwood,IL60104 | FCIU8848092 | 169824/169082/167479/169721 | HL1006009 | $ 36,453.00 | |
| Atlanta,GA30336 | CCLU6732675 | 170107/169261-EDDIE | HL1007002 | $ 13,948.00 | |
| RI02904 | By Air | 170447-EDDIE | HL1007003 | $ 402.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | $ 201,533.16 | |

HL 0123

**Approval**

Requested By: _____

Approved By:

Subsidiary Name:

FOR TREASURY PURPOSE ONLY (LEAVE BLANK)

Wired From: (Bank Account)

Remarks: _____

Verified By: _____

Verified By: _____

HL 0124

Subj: **payment Bellwood**
Date: 8/12/2010 12:10:27 A.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: uschinaasset@aol.com

刘博士：
刚刚发了一封空的邮件， 不好意思。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

----- Forwarded Message ----
**From:** Rooney Gao <rooney_gao@yahoo.com>
**To:** uschinaasset@aol.com
**Sent:** Thu, August 12, 2010 12:08:14 PM
**Subject:** payment Bellwood

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



Subj: 授权书
Date: 8/11/2010 11:04:38 P.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: Uschinaasset@aol.com

看到了， 不好意思， 修改如附件。
刘博士签名栏里面有我的MSN 和SKYPE，都在线， 如果有什么问题， 咱们也可以及时联系。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:rooney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Thu, August 12, 2010 10:56:47 AM
Subject: Re: ÉÚÈ¨ÊéÎÎÌâ

授权书上第三行有金额数字需要修改。

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
UNIVERSAL BUILDING PRODUCTS, ) Case No. 10-12453 (MFW)
INC., *et al.*,[1] )
) Joint Administration Requested
Debtors. )

### Proxy

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of approximately $351,107.06 against the above-captioned debtors (the "Debtors"), due to the fact of being not able to come to the USA to participate in person, does hereby appoint and authorize its US Rep Dr. Haishan Liu or Advisor Greg Urbanchuk, to act on the Creditor's behalf _**with full power of substitution**_ at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August 10, 2010 ⸱ Signed by *Authorized Representative*

General Manager Print Name Ailin Wang
Title 王爱扑 / Ailin Wang

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang
District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

Subj: 电话
Date: 8/11/2010 10:58:07 P.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: uschinaasset@aol.com

刘博士：
刚才是您打我电话吗？

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



HL 0128

Subj:　授权书问题
Date:　8/11/2010 10:50:45 P.M. Eastern Daylight Time
From:　rooney_gao@yahoo.com
To:　uschinaasset@aol.com

刘博士：
今天早上您说我授权书上金额有问题， 我看了， 授权书上面不显示欠款金额的， 只是授权书啊。
是那份资料有问题，我现在改。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



Subj:    **total amount**
Date:    8/11/2010 10:48:17 P.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:      uschinaasset@aol.com

刘博士：
现在我把总的欠款发给您， 根据咱们早上的电话， 我现在还需要提供这些
欠款的合同，发票，箱单，提单。
接下来就是晚上的会议。
所以请问除了这些要准备的还有其他问题吗

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50



## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, | ) | Case No. 10-12453 (MFW) |
| INC., *et al.*,[1] | ) | |
| | ) | Joint Administration Requested |
| Debtors. | ) | |

### Proxy

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware

Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of

approximately $223,188.15 against the above-captioned debtors (the "Debtors"), due to the fact

of being not able to come to the USA to participate in person, does hereby appoint and authorize

its US Rep Dr. Haishan Liu or Advisor Greg Urbanchuk, to act on the Creditor's behalf *with full*

*power of substitution* at the formation meeting of creditors to be held in the above captioned

case, as the same may be continued from time to time, including, but not limited to, the selection

and appointment of Counsel and other professionals to the Official Committee of Unsecured

Creditors.

