IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12453 (MFW)<br><br>Jointly Administrated<br><br>Re: Docket Nos. 177, 178, 179<br>Obj. Deadline: October 1, 2010 at noon (extended by agreement of the parties)<br>Hearing Date: October 7, 2010 at 3:00 pm |

**PRECAUTIONARY OBJECTION AND
RESERVATION OF RIGHTS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION
FOR ENTRY OF AN ORDER: (A) APPROVING DISCLOSURE STATEMENT;
(B) APPROVING CERTAIN DATES RELATED TO CONFIRMATION OF
PLAN; AND (C) APPROVING THE FORM OF CERTAIN DOCUMENTS
TO BE DISTRIBUTED IN CONNECTION WITH SOLICITATION OF THE PLAN**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors"), by and through its proposed counsel, Arent Fox LLP and Elliott Greenleaf, respectfully submits this precautionary objection and reservation of rights with respect to (i) the Debtors' Motion for Entry of an Order: (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Confirmation of the Plan; and (C) Approving the Form of Certain Documents to be Distributed in Connection with Solicitation of the Plan [Docket No. 179] (the "Disclosure Statement Motion") and (ii) Disclosure Statement for the Joint Liquidating Plan of Universal Building Products, Inc. and Certain of Its Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

No. 177] (the "Disclosure Statement"). In support of its precautionary objection and reservation of rights, the Committee respectfully states as follows:

## PRECAUTIONARY OBJECTION AND RESERVATION OF RIGHTS

1. The Committee has a pending motion to appoint a Chapter 11 trustee, or in the alternative, to terminate exclusivity so that the Committee may file a confirmable plan which is fair and beneficial to the unsecured creditors [Docket No. 214] ("Trustee Motion"). The basis for the relief sought under the Trustee Motion is the Debtors' filing of a non-confirmable and flawed plan, the Committee's lost confidence in the Debtors and their professionals, and the Committee's conclusion that the Debtors' lead counsel is incapable of dealing with the Committee professionals in a manner that is professional, respectful, and workable and that does not result in the wasteful and unnecessary depletion of the assets of these estates.

2. Subsequent to the filing of the Trustee Motion, the Committee has been attempting to work together with the Lenders and the Debtors, mostly through and with members of the Debtors' professionals other than their lead counsel, to find common ground, build consensus, and agree on the terms of a confirmable plan consistent with the orders entered in these proceedings.[2] Over the past two weeks, the negotiations and plan drafting sessions have been productive. All of the professionals have been working very hard to avoid litigation and construct a confirmable plan that is consistent with the orders entered in these proceedings. The Lenders' professionals, in particular, have been instrumental in this effort.

3. Unfortunately, on Wednesday, September 29, 2010, the Debtors' lead counsel once again became involved in the negotiations and the Committee is not sure that the Debtors will file a plan consistent with the negotiations and drafting sessions or in conformity with the

---

[2] NHB Advisors, Inc., the Committee's proposed financial advisors, has also been working closely with Scouler and Company and Scouler has been cooperative and professional.

orders entered in these proceedings, and it appears the parties may have taken a step backwards. The Committee is just not sure at this time. Also, the post-petition financing has not yet been extended beyond the current expiration date of October 1, 2010, and an extended post-October 1st budget has not yet been agreed to by the Lenders. So, the future of this case is uncertain.[3]

4. Should the Debtors file an amended plan that is inconsistent with the negotiations and drafting sessions to date or not consistent with the orders entered in these proceedings or the financing is not extended, the Committee will be compelled to proceed with the Trustee Motion or seek conversion of these proceedings to cases under Chapter 7 of the Bankruptcy Code.[4]

5. Nothing in this precautionary objection and reservation of rights should be construed as a waiver of any of the Committee's rights, claims, interests, or arguments with respect to the Disclosure Statement, the Disclosure Statement Motion, the Plan or any amended plan that may be filed prior to the hearing, or any other issue in these Chapter 11 cases, all such rights being expressly reserved. In addition, the Committee reserves the right to supplement, modify, and amend this precautionary objection and reservation of rights in writing or orally at any hearing thereon.

*[Signature Page to Follow]*

---

[3] The Committee has received minimal information regarding the Debtors' request for a funding extension or the development of a new budget.

[4] Alternatively, in the event the parties do not resolve all of their issues and disputes concerning the terms of the plan, the Committee proposes that the Court send the matter to mediation, to be conducted by a Bankruptcy Judge from the District of Delaware or the Southern District of New York, if available. Given the limited resources of the estates and the need to move forward expeditiously and avoid further depletion of the assets of these estates, mediation is warranted.

Dated: September 30, 2010  
Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

Arent Fox LLP
Andrew I. Silfen
George V. Utlik
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: silfen.andrew@arentfox.com
Email: utlik.george@arentfox.com

-and-

Arent Fox LLP
Jeffrey N. Rothleder
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: rothleder.jeffrey@arentfox.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*