# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) Case No. 10-12453 (MFW) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) RE: **Docket 269, 271, 273** |
| | ) **Hearing Date: October 7, 2010 at 3:00 p.m.** |

## RESERVATION OF RIGHTS OF UBP ACQUISITION CORPORATION

UBP Acquisition Corporation (the "Lender") hereby files this reservation of rights with respect to the *First Modified Joint Liquidating Plan of Universal Building Products, Inc. and Certain of Its Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 269] (the "Modified Plan"), which the Debtors filed on September 30, 2010, the *Disclosure Statement for the First Modified Joint Liquidating Plan of Universal Building Products, Inc. and Certain of its Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 271] (the "Modified Disclosure Statement"), which the Debtors filed on September 30, 2010, and the *Debtors' Objection to Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 105(a) and 1104(a) and bankruptcy Rules 2007.1 and 9014; or in the Alternative, (II) Terminating the Debtors' Exclusivity Periods Pursuant to 11 U.S.C. §§ 105(a) and 1121 (d)* [Docket No. 273] (the "Objection to Chapter 11 Trustee Motion"), which the Debtors filed on October 1, 2010.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

The Debtors state in the Objection to Chapter 11 Trustee Motion that the Committee, the Debtors and the Lender have engaged in extensive discussions as to the terms of a plan of liquidation. Objection to Chapter 11 Trustee Motion at 4. The Debtors also list several examples of conversations and correspondence among the Lender, the Debtors and the Committee during which the terms of a proposed plan were discussed. *Id.* at 4. In addition, the Debtors attached e-mail correspondence among the Debtors, Committee and Lender as Exhibit A to the Objection to Chapter 11 Trustee Motion. These conversations and correspondence occurred pursuant to Rule 408 of the Federal Rules of Evidence ("FRE"), with all parties reserving all rights.

The Lenders did not consent to the filing of the Modified Plan, the Modified Disclosure Statement, or the Objection to Chapter 11 Trustee Motion. The Lenders have not approved and, at this time, do not support the Modified Plan or the Modified Disclosure Statement.

The Lenders reserve and do not waive any of their rights pursuant to any proposed chapter 11 plan or disclosure statement or any drafts thereof, the *Final Order (A) Authorizing and Approving Debtors' Post-Petition Financing; (B) Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; (C) Authorizing Use of Cash Collateral and Affording Adequate Protection; and (D) Modifying Automatic Stay* [Docket No. 167], the *Final Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Debtors' Assets, (II) Authorizing Sale of Assets Free and Clear of Liens, Claims, and Interests, and (III) Granting Related Relief* [Docket No. 221], the Senior Secured Super-Priority Debtor-in-Possession Promissory Note, or any other document, pleading, order or other instrument to which the Lender is party or which may impact the Lender's rights. Further, the Lenders reserve and do not waive the right to assert FRE 408 or any other rule, guideline or principle of confidentiality

or admissibility with respect to any documents filed in this case, produced in discovery or otherwise disseminated without the Lender's consent and/or knowledge.

Dated: October 1, 2010

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Bradford J. Sandler (Bar No. 4142)
919 North Market Street, 17th Floor
P.O. Box 8705
PACHULSKI, STANG, ZIEHL & JONES
919 North Market Street
17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

David L. Eaton (*pro hac vice*)
David A. Agay (*pro hac vice*)
Sarah Hiltz Seewer (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to UBP Acquisition Corp.*