IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNIVERSAL BUILDING PRODUCTS, INC., et al.,[1] | ) Case No. 10-12453 (MFW) |
| | ) |
| | ) Jointly Administrated |
| Debtors. | ) |
| | ) Re: Docket Nos. 145, 173, and 277 |

DENYING MOTION

ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
9006(b)(1)(I) EXTENDING DEADLINE
TO RESPOND TO (A) THE UNITED STATES TRUSTEE'S
OBJECTION TO THE APPLICATION TO EMPLOY/RETAIN ARENT FOX LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
(B) THE UNITED STATES TRUSTEE'S SUPPLEMENTAL STATEMENT
IN SUPPORT OF HER OBJECTION TO THE APPLICATION TO EMPLOY/RETAIN
ARENT FOX LLP, AND (C) DEBTORS' COMBINED OBJECTION TO
APPLICATIONS FOR ORDERS AUTHORIZING EMPLOYMENT AND RETENTION
OF ARENT FOX LLP AND ELLIOTT GREENLEAF AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (II) ADJOURNING
HEARING ON OCTOBER 7, 2010 AT 3:00 P.M. REGARDING THE SAME

Upon consideration of the *Official Committee of Unsecured Creditor's Emergency Motion to (i) Extend Deadline to Respond to (a) the United States Trustee's Objection to the Application to Employ/Retain Arent Fox LLP as Counsel to the Official Committee of Unsecured Creditors, (B) the United States Trustee's Supplemental Statement in Support of Her Objection to the Application to Employ/Retain Arent Fox LLP, and (c) Debtors' Combined Objection to Applications for Orders Authorizing Employment and Retention of Arent Fox LLP and Elliott Greenleaf as Counsel for the Official Committee of Unsecured Creditors, and (ii) Adjourn Hearing on October 7, 2010 at 3:00 p.m. Regarding the Same* (the "Emergency Motion")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

(Docket No. \_\_\_\_); and the Debtors' response thereto the Court having reviewed the Emergency Motion; ~~and after adequate notice and a hearing, if any,~~ and for good cause shown;

**IT IS HEREBY ORDERED:**

1. The Emergency Motion is ~~GRANTED~~ DENIED.

2. ~~A hearing on the Emergency Motion will be held before this Court on October \_\_\_, 2010 at \_\_\_.~~

3. ~~The deadline for the Official Committee of Unsecured Creditors to reply to the Retention Objections has been extended from October 5, 2010 at noon to October 20, 2010 at 5:00p.m.~~

Dated: October 4, 2010
       Wilmington, Delaware

                                                        HONORABLE MARY F. WALRATH
                                                      UNITED STATES BANKRUPTCY JUDGE