IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL BUILDING PRODUCTS, INC., et al.,[1] | Case No. 10-12453 (MFW) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 179 and 270** |

**DEBTORS' RESPONSE TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PRECAUTIONARY OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER: (A) APPROVING DISCLOSURE STATEMENT; (B) APPROVING CERTAIN DATES RELATED TO CONFIRMATION OF PLAN; AND (C) APPROVING THE FORM OF CERTAIN DOCUMENTS TO BE DISTRIBUTED IN CONNECTION WITH SOLICITATION OF THE PLAN**

The above-captioned debtors and debtors in possession (collectively, the "*Debtors*") hereby submit this response (the "*Response*") to the *Precautionary Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order: (A) Approving Disclosure Statement; (B) Approving Certain Dates Related to Confirmation of Plan; and (C) Approving the Form of Certain Documents to be Distributed in Connection with Solicitation of the Plan* [Docket No. 270] (the "*Committee's Precautionary Objection*"). The Debtors respectfully state as follows:

1. The Official Committee of Unsecured Creditors (the "*Committee*") does not argue in the Committee's Precautionary Objection that the Debtors' Disclosure Statement is inadequate. Nor does it argue that the Disclosure Statement should not be approved because the Debtors' proposed Chapter 11 Plan is patently unconfirmable.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

2. Nor could it. As set forth in the *Debtors' Objection to Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (i) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 105(a) and 1104(a) and Bankruptcy Rules 2007.1 and 9014; or in the Alternative, (ii) Terminating the Debtors' Exclusivity Periods Pursuant to 11 U.S.C. §§ 105(a) and 1121(d)* [Docket No. 273], which is incorporated herein by reference, the Debtors' proposed Chapter 11 Plan is indeed confirmable.

3. Accordingly, putting aside the Committee's rhetoric and reservations of right, the Disclosure Statement should be approved.

Dated: October 5, 2010

K&L GATES LLP
Harley J. Goldstein
Sven T. Nylen
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

-and-

SAUL EWING LLP

Mark Minuti (DE Bar No. 2659)
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Co-Counsel for the Debtors and Debtors in Possession*