# EXHIBIT B
# TO DECLARATION OF J. ROTHLEDER

NYC/528883.2

# ARENT FOX COMMITTEE ENGAGEMENTS

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| Accredited Home Lenders Holding Co. | 09-11516 (MFW) | DE | 05/01/09 | 06/16/09 | Weiser LLC | Elliott Greenleaf | |
| Action Redi-Mix Corp. | 03-22994 (ASH) | SDNY | 06/04/03 | 07/08/03 | MJ Renick | None | |
| Airway Industries, Inc. | 06-20224 (JAD) | WDPA | 01/20/06 | 02/03/06 | Alpern Rosenthal | None | |
| AMS Health Sciences, Inc. | 07-14678 (RLB) | WDOK | 12/27/07 | 02/05/08 | Executive Sounding Board Associates | Holbrook & Toffoli | |
| Apple Capitol Group, LLC and Berkeley WVA Group, LLC | 02-25275 (RBR) | SDFL | 07/16/02 | 07/29/02 | JH Cohn LLP | Adorno & Yoss PA | |
| AppliedTheory Corp. | 02-11868 (REG) | SDNY | 04/17/02 | 04/29/02 | None | None | |
| Asyst Technologies, Inc. | 09-43246 (RJN) | NDCA | 04/20/09 | 04/28/09 | BDO Seidman, LLP | None | |
| Auto Life Acquisition Corp. | 07-02952 (JH) | SDCA | 06/06/07 | 07/17/07 | None | None | |
| BH S&B Holdings LLC | 08-14604 (MG) | SDNY | 11/19/08 | 11/26/08 | Mahoney Cohen & Company, CPA, P.C. | Tarter Krinsky & Drogin LLP | |
| Blackwood, Inc. | 02-12093 (REG) | SDNY | 04/30/02 | 05/21/02 | C. W. England & Company, LLC | None | |
| Building Materials Holding Corporation | 09-12074 (KJC) | DE | 06/16/09 | 06/26/09 | Executive Sounding Board Associates, | Benesch Friedlander Coplan & Aronoff, | |

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| | | | | | Inc. | LLP | |
| Ceres Capital Partners, LLC | 08-11390 (ALG) | SDNY | 04/17/08 | 05/05/08 | Mahoney Cohen & Company, CPA, P.C. | None | |
| Clift Holdings, LLC | 03-41984 (BRL) | SDNY | 08/15/03 | 09/22/03 | Triax Capital Advisors, LLC | None | |
| Creative Group, Inc. | 08-10975 (RDD) | SDNY | 03/21/08 | 04/04/08 | Amper, Politziner & Mattia, P.C. | None | |
| Crew Creative Advertising, LLC | 09-22988 (VK) | CDCA | 05/26/09 | 06/15/09 | None | None | |
| Cross Media Marketing Corporation | 03-13901 (BRL) | SDNY | 06/16/03 | 06/23/03 | Mahoney Cohen & Co., CPA, P.C. | None | |
| CSI Incorporated, dba Choice Seat | 01-12923 (REG) | SDNY | 05/18/01 | 06/11/01 | Wells Fargo Bank, N.A. | None | |
| Designer License Holding Company, LLC | 09-17661 (JMP) | SDNY | 12/31/09 | 01/20/10 | Executive Sounding Board Associates Inc. | None | Yes |
| Dexterity Surgical, Inc. | 04-35817 (MI) | SDTX | 04/19/04 | 06/04/04 | None | Barnet B. Skelton, Jr. | |
| DHP Holdings II Corporation | 08-13422 (MFW) | DE | 12/29/08 | 01/09/09 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Elliott Greenleaf | |
| Distributed Energy Systems Corp. | 08-11101 (KG) | DE | 06/04/08 | 06/16/08 | J.H. Cohn LLP | Archer & Greiner PC | |

