UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                            :
                                                  :    Chapter 11
UNIVERSAL BUILDING PRODUCTS, INC.,                :
et al.                                            :    Case No. 10-12453 (MFW)
                                                  :
                         Debtors.                 :    Jointly Administered
---------------------------------------------------------X

### DECLARATION OF H. EUGENE LASTER IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO AUGUST 13, 2010

I, H. Eugene Laster, declare as follows:

1. I am the co-owner of Millennium Metals, LLC ("Millennium"), a member and Co-Chair of the Official Committee of Unsecured Creditors (the "Committee") of Universal Building Products, Inc. *et al.* (the "Debtors"). I submit this declaration in support of the Application (the "Retention Application") of the Committee to employ and retain Arent Fox as counsel to the Committee *nunc pro tunc* to August 13, 2010.

2. On August 13, 2010, The Office of the United States Trustee (the "UST") held an organizational meeting and selected five creditors to serve on the Committee. In addition to Millennium, the UST selected Eastern Accessories Corp., Jade-Sterling Steel Co., Inc., King Steel Corporation, and Raytrans Distributing Services, Inc.

3. After the Committee was selected, it interviewed several law firms (some of which teamed up, at the Committee's request) who wished to serve as counsel for the Committee. The Committee heard presentations and, where submitted, reviewed materials, from seven law firms. To the best of my recollection, these firms included Arent Fox LLP (with

NYC/528885.1

Elliott Greenleaf), Lowenstein Sandler PC, McDonald Hopkins LLC, Freeborn & Peters LLP (with Morris James), Cross & Simon, LLC, Ashby & Geddes, P.A., and Rosner Law Group.

4. After considering the presentations and written materials of the seven law firms, the Committee narrowed the field to the two firms it thought best suited to the engagement – Arent Fox (teamed with Elliott Greenleaf) and Lowenstein Sandler – and interviewed each of these two firms again. After the second round of interviews, the Committee selected Arent Fox and Elliott Greenleaf to serve as its counsel.

5. After counsel for the Committee was selected, the Committee chose financial advisors. The Committee then discussed the hiring of a translator, in view of the fact that one of its members did not speak English, and other Chinese-based businesses were also creditors of the Debtors. Upon the recommendation of Arent Fox, and based on Dr. Liu's previous experience working with several law firms, including Arent Fox, in bankruptcy matters, the Committee decided to hire Dr. Liu as a translator.

6. I did not have any contact or communications of any sort with Arent Fox prior to the organizational meeting on August 13, 2010.

7. On September 28th, after a lengthy discussion, the Committee reaffirmed its engagement of Arent Fox and Elliott Greenleaf, and its continued desire for the Court to approve such retention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of October 2010.

_____
H. Eugene Laster

-2-

NYC/528885.1