UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- X
In re:                                                     :
                                                           :   Chapter 11
UNIVERSAL BUILDING PRODUCTS, INC.,                         :
et al.¹                                                    :   Case No. 10-12453 (MFW)
                                                           :
                                                           :   Jointly Administered
                                         Debtors.          :
---------------------------------------------------------- X

## DECLARATION OF WILLIAM H. LIEBERMAN

I, William H. Lieberman, hereby declare under penalty of perjury that:

1. I am over the age of eighteen and have personal knowledge of and am competent to testify as to the matters described in this declaration.

2. I am the Chairman of Jade-Sterling Steel Co., Inc. ("Jade-Sterling"), located at 2300 East Aurora Rd., P.O. Box 1090, Twinsburg, OH 44087.

3. Jade-Sterling is a creditor that is a member of the Official Committee of Unsecured Creditors (the "Committee") in *In re Universal Building Products, Inc., et al.*, Case No. 10-12453 (MFW), pending before the United States Bankruptcy Court for the District of Delaware (the "UBP Bankruptcy").

4. This declaration is submitted with respect to certain discovery requests of the Debtors that relate to the Retention Application of Arent Fox LLP ("Arent Fox"), proposed counsel to the Committee.

5. Between August 4, 2010, the date the chapter 11 bankruptcy petitions were filed in the UBP Bankruptcy, and August 13, 2010, the date the Committee was formed, I was not

---

¹ The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

contacted by anyone at Arent Fox, nor was I contacted by any other attorney or law firm regarding the UBP Bankruptcy. During this time, I was contacted by phone by Aaron Gillum of Morris-Anderson at least twice; he did not mention Arent Fox when he contacted me. I also received a booklet in the mail from BDO; it likewise did not mention Arent Fox. I cannot recall any other professionals contacting me during this time frame.

6. On August, 13, 2010, I attended meetings in Wilmington, Delaware with respect to the UBP Bankruptcy and the formation of the Committee.

7. I recall meeting Greg Waller, the Debtors' CFO, at that time, but I do not recall engaging in a lengthy or substantive discussion with him. I did not tell him that I had been contacted by attorneys prior to the Committee formation, as that would not have been true.

8. At approximately mid-day on August 13, 2010, I had to leave the UBP creditors committee formation meetings, and so I was not present for the Committee's selection of counsel. I indicated to the other members of the Committee that I deferred to them on the selection of professional firms.

9. I learned on August 14, 2010, that the Committee had selected Arent Fox as its counsel. This was the first time I had ever heard of the law firm Arent Fox.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September 2010, at Twinsburg, Ohio.

William H. Lieberman