# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNIVERSAL BUILDING PRODUCTS, | ) Case No. 10-12453 (MFW) |
| INC., *et al.*,[1] | ) |
| | ) Jointly Administrated |
| Debtors. | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 22, 2010 AT 2:00 P.M. (PREVAILING EASTERN TIME)
## BEFORE THE HONORABLE MARY F. WALRATH
## U.S. BANKRUPTCY COURT JUDGE[2,3]

## MATTERS GOING FORWARD:

1.  Application for an Order Authorizing the Employment and Retention of Elliott Greenleaf ("EG") as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* August 13, 2010 [Docket No. 145; filed: 08/24/10]

    Related Documents:

    A.  Certification of No Objection [Docket No. 236; filed 09/13/10]

    B.  Supplemental Affidavit of Rafael X. Zahralddin-Aravena [Docket No. 243; filed: 09/15/10]

    C.  Second Supplemental Declaration of Rafael X. Zahralddin-Aravena [Docket No. 261; filed: 09/23/10]

    Response Deadline: September 7, 2010 at 4:00 p.m. While the deadline to object to the EG Application was set for September 7, 2010, and EG filed a Certificate of No

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting Courtcall toll free by phone (866-582-6878) or by facsimile (866-533-2946) no later than NOON one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

Objection relating to the EG Application on September 13, 2010, EG filed both the EG Supplemental Declaration and the EG Second Supplemental Declaration subsequently. In light of the sequence of these events, the Debtors believe this Objection to EG's Application is timely.

Responses Received:

D.     Reservation of Rights of the United States Trustee [Docket No. 247; filed 09/16/10]

E.     Debtors' Combined Objection to Applications of Arent Fox LLP and Elliott Greenleaf [Docket No. 268; filed 9/30/10]

Reply:

F.     Elliott Greenleaf's Response to Debtors' Combined Objection to Applications of Arent Fox LLP and Elliott Greenleaf [Docket No. 294; filed 10/05/10]

Status:  At the direction of the Court at the hearing held on October 7, 2010, the parties will be filing briefs on October 21, 2010.

2.     Application for an Order Authorizing Employment and Retention of Arent Fox LLP as Attorneys for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 13, 2010 [Docket No. 173; filed 08/30/10]

Related Documents:

A.     First Supplemental Declaration of James M. Sullivan in Support of Application [Docket No. 237; filed 09/13/10]

B.     Second Supplemental Declaration of Andrew I. Silfen in Support of Application [Docket No. 259; filed 09/22/10]

C.     Third Supplemental Declaration of Andrew I. Silfen in Support of Application [Docket No. 265; filed 09/29/10]

Response Deadline:  September 13, 2010.  The response deadline has been extended to September 30, 2010 at 5:00 p.m. for the Debtors.  The reply deadline has been extended to October 5, 2010 at 12:00 a.m.

Responses Received:

D.     United States Trustee's Initial Objection [Docket No. 246; filed: 09/16/10]

E.     Debtors' Combined Objection to Applications of Arent Fox LLP and Elliott Greenleaf [Docket No. 268; filed 9/30/10]

F.     United States Trustee's Supplemental Statement in Support of Her Objection [Docket No. 272; filed 09/30/10]

<u>Reply:</u>

G.     Creditors Committee's Reply to the Debtors' and the United States Trustee's Objection [Docket No. 295; filed 10/05/10]

H.     Corrected Exhibit B to Declaration of J. Rothleder [Docket No. 300; filed 10/06/10]

<u>Status:</u>  At the direction of the Court at the hearing held on October 7, 2010, the parties will be filing briefs on October 21, 2010.

3.     Debtors' Motion for Entry of an Order: (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Confirmation of the Plan; and (C) Approving the Form of Certain Documents to be Distributed in Connection with Solicitation of the Plan [Docket No. 179; filed 08/31/10]

<u>Related Documents:</u>

A.     Disclosure Statement [Docket No. 177; filed 08/31/10]

B.     Joint Liquidating Plan [Docket No. 178; filed 08/31/10]

C.     Motion for Expedited Consideration of Debtors' Proposed Disclosure Statement [Docket No. 180; filed 08/31/10]

D.     Order Granting Motion for Expedited Consideration [Docket No. 184; entered 09/01/10]

E.     Notice of Hearing on the Disclosure Statement [Docket No. 186; filed 09/01/10]

F.     First Modified Joint Liquidating Plan [Docket No. 269; filed 09/30/10]

G.     Disclosure Statement for the First Modified Joint Liquidating Plan [Docket No. 271; filed 09/30/10]

H.     Proposed Ballot for Class 4 – Unsecured Claims [Docket No. 290; filed 10/05/10]

<u>Response Deadline:</u>  September 22, 2010. The response deadline has been extended to September 30, 2010 at 5:00 p.m. for the Creditors' Committee.

<u>Responses Received:</u>

I.     Precautionary Objection and Reservation of Rights of the Creditors' Committee [Docket No. 270; filed 09/30/10]

J.     Reservation of Rights of UBP Acquisition Corporation [Docket No. 276; filed 10/01/10]

598656.1 10/20/10

K.      Supplement to Objection of the Creditors' Committee [Docket No. 285; filed 10/4/10]

L.      Objection of UBP Acquisition Corp. [Docket No. 328; filed 10/15/10]

Reply:

M.     Debtors' Response to Precautionary Objection and Reservation of Rights of the Creditors' Committee [Docket No. 288; filed 10/5/10]

Status: This matter is going forward.

4.      Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 105(a) and 1104(a) and Bankruptcy Rules 2007.1 and 9014; or in the Alternative, (II) Terminating the Debtors' Exclusivity Periods Pursuant to 11 U.S.C. §§ 105(a) and 1121(d) [Docket No. 214; filed 09/06/10]

Related Documents:

A.      Motion to Shorten [Docket No. 215; filed 09/06/10]

B.      Notice of Emergency Motion [Docket No. 222; filed 09/07/10]

Response Deadline: September 20, 2010. The response deadline has been extended to October 1, 2010 at 12:00 p.m. for the Debtors. The reply deadline has been extended to October 5, 2010 at 12:00 p.m.

Responses Received:

C.      Debtors' Objection to Emergency Motion [Docket No. 273; filed 10/01/10]

Reply:

D.      Reply to Debtor's Objection to Emergency Motion [Docket No. 285; filed 10/4/10]

Status: This matter is going forward.

598656.1 10/20/10

Dated: October 20, 2010

K&L GATES LLP
Harley J. Goldstein
Sven T. Nylen
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

-and-

SAUL EWING LLP

Mark Minuti (DE Bar No. 2659)
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Co-Counsel for the Debtors and Debtors in Possession*

598656.1 10/20/10