# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Universal Building Products, Inc. | | |
| **Case Number:** | 10-12453-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 22, 2010 02:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Omnibus

**R / M #:**   342 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
  Items 1 and 2 - matters already under advisement, briefing is complete
  Item 3 - Cont'd to 11/5/10
  Item 4 - Cont'd to 11/5/10