**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, | ) | Case No. 10-12453 (MFW) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| _____ | ) | |

**O R D E R**

**AND NOW,** this **4th** day of **NOVEMBER, 2010,** upon consideration of the Applications of the Official Unsecured Creditors' Committee (the "Committee") to retain counsel, the opposition thereto and for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED** that the Applications are **DENIED**.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Mark Minuti, Esquire[1]

---

[1] Counsel is to serve a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Mark Minuti, Esquire
Teresa K.D. Currier, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Co-Counsel for Debtors and
Debtors in Possession

Harley J. Goldstein, Esquire
Sven T. Nylen, Esquire
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
Co-Counsel for Debtors and
Debtors in Possession

Richard L. Schepacarter, Esquire
Roberta A. Deangelis, Esquire
United States Department of Justice
OFFICE OF THE UNITED STATES OF TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801

Rafael X. Zahralddin-Aravena, Esquire
Shelly A. Kinsella, Esquire
ELLIOTT GREENLEAF
2205 N. Market Street, Suite 1700
Wilmington, DE  19801
Proposed Co-Counsel for the Official Committee of
Unsecured Creditors

James Sullivan, Esquire
David J. Koslowski, Esquire
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Proposed Co-Counsel for the Official Committee of
Unsecured Creditors

Caroline Turner English, Esquire
Jeffrey N. Rothleder, Esquire
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Proposed Co-Counsel for the Official Committee of
Unsecured Creditors