# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL BUILDING PRODUCTS, INC., *et al.*,[1] | ) ) ) | Case No. 10-12453 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: Docket No. 509** |
| | ) | |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 8, 2011 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH U.S. BANKRUPTCY COURT JUDGE[3,4]

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION

1. Debtors' Second Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 9006 Extending Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 [Filed: 02/02/11; Docket No. 470]

    Response Deadline: February 22, 2011 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.  Certification of No Objection [Filed: 03/03/11; Docket No. 507]

    B.  Proposed Order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Universal Building Products, Inc. (7884); (ii) Accubrace, Inc. (3418); (iii) Don De Cristo Concrete Accessories, Inc. (7547); (iv) Form-Co, Inc. (0079); and (v) Universal Form Clamp, Inc. (3003). The address of the Debtors' corporate headquarters is 15172 Goldenwest Circle, Westminster, California 92683.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting Courtcall toll free by phone (866-582-6878) or by facsimile (866-533-2946) no later than NOON one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

C.  **Order Pursuant to Federal Rule of Bankruptcy Procedure 9006 Extending Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 [Signed and filed: 03/04/11; Docket No. 510]**

Status: A Certification of No Objection was filed on March 3, 2011. **An Order has been entered by the Court on this Motion.**

## RESOLVED MATTERS GOING FORWARD

2.  Motion of R & R Contracting, L.L.C. for Relief from the Automatic Stay [Docket No. 446; filed: 01/14/11]

    Response Deadline: January 24, 2011. The response deadline was extended to January 25, 2011 at 5:00 p.m. for the Debtors.

    Responses Received:

    A.  Debtors' Objection [Docket No. 451; filed: 01/26/11]

    B.  Objection of the Creditors' Committee [Docket No. 452; filed: 01/26/11]

    Related Documents: None

    Status: This matter has been resolved. The parties will submit a stipulated order at the hearing.

## CONTESTED MATTERS GOING FORWARD

3.  Third Modified Joint Liquidation Plan of Universal Building Products, Inc. and Certain of Its Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 01/31/11; Docket No. 463]

    Response Deadline: March 4, 2011 at 4:00 p.m.

    Responses Received:

    A.  Objection of Harris County, *et al.* to Third Modified Joint Liquidation Plan [Filed: 03/04/11; Docket No. 508]

    B.  **Informal comments from R & R Contracting, L.L.C.**

    C.  **Informal comments from Chartis Insurance**

    Related Documents:

    A.  Disclosure Statement for the Third Modified Joint Liquidation Plan of Universal Building Products, Inc. and Certain of Its Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 01/31/11; Docket No. 465]

2

B. Order (A) Approving the Third Modified Disclosure Statement; (B) Approving Certain Dates Related to Confirmation of the Third Modified Plan; and (C) Approving the Form of Certain Documents to be Distributed in Connection with the Solicitation of the Third Modified Plan [Signed and Filed: 01/31/11; Docket No. 468]

C. **Plan Supplement [Filed: 03/07/11; Docket No. 516]**

D. **Proposed Order Confirming Third Modified Joint Liquidating Plan [Filed: 03/07/11; Docket No. 517]**

E. **Declaration of Jeffrey S. Stein of The Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes and Results of Voting with Respect to the Debtors' Third Modified Joint Liquidating Plan [Filed: 03/07/11; Docket No. 520]**

<u>Status</u>: This matter is going forward.

Dated: March 7, 2011

K&L GATES LLP
Harley J. Goldstein
Sven T. Nylen
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

-and-

SAUL EWING LLP

_____
Mark Minuti (DE Bar No. 2659)
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Co-Counsel for the Debtors and Debtors in Possession*

3