# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Universal Building Products, Inc. |
| **Case Number:** | 10-12453-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 08, 2011 11:30 AM  CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Omnibus
**R / M #:** 521 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
    Item 1 - Order entered under CNO
    Item 2 - Order entered
    Item 3 - Order entered