Date: August 10, 2010



Signed by *Authorized Representative*

General Manager Print Name Ailin Wang
Title
王爱林     Ailin Wang
Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang
District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

HL 0131

Subj:    **Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers**
Date:    8/11/2010 8:13:05 PM Eastern Daylight Time
From:    Uschinaasset@aol.com
To:      rooney_gao@yahoo.com
CC:      demoyi@yahoo.cn


-----Original Message-----
From: Uschinaasset@aol.com
Date: Wed, 11 Aug 2010 16:09:41 EDT
Subject: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
To: kgillette@Scouler.com


Dear Kern: See attached. -----Dr. Liu

-----Original Message-----
From: Uschinaasset@aol.com
Date: Wed, 11 Aug 2010 12:39:04 EDT
Subject: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
To: GScouler@Scouler.com


Dear Gillian Scouler: FYI--Please help if you could in such a difficult case (attached below). -----Dr. Liu


-----Original Message-----
Date: Tue, 10 Aug 2010 10:17:48 -0500
From: "Dan Scouler" <dscouler@scouler.com>
To: <Uschinaasset@aol.com>
Subject: Re: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers


I will be on vacation and out of the country from July 28th and returning on August 11th, with limited access to email and voice mail.

In my absence, please contact Gillian Scouler at 212-362-1140 in our New York Office or via email at GScouler@Scouler.com and she will direct your call to the appropriate Scouler & Company professional.

Sincerely,

Dan Scouler
Managing Principal
SCOULER & COMPANY
1800 Century Park East
Suite 600
Los Angeles, CA 90067
206-795-1100 - cell
310-407-5114 - office


-----Original Message-----
From: Uschinaasset@aol.com
Date: Tue, 10 Aug 2010 11:16:57 EDT
Subject: Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
To: dscouler@scouler.com
CC: rwarren@saul.com

Dear CRO Daniel Scouler: I'm Dr. Haishan Liu and I'm introduced to you by Ms Robyn at Counsel Mark Minute office. Usually I help Chinese exporters in handling US bankruptcy cases and collection matters .

Attached please find certain documents re 2 incoming containers shipped out by SHANGHAI HUALIN HARDWARE, No. 10 creditor on the Largest 30 Creditors List in this Case. I heard the debtors want to return them to China, but the creditor insists the goods were made for the debtors and there would be no use and/or costly for returning them back to China. What could you do to help in this regard?

**Dr. Haishan Liu**
**US-China Assets Management USA, LLC.**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**

Please let me know

-----Original Message-----
Date: Tue, 10 Aug 2010 01:17:36 -0700 (PDT)
From: Rooney Gao <rooney_gao@yahoo.com>
Subject: =?utf-8?B?UmU6IEZ3ZDogU0hBTkdIQUkgSFVBTElOIEhBUkRXQVJFLS3DjsKvw5TCscK7?=
=?utf-8?B?w6HDjsOKwr7DrVBERg==?=
To: Uschinaasset@aol.com

刘博士：
附件是在海上的2个柜子的合同、装箱单和提单。
我今晚会把其他文件扫描给您， 有什么问题请打我手机。
多谢！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

From: "Uschinaasset@aol.com" <Uschinaasset@aol.com>
To: rooney_gao@yahoo.com
Sent: Tue, August 10, 2010 11:03:11 AM

**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Î Ô±»áÍÊ¾íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板给你临时买一台扫描机。


**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0134

| Subj: | **Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers** |
|---|---|
| Date: | 8/11/2010 8:12:10 PM Eastern Daylight Time |
| From: | Uschinaasset@aol.com |
| To: | rooney_gao@yahoo.com |
| CC: | demoyi@yahoo.cn |

-----Original Message-----
From: <kgillette@scouler.com>
To: <Uschinaasset@aol.com>
Subject: RE: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers
Date: Wed, 11 Aug 2010 16:57:08 -0700

Dr Liu
Both PO's appear to be for stock. As you know, UBP has ceased operation and thus the DIP budget has no funds for inventory purchases or getting goods released at the dock. There is a very small chance our lender may want the goods, but I cannot answer that today.

Regards,
Kern Gillette

Kern Gillette
SCOULER & COMPANY, LLC
1800 Century Park East, Ste 600
Los Angeles, CA 90067

C) 206.849.3826
O) 310.229.5900
kgillette@scouler.com
www.scouler.com

**From:** Uschinaasset@aol.com [mailto:Uschinaasset@aol.com]
**Sent:** Wednesday, August 11, 2010 1:10 PM
**To:** kgillette@Scouler.com
**Subject:** Fwd: Universal Building-SHANGHAI HUALIN HARDWARE-2 incoming containers

Dear Kern: See attached. -----Dr. Liu

This email, including attachments, may include confidential and/or proprietary information, and may be us only by the person or company to whom it is addressed. If you are not the intended recipient and have re this email in error, please advise the sender immediately and delete this message and any attachments.