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| Dream Machine, Inc. | 03-13305 (PJW) | DE | 10/28/03 | 12/02/03 | Weiser, LLP | Jaspan Schlesinger Hoffman LLP | |
| Earthshell Corporation | 07-10086 (KG) | DE | 01/19/07 | 02/01/07 | NachmanHaysBrownstein, Inc. | Klehr Harrison Harvey Branzburg & Ellers LLP; Womble Caryle Sandridge & Rice PLLC | |
| EliteAgents Mortgage Services, Inc. and Milestone Capital, Inc. | 03-41805 (NLW) 03-41806 (NLW) | NJ | 09/26/03 | 10/10/03 | None | None | |
| eToys Direct 1, LLC | 08-13412 (BLS) | DE | 12/28/08 | 01/09/09 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Elliott Greenleaf | Yes |
| Europadisk, LLC | 02-17446 (DEM) | EDNY | 06/11/02 | 06/28/02 | None | None | |
| Fieldstone Mortgage Company | 07-21814 (JFS) | MD | 11/23/07 | 02/12/08 | Weiser LLP | None | |
| Fortunoff Holdings, LLC | 09-10497 (RDD) | SDNY | 02/05/09 | 02/11/09 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Davidoff Malito & Hutcher LLP | |
| FutureLink Madison Corporation | 01-14543 (BRL) | SDNY | 08/14/01 | 08/22/01 | J.H. Cohn LLP | None | |

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| GCO Services, LLC and GFinancial, LLC | 02-15360 (ALG) 02-15361 (ALG) | SDNY | 10/29/02 | 11/19/02 | None | None | |
| Hudson Research, Inc. | 07-22046 (ASH) | SDNY | 01/17/07 | 02/16/07 | None | None | |
| Humanitees, Inc. | 04-23284 (ASH) | SDNY | 08/17/04 | 09/01/04 | None | None | |
| HydroGen, L.L.C. | 08-14139 (AJG) | SDNY | 10/22/08 | 11/10/08 | The Receivable Management Services Corporation | None | |
| Impath Inc., et al. | 03-16113 (PCB) | SDNY | 09/28/03 | 10/06/03 | Ernst & Young Corporate Finance, LLC and Ernst & Young, LLP | Duane Morris LLP | |
| Insilco Technologies, Inc. | 02-13672 (KJC) | DE | 12/16/02 | 01/06/03 | Traxi LLC | Drinker, Biddle & Reath, LLP | |
| International Home Fashions, Inc. | 08-10434 (GRH) | WDNC | 06/04/08 | 07/02/08 | Middlesworth, Bowers & Co., LLP | Nelson Mullins Riley & Scarborough LLP | Yes |
| Jazz Products, LLC | 09-33687 (RTL) | NJ | 09/08/09 | 09/30/09 | Executive Sounding Board Associates Inc. | None | Yes |
| Luminent Mortgage Capital, Inc. | 08-21389 (DK) | MD | 09/05/08 | 09/16/08 | Mahoney Cohen & Company, CPA, P.C. | None | |

NYC/528883.2

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| ManagedStorage International, Inc. | 09-10368 (MFW) | DE | 02/04/09 | 02/17/09 | Weiser, LLC | Elliott Greenleaf | |
| Manhattan Imaging Associates P.C. | 02-10646 (REG) | SDNY | 02/13/02 | 04/24/02 | Parente Randolph, LLC | Gary I. Fields, Esq. | |
| MAXjet Airways, Inc. | 07-11912 (PJW) | DE | 12/24/07 | 01/04/08 | NachmanHaysBrownstein, Inc. | Morris James LLP | |
| MCE Television Networks Inc. | 07-10599 (TTG) | WDWA | 02/14/07 | 04/19/07 | | Bush Strout & Kornfeld; Bucknell Stehlik Sato & Stubner, LLP | |
| Men's Suits on Fifth Avenue, Ltd. | 02-10347 (CB) | SDNY | 01/25/02 | 04/18/02 | None | None | |
| Metiom, Inc. | 01-12840 (RDD) | SDNY | 05/15/01 | 05/18/01 | J.H. Cohn LLP | None | |
| Mohawk Valley Nursing Home, Inc. | 09-30389 (MCR) | NDNY | 02/15/08 | 03/07/08 | None | None | |
| Mooney Aerospace Group, Ltd. | 04-11733 (MFW) | DE | 06/10/04 | 07/05/04 | None | Duane Morris LLP | |
| Norman J. Salter and Kerri A. Salter | 09-11653 (KT) | CDCA | 02/17/09 | 03/26/09 | Brandlin & Associates | None | |
| North Bay General Hospital, Inc. | 05-32121 (JB) | SDTX | 02/09/05 | 04/21/05 | None | Barnet B. Skelton, Jr. | |