Subj: **invoice--received 7.17-8.6**
Date: 8/11/2010 2:25:46 P.M. Eastern Daylight Time
From: rooney_gao@yahoo.com
To: Uschinaasset@aol.com
CC: demoyi@yahoo.cn

刘博士：
附件是F 项下的部分

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Wed, August 11, 2010 11:50:25 AM
**Subject:** Re: SHANGHAI HUALIN HARDWARE--?ì¥?ìÀ?¨¢?¨°?¨ªPDF

高小姐：老外看不懂中文，因此需要用拼音方式签名Ailin Wang。好事多练，再发一次。谢谢。

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252
Toll Free (Within the USA): 1-800-291-5823
Toll Free (China to USA): 总机4006768159, 分机8991056167#
Email: uschinaasset@aol.com

HL 0136

# Shanghai Hualin Wujin Co.,Ltd

## 113-125# Donglan West Road

**INVOICE**

PO No.:170447-EDDIE

Invoice No:HL1007003

Date:July.9,2010

| Shipper:<br>Shanghai Hualin Wujin Co.,Ltd<br>113-125# Donglan West Road<br>Shanghai 201101 China<br>Tel: +86-21-6765-8727<br>Fax: +86-21-6765-8727 | | | | Consignee:<br>Universal Building Products<br>New England<br>200 Corliss Street Providnce,RI 02904<br>phone 708-544-4255<br>Fax  708-493-9386 | | | |
|---|---|---|---|---|---|---|---|
| From: Shanghai, China | | | | To:Providnce,RI02904 | | | By sea |
| Mark | PO No. | Line in PC | Description | Quantity | Unit | FOBSHANGHAI<br>Unit Price(USD) | Total Amount<br>(USD) |
| Name: | 170447-EDDIE | 10 | UC1.25-1.75 | 6,000 | PCS | 0.067 | 402.00 |
| Spec: | | | | | | | |
| Colour: | | | | | | | |
| Qty: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | - |
| Total | | | | 6,000 | | | 402.00 |

HL 0137

# Shanghai Hualin Wujin Co.,Ltd

## 113-125# Donglan West Road

**INVOICE**

PO No.:169824-EDDIE 169082 167479
169721 169069

Invoice No:HL1006009

Date:June.19,2010

| Shipper:<br>Shanghai Hualin Wujin Co.,Ltd<br>113-125# Donglan West Road<br>Shanghai 201101 China<br>Tel: +86-21-6765-8727<br>Fax: +86-21-6765-8727 | | | | Consignee:<br>Universal Building Products<br>840 South 25th Ave.<br>Bellwood IL60104<br>phone 708-544-4255<br>Fax   708-493-9386 | | | |
|---|---|---|---|---|---|---|---|
| From: Shanghai, China | | | | To:Bellwood,IL60104 ,Chicargo | | | By Sea |
| Mark | PO No. | Line in PO | Description | Quantity | Unit | CIF CHICARGO<br>Unit Price(USD) | Total Amount<br>(USD) |
| Nane:<br>Spec:<br>Colur:<br>Qty: | 169824-EDDIE | 10 | QFPTR | 2,000 | PCS | 0.06 | 120.00 |
| | 169082-EDDIE | 10 | RLDF8T | 2,000 | PCS | 0.52 | 1,040.00 |
| | 167479-EDDIE | 10 | PC110 | 20,000 | PCS | 0.365 | 7,300.00 |
| | 169721-EDDIE | 10 | PC110 | 60,000 | PCS | 0.365 | 21,900.00 |
| | 169069-BC | 10 | RL22XLPSET | 9,000 | SET | 0.53 | 4,770.00 |
| | | | WHITE FOOT | 9,000 | SET | 0.147 | 1,323.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | - |
| Total | | | | 102,000 | | | 36,453.00 |