NYC/528883.2

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| NPPI Holdings, Inc., et al. | 09-11547 (PJW) | DE | 05/05/09 | 05/14/09 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Elliott Greenleaf | Yes |
| Ocean Power Corporation | 02-15989 (Gropper) | SDNY | 12/01/02 | 12/16/02 | None | None | |
| Planet Hollywood International Inc. | 01-10428 (ABB) | MDFL | 10/19/01 | 11/08/01 | BDO Seidman, LLP | Akerman, Senterfitt & Eidson, P.A. | |
| Point Blank Solutions, Inc., et al. | 10-11255 (PJW) | DE | 04/14/10 | 04/26/10 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Rosner Law Group LLC | |
| Professional Golf Management MICC LLC | 06-70402 (DE) | EDNY | 03/02/06 | 09/14/06 | None | None | |
| Protective Products of America, Inc. and PPOA Holding, Inc. | 10-10711 (JKO) | SDFL | 01/13/10 | 01/27/10 | None | Genovese, Joblove & Battista, P.A. | |
| Right Start Acquisition Company and Babystyle, Inc. | 09-11132 (MT) 09-11141 (MT) | CDCA | 02/03/09 | 02/17/09 | None | None | |
| Rock & Republic Enterprises, Inc. | 10-11728 (AJG) | SDNY | 04/01/10 | 04/13/10 | FTI Consulting, Inc. | None | |
| Sababa Group Inc. | 08-13174 (JMP) | SDNY | 08/13/08 | 08/22/08 | None | None | Yes |
| Scient, Inc., et al. | 02-13455 (AJG) | SDNY | 07/16/02 | 07/30/02 | None | None | |

NYC/528883.2

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| Simpson Brick Sales, Inc. | 08-20274 (REB) | NDGA | 02/04/08 | 03/04/08 | None | Scott B. Riddle, Esq. | |
| Sitnal, Inc., f/k/a Lantis Eyewear Corporation | 04-13589 (ALG) | SDNY | 05/25/04 | 06/04/04 | Mahoney Cohen & Company, CPA P.C. | Martin W. Chow | |
| Solstice, LLC | 09-11010 (REG) | SDNY | 03/05/09 | 03/16/09 | None | None | |
| Sound Imaging Corporation | 06-10050 (MS) | NJ | 01/04/06 | 02/24/06 | Weiser LLP | None | |
| Tackley Mill, L.L.C. | 06-00820 (PMF) | NDWV | 09/13/06 | 10/18/06 | None | Phillips, Gardill, Kaiser & Altmeyer, PLLC | |
| Tactica International, Inc. | 04-16805 (BRL) | SDNY | 10/21/04 | 11/08/04 | Mahoney Cohen & Company, CPA, P.C. | None | |
| The Albert Lindley Lee Memorial Hospital | 09-30845 (MCR) | NDNY | 04/03/09 | 04/14/09 | None | None | |
| The Muralo Company, Inc. and Norton & Son of California, Inc. | 03-26723 (MS) | NJ | 05/20/03 | 06/13/03 | Stetz, Belgiovine and Manwarren | Porzio, Bromberg & Newman, P.C. | |
| TKO Sports Group USA Limited | 05-48509 (JB) | SDTX | 10/11/05 | 11/23/05 | Mahoney Cohen & Company, CPA, P.C. | Barnet B. Skelton, Jr. | |
| Verified Identity Pass, Inc. | 09-17086 (SMB) | SDNY | 12/01/09 | 12/21/09 | Corporate Recovery Associates | None | |

NYC/528883.2

| Debtor | Case No. | District | Case Filed | Committee Appointed | Committee's Financial Advisor/ Other Retained Professional | Local Counsel/ Special Purpose Counsel to Committee | Participation of Dr. Liu |
|---|---|---|---|---|---|---|---|
| WBE, LLC f/k/a Everything But Water, LLC | 09-10649 (MFW) | DE | 02/25/09 | 03/09/09 | CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. | Pepper Hamilton LLP | |
| WorldSpace, Inc., et al. | 08-12412 (PJW) | DE | 10/17/08 | 10/29/08 | Executive Sounding Board Associates Inc. | Elliott Greenleaf | |