HL 0138

# Shanghai Hualin Wujin Co.,Ltd

## 113-125# Donglan West Road

### INVOICE

PO No.:16088 16099

Invoice No:HL1007001

Date:July8, 2010

| Shipper: Shanghai Hualin Wujin Co.,Ltd 113-125# Donglan West Road Shanghai 201101 China Tel: +86-21-67658727 Fax: +86-21-6811-0661 | | | | Consignee: Universal Building Products Inc. DON DE CRISTO CONCRETE ACC. 15172 GOLDENWEST CIRCLE WESTMINSTER,CA92683 phone :714-442-2100 Fax :714-901-5995 | | | |
|---|---|---|---|---|---|---|---|
| From: Shanghai, China | | | | TO:WESTMINSTER,CA92683 | | | By sea |
| Mark | PO No. | Line in PO | Description | Quantity | Unit | CIF Westminster Unit Price(USD) | Total Amount (USD) |
| | 16088 | 1 | TMP40/50 | 10,000 | PCS | 0.047 | 470 |
| Name: | | 2 | UC1-1.5 | 20,000 | PCS | 0.067 | 1,340.00 |
| | | 3 | UC2-2.5 | 10,000 | PCS | 0.106 | 1,060.00 |
| | | 4 | UC5.25-5.75R | 10,000 | PCS | 0.213 | 2,130 |
| | | | | | | | |
| | 16099 | 1 | PC110 | 70,000 | PCS | 0.367 | 25,690 |
| Spec: | | 2 | TMP90/100 | 6,000 | PCS | 0.105 | 630 |
| | | 3 | TMP50/60 | 10,000 | PCS | 0.058 | 580 |
| | | | | | | | |
| Colour: | | | | | | | |
| Qty: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total: | | | | 136,000 | | | 31,900.00 |

HL 0139

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE–Î Ô±»áÎ£¾íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板给你临时买一台扫描机。


**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA , LLC. （美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

Subj:     **Re: Fwd: SHANGHAI HUALIN HARDWARE-**
Date:     8/10/2010 11:12:29 P.M. Eastern Daylight Time
From:     <u>rooney_gao@yahoo.com</u>
To:     <u>Uschinaasset@aol.com</u>

刘博士：
附件是产品的照片信息！


Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Ï¯Ô±»åÎ¾¼íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板
给你临时买一台扫描机。


**Dr. Haishan Liu (刘海善博士 )**
**US-China Assets Management USA , LLC.** （美中资产管理公司）
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: <u>uschinaasset@aol.com</u>**

HL 0141

Subj:     Re: Fwd: SHANGHAI HUALIN HARDWARE--Î¯Ô±»áÎʾ¼PDF
Date:     8/10/2010 11:09:17 P.M. Eastern Daylight Time
From:     rooney_gao@yahoo.com
To:     Uschinaasset@aol.com

刘博士：
附件是授权书。

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Î¯Ô±»áÎʾ¼PDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板
给你临时买一台扫描机。

**Dr. Haishan Liu ( 刘海善博士 )**
**US-China Assets Management USA , LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888; Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0142

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:               )     Chapter 11

                     )

UNIVERSAL BUILDING PRODUCTS,   )     Case No. 10-12453 (MFW)
INC., *et al.*,[1]             )

                     )     Joint Administration Requested

           Debtors.   )

## Proxy

The undersigned, being a duly authorized representative of Shanghai Hualin Hardware Co., Ltd. (the "Creditor"), willing to serve on a pending creditors committee, holding a claim of approximately $223,188.15 against the above-captioned debtors (the "Debtors"), due to the fact of being not able to come to the USA to participate in person, does hereby appoint and authorize its US Rep Dr. Haishan Liu or Advisor Greg Urbanchuk, to act on the Creditor's behalf ***with full power of substitution*** at the formation meeting of creditors to be held in the above captioned case, as the same may be continued from time to time, including, but not limited to, the selection and appointment of Counsel and other professionals to the Official Committee of Unsecured Creditors.

Date: August 10, 2010

Signed by *Authorized Representative*



<u>General Manager</u> Print Name <u>Ailin Wang</u>
Title

Shanghai Hualin Hardware Co., Ltd.
Address: 113 Donglan West Road,Minhang
            District201101 Shanghai ,China
Tel / Fax:0086-21-6765-8727

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

HL 0143

Subj:     **Universal Building Products—Eastern Accessories Corp—Claim Profile**
Date:     8/10/2010 11:04:50 PM Eastern Daylight Time
From:     Uschinaasset@aol.com
To:       eacservicew@gmail.com

尊敬的债权人EASTERN ACCESSORIES CORP 王延芝小姐：

附件是让贵公司填写债务人公司8月6日申请破产之前已经由债务人公司收到的未付款的货物的按等级统计表。

**Dr. Haishan Liu (刘海普博士 )**
**US-China Assets Management USA, LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

HL 0144

Corporation Summary Balance Sheet

| Numbers | Container Number and Ship Date | B/L # | PO # | Invoice # | Inv. Date | Total US $ |
|---------|-------------------------------|-------|------|-----------|-----------|------------|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

HL 0145

Paid US $ Date Paid Balance   Reason for Unpaid                US Contact Person

Phone #          Email                    Memo: Credit or Discount with Reasons

Other Notes

HL 0148

Subj: **Universal Building Products--Eastern Accessories Corp--Balance Sheet**
Date: 8/10/2010 10:54:18 PM Eastern Daylight Time
From: Uschinaasset@aol.com
To: eacservicew@gmail.com

尊敬的债权人**EASTERN ACCESSORIES CORP** 王延芝小姐：附件是让贵公司填写债务人公司8月6日申请破产之前已经由债务人公司收到的未付款的货物的证明资料综合统计表。

HL 0149

**Universal Building Products, Inc.    Bankruptcy Claim Profile  Case # 10-12453**

Creditor Company Name:
Address:
Tel:                              Fax:                              Cell:
Email Address:

| Shipping Date / Shipment Container Serial | | 20 Days Prior to **8/6/10** Bankruptcy Petition Date (**7/17/10-8/6/10**) | 21--45 Days Prior to **7/17/10** Bankruptcy Petition Date (**6/19-7/17/10**) | 46 Days Up Prior to **6/19/10** Bankruptcy Petition Date (**6/19/10 or earlier**) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 1 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| 1 | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 2 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| 2 | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 3 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| 3 | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |

HL 0150

| Shipping Date / Shipment Container Serial | | 20 Days Prior to 8/6/10 Bankruptcy Petition Date (7/17/10-8/6/10) | 21--45 Days Prior to 7/17/10 Bankruptcy Petition Date (6/19-7/17/10) | 46 Days Up Prior to 6/19/10 Bankruptcy Petition Date (6/19/10 or earlier) | Invoice Total US Dollars |
|---|---|---|---|---|---|
| 4 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 5 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |
| 6 | Invoice # | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | Departure Date<br><br>Departure Port | |
| | Invoice Date | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | Arrival Date<br><br>Arrival Port | |

**Total Claims   20-Day $           + 45-Day $           + 46up $           = $**

**Please attach all POs, Invoices, Packing Lists, B/Ls, Arrival Notices or Delivery Proofs. Thanks.**

Subj:      **Re: Fwd: SHANGHAI HUALIN HARDWARE--Î ̄Ô±»áÎ̂¾íPDF**
Date:      8/10/2010 10:52:48 P.M. Eastern Daylight Time
From:      rooney_gao@yahoo.com
To:        Uschinaasset@aol.com

刘博士：

您好！我到了！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Sent:** Tue, August 10, 2010 11:03:11 AM
**Subject:** Fwd: SHANGHAI HUALIN HARDWARE--Î ̄Ô±»áÎ̂¾íPDF

Note: Forwarded message is attached.

高小姐：法院为防止他人修改，只提供委员会问卷PDF 格式，没有WORD格式。

你需要把它先打印出来，填好后再扫描发回给我。有鉴于这些天将会有许多资料需要扫描，建议让张老板给你临时买一台扫描机。

**Dr. Haishan Liu ( 刘海善博士  )**
**US-China Assets Management USA , LLC.（美中资产管理公司）**
**33-63 55th Street, Woodside, NY 11377, USA**
**Tel: 718-429-3888; Fax: 718-205-1888;  Cell: 917-992-5252**
**Toll Free (Within the USA): 1-800-291-5823**
**Toll Free (China to USA): 总机4006768159, 分机8991056167#**
**Email: uschinaasset@aol.com**

Subj:    **Re: Fwd: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardw...**
Date:    8/10/2010 12:37:39 P.M. Eastern Daylight Time
From:    rooney_gao@yahoo.com
To:    Uschinaasset@aol.com

刘博士：
附件是我做的问卷，我觉得里面有几项有问题，烦请指正错误，我做修
改。多谢！

Best regards,
Rooney Gao
Shanghai Hualin Co.,Ltd
Tel:0086-21-6765-8727/0086-21-6811-1091
Fax:0086-21-6765-8727/0086-21-6811-0661
SKYPE:ronney_hualin
msn:gb019814@hotmail.com
http://www.hualinspacer.com
Moble:158 210 345 50

---

**From:** "Uschinaasset@aol.com" <Uschinaasset@aol.com>
**To:** rooney_gao@yahoo.com
**Cc:** rooneygao@163.com
**Sent:** Mon, August 9, 2010 12:27:56 PM
**Subject:** Fwd: Universal Building Products, Inc. files Chapter 11-Shanghai Hualin Hardw...

Note: Forwarded message is attached.

HL 0153